| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| | IAN K. BOYD (State Bar No. 191434) |
| 2 | Email: iboyd@harveysiskind.com |
| 3 | SETH I. APPEL (State Bar No. 233421) |
| | Email: sappel@harveysiskind.com |
| 4 | Four Embarcadero Center, 39th Floor |
| | San Francisco, California 94111 |
| 5 | Telephone: 415.354.0100 |
| | Facsimile: 415.391.2789 |

Attorneys for Plaintiff
MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS<br><br>Plaintiff,<br><br>v.<br><br>ANDREW VERITY and CHRISTINA CHANG<br><br>Defendants. | No. C-07 02748 MHP<br><br>**EX PARTE APPLICATION FOR TRO AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>Hon. Marilyn Hall Patel<br>Date:<br>Time:<br>Courtroom 15 |

Plaintiff Mark Lillge d/b/a Creative Marketing Concepts ("Plaintiff") hereby applies *ex parte* for a temporary restraining order pursuant to FRCP 65(b). For all of the reasons stated in Plaintiff's Memorandum of Points and Authorities in Support of Ex Parte Application for TRO and Order to Show Cause Why a Preliminary Injunction Should Not Issue, Plaintiff requests that the Court issue a temporary restraining order enjoining defendants from:

    1.    Further misappropriating and exploiting Plaintiff's trade secrets; and

–1–

2. Destroying any evidence of defendants' prior trade secret misappropriation and related misconduct.

Plaintiff also requests that the Court issue an Order to Show Cause why defendants should not be preliminarily enjoined from such activities.

As evidenced by the Declaration of Ian K. Boyd, filed concurrently herewith, Plaintiff has complied with its notification obligations pursuant to Local Rule 65-1(b).

This application is based on the attached points and authorities, the declarations of Ian K. Boyd, Mark Lillge, and Richard Beery, and any exhibits attached to same, the pleadings on file in this action, and any further evidence or argument that the Court may properly receive.

Dated: May 29, 2007                                   Respectfully submitted,

                                                      HARVEY SISKIND LLP
                                                      IAN K. BOYD
                                                      SETH I. APPEL


                                                      By:        /s/
                                                           _____
                                                              Ian K. Boyd

                                                      Attorneys for Plaintiff,
                                                      MARK LILLGE d/b/a CREATIVE
                                                      MARKETING CONCEPTS

–2–
EX PARTE APPLICATION FOR TRO AND ORDER TO SHOW CAUSE                    CASE NO. C 07-02748 MHP
WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE