HARVEY SISKIND LLP
IAN K. BOYD (State Bar No. 191434)
Iboyd@harveysiskind.com
SETH I. APPEL (State Bar No. 233421)
Sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California  94111
Telephone:  (415) 354-0100
Facsimile:    (415) 391-7124

Attorneys for Plaintiff
Mark Lillge d/b/a Creative Marketing Concepts

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>                    Plaintiff,<br><br>     vs.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>                    Defendants. | Case No.  C 07-02748 MHP<br><br>**NOTICE OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>Hon. Marilyn Hall Patel<br>Date:<br>Time:<br>Courtroom 15 |

TO EACH PARTY AND ATTORNEY OF RECORD IN THIS ACTION:

      PLEASE TAKE NOTICE that on May ____, 2007, at _____ m., or as soon thereafter as counsel can be heard, Plaintiff Mark Lillge d/b/a Creative Marketing Concepts will apply to this Court, at 450 Golden Gate Avenue, San Francisco, California, for a temporary restraining order and order to show cause why a preliminary injunction should not issue.

      Said application will be based on this notice, the attached *ex parte* application and memorandum of points and authorities, the declarations of Ian K. Boyd, Mark Lillge, and Dr. Richard Berry, the

–1–

–2–

1  pleadings on file in this action, and any further evidence or argument that the Court may properly receive
2  at or before the hearing.
3      Defendants' opposition to Plaintiff's application, if any, shall be filed and served no later than
4  _____m., 2007, with service by hand on Plaintiff's counsel.

6  Dated: May 29, 2007                    HARVEY SISKIND LLP

                                          By: _____/s/_____
                                                    Ian K. Boyd

                                          Attorneys for Plaintiff
                                          Mark Lillge d/b/a Creative Marketing Concepts

–2–
NOTICE OF EX PARTE APPLICATION FOR TRO AND OSC          CASE NO. C 07-02748 MHP
WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE