*Creative Marketing Concepts*
# Employee Handbook

(Revised 8/3/06)

## TABLE OF CONTENTS

TABLE OF CONTENTS ........................................................................................................... 1

EMPLOYEE RELATIONS ...................................................................................................... 2

    EQUAL OPPORTUNITY EMPLOYER ....................................................................................... 2
    DURATION OF EMPLOYMENT & PROBATIONARY PERIOD ..................................................... 2
    HARASSMENT POLICY ......................................................................................................... 3
    COMPLAINTS PROCEDURE ................................................................................................... 3
    OPEN DOOR POLICY & PROBLEMS/ RECOMMENDATIONS PROCEDURE .................................. 4
    PERSONNEL FILE ACCESS AND CONFIDENTIALITY ............................................................... 4
    HEALTH INSURANCE PACKAGE ............................................................................................ 5
    EMPLOYEE TYPES ............................................................................................................... 5
    WORKWEEKS ...................................................................................................................... 5
    PAY .................................................................................................................................... 5

ON THE JOB ............................................................................................................................ 6

    PERFORMANCE/JOB REQUIREMENTS AND EVALUATIONS ..................................................... 6
    CODE OF CONDUCT ............................................................................................................ 6
    CONFLICTS OF INTEREST ..................................................................................................... 7
    USE OF COMPANY OR CUSTOMER PROPERTY ....................................................................... 7
    RELATIONSHIPS WITH OUR CUSTOMERS .............................................................................. 7
    RELATIONSHIPS WITH OTHER EMPLOYEES ........................................................................... 8
    RELATIONSHIPS WITH OUR COMPETITORS ........................................................................... 8
    SAFETY & SECURITY .......................................................................................................... 8
    VISITORS ............................................................................................................................ 9
    INSPECTION OF COMPANY FACILITIES .................................................................................. 9
    PERSONAL PROPERTY ......................................................................................................... 9
    SOLICITATION AND DISTRIBUTION OF LITERATURE ............................................................. 9
    PERSONAL HYGIENE AND CLEANLINESS .............................................................................. 9
    WORK AREA ...................................................................................................................... 9
    IMAGE/DRESS CODE ........................................................................................................... 9
    TIMEKEEPING ................................................................................................................... 10

ABSENCES ............................................................................................................................. 10

    TIME-OFF BENEFITS ......................................................................................................... 10
    LEAVES OF ABSENCE ........................................................................................................ 11
    ABSENTEEISM .................................................................................................................. 11
    ADDENDUM I TEAM AGREEMENTS…………………………………………………………....12

*This employee handbook does not constitute a contract for employment between CMC and its employees. Employees of the Company are considered "at-will", and therefore, either the employee or the Company may terminate the employment relationship at any time with or without cause or notice. No person other than the President or Sales Manager has authority to enter into any agreement for employment for any specified period of time and any such agreement must be in writing. The Company reserves the right to modify the provisions of this handbook at any time.*

*All of CMC's management takes this handbook and it's stated policies, procedures, notes & guidelines very seriously and will strive to abide by them at <u>all</u> times and have high expectations that each and every employee will do the same.*

## EMPLOYEE RELATIONS

### EQUAL OPPORTUNITY EMPLOYER

CMC provides equal employment opportunities to all employees and applicants without regard to race, color, religion, sex, national origin, ancestry, citizenship status, pregnancy, disability, age, uniform service member status, marital status, registered domestic partner status, gender (including sex stereotyping), medical condition (including, but not limited to, cancer related or HIV/AIDS related) or sexual orientation in accordance with applicable federal, state and local laws. In addition, CMC complies with applicable state and local laws governing nondiscrimination in employment in every location in which the Company has facilities. This policy applies to all terms and conditions of employment, including, but not limited to, hiring, placement, promotion, termination, layoff, recall, transfer, leave of absence, compensation and training.

It is the policy of the Company to base decisions on employment solely upon an individual's qualifications relating to the requirements of the position for which the individual is being considered; recruit, hire, and promote the best qualified persons for all jobs without regard to race, color, religion, sex, sexual orientation, marital status, national origin, age, handicap or disability.

It is CMC policy to ensure that all personnel actions such as compensation, benefits, transfers, layoffs, Company-sponsored training, promotions, terminations and disciplinary actions are applied equally.

### DURATION OF EMPLOYMENT & PROBATIONARY PERIOD

CMC does not require employees to commit to employment for any specific duration, and the Company does not commit to employees that their employment will last for any specific duration. Consequently, all employment by the Company is considered at will. This means that CMC may terminate your employment at any time for any lawful reason and likewise you are free to resign your employment at any time. Only the President can modify this relationship and, even then, only in writing.

If your employment is terminated because of economic conditions or lost business, the Company will provide you with as much advance notice as possible and will attempt to give up to two weeks notice.

The Company requests that employees give a two-week notice of resignation.

Upon termination, you will be paid all earned wages and all earned, unused vacation at your base (Salary) or routine/normal (Hourly) rate of pay in accordance with the law.

All new employees will be hired for a probationary period. This will run for a period of 3 months of continuous time (i.e. excluding time on leave with or without pay) from the start date of their employment, unless elsewhere stated. During this time the employee's work performance and general suitability for employment at Creative Marketing Concepts will be evaluated.

# HARASSMENT POLICY

It is the policy of the Company to prohibit any form of sexual harassment. Improper interference with the ability of employees to perform their expected job duties will not be tolerated and should be reported to the appropriate supervisory personnel immediately.

Illegal harassment in any manner or form is expressly prohibited and will not be tolerated by the Company. Any employee found to have engaged in such conduct, or who condones such action on the part of subordinates, will be subject to appropriate disciplinary action up to and including termination of employment. An employee may also be subject to individual liability and penalties as a harasser.

For the avoidance of any doubt,

1. The term "harassment" includes but is not limited to unwelcome slurs, jokes, verbal, graphic or physical conduct relating to an individual's race, color, religion, sex, national origin, ancestry, citizenship status, pregnancy, disability, age, uniform service member status, marital status, registered domestic partner status, gender (including sex stereotyping), medical condition (including, but not limited to, cancer related or HIV/AIDS related) or sexual orientation.

2. Sexual harassment consists of unwelcome sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature where:

   a. Submission to such conduct is an explicit or implicit term or condition of employment;

   b. Employment decisions are based on an employee's submission to or rejection of such conduct; or

   c. Such conduct interferes with an individual's work performance or creates an intimidating, hostile or offensive working environment.

3. The term "harassment" may also include conduct of employees, supervisors, vendors and/or customers who engage in verbally or physically harassing behavior that has the potential for humiliating or embarrassing an employee of the Company based on the protected categories listed above.

# COMPLAINTS PROCEDURE

If you experience any job-related harassment or have a related complaint, you should promptly report the matter to the sales manager, or any manager or owner. CMC will undertake an investigation ensuring confidentiality to the greatest possible extent. Where illegal harassment is determined to have occurred, the Company will immediately take appropriate disciplinary action, including written warnings, suspension, transfer and/or termination. Employees also may have personal liability for behavior that violates state anti-harassment laws.

Once a complaint is received, the Company will begin a prompt and thorough investigation. The investigation may include interviews with all involved employees, including the alleged harasser, and any employees who are aware of facts or incidents alleged to have occurred. The Company prohibits employees from hindering an internal investigation or the internal complaint procedure.

Once the investigation is completed, a determination will be made regarding the appropriate response to the allegations. If it is determined that a violation of the harassment policy has occurred, prompt, remedial action will be taken. This may include some or all of the following steps:

1. Restore any lost terms, conditions or benefits of employment to the complaining employee.

2. Discipline the harasser. This discipline can include written disciplinary warnings, transfer, demotion, suspension, and termination.

If the harassment is from a vendor or customer, the Company will take appropriate action to stop the complained-of conduct.

The California Department of Fair Employment and Housing and/or the U.S. Equal Employment Opportunity Commission may also investigate and process complaints of harassment. Violators are subject to penalties and remedial measures that may include sanctions, fines, injunctions, reinstatement, back pay, and damages. The address of the local office of the Department of Fair Employment and Housing and the Commission, respectively, can be found among the state and federal office listings in the telephone book.

It is unlawful for an employer to retaliate against employees who oppose the practices prohibited by the Fair Employment and Housing Act, or file complaints, or otherwise participate in an investigation, proceeding, or hearing conducted by the Department of Fair Employment and Housing. In this respect, the Company expressly prohibits any form of retaliatory action against any employee availing themselves of the benefits of this procedure. Retaliation is a violation of this policy and may result in discipline, up to and including termination. No employee will be discriminated against, or discharged, because of a good faith bringing or assisting in the investigation of sexual or other unlawful harassment. Also, similarly, the Company prohibits employees from hindering the internal investigations and the internal complaint procedure.

## OPEN DOOR POLICY & PROBLEMS/ RECOMMENDATIONS PROCEDURE

Misunderstandings or conflicts can arise in any organization. If you have a question or a complaint or are bothered by a job-related situation, you should first speak with your immediate supervisor or manager. This is usually the best way to seek resolution of problems and is a matter of professional courtesy. If, however, the issue is not resolved, you are encouraged to bring your concern to the next level of management.

This procedure should be used in the following instances:
- i) If you experience any job-related harassment or have a related complaint
- ii) If you experience poor interaction with a colleague, including arguments
- iii) If you notice sub-standard performance from, or a training need for a colleague
- iv) Any other company improvement

The procedure is to write/ email a note to the president* with the following information:
- i) Outline the issue at hand
- ii) Outline why the issue is a problem
- iii) What is your role in the issue
- iv) Proposed solutions for all parties concerned (including yourself if appropriate)

The Company will undertake an investigation ensuring confidentiality to the greatest possible extent.

*Note the sales manager should be contacted if the president is known to be out of the office

## PERSONNEL FILE ACCESS AND CONFIDENTIALITY

The Company recognizes and respects the information contained in employee records. Certain information about you as a member of the organization is essential for the Human Resources department and departments that affect payroll. Your family status, home address and telephone number must be correct and current. Be sure to tell the Human Resources department whenever this information changes.

In response to valid requests to verify employment, for business references, or for credit purposes, the company will release employment status, i.e., active or terminated, job title, and dates of employment. Additional information regarding employment will be released upon written authorization from the employee. Additional information may also be released pursuant to subpoena or other legal obligation.

The Company maintains a personnel file on each employee, which may be reviewed upon request.

To ensure that your personnel file is up-to-date at all times, notify your supervisor of any changes in your name, telephone number, home address, marital status, number of dependents, beneficiary designations, scholastic achievements, the individuals to notify in case of an emergency, and so forth. Notification should be done by email or in writing. Change in contact details should be copied to the bookkeeper.

You may, in the course of your work, have access to information about the Company, other employees or customers, which is confidential. This information is not to be revealed to anyone other than in the normal course of conducting your duties and responsibilities. Disclosure of such information is prohibited and could result in disciplinary action, up to and including termination of employment.

## HEALTH INSURANCE PACKAGE

Full Time Employees are eligible for the current benefit package starting the first full month following the 3 month probationary period. The Creative Marketing Concepts' health insurance is open to spouses, domestic partners and dependants with the employee making a 100% contribution on the differential costs associated with these individuals.

## EMPLOYEE TYPES

1. Full Time Hourly - Employees who have been hired to work an average of at least 40 hours for a continuous period of at least 90 days.

2. Full Time Salary - Salary employees normally work an amount of time equaling or exceeding 40 hours in a standard payroll workweek and receive the same salary regardless of the number of hours worked in the workweek. Salary employees are generally exempt from the federal overtime pay requirements.

3. Temporary - A temporary employee works in a job for a specified amount of time, less than six months, and is not eligible for Company benefits.

## WORKWEEKS

Workweeks may vary and are determined by job assignment, customer contracts and the needs of the Company. Standard company start time is 8:45am. New Employees will be aware of their expected work schedule prior to assignment. Standard full time work week is 40 hours per week (80 hours per pay period).

## PAY

Pay Periods

1. Pay periods are bi-weekly. Payroll is every other Wednesday. See your manager for specific pay dates.

2. Each paycheck normally compensates employees for hours worked that were claimed at the end of the last pay-period. Hours for hourly employees are calculated by the 7/8 (15 minute rule). If you clock-in at 9:07 it will be calculated as 9:00 while if you clock in at 9:08 it will be calculated at 9:15.

3. Pay will be directly deposited into employee checking or savings account, by the end of business on every other Wednesday. On statutory holidays that fall during payroll weeks, the company will deposit pay on the next business day.

Deductions

The only deductions from your paycheck are those required by law or authorized in writing by you. Your check stub identifies each deduction and should be kept as a permanent record.

**ON THE JOB**

## PERFORMANCE/JOB REQUIREMENTS AND EVALUATIONS

We work closely with all employees to help them perform to the best of their abilities. The frequency and method of performance evaluation varies, depending on your position, but a formal evaluation will be no less than one (1) time per year. Your supervisor will be able to discuss the means by which your job performance will be evaluated. The common policy is for every employee to have a thorough review early in the calendar year. The expectation is for new employees to receive a formal review after 90 day and 180 day periods.

## CODE OF CONDUCT

As an employee, it is important for you to know what personal conduct is expected of you while on the job. In most instances, your own good judgment will tell you what the right thing to do is.

In addition to complying with Company policies and job specific requirements, you are also expected to obey the rules and regulations of CMC job sites. If your behavior does not meet position requirements, you may be subject to disciplinary action, up to and including immediate termination, with or without notice, and with or without cause at any time.

The following are examples of conduct prohibited by Company policy:

1. Theft, fraud, embezzlement or other proven acts of dishonesty.

2. Any harassment of another employee. This includes sexual harassment such as offensive gestures, unwelcome advances, jokes, touching, or comments of a sexual nature made to or about another employee, vendor or customer. It also includes racial harassment or prejudice towards another employee or client and making false statements about other employees regarding issues of harassment.

3. Obtaining employment or promotion on the basis of false or misleading information.

4. Soliciting or accepting gifts (money, services or merchandise) in connection with Company business. Written authorization must be sought for gifts of any monetary value.

5. Reporting for work under the influence of alcohol or any illegal substances; or possession, sale or distribution of alcohol or illegal substances while on Company premises or abusing such items while representing the Company or conducting Company business, including industry events or tradeshows.

6. Engaging in unauthorized employment elsewhere while on paid benefits related to illness, or while on an extended absence.

7. Assisting anyone, whom you know or suspect to be involved in, or committing any crime or engaging in any conduct which rises to the level of a crime.

8. Falsifying Company documents or records, including misuse of timekeeping records, or falsely inputting payment data.

9. Insubordination, meaning refusing to follow legitimate instructions of a superior directly related to performance of one's job.

10. Disrupting the work environment.

11. Excessive absenteeism or unacceptable patterns of absenteeism.

12. Repeatedly failing to use a time-clock as directed.

13. Job abandonment, meaning the failure to report to work without properly notifying one's immediate supervisor, or leaving a job assignment prior to completion of your responsibilities.

14. Conduct that is likely to cause another employee, customer or vendor of the Company embarrassment, loss of dignity, feelings of intimidation, or loss of opportunity, including all forms of discrimination and harassment. This explicitly includes the use of profanity directed at an individual.

15. Unauthorized use of Company or customer supplies, information, equipment, funds, or computer codes/passwords.

16. Knowingly mishandling a customer's or potential customer's account. This includes improper discriminatory practices.

17. Refusing to repay documented overpayment of any compensation.

18. Possessing firearms or weapons while on Company premises or carrying them while on Company business; or threatening the personal safety of fellow employees, customers, or vendors.

19. Committing any act, on or off the Company's premises, which threatens or is potentially threatening to the reputation of the Company or any of its employees, customers, or vendors.

20. Repeatedly working overtime without the approval of a supervisor or manager if you have been notified that the company is trying to limit the amount of overtime available during that period.

21. Repeatedly failing to meet job responsibilities, job budget or quality requirements.

22. Misuse of company computers and email system, including: sending and receiving offensive material and using your company email address for personal use (email is for business use only). This includes signing up for non-business newsletters and downloading or using personal files such as music and games from the internet. <u>The company maintains the right to spot check computers without notice.</u>

23. Conducting personal business in the office. This includes using the company address as a billing address, making and receiving excessive personal calls and emails. The company policy is to assist any creditors calling the office for individual employees. Cell phone usage should be for essential/ emergency calls only and be kept to an absolute minimum.

The foregoing list of prohibited conduct is not intended to be complete, and is subject to change at any time with or without notice. All decisions regarding disciplinary action will be at the sole discretion of the Company. While discipline for standard violations will follow a progressive disciplinary procedure, the Company reserves the right to implement discipline in accordance with the grievousness of the violation. Violations of these or any other Company policies may subject you to disciplinary action, up to and including immediate termination.

NOTE: In addition to the above code of conduct a set of "Team Agreements" relating to interpersonal behavior was agreed between employees. It appears at the end of this handbook.

## CONFLICTS OF INTEREST

To avoid any possible conflicts of interest, it is your responsibility to immediately report any offers of gifts, loans, misuse of Company funds, kickbacks, rebates, or refunds that come to your knowledge through your position as an employee of CMC

## USE OF COMPANY OR CUSTOMER PROPERTY

Employees are not to use Company or customer supplies, information, equipment or funds unless authorized to do so. Customer's property must never leave the premises. <u>Written</u> authorization is needed to take customer files home and/or to forward company emails.

## RELATIONSHIPS WITH OUR CUSTOMERS

It is important to realize that we compete with many competitors. Competitors frequently call on our customers asking for their business. A customer will only change services when their impression of our service becomes less positive than their impression of a competitor. Impressions are constantly changed and formed by every contact the customer has with our service. Every time our customer hears or sees anything having to do with CMC, it strengthens or changes their perception of our Company.

When our customers give us their business, they have great expectations and a very positive impression of our service. It is up to each employee to fulfill these expectations and build a lasting impression. We must

consider the quality and professionalism in every aspect of what we do and say. Our performance reputation is your future.

Internal problems should be discussed with management, not the customer. At one time or another we all become frustrated as a result of our own internal problems. These problems may result from a period of high turnover, administrative backlog, or simply because of human error. However, when we communicate these inefficiencies to our customers, we only lose our credibility.

The company tenet that we will always come through for our clients and exceed their expectations governs all of your words and actions. You're job security depends on keeping clients happy.

With regards sales and customer service relationships with customer accounts. CMC policy is that the company has invested significant resources to make contact with actual and potential clients. You will be required to sign a non-solicitation agreement to cover these relationships.

## RELATIONSHIPS WITH OTHER EMPLOYEES

CMC seeks to foster and maintain a productive and healthy working environment. This can only be accomplished through the cooperation of our employees. Employees should treat each other with mutual respect. Our strict policy and is the age old Golden Rule - "Do unto others, as you would have them do unto you." If you or any other employee is treated with disrespect, it should be reported to your manager. In fact at CMC you should strive to "treat people as they want to be treated" (i.e. be aware of individual feelings above and beyond pure respect)

We also expect you to give coworkers the benefit of the doubt. In other words always assume the best intentions, not the worst, in words and actions.

NOTE: See also "Team Agreements" relating to interpersonal behavior was agreed between employees. It appears at the end of this handbook.

## RELATIONSHIPS WITH OUR COMPETITORS

CMC requires every employee to adhere to the highest standard of ethical business conduct. Our most valuable asset is our good name.

In order to compete effectively and fairly in the marketplace with our many competitors, CMC must remain alert to changes in services and products offered to the public by our competitors. Employees may not, however, seek to gain this information improperly. For example, it is prohibited to hire an employee of a competitor to gain access to that competitor's trade secrets or proprietary information. Similarly, an employee or former employee is prohibited from providing such confidential information to our competitors.

Both federal and state law prohibits conspiracies or agreements that unreasonably restrain trade. Formal or informal understandings or agreements between competitors concerning the pricing of services or limitations on the output of services are unlawful and may not be discussed by an employee with any competitor.

## SAFETY & SECURITY

It is important to follow all safety and security measures prescribed by the Company.

1. You are required to <u>immediately notify</u> CMC management of any injuries that occur on the job or on customer property.

2. You should be aware of all emergency exits and the location of any emergency equipment in your office and who will be in charge in case of a fire or other disaster.

## VISITORS

Any personal visits (children, parents, spouse, or friends) to the showroom must be brief; our insurance does not cover unauthorized people on the account; the presence of a visitor reflects negatively on the productivity and professionalism of our employees.

## INSPECTION OF COMPANY FACILITIES

In order to safeguard the workplace and the employees, and to assure efficiency and maximize productivity, the Company reserves the right, in its sole discretion and without notice to employees, to inspect, monitor or otherwise enter or search any office, desk, file, locker, computer and emails, closet or any other enclosed or open area in Company facilities and Company job sites (where permitted to do so) and to monitor or inspect any items found within such locations.

## PERSONAL PROPERTY

CMC accepts no responsibility for personal property that may be brought to or stored on Company facilities, and such property may be inspected or monitored in the ordinary course of conducting business. Accordingly, you should not keep or maintain any personal property or information in Company facilities that you expect to be kept private and confidential.  In this connection, it should be noted that all CMC offices, desks, paper files, electronic/computer files, closets, vehicles and so forth, are the property of CMC and the Company reserves the right to inspect any packages, parcels, handbags, briefcases, or any other possessions or articles carried to and from Company facilities and Company job sites (where permitted to do so).

## SOLICITATION AND DISTRIBUTION OF LITERATURE

In the interest of efficiency and security, the company's general policy is to restrict solicitations or distributions by employees to non-work areas during non-work time.  Employees are prohibited from soliciting or distributing literature in work areas or during work time.  Solicitation or distribution of literature of any kind by non-employees is not permitted on company premises at any time.

## PERSONAL HYGIENE AND CLEANLINESS

The expectation is that all employees will be clean and presentable at work including bathing and wearing clean clothes each day. Employees are responsible for keeping their personal work areas clean and hygienic, including not discarding food, or gum or the like around their personal work areas.

## WORK AREA

A neat and orderly work area makes for a more pleasant, productive, and safe place to work.  You are expected to keep your surroundings clean and presentable in courtesy to fellow employees and customers who may personally visit.

## IMAGE/DRESS CODE

The properly groomed and attired employee helps to create a favorable image for the Company.  The company dress code is business casual. You are expected to groom and dress in a manner that is normally acceptable at your job site and for your position. The company preference is for employees to wear company provided garments where supplied. If you report to work improperly dressed or groomed, your supervisor or manager, at his or her discretion, may instruct you to return home (unpaid) to change clothes or take other appropriate action.

General Apparel Policies

1. All shirts and pants must be clean, neatly pressed or free of wrinkles.

2. All clothing must be in good repair.

3. No sneakers (professional shoes only)

© 2006 Creative Marketing Concepts, Private & Confidential

4. Jeans allowed but must be of high quality/ clean/ no rips/ tears/ fades

5. All shirts must be tucked inside of the employee's trousers.

6. No sports or street type wear such as hooded sweatshirts.

7. Employees are allowed one set of earrings only. All other visible body piercings must be removed while at work.

8. Dirty, ragged or revealing clothing will not be tolerated.

9. Apparel standards will be relaxed for casual Friday.

## TIMEKEEPING

In order to receive compensation for time worked on the normal Company payday schedule, employees must clock in and out using the time clock.

1. Employees are not permitted to clock in/out for one another.

2. In the event of a missed clock in or out, a manual adjustment will be made to ensure the employee is paid appropriately. Manual adjustments must be signed for by an approved supervisor (Bookkeeper, Sales Manager)

3. Lunch period taken at the employee's desk is paid as long as time away from desk to get food does not exceed 15 minutes. An employee must clock out and back in for lunch breaks longer than 15 minutes. Lunch breaks longer than 1-hour need approval.

4. Excessive* misuse** of the time clock will result in disciplinary action.

   a. *"Excessive" is defined as two or more incidents of misuse during a pay period including missing clocking in or out.

   b. ** "Misuse" is defined as not using the time clock as directed by the Employee Handbook or by the employee's manager.

### Working Overtime

Occasionally this cannot be avoided. In such instances, an employee may be asked to work after their regularly scheduled shift.

Overtime is defined as hours worked in excess of 80 hours based on the standard bi-weekly pay period. (1st Monday through the 2nd Sunday of the period). (This policy recognizes that if an employee leaves a little early on one day they can make up that lost time by working extra time in other days of the period)

1. Overtime wage is one and one-half (1.5) times an employees' regular rate.

2. Employees are only allowed to work overtime if so requested, or approved by a supervisor.

3. Benefit Time (absent hours paid or excused unpaid absences) is not included when calculating overtime hours.

## ABSENCES

## TIME-OFF BENEFITS

Time-Off benefits are determined by employment type (i.e.: Full Time and Part Time), position, and tenure. A list of your time-off benefits is available through your manager.

**Please note that an employee cannot accrue more than 3 unused Time-Off Benefit days into the following year without written permission from their supervisor.**

# LEAVES OF ABSENCE

## Personal Leave of Absence

In special cases where it becomes necessary for an employee to take a leave of absence, the employee may request a personal leave of absence.

1. Request for personal leave does not mean automatic approval.

2. Personal leaves of absence must be approved by manager.

3. If the leave is granted, the employee will be required to use all applicable time-off benefits during the requested period of leave.

## Workers Compensation Leave of Absence

Workers' Compensation Insurance protects you in the event of injury or illness resulting directly from work. When a claim is approved, this insurance generally covers most medical bills, provides a statutory benefit payment that varies by State, as well as a death benefit. Any benefit received from Workers' Compensation Insurance is used as an offset to any benefit payable from the Company.

You must notify your supervisor and the executive office immediately if you are injured on the job.

## Requesting a Leave of Absence

All requests for a Leave of Absence should be personally submitted in writing to the sales manager and receive signed authorization.

## ABSENTEEISM

CMC places a high value on attendance. We expect and need employees to be at work on time on their scheduled workdays. Regular attendance and punctuality are important because they affect an employee's productivity and ability to meet goals, standards, and deadlines. Absent employees adversely affect Company morale since co-workers must absorb the absent employee's workload in addition to their own. Consequently, the level of service we provide to our customers is diminished. Our policy is to address and correct attendance patterns that are especially counterproductive and disruptive, while tolerating normal patterns of absences caused by occasional illness, emergencies, etc.

## Absence Notification Policy

Failure to comply with the following notification requirements may subject an employee to corrective action or termination.

1. If it becomes necessary for an employee to miss work, they are required to notify the sales manager (sales manager's direct line is 415-651-1328) at least two hours prior to their scheduled starting time or as soon as possible. If the sales manager is known to be out of the office that day, the general switchboard number should be called and a message left with the receptionist.

   When calling in, you must state why you are absent, what benefit you are using, and a phone number you can be reached for questions regarding your job.

2. Where the need for absence is foreseeable, as for planned medical treatments, the Company should be notified seven days in advance or as soon as the employee knows that he or she will miss work.

3. "No Call-No Shows" will be considered job abandonment.

4. Doctor's notes are required for sick periods longer than 1 day. Please see Time-Off Benefits section for other notification requirements.

## Attendance Policy

Employees who have suspicious patterns* of absences and excessive** incidents of being Absent Without Benefit may be subject to corrective action or termination.

Absent Without Benefit (AWB) - If an employee is absent on a scheduled working day without utilizing a Time-Off Benefit, they are considered "Absent Without Benefit" (AWB); AWB days/hours/minutes include tardiness and "no call no shows."

** For Full Time employees, "Excessive" means monthly average[+] of absent hours is equal to or greater than eight.

* Examples of a Suspicious Pattern of absenteeism would be frequently being Absent Without Benefit on Mondays, repeatedly failing to report absences prior to shift start time, or missing a day of work during the first week of employment.

[+] Monthly average is calculated by using 12 months, rolling backwards.  If an employee has not yet been with the Company for a full year, a monthly average of absences will be calculated by dividing the total number of AWB hours by the number of full months they have worked.

© 2006 Creative Marketing Concepts, Private & Confidential

Addendum I

# CMC Team Agreements

*The following were agreed as best practices on interaction and behavior by employees at CMC. It is expected that all employees, including management, will read and practice them.*

## Communication

We agree to…

Be responsible and respectful in our communication with coworkers
Be concise, honest and relevant when passing files, clients and calls
Be aware of the noise level in the office
Refrain from "potty talk" while others are eating
Watch our manners
Say please and thank you
Make lots of notes
Speak to each other how we would like to be spoken to
Utilize a bulletin board
CMC Rule – Treat others the way they want to be treated

## Performance

We agree to…

Constructively inform team members when paperwork is missing
Request help early when we are overloaded
Address unhappy and let down clients ASAP
Be organized
Minimize paperwork
Inform Andy and/or Mark via email of dissatisfied clients
Complete paperwork before handing off
Follow standard operating procedure
Maintain high standard of work

## Disagreements and Conflicts

We agree to…

Not talk over each other
Discuss conflicts in private
Listen
Follow the chain of command until a resolution is reached
Write down frustrations, but don't send
Keep disagreements professional, not personal
Refrain from name calling and labeling behavior
Be forgiving
Assume the other party has the best intentions in mind
Remember that the goal is to get along

## Meetings

We Agree to…

Stay focused
Have clear meeting objectives
Refrain from having side discussions
Allow only one speaker at a time
Be results driven
Communicate meeting times to all participants
Avoid long meetings during core business hours
Tailor make our meetings
Have concrete start and stop times
Come to meetings with an open mind

Come to meetings on time

**Feedback**

We agree to…

Not take it personal, or be personal

Acknowledge feedback by summarizing your understanding

Be receptive

Take it seriously

Be constructive

Constructive criticism must be accompanied by praise

Have a follow up session

Use positive feedback

**Keeping Commitments**

We agree to…

Complete jobs in a timely manner, completely, accurately and concisely

Report to work at starting time

Plan for punctuality

**Professional Conduct**

We agree to…

Maintain a professional demeanor

When professional demeanor fails, we will give the person the benefit of doubt, and will stay optimistic about a positive resolution, try and be helpful, not accusatory

Go to management if conflict remains unresolved

**Support**

We agree to…

Ask for help whenever appropriate

Give help when possible, without compromising one's own workload

# When Agreements Fail

**Feedback Guidelines – Giving Feedback**

- in private
- bring in neutral third person if requested
- both parties must agree on who the third person is
- check for readiness, schedule as needed
- be specific
- be respectful in word and tone
- if conversation becomes heated, both parties should cool off before continuing
- follow up on agreements
- only one speaker at a time

**Feedback Guidelines – Receiving Feedback**

- when feedback participants are heated, timeout is required, but conversation must continue later
- listen
- keep an open mind
- summarize essence of what you've heard
- monitor defensiveness
- best response is "tell me more"
- only 1 speaker at a time

© 2006 Creative Marketing Concepts, Private & Confidential