May 2, 2007

Mr. Andy Verity
1943 A Russell Street
Berkeley, CA 984703

Dear Andy,

Thank you for promptly returning the Immigration files for both you and Christina.

On another matter, we have discovered that the NDA/Non-Solicitation documents that were signed by CMC employees are missing. Since you had the employee files in your possession prior to leaving the company, I would appreciate any information you might have concerning the whereabouts of these files. For example, were they stored in a central file or in individual folders? I would appreciate any feedback that you might have.

Lastly, as required by law, I am enclosing a copy of an itinerary for a one-way, pre-paid, unrestricted airline ticket to Montreal. There is a date on the itinerary only because we had to provide a date to get ticket issued. You may change the date to meet your travel preferences, if and when needed.

Thank you for your cooperation.


Sincerely,



Bruce Molloy
Creative Marketing Concepts