HARVEY SISKIND LLP
IAN K. BOYD (State Bar No. 191434)
Iboyd@harveysiskind.com
SETH I. APPEL (State Bar No. 233421)
Sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Plaintiff
Mark Lillge d/b/a Creative Marketing Concepts

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>Defendants. | Case No. C 07-02748 MHP<br><br>**DECLARATION OF IAN K. BOYD IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

I, Ian K. Boyd, declare as follows:

1. I am a member of the law firm of Harvey Siskind LLP, counsel of record for plaintiff Mark Lillge d/b/a Creative Marketing Concepts ("CMC"). I have personal knowledge of the matters stated herein, and, if called as a witness, I could and would testify competently thereto.

2. On Tuesday, May 29, 2007, pursuant to Local Rule 65-1(b), I attempted to contact defendants Andrew Verity and Christina Chang, husband and wife, via their counsel, Richard Harrington, to advise them that Plaintiff was filing an application for a Temporary Restraining Order. I contacted Mr. Harrington by telephone and advised him of the application. Mr. Harrington acknowledged that both of his clients were aware of the action filed on May 25, that he had already

1  discussed the matter with them, and that he had a copy of the filed complaint.  Mr. Harrington further
2  agreed to accept service of the papers related to the application for the temporary restraining order on
3  behalf of the Defendants.
4        3.       Pursuant to Local Rule 65-1(a), attached hereto as Exhibit A is a conformed copy of
5  the Complaint filed in this action.
6        I declare under penalty of perjury under the laws of the State of California that the foregoing
7  is true and correct and that this declaration was executed this 29th day of May, 2007, in San
8  Francisco, California.

_____
Ian K. Boyd