# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,
    Plaintiff,

V.

ANDREW VERITY and CHRISTINA CHANG,
    Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C 07 2748

BZ

TO: (Name and address of defendant)

Andrew Verity
1943 A Russell Street
Berkeley, CA 94703

Christina Chang
1943 A Russell Street
Berkeley, CA 94703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ian K. Boyd, Esq.
Seth I. Appel, Esq.
Harvey Siskind LLP
4 Embarcadero Center, 39th Floor
San Francisco, CA  94111
Tel:  415-354-0100
Fax: 415-391-7124

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE MAY 2 5 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE May 25, 2007 |
| Name of SERVER Morris E. Phillips (RPS: 2004-0000874) | TITLE Registered California process service |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

Tulin Chang, on behalf of Andrew Verity

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| n/a | 82.00 | 82.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/25/07
             Date

Signature of Server: *Morris E. Phillips*

41 Sutter Street, #1264
San Francisco, CA 94104
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure