**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: May 31, 2007

Case No.   C 07-2748  MHP			Judge: MARILYN H. PATEL

Title: MARK LILLGE -v- ANDREW VERITY et al

Attorneys:  Plf: Ian Boyd, Seth Appel
		Dft: Richard Harrington

Deputy Clerk:  Anthony Bowser   Court Reporter: Joan Columbini

**PROCEEDINGS**

1)   Plaintiff's Motion for TRO

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Court grants TRO until 7/9/2007. Plaintiff's counsel to submit for review a list of trade secrets that plaintiff contends have been used for independent solicitation; Govt to submit proposed order.

Bond set for $100,000; Depositions limited to 2/side;

Defendant to file supplemental briefing within ten days; Plaintiff to file supplemental briefing within five days thereafter; Further hearing set for 7/9/2007 at 2:00 pm;