| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| | IAN K. BOYD (State Bar No. 191434) |
| 2 | Iboyd@harveysiskind.com |
| | SETH I. APPEL (State Bar No. 233421) |
| 3 | Sappel@harveysiskind.com |
| | Four Embarcadero Center, 39th Floor |
| 4 | San Francisco, California 94111 |
| 5 | Telephone: (415) 354-0100 |
| | Facsimile: (415) 391-7124 |
| 6 | |
| 7 | Attorneys for Plaintiff |
| | Mark Lillge d/b/a Creative Marketing Concepts |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, | Case No. C 07-02748 MHP |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| ANDREW VERITY and CHRISTINA CHANG. | |
| Defendants. | |

—1—

PROOF OF SERVICE                                                    CASE NO. C 07-02748 MHP

## PROOF OF SERVICE

The undersigned declares: I am a resident of the United States and am employed in the City and County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 4 Embarcadero Center, 39th Floor, San Francisco, CA 94111.

On the date stated below, I served the following documents:

- **[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

- **PLAINTIFF'S IDENTIFICATION OF TRADE SECRETS**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

Richard Harrington, Esq.
Chandler, Wood, Harrington & Maffly, LLP
1 Maritime Plaza, Suite 400
San Francisco, CA 94111

___  **MAIL:** I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

___  **FEDERAL EXPRESS – OVERNIGHT DELIVERY:** I caused such envelope to be deposited with the Federal Express Office prior to the cut-off time for next day delivery with a shipping label properly filled out with delivery to be made to the addressee designated.

_X_  **HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

___  **VIA FAX:** The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

_X_  **(FEDERAL):** I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

___  **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 1, 2007 at San Francisco, California.

_____
Cynthia Lee