HARVEY SISKIND LLP
IAN K. BOYD (State Bar No. 191434)
Email: iboyd@harveysiskind.com
SETH I. APPEL (State Bar No. 233421)
Email: sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: 415.354.0100
Facsimile: 415.391.7124

Attorneys for Plaintiff
Mark Lillge d/b/a Creative Marketing Concepts

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS<br><br>Plaintiff,<br><br>v.<br><br>ANDREW VERITY and CHRISTINA CHANG<br><br>Defendants. | Case No. C 07-02748 MHP<br><br>**PLAINTIFF'S IDENTIFICATION OF TRADE SECRETS**<br><br>Hon. Marilyn Hall Patel |

  Mark Lillge d/b/a Creative Marketing Concepts ("CMC") alleges trade secret misappropriation and related claims against Defendants Andrew Verity and Christina Chang. On May 31, 2007, the Court granted CMC's ex parte application for a temporary restraining order and instructed CMC to submit a document identifying the trade secrets at issue in this dispute.

  Plaintiff hereby identifies the following trade secrets with reasonable particularity, all of which derive independent economic value from not being generally known within Plaintiff's industry, and which are the subject of reasonable measures by CMC to maintain their confidentiality:

–1–

–2–

1    1.    The list of CMC customers that Plaintiff has developed over the past fifteen years, through substantial time, effort, and expense.

2.    The pricing which CMC charges each specific customer.

3.    CMC's actual and desired profit margin for each customer.

4.    CMC's strategic plans regarding which customers it wishes to target, and those that it does not wish to target.

5.    The purchasing history of CMC's customers.

6.    The knowledge of when a customer will be due for renewal orders based upon those customers' prior transactions with CMC.

7.    Specific customer requirements, preferences, and limitations, including particular buying habits, needs and dislikes.

8.    Negative knowledge regarding goods that certain customers have refused to purchase or no longer wish to purchase.

9.    CMC's confidential marketing and financial plans, proposals and projections.

Dated:  June 1, 2007                HARVEY SISKIND LLP


By: _____/s/_____
       Ian K. Boyd

Attorneys for Plaintiff
Mark Lillge d/b/a Creative Marketing Concepts