CHANDLER, WOODS, HARRINGTON & MAFFLY
RICHARD HARRINGTON (Bar #28099)
One Maritime Plaza, 4th Floor
San Francisco, CA 94111
Telephone: (415) 421-5484
Facsimile: (415) 986-4874

SHARTSIS FRIESE LLP
ROBERT CHARLES WARD (Bar #160824)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: rward@sflaw.com

Attorneys for Defendants
ANDREW VERITY and CHRISTINA CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>Defendants. | Case No. C 07-02748<br><br>**STIPULATION TO EXTEND TIME TO RESPOND AND [PROPOSED] ORDER THEREON**<br><br>Dept:  15, Hon. Marilyn Hall Patel |

The parties hereby stipulate and request that the Court order that the response of Defendants Andrew Verity and Christina Chang ("Defendants") to Plaintiff's Complaint, originally due June 11, 2007, shall be extended to June 25, 2007.

The parties further stipulate that Defendants' opposition to the temporary restraining order, originally due on June 11, 2007, shall be extended to June 25, 2007.

The parties further stipulate that Plaintiff's reply to Defendants' opposition to the temporary restraining order, originally due on June 18, 2007, shall be extended to July 2, 2007.

- 1 -

DATED: June 8, 2007

HARVEY SISKIND LLP

By: /s/ Seth I. Appel
SETH I. APPEL

Attorneys for Plaintiff
MARK LILLGE d/b/a Creative Marketing

DATED: June ____, 2007

SHARTSIS FRIESE LLP

By:_____
ROBERT CHARLES WARD

Attorneys for Defendants
ANDREW VERITY AND CHRISTINA CHANG

Pursuant to the stipulation of the parties, **IT IS SO ORDERED**.

DATED: June ____, 2007

_____
HONORABLE MARILYN HALL PATEL
Judge of the United States District Court

7475\001\RWARD\1440382.1

| | | |
|---|---|---|
|DATED: June ____, 2007| |HARVEY SISKIND LLP|

By:_____
IAN K. BOYD

Attorneys for Plaintiff
MARK LILLGE d/b/a Creative Marketing

DATED: June __8__, 2007          SHARTSIS FRIESE LLP

By: /s/ Robert Charles Ward
ROBERT CHARLES WARD

Attorneys for Defendants
ANDREW VERITY AND CHRISTINA CHANG

Pursuant to the stipulation of the parties, **IT IS SO ORDERED**.

DATED: June ____, 2007          _____
HONORABLE MARILYN HALL PATEL
Judge of the United States District Court

7475\001\RWARD\1440382.1