| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| | IAN K. BOYD (State Bar No. 191434) |
| 2 | Iboyd@harveysiskind.com |
| 3 | SETH I. APPEL (State Bar No. 233421) |
| | Sappel@harveysiskind.com |
| 4 | Four Embarcadero Center, 39th Floor |
| | San Francisco, California  94111 |
| 5 | Telephone:  (415) 354-0100 |
| 6 | Facsimile:    (415) 391-7124 |
| 7 | Attorneys for Plaintiff |
| | Mark Lillge d/b/a Creative Marketing Concepts |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, | Case No.  C 07-02748 MHP |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY INJUNCTION HEARING** |
| vs. | **[Civil Local Rule 6-2]** |
| ANDREW VERITY and CHRISTINA CHANG, | |
| Defendants. | |

On June 8, 2007, the parties submitted a stipulation and proposed order extending the time until June 25, 2007 for Defendants Andrew Verity and Christina Chang ("Defendants") to file their Opposition to the Court's Order to Show Cause Why a Preliminary Injunction Should Not Issue;

WHEREAS, the Court has not yet ruled on the parties' stipulation;

WHEREAS, Defendants have requested additional time to prepare and file the Opposition, in part to ensure that they complete the taking of a deposition before filing their Opposition;

1  WHEREAS, Plaintiff does not object to Defendants' request, provided that Defendants accommodate certain pre-existing vacation plans, just as Plaintiff accommodated Defendants in originally scheduling the briefing on the preliminary injunction hearing;

Accordingly, the parties agree as follows:

1. Defendants' Opposition, originally due to be filed on June 11, 2007, shall be filed and hand served on or before June 29, 2007;

2. Plaintiffs' Reply brief, originally due to be filed on June 18, 2007, shall be filed and hand served on or before July 16, 2007;

3. The hearing on Plaintiff's Motion for Preliminary Injunction shall be continued from July 9, 2007, to July 23, 2007; and

4. Pursuant to F.R.C.P. 65(b), the Court's Temporary Restraining Order shall remain in effect until such time as the Court rules on Plaintiff's motion for a preliminary injunction.

DATED: June 25, 2007         HARVEY SISKIND LLP
                             IAN K. BOYD
                             SETH I. APPEL


                             By      /s/
                                Ian K. Boyd
                                Attorneys for Plaintiff
                                Mark Lillge d/b/a/ Creative Marketing Concepts


DATED: June 25, 2007         CHANDLER, WOOD, HARRINGTON & MAFFLY
                             RICHARD HARRINGTON


                             By      /s/
                                Richard Harrington
                                Attorneys for Defendants
                                Andrew Verity and Christina Chang

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____, 2007         _____
                             Honorable Marilyn Hall Patel
                             United States District Court