<div style="writing-mode: vertical">**United States District Court**
For the Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LILLGE, | No. C 07-02748 MHP |
|     Plaintiff(s), | **CLERK'S NOTICE**<br>**(Rescheduling Motion Hearing)** |
|   v. | |
| ANDREW VERITY, | |
|     Defendant(s). / | |

Pursuant to stipulation of parties, the parties are notified that the hearing of the motion(s) in this **matter currently on calendar for July 9, 2007, is hereby RESCHEDULED to** July 23, 2007, at 2:00 p.m.  Defendant's opposition shall be filed not later then June 29, 2007; Plaintiff's reply shall be filed not later than July 9, 2007.

 

Richard W. Wieking
Clerk, U.S. District Court

*[signature: All Bowser]*

Dated: June 26, 2007

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140