# HARVEY ■ SISKIND LLP

June 27, 2007                                                                                                   Ian K. Boyd

**VIA ELECTRONIC FILING and HAND DELIVERY**

The Honorable Marilyn Hall Patel
United States District Court for Northern District of California
450 Golden Gate Avenue
Courtroom 15, 18th Floor
San Francisco, CA 94102

      Re:    *Mark Lillge d/b/a Creative Marketing Concepts v. Andrew Verity and Christina Chang*
            Case No. C 07-02748 MHP

Your Honor:

      This law firm is counsel to Plaintiff in the above action. I write in reference to the Clerk's Notice issued yesterday regarding the continuance of the preliminary injunction hearing and related briefing dates.

      As the Court may recall, it originally ordered that the Defendants file and serve their opposition brief by June 11, 2007, and that Plaintiff file and serve its reply brief by June 18, 2007, with the hearing scheduled for July 9, 2007. Subsequently, at the request of Defendants for additional time, Plaintiff agreed to a two-week extension for Defendants to both respond to the Complaint and to file their opposition brief. Accordingly, on June 11, 2007, the parties submitted a Stipulation and Proposed Order calling for Defendants to file and serve both their opposition brief and response to the Complaint on June 25, 2007, with Plaintiff's reply brief due July 2, 2007, while maintaining the July 9 hearing date.

      Prior to the Court ruling on this Stipulation and Proposed Order, Defendants again requested that Plaintiff stipulate to a brief continuance, from June 25, 2007 to June 29, 2007, regarding the filing of Defendants' opposition brief. Plaintiff again agreed to this request, but advised Defendants that its counsel had long-standing vacation plans in July, returning to the office on July 9. Accordingly, Plaintiff stated that it would agree to this second continuance moving its reply date from July 2 only if Defendants would afford Plaintiff until July 16, 2007 to file and serve

Honorable Marilyn Hall Patel
June 27, 2007
Page 2

its reply brief. Defendants agreed and the parties submitted a second Stipulation and Proposed Order on June 25, 2007. The effect of the responsive June 26 Clerk's Notice calling for Plaintiff to file its reply brief on July 9 is to force Plaintiff's counsel to cancel its vacation plans as a consequence of its accommodating Defendants' requests for additional time.

In light of the above, Plaintiff respectfully requests that the Court grant Plaintiff until July 16, 2007 to file its reply brief. Should the Court wish to have additional time to review the parties' papers prior to the preliminary injunction hearing, Plaintiff and Defendants have conferred and stipulate to a continuance of the preliminary injunction hearing until August 7 (Defendants' counsel has a July 30 deposition in New York that it cannot reschedule). In addition, the parties stipulate to continue the temporary restraining order currently in effect until that time, pursuant to F.R.C.P. 65(b).

Should the Court wish, I am happy to submit a formal Stipulation and Proposed Order on behalf of the parties. However, I believed that a letter to the Court was a better method to explain the circumstances of this request.

Please do not hesitate to contact me with any questions.

Respectfully submitted,

Ian K. Boyd

IKB:cl

cc:   Richard Harrington, Esq. (*counsel for defendants*)
      Robert C. Ward, Esq. (*counsel for defendants*)