**EXHIBIT A**

*ORIGINAL AGREEMENT APRIL 2002*

Agreement between Mark Lillge and Andrew Verity regarding Creative Marketing Concepts.

Overview

Andrew Verity (AV) joined Creative Marketing Concepts (CMC) on 4/17/01 as sales manager. Mark Lillge (ML) is currently the president and sole owner of CMC. This document outlines the general agreement between ML and AV. The clear understanding between both parties is that AV is joining with a long term commitment to CMC and is expected to overtake the general management and day-to-day administration of CMC from ML within the next 3 1/2 to 4 years.

1. **Work Expectations- AV**
   - On 4/17/01 AV joined CMC as Sales Manager. It is agreed that there will be a learning curve while AV learns and assimilates the business and industry specific information.
   - The long term expectation of AV and ML is that AV will overtake general management and day-to-day administration of CMC from ML. This time period is currently expected to be around 3 1/2 years.
   - There is an expectation that AV will be committed, diligent and hard working for CMC. *It is expected that AV will adopt a work week of not less than 55 hours.*

2. **Work Expectation – ML**
   - The transition of the day-to-day management workload to AV is expected to afford ML extra available time. This time can be used for non CMC related pursuits. It can also be used in pursuit of current and new business ventures for CMC.
   - It is expected that ML will continue to have a strategic input into CMC's business direction in line with his ownership interest.

3. **Remuneration**
   - Salary: AV to have a base salary of $75,000 in year 1 *percentages increased by the change in the all urban consumer price index using values most closely preceding April 17, 2001 and each year thereafter. ML shall have a base salary of $150,000 adjusted annually*
   - Ownership Interest: AV will earn a 10% ownership interest in the company. *This will be vested in a similar manner.* as follows:

   End yr1   1% share received
   End yr2   2% share received (total share 3%)
   End yr3   3% share received (total share 6%)
   End yr4   4% share received (total share 10%)

   A second 10% ownership share can be earned based upon the capital growth of the business.

*AV shall accrue one week paid vacation following each six months continuous employment. Any additional absence time shall be noncompensable except that AV shall have up to five sick days per year without accumulation.*

- **Profit Share:** Will earn an increasing pro-rate [rata] share of CMC profits over and above an initial baseline (see below) based upon the following schedule:

    | | |
    |---|---|
    | Year 1 | 7% share |
    | Year 2 | 14% |
    | Year 3 | 21% |
    | Year 4 | 28% |
    | Year 5 | 35% |

- **Baseline calculation:** Baseline profit shall be net profit before taxes. All foreseeable business expenses shall be deducted from profits including executive management salaries.

- **Other Implications:** It's recognized that the change in ownership position created by the remuneration agreement may lead to a change in the structure of the company away from sole ownership [trader]. There is also an understanding that ML as majority owner will continue making business decisions in the best long term interest of CMC's profitability and will not unduly damage the value of AV's minority ownership and profit share.

4. **Exit Plan**

- It is recognized that although the strongest intentions exist with both parties to have the long term business relationship outlined here, there always remains potential for unknown and unforeseen circumstances to create the need to separate each parties interests.

- If the decision is reached by either party to terminate the agreement in year 1 AV can leave CMC with no complications.

- A decision to terminate the agreement in year 2 or thereafter will necessitate the buyback of any share ownership by AV ~~(at a valuation rate of 2x the previous years gross profit)~~ and a disbursement of profit based on profit earned up to that date, pro rata, in accordance with the profit ~~above sharing formula hereinbefore described~~. The pro rata salaries of both AV and ML shall first be deducted from earnings with the remainder added to net profits and profit sharing. The accumulated profits, after taxes, since April 17, 2001 shall be used as the base buyback amount which shall then be multiplied by AV's ownership percentage to determine the buyback amount.