1  containing the provisions restricting post-employment competition that I refused. I refused to
2  condition my employment with CMC on giving up the right to work in the promotional products
3  industry should I quit or be fired. I was informed by Bruce Molloy that I was fired because I
4  would not sign a non-disclosure agreement. At the time I left CMC, I sent to my customer
5  contracts a neutrally worded email notifying them of my departure and providing new contract
6  information.

7      3.    I took no CMC property with me when I left CMC. I did not take a copy of
8  CMC's customer list or copies, in either paper or electronic form, of any other information that I
9  understand CMC to be claiming are trade secrets.

10     4.    After being fired, I went to work for my husband's new business, which started in
11 business on May 14, 2007. I have learned much about the promotional products industry and my
12 best prospects for earning income are in that industry.

13     5.    I have not used CMC's customer list to solicit business of any customers of CMC
14 since I was fired by that company. Some of CMC's customers have contacted me. On behalf of
15 our new business, I have not solicited any customer of CMC that did not contact me first. For
16 example, Chevron Federal Credit Union contacted my after I was fired by CMC. In response to
17 that contact, I offered to sell products to Chevron Federal Credit Union. They declined to buy.

18 I declare under penalty of perjury that the statements in the foregoing declaration are true
19 and correct and that I am competent to testify to them.

20 Executed this **27th** day of June 2007 at **Berkeley**, California.

_____
CHRISTINA CHANG

7475\001\RWARD\1443439.1

- 2 -

Case No. C 07-02748
DECLARATION OF CHRISTINA CHANG IN OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER