bought in the past is irrelevant anyhow. Anyone can walk into a retail outlet and see what fountain pens, cups and other giveaway promotional items are on display. Additionally, clients frequently want new items so purchasing history quickly becomes irrelevant.

13. The knowledge when a customer will be on the market to purchase promotional items is no secret. All any distributor has to do is ask. The customers freely disclose if they have enough of the items in question in inventory, and when they will be on the market for more.

14. There is nothing secret about specific customer requirements, preferences and limitations, including particular buying habits, needs and dislikes. The purchasing agents for customers freely disclose all of the foregoing whenever a distributor contacts a customer.

15. There is nothing confidential regarding goods that certain customers have refused to purchase. If a customer does not want to purchase an item, the purchasing agent will simply say "I'm not interested." A good salesperson will then offer alternative items to fill the same promotional niche.

16. I wrote CMC's marketing and financial plans, proposals and projects. Such plans were of a generic nature. My new business does not rely on any CMC business plan. Rather, my new business is substantially more computerized, less labor-intensive, largely paperless, and bears no resemblance to CMC's operation.

I declare under penalty of perjury that the statements in the foregoing declaration are true and correct and that I am competent to testify to them.

Executed this 27TH day of June 2007 at BERKELEY, California.

_____
ANDREW VERITY

7475\001\RWARD\1443435.1

- 4 -

| Case No. | DECLARATION OF ANDREW VERITY IN OPPOSITION TO |
| C 07-02748 | MOTION FOR TEMPORARY RESTRAINING ORDER |