**EXHIBIT A**







### SM-6735  The Calder Travel Mug

16 ounces. Insulated double wall construction.
Screw-on lid with thumb slide.
**Colors:** Clear, Transparent: Blue, Red or Purple.
**Imprint Area:** 2-3/4"W x 2-1/4"H per side.
**Absolute Minimum:** 100, $50.00(G); Individually gift boxed.

| SM-6735 | 150 | 250 | 500 | 1000 | 2500 |
|---|---|---|---|---|---|
| Standard Service | 4.25 | 4.00 | 3.75 | 3.50 | 3.25 |
| 3 Day Service | 5.55 | 5.25 | 4.90 | 4.60 | 4.25 |
| Wt./Case of 36: 30 lbs. (OS1); 33 lbs. (Dim.) | | | | | (5C) |



### SM-6737  The Gulfstream Travel Mug

16 ounces. Insulated double wall construction.
Stainless Steel slide opening lid.
**Colors:** Transparent: Blue, Green or Red.
**Imprint Area:** 2-3/4"W x 1-1/2"H per side.
**Absolute Minimum:** 100, $50.00(G); Individually gift boxed.

| SM-6737 | 150 | 250 | 500 | 1000 | 2500 |
|---|---|---|---|---|---|
| Standard Service | 5.00 | 4.75 | 4.50 | 4.25 | 3.99 |
| 3 Day Service | 6.50 | 6.20 | 5.85 | 5.55 | 5.20 |
| Wt./Case of 36: 32 lbs. | | | | | (5C) |

**Set-Up Charge:** $50.00(G), $25.00(G) on re-orders.
**Additional Color:** $50.00(G) set-up plus .50(G) per piece run charge per color.
**2nd Side:** $50.00(G) set-up only if copy changes.
**Optional Drawstring Pouch (SM-9003):** $.75(C); available on SM-6730 only.

106    Add 20% to 3 Day price for 1 Day Service.