CHANDLER, WOODS, HARRINGTON & MAFFLY
RICHARD HARRINGTON (Bar #28099)
One Maritime Plaza, 4th Floor
San Francisco, CA 94111
Telephone: (415) 421-5484
Facsimile: (415) 986-4874

SHARTSIS FRIESE LLP
ROBERT CHARLES WARD (Bar #160824)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: rward@sflaw.com

Attorneys for Defendants
ANDREW VERITY and CHRISTINA CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>Defendants. | Case No. C 07-02748 MHP<br><br>**DECLARATION OF ROBERT CHARLES WARD IN OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Date:   August 27, 2007<br>Time:  2:00 p.m.<br>Dept:   15, Hon. Marilyn Hall Patel |

I, ROBERT CHARLES WARD, declare as follows:

1. I am an attorney admitted to practice before all courts of the State of California. I am a member of the firm of Shartsis Friese LLP, co-counsel of record for Defendants Andrew Verity and Christina Chang ("Defendants") in the above-referenced action. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto under oath.

2. Attached hereto as Exhibit A are true and correct copies of pages referenced in Defendants' Opposition to Motion for Temporary Retraining Order filed herewith to the

- 1 -

1  deposition of Mark Lillge conducted in this action.

2      I declare under penalty of perjury under the laws of the State of California that the
3  foregoing is true and correct and that this declaration was executed on June 28, 2007, at San
4  Francisco, California.

5                          */s/ Robert Charles Ward*
6                            ROBERT CHARLES WARD

7475\001\RWARD\1444046.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 2 -

Case No. C 07-02748    DECLARATION OF ANDREW VERITY IN OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER