1  CHANDLER, WOODS, HARRINGTON & MAFFLY
   RICHARD HARRINGTON (Bar #28099)
2  One Maritime Plaza, 4th Floor
   San Francisco, CA 94111
3  Telephone: (415) 421-5484
   Facsimile: (415) 986-4874
4
   SHARTSIS FRIESE LLP
5  ROBERT CHARLES WARD (Bar #160824)
   One Maritime Plaza, Eighteenth Floor
6  San Francisco, CA 94111
   Telephone: (415) 421-6500
7  Facsimile: (415) 421-2922
   Email: rward@sflaw.com
8
   Attorneys for Defendants and Counterclaimants
9  ANDREW VERITY and CHRISTINA CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>Defendants. | Case No. C 07-02748 MHP<br><br>**NOTICE OF MOTION AND MOTION TO STRIKE**<br><br>Date:  August 27, 2007<br>Time:  2:00 p.m.<br>Dept:  15, Hon. Marilyn Hall Patel |

Notice is hereby given that on August 27, 2007 at 2:00 p.m. that Defendants will move to strike certain allegations in the Complaint of Plaintiff Mark Lillge on the grounds that allegations regarding the immigration status of Defendants are irrelevant, immaterial, impertinent and constitute an improper threat.

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 1 -
Case No. C 07-02748    NOTICE OF MOTION AND MOTION TO STRIKE

- 2 -

| | | |
|---|---|---|
| 1 | DATED: July 6, 2007 | SHARTSIS FRIESE LLP |
| 2 | | |
| 3 | | By: */s/ Robert Charles Ward* |
| 4 | | ROBERT CHARLES WARD |
| 5 | | Attorneys for Defendants<br>ANDREW VERITY and CHRISTINA CHANG |

7475\001\RWARD\1444475.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

Case No. C 07-02748 — NOTICE OF MOTION AND MOTION TO STRIKE