HARVEY SISKIND LLP
IAN K. BOYD (State Bar No. 191434)
iboyd@harveysiskind.com
SETH I. APPEL (State Bar No. 233421)
sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Plaintiff
Mark Lillge d/b/a Creative Marketing Concepts

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>Defendants. | Case No. C 07-02748 MHP<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE BRIEFING AND HEARING RE PRELIMINARY INJUNCTION MOTION**<br>**[Civil Local Rule 6-2]** |

WHEREAS, in response to Defendants' request to Plaintiff, on June 25, 2007 the parties submitted a Stipulation and Proposed Order ("Stipulation") continuing both the briefing schedule for the parties' opposition and reply briefs, to June 29, 2007 and July 16, 2007 respectively, and the hearing on the Court's Order to Show Cause Why a Preliminary Injunction Should Not Issue, to July 23, 2007;

WHEREAS, on June 26, 2007, the Court issued a Clerk's Notice in response to the Stipulation, granting the requested dates, with the exception of calling for Plaintiff's reply brief to be

filed and served on July 9, 2007 in order to ensure that the Court had a sufficient amount of time to review the parties' papers prior to the hearing;

WHEREAS, in light of long standing vacation plans of Plaintiff's counsel which will result in him returning to the office on July 9, 2007, the parties have agreed to again continue the hearing date to afford each party sufficient time to fully brief this matter;

WHEREAS, the Court has advised the parties that the next two available hearing dates on its calendar are July 30, 2007 and August 27, 2007;

WHEREAS, counsel for Defendants is traveling to New Jersey for a deposition on July 30 and prefers the August 27, 2007 hearing date, to which Plaintiff has no objection, and the parties do not believe that continuing the hearing date to August 27 will otherwise affect the schedule in this case;

WHEREAS, in light of the available August 27 hearing date, counsel for Defendants have also requested that Defendants be afforded additional time in order to complete their opposition brief and respond to the Complaint;

Accordingly, the parties agree as follows:

1. Defendants' opposition brief, currently due to be filed on June 29, 2007, shall be filed and hand served on or before July 6, 2007, which is also the date by which they will respond to the Complaint;

2. Plaintiffs' reply brief, currently due to be filed on July 9, 2007, shall be filed and hand served on or before July 30, 2007;

3. The hearing on Plaintiff's Motion for Preliminary Injunction shall be continued from July 23, 2007, to August 27, 2007;

4. This shall be the final continuance requested by the parties in this matter; and

5. Pursuant to F.R.C.P. 65(b), the Court's Temporary Restraining Order shall remain in effect until such time as the Court rules on Plaintiff's motion for a preliminary injunction.

DATED: June 29, 2007

HARVEY SISKIND LLP
IAN K. BOYD
SETH I. APPEL

By /s/
Ian K. Boyd
Attorneys for Plaintiff
Mark Lillge d/b/a/ Creative Marketing Concepts

DATED: June 29, 2007

SHARTSIS FRIESE LLP
ROBERT CHARLES WARD

By [signature]
Robert Charles Ward
Attorneys for Defendants
Andrew Verity and Christina Chang

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 20, 2007

Honorable M…
United States Di…

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Marilyn H. Patel