```
 1 │ HARVEY SISKIND LLP
   │ IAN K. BOYD (State Bar No. 191434)
 2 │ iboyd@harveysiskind.com
   │ SETH I. APPEL (State Bar No. 233421)
 3 │ sappel@harveysiskind.com
   │ Four Embarcadero Center, 39th Floor
 4 │ San Francisco, California 94111
 5 │ Telephone: (415) 354-0100
   │ Facsimile:  (415) 391-7124
 6 │
 7 │ Attorneys for Plaintiff
   │ Mark Lillge d/b/a Creative Marketing Concepts
 8 │
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>Defendants. | Case No. C 07-02748 MHP<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM**<br>[Civil Local Rule 6-1(a)] |

The parties hereby stipulate that the time for Plaintiff Mark Lillge d/b/a Creative Marketing Concepts to respond to the Counterclaim of Defendants Andrew Verity and Christina Chang shall be extended fourteen days, from July 26, 2007, to August 9, 2007.

Respectfully submitted,

DATED: July 25, 2007

HARVEY SISKIND LLP

By _____
Seth I. Appel
Attorneys for Plaintiff
Mark Lillge d/b/a/ Creative Marketing Concepts

DATED: July 25, 2007

CHANDLER WOODS HARRINGTON & MAFFLY

By _____
Richard H. Harrington
Attorneys for Defendants
Andrew Verity and Christina Chang

-2-

STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM    Case No. C 07-02748 MHP