# Exhibit A to
# Supplemental Declaration of Mark Lillge
# in Support of Plaintiff's Motion for
# Preliminary Injunction

# Case No. C 07-02748 MHP

**From:** Christina <Christina@cmcpromos.com>
**Subject:** Important client info! Attention required.
**Date:** January 31, 2007 12:56:23 PM PST
**To:** Mark Lillge <mlillge@cmcpromos.com>

Hey Mark

I came across 2 pages of call-in with tons of pertinent client project/quote info in the blue recycled bin at the shipping station. I was shocked!!!! Lot of pertinent info was written all over for an important client of ours, REDACTED. I brought those 2 pages to Paola, since it's her client.

I thought it is mandatory to shred all outdated artwork & paper containing client info. Please update me if there's been changes on how CMC operates. Quite a number of issues surfaces for this matter.

1) Why aren't a call-in request verified (existing client, referral and etc.....)
2) If found out the client belongs to other rep after the all, shouldn't the rep bring the project request to the real rep for discussion
3) Your e-mail about transferring accounts from rep to rep seemed to be ignored.
4) Would you & how to further address this important policy to new reps
5) How can SM help himself and his team to understand it is important to do so?
6) Should outdated project info be kept in client file, so the next time you contact client, right questions can be asked.

*I can continue writing, but I have large projects on my plate to attend to now.*

**Hope my feedback here is constructive enough!** REDACTED was a hard client to earn. Without Andy's strategic quoting & Paola's personal rapport, we would have $30K less from our 2006 sales dollar.

My New Year resolution is to ignore what I see, but this is too much. I thought I must bring this to your attention. Client's info & reps hard work should be respected.

<u>Christina Chang</u>
Creative Marketing Concepts   Visit us on the web at http://www.cmcpromos.com
 572 Market Street, San Francisco, CA  94104
  415-982-8618 Phone         415-982-1015 Fax
Our mission is to provide the most suitable promotions for our clients with the BEST SERVICE at most competitive rates.



EXHIBIT
15
7-24-07