# Exhibit B to
# Supplemental Declaration of Mark Lillge
# in Support of Plaintiff's Motion for
# Preliminary Injunction

# Case No. C 07-02748 MHP



ASI 91340 ■ 1010 Timeplanner Drive ■ Charlotte, NC 28206 ■ 704-377-0024 ■ 800-438-3800 ■ Fax 704-335-8463
www.journalbooks.com   www.timeplannercalendars.com

February 24, 2004

Creative Marketing Concepts
Mr. Mark Lillge
572 Market Street
San Francisco, CA 94104

Dear Mark:

Our new 2004 swatch books are here so I am forwarding one per your request in Las Vegas. I am also enclosing some color varieties of our latest creations.

Regarding your samples shown in future shows, I've addressed this internally to avoid this from continually happening. I simply told customer service and production absolutely no overruns on future orders. This should avoid any leftovers getting selected for display from one of our designers.

This will also confirm the special price for 1200 NP-700D ( as an alternative to the Leeds book) @ $3.50. The price includes the deluxe cover with one color imprint, and the penport with an unimprinted prestige pen.

Mark, we have always valued your business which I hope you have come to appreciate. Price is always important but loyalties are more critical. I hope we can build upon our successful past for an ever stronger 2004. Please feel free to call me anytime I can be of assistance.

Sincerely

Jim O'Boyle
Executive Vice President


Cc: Don Manchester
    CR. Rushen

