# Exhibit C to
# Supplemental Declaration of Mark Lillge in Support of Plaintiff's Motion for Preliminary Injunction

# Case No. C 07-02748 MHP

**Creative Marketing Concepts**
572 Market
San Francisco, CA 94104

PH: (415) 982-8618    ASI # 170631
FX: (415) 982-1015    PPAI #144151

Attn: Orders

Purchase Order #  00070908

SHIP TO:
Creative Marketing Concepts
572 Market Street
San Francisco, CA. 94104

**REDACTED**

| QTY. ORDERED | ITEM & DESCRIPTION | UNIT PRICE | CREDIT / DISCOUNT | AMOUNT |
|---|---|---|---|---|
| | Goods must ship 100 WT. if over 100 lbs. | Please fax us all tracking numbers upon shipment of goods. | | |
| | **GOODS MUST SHIP BLIND.** Use Creative Marketing Concepts return address on all shipping labels & packing slips. Do not use your plant's address. | SHIP VIA | SHIP BY | DATE 7/16/07 | PG. 1 |
| 1 | Miscellaneous | | | |

CAP ON OVER-RUN ☐    CAP ON UNDER-RUN ☐

**ART INSTRUCTIONS**  REDACTED
- ART E-MAILED TO:
- BE SURE TO MATCH TO ATTACHED LAYOUT

FAX PROOF: YES ☐  NO ☐
RETURN ALL ART: YES ☐  NO ☐  VIA UPS TRAC
Please notify Creative Mktg. Concepts before printing if clarity or crispness of imprint, such as blurry, fuzzy, filling in of

General Use:
All shmts over 100lbs. must ship as HUNDRED WEIGHT. If via FedEx shmts must go on a single Airbill (multiple pkge shmt). DO NOT PALLETIZE. Please Look in the SHIP VIA Box for freight acct#.

**MUST SHIP ON OR BEFORE :**
**VIA :**
**ON OUR A/C # :**
**IN-HANDS DATE :**

Please mail samples:
YES ☐  NO ☐
Creative Marketing Concepts
572 Market Street
San Francisco, CA 94104

We will pay for  ☐  ☐
                 YES  NO
Quantity ☐ Samples(s) To:
Note: Samples sent to Distributor should be sent via US MAIL unless otherwise instructed.

Client does not want over-run pieces to be used and/or distributed as samples nor shown in any printed materials, such as catalogs or flyers without prior written consent.

| PRICING INFORMATION All specials ESP, Impact, Affordable | |
|---|---|
| COST | $0.00 |
| FREIGHT | T.B.D. |
| SALES TAX | RESALE |
| TOTAL | $0.00 |
| DOWN PAYMENT | $0.00 |
| BALANCE DUE | $0.00 |