# Exhibit A to
# Supplemental Declaration of Ian K. Boyd
# in Support of Plaintiff's Motion for
# Preliminary Injunction

# Case No. C 07-02748 MHP

PAGES 1 - 29

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE MARILYN HALL PATEL

MARK LILLGE, DBA CREATIVE )
MARKETING CONCEPTS, )
 )
        PLAINTIFF, )
 )
VS. ) NO. C 07-2748 MHP
 )
ANDREW VERITY AND CHRISTINA )
CHANG, )
 )
 ) SAN FRANCISCO, CALIFORNIA
        DEFENDANTS. ) THURSDAY, MAY 31, 2007
 )

COPY

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

FOR PLAINTIFF           HARVEY SISKIND, LLP
                            FOUR EMBARCADERO CENTER, 39TH FLOOR
                            SAN FRANCISCO, CALIFORNIA  94111
                BY:  **IAN K. BOYD, ESQUIRE**
                        **SETH ISAAC APPEL, ESQUIRE**

FOR DEFENDANTS          CHANDLER, WOODS, HARRINGTON & MAFFLY
                            ONE MARITIME PLAZA, FOURTH FLOOR
                            SAN FRANCISCO, CALIFORNIA  94111
                BY:  **RICHARD HARRINGTON, ESQUIRE**

*REPORTED BY:*  JOAN MARIE COLUMBINI, CSR 5435, RPR
                   OFFICIAL COURT REPORTER, U.S. DISTRICT COURT

## CERTIFICATE OF REPORTER

I, JOAN MARIE COLUMBINI, OFFICIAL REPORTER FOR THE UNITED STATES COURT, NORTHERN DISTRICT OF CALIFORNIA, HEREBY CERTIFY THAT THE FOREGOING PROCEEDINGS IN C 07-2748 MHP, MARK LILLGE V. ANDREW VERITY AND CHRISTINA CHANG, WERE REPORTED BY ME, A CERTIFIED SHORTHAND REPORTER, AND WERE THEREAFTER TRANSCRIBED UNDER MY DIRECTION INTO TYPEWRITING; THAT THE FOREGOING IS A FULL, COMPLETE AND TRUE RECORD OF SAID PROCEEDINGS AS BOUND BY ME AT THE TIME OF FILING.

THE VALIDITY OF THE REPORTER'S CERTIFICATION OF SAID TRANSCRIPT MAY BE VOID UPON DISASSEMBLY AND/OR REMOVAL FROM THE COURT FILE.

_____
JOAN MARIE COLUMBINI, CSR 5435, RPR
WEDNESDAY, JULY 25, 2007

1  WHY, ESPECIALLY IN LIGHT OF THE HARM THEY WILL INCUR, THE

2  INJUNCTIVE RELIEF IS WARRANTED.  THAT'S WHY WE BELIEF IT IS

3  APPROPRIATE.

4      **THE COURT:**  WHAT I'M GOING TO DO, UNLESS YOU CAN

5  COME TO SOME AGREEMENT, OTHERWISE I'M GOING TO ISSUE A

6  TEMPORARY RESTRAINING ORDER, AND I WILL ISSUE IT JUST FOR THE

7  TEN DAYS.  YOU WILL HAVE TO DO THE BRIEFING AND SO FORTH, BUT

8  THERE IS -- THE THING THAT'S DIFFICULT ABOUT THIS IS THAT I'M

9  GOING TO ORDER THAT THERE IS TO BE NO TRANSMISSION OF TRADE

10 SECRETS AT ALL OR USE OF THOSE TRADE SECRETS EITHER IN

11 ACQUIRING ANY NEW BUSINESS BY THESE DEFENDANTS -- AND YOU ARE

12 GOING TO HAVE TO -- AND I CAN'T DEFINE RIGHT NOW WHAT ALL THOSE

13 TRADE SECRETS MAY BE, OR IF THERE ARE ANY TRADE SECRETS AT ALL,

14 BUT, YOU KNOW, THAT IF -- MR. HARRINGTON, IF THEY ARE TRADE

15 SECRETS, THEN CERTAINLY AT THIS POINT THE COURT CAN PUT SOME --

16 IMPOSE SOME KIND OF A RESTRAINING ORDER SO WE CAN, IN FACT,

17 MAINTAIN THE STATUS QUO.

18     AND WHEN YOU LOOK AT IT ON A CONTINUUM, THERE ARE

19 SERIOUS QUESTIONS AND A BALANCE OF HARDSHIPS.  ONCE THE CAT IS

20 OUT OF THE BAG, YOU CAN'T GET IT BACK IN.  MAYBE YOU CAN GET A

21 CAT BACK IN THE BAG, BUT YOU CAN'T GET THE TOOTHPASTE BACK IN

22 THE TUBE.  SERIOUSLY, ONCE THE DAMAGE IS DONE, IT'S TOO LATE TO

23 TRY TO RECOUP IT OR DO SOMETHING ABOUT IT AFTER THE FACT.

24     THEY ARE NOT TO SOLICIT DURING THIS PERIOD OF

25 TIME -- AND YOU DON'T HAVE TO SCOWL.  THEY ARE NOT TO SOLICIT

1   CUSTOMERS OF CMC.  IF CMC'S CUSTOMERS CONTACT THEM, THAT'S
2   ANOTHER MATTER, BUT THEY BETTER MAKE SURE THAT THEY CAN VERIFY
3   OR SUBSTANTIATE THE FACT THAT THOSE CUSTOMERS CONTACTED THEM,
4   NOT THAT THEY CONTACTED THE CUSTOMERS.
5           THE COURT IS GOING TO LOOK VERY CLOSELY AT THE
6   BEHAVIOR ON BOTH SIDES, BUT I THINK THAT RIGHT NOW ALL THAT I'M
7   PREPARED TO DO -- WE CAN FLESH THIS OUT A LITTLE MORE IF WE
8   NEED TO -- IS TO SAY THERE IS TO BE NO TRANSMISSION OR USE
9   OF -- AND DEFINING THOSE TERMS AS BROADLY AS POSSIBLE -- OF
10  TRADE SECRET INFORMATION IN THE PURSUING OF THEIR OWN BUSINESS
11  AND IN PURSUING CLIENTS AND SO FORTH; FURTHERMORE, THAT THEY
12  ARE NOT TO PURSUE OR INITIATE CONTACT WITH -- ON THEIR OWN
13  INITIATE CONTACT OR THROUGH THEIR CORPORATION INITIATE CONTACT
14  WITH FORMER CLIENTS -- OR CLIENTS, RATHER -- EXCUSE ME -- OF
15  THEIR FORMER EMPLOYER, CMC, UNTIL FURTHER ORDER OF THE COURT.
16          WE WILL LEAVE THAT IN PLACE FOR TEN DAYS.  SO
17  EVERYTHING IS ESSENTIALLY AT A STANDSTILL.  OR THEY CAN GO OUT
18  AND SOLICIT ALL THE OTHER PEOPLE IN THE WORLD OUT THERE THAT
19  HAVE BUSINESS, AND, APPARENTLY, THERE ARE PLENTY OF THEM, BUT
20  THEY CAN'T USE TRADE SECRETS OF CMC IN ORDER TO ACCOMPLISH THAT
21  EITHER.  AND WE'LL JUST SET IT DOWN FOR A HEARING WITHIN TEN
22  DAYS.
23          **MR. BOYD:**  YOUR HONOR, COUPLE OF POINTS FOR
24  CLARIFICATION, IF I MAY?
25          FIRST, DOES THE COURT WISH FOR US TO SUBMIT A

```
 1  WE CAN ASK THEM TO DO AS WELL.
 2          MR. BOYD:  THAT, BUT ALSO A LIST OF THE CLIENTS
 3  THAT -- AT LEAST IT'S THEIR POSITION -- I KNOW IT'S THEIR
 4  POSITION THAT THEY HAVEN'T SOLICITED ANYBODY, JUST AS IT'S
 5  THEIR POSITION THERE AREN'T ANY TRADE SECRETS.  BUT WHAT I'M
 6  ASKING FOR IS A LIST OF THE CLIENTS THEY HAVE ACTUALLY
 7  NOTIFIED.
 8          THE COURT:  MEANING JUST TO SAY WE'VE CONTACTED AND
 9  MOVED --
10          MR. BOYD:  YES.
11          THE COURT:  I DON'T KNOW THAT YOU ARE REALLY
12  ENTITLED TO THAT.
13          MR. BOYD:  WELL, THE CONCERN --
14          THE COURT:  AT LEAST NOT AT THIS STAGE, I'M NOT
15  PREPARED TO ORDER THAT.
16          MR. BOYD:  OKAY.
17          THE COURT:  IF YOU WANT THEM TO LIST ALSO NOT JUST
18  WHOM THEY'VE ENTERED INTO ANY TRANSACTIONS WITH, WHETHER
19  THEY'VE SIGNED AGREEMENTS OR WHETHER THERE ARE ORAL AGREEMENTS
20  OR ANY KIND OF PRELIMINARY OFFERS, YOU KNOW, AND RESPONSES TO
21  THOSE OFFERS, THEY'RE TO PROVIDE THAT INFORMATION.  AND IF, IN
22  FACT, THOSE SOLICITATIONS WERE NOT BY THESE DEFENDANTS, IN
23  FACT, IT WAS A RESPONSE TO NOTIFICATION, THEN THEY CAN CONTINUE
24  TO DO BUSINESS WITH THOSE COMPANIES.
25          THEY HAD JUST BETTER BE ABLE TO HAVE BUSINESS
```

1  RECORDS AND ACCOUNTS THAT THEY CAN ACCOUNT FOR ALL OF THIS AT
2  THE END OF THE DAY, IF, IN FACT, IT TURNS OUT THOSE
3  REPRESENTATIONS ARE NOT TRUE, SO THEY BETTER KEEP GOOD BOOKS
4  AND RECORDS.  THE FAILURE TO DO SO WILL, IN FACT, BE
5  INTERPRETED AGAINST THEM WHEN IN DOUBT.  SO THEY'RE SITTING
6  HERE, AND I TRUST THEY WILL UNDERSTAND THAT.
7            THEN, YOU KNOW, A LIST OF THOSE COMPANIES THAT THEY
8  HAVE ACTUALLY SOLICITED IF THEY HAVE NOT ENTERED INTO ANY
9  TRANSACTIONS WITH ANY OF THOSE COMPANIES.  THAT INCLUDES MAKING
10 OFFERS OR RECEIVING RESPONSES TO OFFERS OR NO CONTRACTS HAVE
11 ACTUALLY BEEN ENTERED INTO, THEN THEY ARE NOT TO CONTINUE TO DO
12 BUSINESS, YOU KNOW, PURSUE THOSE ANY FURTHER UNTIL WE'VE HAD
13 THE HEARING IN TEN DAYS.
14            **MR. BOYD:**  YOUR HONOR, JUST SO I'M CLEAR, WHEN YOU
15 SAID YOU DIDN'T BELIEVE WE WERE ENTITLED TO THAT INFORMATION,
16 YOU ARE TALKING ABOUT THIS, THE IMMEDIATE TIME FOR THEM --
17            **THE COURT:**  JUST DURING NOTIFICATION; WE MOVED AND
18 HERE'S OUR NEW ADDRESS AND PHONE NUMBER.  NO, I'M NOT GOING
19 TO -- IF YOU WANT TO TRY TO GET THAT IN DISCOVERY, YOU CAN DO
20 THAT.
21            **MR. BOYD:**  FINALLY, YOUR HONOR, MY LAST QUESTION IS,
22 TO THE EXTENT THE COURT IS REQUESTING A BOND, THE AMOUNT OF
23 THAT BOND.
24            **THE COURT:**  I DON'T KNOW.  WHAT'S FAIR?
25            **MR. BOYD:**  UNDER THE FORM OF ORDER THAT WE HAD