# Exhibit E to
# Supplemental Declaration of Ian K. Boyd in Support of Plaintiff's Motion for Preliminary Injunction

# Case No. C 07-02748 MHP

Richard Harrington State Bar 28099
Chandler Wood Harrington & Maffly LLP
One Maritime Plaza, Fourth Floor
San Francisco, California 94111 3404
Telephone:    415 421 5484
Facsimile:    415 986 4874
Email:        Harr@well.com

Robert Charles Ward State Bar 160824
Shartsis Friese LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, California 94111 3404
Telephone:    415 421 6500
Facsimile:    415 421 2922
Email:        rward@sflaw.com

Attorneys for Defendants

SUPERIOR COURT OF THE STATE OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO

UNLIMITED JURISDICTION

| | |
|---|---|
| Mark Lillge d/b/a Creative Marketing Concepts<br><br>Plantiff<br><br>v<br><br>Andrew Verity and Christina Chang,<br><br>Defendants | Case No. C 07 02748<br><br>Declaration of Christina Chang in Opposition to Motion for Temporary Restraining Order<br><br>The Honorable Marilyn Hall Patel<br>31 May 2007<br>2:00 p m<br>Courtroom 15 |

My name is Christina Chang.

I have not solicited the business of any customers of Creative Marketing Concepts (CMC) since I was fired by that company. Chevron Federal Credit Union contacted me after I was fired by CMC. See Exhibit A attached. In response to that contact, I offered to sell products to Chevron Federal Credit Union. They declined to buy. My husband, Andrew Verity bought the samples which I provided.. I did not get the samples from CMC.

I never signed nor agreed to refrain from competition with or solicitation of

---

**Declaration of Christina Chang in Opposition to Motion for Temporary Restraining Order**

customers of CMC..

I declare under penalty of perjury that the statements in the foregoing declaration are true and correct and that I am competent to testify to them. Executed this 31st day of May 2007 at San Francisco, California.

*Christina Chang*

---

Declaration of Christina Chang in Opposition to Motion for Temporary Restraining Order

Voice Mail left on Christina Chang's mobile phone

From: Gina Lee @ Chevron Federal Credit Union
Date: May 11, 2007 9:50 am


Christina

It's Gina Lee at Chevron Federal Credit Union. It's 9:50 am on Friday morning. I got your e-mail. But actually.... I heard today is your last day from a different vendor yesterday at San Francisco Expo. You can imagine I was very saddened. So give me a call back when you have a moment.

EXHIBIT A