HARVEY SISKIND LLP
IAN K. BOYD (State Bar No. 191434)
Iboyd@harveysiskind.com
SETH I. APPEL (State Bar No. 233421)
Sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Plaintiff
Mark Lillge d/b/a Creative Marketing Concepts

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>Defendants. | Case No. C 07-02748 MHP<br><br>**SUPPLEMENTAL DECLARATION OF DR. RICHARD BEERY IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: August 27, 2007<br>Time: 2:00 p.m.<br>Court: Honorable Marilyn Hall Patel |

I, Dr. Richard Beery, declare as follows:

1.  I am over the age of eighteen years and not a party to this action. I make this declaration freely and of my own personal knowledge. If I were called as a witness, I could and would competently testify to the matters set forth.

2.  I serve as an information technology consultant for the plaintiff in this action, Creative Marketing Concepts ("CMC"), and I typically perform a maintenance check on CMC's computers each week. In my earlier declaration, I discussed my discovery on or about April 4, 2007, that Defendant Andrew Verity's computer had been deleted from the list of computers to be backed up by CMC's backup program. (The program is called "Data Backup.")

3. I am informed and believe that Mr. Verity testified at his deposition that it is "a very common occurrence" for a computer to be disconnected from CMC's backup server. This statement is misleading with regard to the situation discussed in my earlier declaration.

4. On occasion when a CMC employee shuts off or restarts his or her computer, the computer disappears from the backup server's desktop; the computer then needs to be remounted on the desktop for the server to provide backup. During my weekly maintenance checks, the backup server informs me which computers need remounting. I then remount those computers and manually back up their data and transactions of the preceding week.

5. Mr. Verity's computer was *not* disconnected from the backup server in the manner noted above. During my April 4 maintenance check, I observed that Mr. Verity's computer was still mounted on the desktop. However, it had been deleted from the list of computers to be backed up, as contained within the Data Backup program. In order to delete a computer from the list, someone must specifically go into Data Backup, select the computer from the list, and click the "delete set" button.

6. In the entire time CMC has been using "Data Backup," which spans several years, a computer had never been deleted from the list of computers to be backed up prior to Mr. Verity's computer being deleted in late-March/early-April 2007. This type of thing does not happen accidentally, or from a bug in the system. It requires deliberate action.

7. Mr. Verity submitted a declaration stating that "[o]nce my computer was reconnected any computer activity during the supposed 'missing week' would then have been backed up." This statement is again misleading, for whatever computer activity Mr. Verity engaged in during this week, which he subsequently deleted from his hard drive prior to my discovery of the disconnection, would not have been backed up upon the reconnection of his computer to the system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 27th day of July, 2007, in _Berkeley_, California.

_Dr. Richard Beery_

—2—

SUPPLEMENTAL DECLARATION OF DR. RICHARD BEERY                    C 07-02748 MHP