HARVEY SISKIND LLP
IAN K. BOYD (State Bar No. 191434)
Iboyd@harveysiskind.com
SETH I. APPEL (State Bar No. 233421)
Sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Plaintiff
Mark Lillge d/b/a Creative Marketing Concepts

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>Defendants. | Case No. C 07-02748 MHP<br><br>**DECLARATION OF JON BERRYHILL IN SUPPORT OF PLAINTIFF'S REPLY BRIEF RE MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: August 27, 2007<br>Time: 2:00 p.m.<br>Court: Honorable Marilyn Hall Patel |

I, Jon Berryhill, declare as follows:

1. I am President and COO of Berryhill Computer Forensics Inc., a firm which specializes in the collection, preservation, analysis and presentation of computer-related evidence, including computer hard drives. Our methods are court-proven and ensure the integrity of the evidence and the chain of custody. The facts set forth in this declaration are based on my personal knowledge and if called as a witness I could and would testify thereto.

2. I have conducted examinations of computer hard drives containing private and confidential information in more than 500 cases where I was entrusted with an individual's personal data, corporate internal data and communications, financial data, privileged attorney-client

-1-

DECLARATION OF JON BERRYHILL                                         C 07-02748 MHP

information, trade secret information, patent and pending patent applications and confidential research and development information. These cases have included a broad spectrum of issues and parties, ranging from individuals involved in personal and financial disputes to multi-million dollar corporate litigation. A true and correct copy of my curriculum vitae is attached hereto as Exhibit A.

3. I have worked as a court-appointed expert to examine data from both sides of a case and provided an impartial analysis as to the contents of the computers as they related to the various arguments of the case. In addition, I am a former Federal Agent with the Air Force Office of Special Investigations. As such, I conducted fraud, criminal and counter intelligence investigations that often included classified data and/or Federal Grand Jury information, which I was required to maintain strictly confidential.

4. My experience in conducting computer forensic analysis has included the analysis of more than 2000 computer hard drives and more than 5800 floppy disks, tapes, CD-ROMs and other media. Since being in private practice I have on a regular basis provided computer forensic analysis and support to many different local, state and federal law enforcement agencies in their criminal investigations. These have included the California Employment Development Department, California Office of Real Estate Appraisers, California Department of Insurance, California Highway Patrol, California Attorney General's Office, Federal Bureau of Investigation, Bureau of Alcohol Tobacco and Firearms, Immigration and Naturalization Service Investigations Division, Palo Alto Police Department, San Mateo County Sheriff's Office, Half Moon Bay Police Department and the Santa Barbara Police Department.

5. The method I utilize to copy the contents of a computer (hereafter hard drive) ensures the integrity of all existing data contained therein and does not modify in any way the existing data contained on the hard drive. The tools used creates an image file (often referred to as a mirror image) of the evidence hard drive(s). Analysis can be performed on the image file directly or the image can be used to create a duplicate hard drive which can be further analyzed. The image file and the original evidence hard drive remain unchanged.

6. I have reviewed the image file set extracted from the Mac Mini hard drive for the computer that I understand Andrew Verity used while employed at CMC. My forensic analysis has discovered that on the morning of April 11, 2007, a large group of approximately 250 customer art files were downloaded to Mr. Verity's computer.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 30th day of July, 2007, in Benicia, California.

_____
Jon Berryhill



# Jon Berryhill

P.O. Box 1674 ■ Benicia, CA ■ 94510
(o) 888.745.1405 ■ (f) 707.780.8913

| | |
|---|---|
| **Title** | President & Chief Operating Officer |
| **Professional Biography** | Jon Berryhill is a 14-year veteran of computer forensics investigation. He has led computer forensic investigations for law firms, major corporations and small business, as well as for the United States Air Force (USAF). As a major in the USAF, he was a Special Agent in the Air Force Office of Special Investigations, investigating crimes such as central systems fraud, homicide, suicide, theft, narcotics, child pornography and counterintelligence. |
| | Berryhill has successfully led hundreds of computer forensic investigations. He has worked extensively with the California Department of Justice Advanced Training Center, serving as instructor, curriculum developer, and teaching certified computer crime investigations courses. |
| | Berryhill has been certified in California State Court and Federal Courts as an expert witness in computer crime. He is well-known and widely respected in the computer forensics industry for being one of the true pioneers of electronic file retrieval, and computer forensic analysis. He is a highly sought-after speaker, and is a Preferred Member of California State University's Criminal Justice Scholastic Speaker's Bureau. |
| **Core Skills** | Forensic hard drive imaging    Deposition preparation<br>Forensic data analysis           Expert witness testimony<br>Proactive forensic analysis<br>Electronic discovery consulting |
| **Education** | Lamar University<br>• B.S. Engineering Computer Science<br>• Minor: Mathematics and Industrial Engineering<br><br>Air Force Office of Special Investigations<br>• Computer Evidence Course<br><br>Air Force Special Investigations Academy<br>• Special Investigators Course |

**EXHIBIT A**