HARVEY SISKIND LLP
IAN K. BOYD (State Bar No. 191434)
Iboyd@harveysiskind.com
SETH I. APPEL (State Bar No. 233421)
Sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Plaintiff
Mark Lillge d/b/a Creative Marketing Concepts

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW VERITY and CHRISTINA CHANG.<br><br>　　　　　　　　Defendants. | Case No. C 07-02748 MHP<br><br>**DECLARATION OF SETH I. APPEL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE**<br><br>Date: August 27, 2007<br>Time: 2:00 p.m.<br>Court: Hon. Marilyn Hall Patel |

I, Seth I. Appel, declare as follows:

1.　I am an associate attorney at the law firm of Harvey Siskind LLP, counsel of record for plaintiff Mark Lillge d/b/a Creative Marketing Concepts ("CMC"). I have personal knowledge of the matters stated herein, and, if called as a witness, I could and would testify competently thereto.

2.　On Tuesday, May 31, 2007, I attended the Court's hearing on Plaintiff's Ex Parte Application for a Temporary Restraining Order in this matter. Attached hereto as Exhibit A are certain portions of the transcript of that hearing.

1  3. On July 17, 2007 and July 24, 2007, Ian K. Boyd, a partner at my firm, took the deposition of Defendant Andrew Verity. Attached hereto as Exhibit B are certain portions of Mr. Verity's testimony.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 6th day of August 2007, in San Francisco, California.

/s/
———————————————
Seth I. Appel