# Exhibit A
# to Declaration of Seth I. Appel in Support of Plaintiff's Opposition to Defendants' Motion to Strike

# Case No. C 07-2748 MHP

```
                                          PAGES 1 - 29

               UNITED STATES DISTRICT COURT

             NORTHERN DISTRICT OF CALIFORNIA

         BEFORE THE HONORABLE MARILYN HALL PATEL

MARK LILLGE, DBA CREATIVE      )
MARKETING CONCEPTS,            )
                               )
                               )
           PLAINTIFF,           )
                               )
  VS.                          ) NO. C 07-2748 MHP
                               )
ANDREW VERITY AND CHRISTINA    )
CHANG,                         )
                               )
                               ) SAN FRANCISCO, CALIFORNIA
           DEFENDANTS.          ) THURSDAY, MAY 31, 2007
                               )
                               )
```

                    TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

FOR PLAINTIFF              HARVEY SISKIND, LLP
                           FOUR EMBARCADERO CENTER, 39TH FLOOR
                           SAN FRANCISCO, CALIFORNIA  94111
                    BY:    IAN K. BOYD, ESQUIRE
                           SETH ISAAC APPEL, ESQUIRE


FOR DEFENDANTS             CHANDLER, WOODS, HARRINGTON & MAFFLY
                           ONE MARITIME PLAZA, FOURTH FLOOR
                           SAN FRANCISCO, CALIFORNIA  94111
                    BY:    RICHARD HARRINGTON, ESQUIRE




REPORTED BY:    JOAN MARIE COLUMBINI, CSR 5435, RPR
                OFFICIAL COURT REPORTER, U.S. DISTRICT COURT

### CERTIFICATE OF REPORTER

I, JOAN MARIE COLUMBINI, OFFICIAL REPORTER FOR THE UNITED STATES COURT, NORTHERN DISTRICT OF CALIFORNIA, HEREBY CERTIFY THAT THE FOREGOING PROCEEDINGS IN C 07-2748 MHP, MARK LILLGE V. ANDREW VERITY AND CHRISTINA CHANG, WERE REPORTED BY ME, A CERTIFIED SHORTHAND REPORTER, AND WERE THEREAFTER TRANSCRIBED UNDER MY DIRECTION INTO TYPEWRITING; THAT THE FOREGOING IS A FULL, COMPLETE AND TRUE RECORD OF SAID PROCEEDINGS AS BOUND BY ME AT THE TIME OF FILING.

THE VALIDITY OF THE REPORTER'S CERTIFICATION OF SAID TRANSCRIPT MAY BE VOID UPON DISASSEMBLY AND/OR REMOVAL FROM THE COURT FILE.

*[signature]*

JOAN MARIE COLUMBINI, CSR 5435, RPR

WEDNESDAY, JULY 25, 2007

7

1    BUT ALL OF THAT IS GOING TO TAKE SOME TIME. WHAT
2 COULD WE DO TO MAINTAIN THE STATUS QUO?
3         **MR. BOYD:** I BELIEVE WHAT WE CAN DO TO MAINTAIN
4 STATUS QUO IS TAKE THE CMC CUSTOMER BASE, WHICH, AS WE NOTE IN
5 OUR BRIEF, IS JUST THE MEREST SLIVER OF THE AVAILABLE MARKET TO
6 THE DEFENDANTS, AND ENJOIN THEM FROM DOING BUSINESS WITH THOSE
7 DEFENDANTS PENDING -- AS THE COURT NOTES, PENDING FURTHER
8 FORENSIC INVESTIGATION AND PENDING FURTHER DISCOVERY FOR A
9 FULLER RECORD ON THE MERITS.
10         I BELIEVE IF WE LOOK AT THE BALANCE OF HARDSHIPS
11 HERE, THE DAMAGE THAT THE DEFENDANTS CAN POTENTIALLY DO TO THE
12 PLAINTIFF, THREATS THAT THEY MADE BEFORE THEY LEFT, IF THEY
13 ACTUALLY CARRY THROUGH ON THESE THREATS TO TAKE ALL OF CMC'S
14 CUSTOMERS AND THAT BUSINESS, THAT DAMAGE IS, I BELIEVE BY
15 DEFINITION, IRREPARABLE.
16         TO THE CONTRARY, WE ARE IN NO WAY PREVENTING THE
17 DEFENDANTS FROM UTILIZING THEIR GENERALIZED SKILLS, KNOWLEDGE
18 AND EXPERTISE IN THIS INDUSTRY FROM MAKING A VERY FAIR AND
19 HONEST LIVING PROSPECTING AGAINST A POTENTIALLY HUGE CLIENT
20 BASE.
21         **THE COURT:** FAIR AND HONEST LIVING. THEY CAME HERE
22 ON H1-B VISAS, AND THEY ARE NO LONGER EMPLOYED BY THE EMPLOYER
23 THAT GOT THEM THE H VISAS. WHAT DOES THAT DO TO THEIR VISA
24 STATUS?
25         **MR. BOYD:** MY UNDERSTANDING IS IT HAS BEEN REVOKED

*JOAN MARIE COLUMBINI, CSR, RPR*
*OFFICIAL COURT REPORTER, USDC, 415-255-6842*

1   AND THEY ARE NOT RESIDING HERE LEGALLY CURRENTLY.
2           THE COURT:  IS THAT CORRECT?
3           MR. HARRINGTON:  THAT'S WRONG.  WE HAVE AN
4   INCORPORATED BUSINESS, AND MY IMMIGRATION COUNSEL ADVISE ME
5   IT'S LAWFUL FOR US TO DO BUSINESS.
6           THE COURT:  THAT MAY BE, BUT THE QUESTION IS NOT
7   ABOUT THE CORPORATION AND WHETHER THEY'RE A SET UP CORPORATION,
8   BUT ARE THEY LAWFULLY IN THE UNITED STATES NOW?
9           MR. HARRINGTON:  YES.
10          THE COURT:  ON WHAT KIND OF A VISA?
11          MR. HARRINGTON:  MS. CHANG IS ON H1-B VISA.
12          THE COURT:  BUT IT'S THE SAME H1 VISA.  WERE THOSE
13  H1 VISAS OBTAINED THROUGH --
14          MR. BOYD:  YES, YOUR HONOR.
15          THE COURT:  -- THE EMPLOYER?
16          MR. BOYD:  YES.
17          THE COURT:  WHAT IS THE EFFECT OF NO LONGER BEING
18  EMPLOYED BY THIS EMPLOYER ON THE H1 VISA?
19          MR. HARRINGTON:  MY IMMIGRATION COUNSEL TELLS ME
20  IT'S LAWFUL FOR MS. CHANG TO WORK FOR THE CORPORATION, WHICH
21  SHE'S DOING.
22          THE COURT:  I DON'T KNOW.
23          MR. VERITY:  CAN I SAY SOMETHING, YOUR HONOR?
24          MR. HARRINGTON:  NO.
25          THE COURT:  YOU HAVE A LAWYER; THAT'S WHAT YOUR

1  LAWYER IS FOR.

2         YOUR CLIENTS ARE -- ALSO WANTS YOU TO --

3         **MR. BOYD:** THIS IS THE PRINCIPAL, MR. LILLGE, RIGHT
4  HERE.

5         LIKE MR. HARRINGTON, I'M NOT AN EXPERT IN
6  IMMIGRATION LAW, BUT MY UNDERSTANDING IS THAT VISA HAS BEEN
7  REVOKED FOR BOTH, NOT JUST -- HE'S TALKING ABOUT MS. CHANG AND
8  NOT MENTIONING MR. VERITY, BUT WITH RESPECT TO BOTH OF THEM, MY
9  UNDERSTANDING IS THAT VISA HAS BEEN REVOKED.

10        **THE COURT:** IT SORT OF GOES ALONG IN LINE WITH THE
11 RULE YOU DANCE WITH THE ONES THAT BROUGHT YOU.

12        **MR. HARRINGTON:** WITHOUT BEING RUDE, YOUR HONOR, MAY
13 I REPORT THAT CALIFORNIA RULES OF STATE BAR SAY THAT MR. BOYD
14 CANNOT BRING UP EXTRANEOUS CONSIDERATIONS FOR PURPOSES OF
15 GETTING AN ADVANTAGE IN A CIVIL LITIGATION?

16        **THE COURT:** I ASKED A QUESTION. I ASKED A QUESTION,
17 AND IF I ASK IT, IT'S NOT IRRELEVANT.

18        **MR. HARRINGTON:** YOU ARE ABSOLUTELY RIGHT --

19        **THE COURT:** YOU DIDN'T LEARN THAT LESSON?

20        **MR. HARRINGTON:** -- ON BOTH COUNTS, YOUR HONOR.

21        IF I HAVE TAKEN ADVISE FROM LEGAL COUNSEL WHO WERE
22 QUALIFIED IN THE FIELD AND THEY REPORTED TO ME IT'S LAWFUL FOR
23 MS. CHANG TO WORK FOR THE NEW CORPORATION, THAT'S ALL I CAN SAY
24 ON IT. I DON'T KNOW MUCH ABOUT IMMIGRATION.

25        **THE COURT:** BUT, IN ANY EVENT, THERE SEEMS TO BE A