# Exhibit B
# to Declaration of Seth I. Appel in Support of Plaintiff's Opposition to Defendants' Motion to Strike

# Case No. C 07-2748 MHP

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--oOo--

MARK LILLGE dba CREATIVE )
MARKETING CONCEPTS, )
 )
    Plaintiff, )
 )
vs. ) No. C07-02748 MHP
 )
ANDREW VERITY and CHRISTINA )
CHANG, )
 )
    Defendants. )
 )

_____

VIDEOTAPE DEPOSITION OF

ANDREW VERITY

JULY 17, 2007

**CERTIFIED COPY**

REPORTED BY:  JUDIE NICHOLAS, CSR 12229

NANCY SORENSEN REPORTING SERVICE
41 SUTTER STREET, SUITE 505
San Francisco, California 94104
(415) 986-4624-OFFICE
(415) 986-4627-FAX
califdepo@aol.com

1

ANDREW VERITY

1   STATE OF CALIFORNIA    )
2   COUNTY OF SAN FRANCISCO )
3
4       I, JUDIE A. NICHOLAS, a Certified Shorthand
5   Reporter in and for the State of California, do
6   hereby certify:
7       That said proceedings were taken at the time
8   and place therein stated; that said proceedings
9   were reported by me, a Certified Shorthand Reporter
10  and a disinterested person, and thereafter
11  transcribed into typewriting under my direction.
12      I further certify that I am not in any way
13  interested in the outcome of said cause named in
14  the caption.
15
16              IN WITNESS WHEREOF, I have
17
18  hereunto set my hand this 23rd
19  day of July, 2007.
20
21
22              [signature]
23          JUDIE A. NICHOLAS
24          Certified Shorthand Reporter
            State of California
25          CSR Number 12229

188

ANDREW VERITY

| | | |
|---|---|---|
| 1 | 11:14:29 | A. Yes, it is. |
| 2 | 11:14:39 | Q. Is there anything else that you recall Mr. |
| 3 | 11:14:41 | Lillge agreed to do as a condition of your |
| 4 | 11:14:44 | employment with CMC? |
| 5 | 11:14:48 | A. Not specifically. |
| 6 | 11:14:49 | Q. Did he agree to sponsor an H1B visa for |
| 7 | 11:14:56 | you? |
| 8 | 11:14:56 | A. That really wasn't part of the contract. |
| 9 | 11:15:00 | He needed to do that to hire me. |
| 10 | 11:15:02 | Q. Do you recall it was something he agreed |
| 11 | 11:15:05 | to do? |
| 12 | 11:15:05 | A. Yes, he did. |
| 13 | 11:15:06 | Q. Do you have any understanding as to why |
| 14 | 11:15:34 | this agreement isn't signed by you and Mr. Lillge? |
| 15 | 11:15:38 | A. I don't think it needed to be signed. We |
| 16 | 11:15:40 | both agreed it was the agreement. It was referred |
| 17 | 11:15:43 | to many times. I was paid on it. I was paid my |
| 18 | 11:15:46 | bonus on it. Mr. Lillge referred to the ownership |
| 19 | 11:15:50 | interest. |
| 20 | 11:15:55 | Q. Did you ever inform Mr. Lillge that you |
| 21 | 11:15:58 | wanted a more formalized agreement? |
| 22 | 11:16:02 | A. No, I did not. |
| 23 | 11:16:03 | Q. With respect to your performance under the |
| 24 | 11:16:24 | agreement, did you consider cooperating with Mr. |
| 25 | 11:16:29 | Lillge to be part of your obligations to CMC? |

45

| | | |
|---|---|---|
| 1 | 12:36:03 | notes and so forth.  Why did you request that of |
| 2 | 12:36:05 | him? |
| 3 | 12:36:06 | A.  Because I thought his position was |
| 4 | 12:36:07 | unreasonable, but I wanted everything in there. |
| 5 | 12:36:10 | Mr. Lillge was -- you have to remember, he'd |
| 6 | 12:36:13 | terminated me for personal reasons.  I like to have |
| 7 | 12:36:16 | these things in writing.  I asked many times to |
| 8 | 12:36:20 | have our interactions in writing.  I think that's |
| 9 | 12:36:24 | reasonable, and I think any reasonable person would |
| 10 | 12:36:27 | agree to that.  Mr. Lillge agreed to it, but he |
| 11 | 12:36:30 | didn't actually carry out what he said. |
| 12 | 12:36:32 | Q.  With respect to your employment at CMC |
| 13 | 12:36:34 | under this oral agreement through 2007, did Mr. |
| 14 | 12:36:38 | Lillge also make any representations to you |
| 15 | 12:36:42 | regarding your green card? |
| 16 | 12:36:46 | A.  The commitment at the meeting in January |
| 17 | 12:36:52 | was based on the expectation of getting a green |
| 18 | 12:36:55 | card at the end of the year.  Subsequently it |
| 19 | 12:36:57 | looked like I would need two to three years to get |
| 20 | 12:37:00 | the green card.  Mr. Lillge committed that he would |
| 21 | 12:37:03 | employ me through that term, however long it took, |
| 22 | 12:37:05 | on many occasions, witnessed by many people, he |
| 23 | 12:37:08 | said, "I would employ Andy through the time it |
| 24 | 12:37:12 | takes him to get his green card." |
| 25 | 12:37:15 | Q.  And the subsequent representations he made |

84

| | | |
|---|---|---|
| 1 | 12:37:19 | in the presence of others about employing you until |
| 2 | 12:37:22 | you obtained your green card, that was made after |
| 3 | 12:37:25 | this January, 2007 meeting? |
| 4 | 12:37:28 | A.  Yes.  The -- the original date for that |
| 5 | 12:37:33 | was December.  He committed to doing it through |
| 6 | 12:37:35 | December of '07.  He expanded it for two to three |
| 7 | 12:37:39 | years. |
| 8 | 12:37:39 | Q.  And what's your understanding as to why |
| 9 | 12:37:41 | Mr. Lillge agreed to employ you until you obtained |
| 10 | 12:37:44 | your green card? |
| 11 | 12:37:45 | A.  That was the commitment he made.  It was |
| 12 | 12:37:47 | the promise he made in January when we thought it |
| 13 | 12:37:50 | was December '07.  When it looked like it was two |
| 14 | 12:37:53 | to three years, he increased the promise. |
| 15 | 12:37:56 | Q.  Was that a promise you asked for from him, |
| 16 | 12:37:59 | or did he just offer it on his own? |
| 17 | 12:38:00 | A.  He made the promise.  When it expanded to |
| 18 | 12:38:05 | two to three years, he voluntarily made that |
| 19 | 12:38:07 | expansion to two to three years. |
| 20 | 12:38:09 | Q.  And, again, what was your understanding as |
| 21 | 12:38:12 | to why he agreed to employ you until you obtained |
| 22 | 12:38:14 | your green card? |
| 23 | 12:38:18 | A.  I think he realized he'd fired me for |
| 24 | 12:38:22 | personal reasons, and then -- he fired the most |
| 25 | 12:38:24 | knowledgeable person in his own company because he |

85

| | | |
|---|---|---|
| 1 | 12:55:00 | Q. And were you listed as a founding member |
| 2 | 12:55:04 | in the documents? |
| 3 | 12:55:09 | A. I -- I can't remember. I don't think so. |
| 4 | 12:55:12 | Q. Do you recall who was -- |
| 5 | 12:55:14 | A. I think my lawyer did. I think my lawyer |
| 6 | 12:55:17 | is listed. |
| 7 | 12:55:18 | Q. And is that Richard Harrington? |
| 8 | 12:55:22 | A. Correct. |
| 9 | 12:55:23 | Q. And without telling me what was discussed, |
| 10 | 12:55:29 | do you recall the first time that you consulted |
| 11 | 12:55:31 | with Mr. Harrington about forming a corporation? |
| 12 | 12:55:39 | A. Not exactly, no. |
| 13 | 12:55:41 | Q. Was it while you were still at CMC? |
| 14 | 12:55:49 | A. Possibly, yeah. |
| 15 | 12:55:50 | Q. And your last day at CMC was April 27, |
| 16 | 12:55:57 | correct? |
| 17 | 12:55:57 | A. Correct. |
| 18 | 12:55:58 | Q. And why did you decide to form Verity |
| 19 | 12:56:17 | Marketing Corporation? |
| 20 | 12:56:17 | A. I was applying for lots and lots of jobs, |
| 21 | 12:56:20 | 20 or 30. I didn't get any bites, I didn't get any |
| 22 | 12:56:26 | offers, didn't get -- I don't think I had a |
| 23 | 12:56:29 | interview, I think I had a few phone interviews. |
| 24 | 12:56:35 | The immigration issue was an issue, so I wanted to |
| 25 | 12:56:40 | keep my options open, so I formed my -- my |

| | | |
|---|---|---|
| 1 | 12:56:45 | immigration lawyer told me to -- |
| 2 | 12:56:48 | MR. WARD: Don't -- |
| 3 | 12:56:49 | MR. BOYD: Don't tell me what your |
| 4 | 12:56:51 | lawyer -- |
| 5 | 12:56:52 | MR. WARD: Let me say objection or |
| 6 | 12:56:54 | whatever. |
| 7 | 12:56:55 | MR. BOYD: Yeah. |
| 8 | 12:56:55 | MR. WARD: So the record is clear. |
| 9 | 12:56:59 | THE WITNESS: Yeah. |
| 10 | 12:57:00 | MR. BOYD: Q. When you say -- and, again, |
| 11 | 12:57:01 | don't want to know what Mr. Harrington or Mr. Ward |
| 12 | 12:57:04 | or anybody else told you, when you say the |
| 13 | 12:57:06 | immigration was an issue with these prospective |
| 14 | 12:57:09 | employers, is that because of the withdrawal of |
| 15 | 12:57:12 | your H1B when you left CMC? |
| 16 | 12:57:18 | A. Yes, the H1B is transferable. If you can |
| 17 | 12:57:23 | start a job right away it's transferable. It's a |
| 18 | 12:57:26 | perceived hurdle for some employers. It's |
| 19 | 12:57:31 | paperwork, basically, but you have to sail around |
| 20 | 12:57:34 | that. It takes time. It takes time to look for a |
| 21 | 12:57:36 | job. |
| 22 | 12:57:37 | Q. And did you form Verity Marketing |
| 23 | 12:57:49 | Corporation after you'd been job hunting for a |
| 24 | 12:57:52 | while? |
| 25 | 12:57:52 | A. Yeah. I had looked for jobs while I was |