HARVEY SISKIND LLP
IAN K. BOYD (State Bar No. 191434)
iboyd@harveysiskind.com
SETH I. APPEL (State Bar No. 233421)
sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile:   (415) 391-7124

Attorneys for Plaintiff
Mark Lillge d/b/a Creative Marketing Concepts

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>            Plaintiff,<br><br>   v.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>            Defendants. | Case No.  C 07-02748 MHP<br><br>**REPLY TO COUNTERCLAIM** |
| ANDREW VERITY and CHRISTINA CHANG,<br><br>            Counterclaimants,<br><br>   v.<br><br>MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10,<br><br>            Counterdefendants. | |

Plaintiff/Counterclaimant Mark Lillge d/b/a Creative Marketing Concepts ("Plaintiff"), for its Reply to the Counterclaim filed by Defendants/Counterclaimants Andrew Verity and Christina Chang ("Defendants"), responds as follows:

1. Answering the allegations of Paragraph 59 of the Counterclaim, Plaintiff admits that the Court has jurisdiction over this matter, venue is proper in this District and that assignment to the San Francisco Division is proper pursuant to Local Rule 3-2. Except as expressly admitted herein, Plaintiff denies each and every remaining allegation.

2. Answering the allegations of Paragraph 60 of the Counterclaim, Plaintiff admits that Verity agreed to accept employment as sales manager for Plaintiff on certain agreed terms. Except as expressly admitted herein, Plaintiff denies the remaining allegations of Paragraph 60.

3. Answering the allegations of Paragraph 61 of the Counterclaim, Plaintiff denies each and every such allegation.

4. Answering the allegations of Paragraph 62 of the Counterclaim, Plaintiff denies each and every such allegation.

5. Answering the allegations of Paragraph 63 of the Counterclaim, Plaintiff admits that it has not paid Verity any consideration to repurchase any alleged interest of Verity in Plaintiff. Except as expressly admitted herein, Plaintiff denies each and every such allegation.

6. Answering the allegations of Paragraph 64 of the Counterclaim, Plaintiff admits that it requested all of its employees, including Defendant Chang, to sign an agreement to ensure the protection of the company's trade secrets. Except as expressly admitted herein, Plaintiff denies each and every such allegation.

7. Answering the allegations of Paragraph 65 of the Counterclaim, Plaintiff admits that Defendants Chang and Verity, while employed by Plaintiff, participated in a pension administered by a third party. Except as expressly admitted herein, Plaintiff denies each and every such allegation.

8. Answering the allegations of Paragraph 66 of the Counterclaim, Plaintiff incorporates by this reference each and every response set forth above in paragraphs 1-7, inclusive, as though fully set forth herein.

–2–

1  9. Answering the allegations of Paragraph 67 of the Counterclaim, Plaintiff denies each and every such allegation.

10. Answering the allegations of Paragraph 68 of the Counterclaim, Plaintiff denies each and every such allegation.

11. Answering the allegations of Paragraph 69 of the Counterclaim, Plaintiff denies each and every such allegation.

12. Answering the allegations of Paragraph 70 of the Counterclaim, Plaintiff denies each and every such allegation.

13. Answering the allegations of Paragraph 71 of the Counterclaim, Plaintiff incorporates by this reference each and every response set forth above in paragraphs 1-12, inclusive, as though fully set forth herein.

14. Answering the allegations of Paragraph 72 of the Counterclaim, Plaintiff admits that Verity accrued vacation time during the course of his employment by Plaintiff. Except as expressly admitted herein, Plaintiff denies the remaining allegations of Paragraph 72.

15. Answering the allegations of Paragraph 73 of the Counterclaim, Plaintiff denies each and every such allegation.

16. Answering the allegations of Paragraph 74 of the Counterclaim, Plaintiff denies that Verity is entitled to the award he requests.

17. Answering the allegations of Paragraph 75 of the Counterclaim, Plaintiff incorporates by this reference each and every response set forth above in paragraphs 1-16, inclusive, as though fully set forth herein.

18. Answering the allegations of Paragraph 76 of the Counterclaim, Plaintiff denies each and every such allegation.

19. Answering the allegations of Paragraph 77 of the Counterclaim, Plaintiff denies each and every such allegation.

20. Answering the allegations of Paragraph 78 of the Counterclaim, Plaintiff incorporates by this reference each and every response set forth above in paragraphs 1-19, inclusive, as though fully set forth herein.

–3–

21. Answering the allegations of Paragraph 79 of the Counterclaim, Plaintiff denies each and every such allegation.

22. Answering the allegations of Paragraph 80 of the Counterclaim, Plaintiff denies each and every such allegation.

23. Answering the allegations of Paragraph 81 of the Counterclaim, Plaintiff denies each and every such allegation.

24. Answering the allegations of Paragraph 82 of the Counterclaim, Plaintiff denies each and every such allegation.

25. Answering the allegations of Paragraph 83 of the Counterclaim, Plaintiff incorporates by this reference each and every response set forth above in paragraphs 1-24, inclusive, as though fully set forth herein.

26. Answering the allegations of Paragraph 84 of the Counterclaim, Plaintiff denies each and every such allegation.

27. Answering the allegations of Paragraph 85 of the Counterclaim, Plaintiff denies each and every such allegation.

28. Answering the allegations of Paragraph 86 of the Counterclaim, Plaintiff denies each and every such allegation.

29. Answering the allegations of Paragraph 87 of the Counterclaim, Plaintiff denies each and every such allegation.

30. Answering the allegations of Paragraph 88 of the Counterclaim, Plaintiff incorporates by this reference each and every response set forth above in paragraphs 1-29, inclusive, as though fully set forth herein.

31. Answering the allegations of Paragraph 89 of the Counterclaim, Plaintiff admits that Chang accrued vacation time during the course of her employment by Plaintiff.  Except as expressly admitted herein, Plaintiff denies the remaining allegations of Paragraph 89.

32. Answering the allegations of Paragraph 90 of the Counterclaim, Plaintiff denies that Chang is entitled to the award she requests.

33. Answering the allegations of Paragraph 91 of the Counterclaim, Plaintiff incorporates by this reference each and every response set forth above in paragraphs 1-32, inclusive, as though fully set forth herein.

34. Answering the allegations of Paragraph 92 of the Counterclaim, Plaintiff denies each and every such allegation.

35. Answering the allegations of Paragraph 93 of the Counterclaim, Plaintiff denies each and every such allegation.

36. Answering the allegations of Paragraph 94 of the Counterclaim, Plaintiff incorporates by this reference each and every response set forth above in paragraphs 1-35, inclusive, as though fully set forth herein.

37. Answering the allegations of Paragraph 95 of the Counterclaim, Plaintiff denies each and every such allegation.

38. Answering the allegations of Paragraph 96 of the Counterclaim, Plaintiff denies each and every such allegation.

39. Answering the allegations of Paragraph 97 of the Counterclaim, Plaintiff incorporates by this reference each and every response set forth above in paragraphs 1-38, inclusive, as though fully set forth herein.

40. Answering the allegations of Paragraph 98 of the Counterclaim, Plaintiff admits that Defendants Chang and Verity, while employed by Plaintiff, participated in a pension which was administered by a third party. Except as expressly admitted herein, Plaintiff denies each and every such allegation.

41. Answering the allegations of Paragraph 99 of the Counterclaim, Plaintiff denies each and every such allegation.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
(Failure to State a Claim)

42. The Counterclaim, and each purported cause of action therein, fail to state a claim upon which relief may be granted against Plaintiff.

–4–

## SECOND AFFIRMATIVE DEFENSE
### (Unclean Hands)

43. Defendants' own conduct bars the Counterclaim through the doctrine of unclean hands.

## THIRD AFFIRMATIVE DEFENSE
### (Estoppel)

44. Defendants are estopped from asserting the causes of action asserted in the Counterclaim.

## FOURTH AFFIRMATIVE DEFENSE
### (Waiver)

45. Defendants have waived each cause of action asserted in the Counterclaim.

## FIFTH AFFIRMATIVE DEFENSE
### (Offset)

46. Any claim for damages by Defendants should be offset by the damages Plaintiff has sustained as a result of Defendants' conduct, acts or omissions.

## SIXTH AFFIRMATIVE DEFENSE
### (Accord and Satisfaction)

47. Defendants cannot prevail on several of the causes of action in the Counterclaim because of an accord and satisfaction.

## SEVENTH AFFIRMATIVE DEFENSE
### (Failure of Consideration)

48. Defendants cannot prevail on several of the causes of action in the Counterclaim because of failure of consideration.

## EIGHTH AFFIRMATIVE DEFENSE
### (Trade Secrets)

49. Defendants cannot prevail on several of the causes of action in the Counterclaim because of the existence of Plaintiff's trade secrets.

///
///
///
///
///
///

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. That Defendants take nothing by way of the Counterclaim;
2. That judgment be entered in favor of Plaintiff;
3. For reasonable attorneys' fees and costs of suit as incurred; and
4. For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

DATED: August 9, 2007                HARVEY SISKIND LLP


By: _____/s/_____
         Seth I. Appel

Attorneys for Plaintiff
Mark Lillge d/b/a/ Creative Marketing Concepts