are missing. I once again reiterate that I was never asked to sign an NDA nor signed one. The agreements were in the filing cabinet by my desk when I stopped work at CMC.

21. On May 1, Bruce Molloy asked Christina to sign an agreement with non-competition and non-disclosure provisions and told her she would be fired if she did not sign it. On May 2 Mr. Molloy wrote to me asking where the original CMC NDA agreements were. I do not know why Plaintiff is now claiming that they only asked Christina to sign a new NDA because they could not find the old ones and I did not respond to their letter. I did not receive the request from them until several days after they had threatened to terminate Christina for not signing a new agreement.

22. It is not clear to me why Mr. Lillge is concerned with Branding Boulevard as a competitor. He made the decision to terminate both Christina Chang and myself in full knowledge that CMC would lose sales because of this even if we did not stay in the industry.

23. The reality of the marketplace is that customers are loyal to the sales rep. CMC had a motto, which was "people buy from people they like and respect, in that order". When a sales rep leaves for any reason, the customer's loyalty is to their next favorite sales rep, who will most likely be with a different distributor.

24. For example, when Ms. Chang sent out the email announcing her departure she received a response from Celine Rose at Delta Dental stating, "If they fired you or laid you off we won't use them anymore." Delta Dental had multiple distributors.

Executed this 10th day of August 2007 at Berkeley, California.

_____
ANDREW VERITY

7475\001\RWARD\1451722.3

- 7 -

| Case No. | SUPPLEMENTAL DECLARATION OF ANDREW VERITY IN |
| C 07-02748 | OPPOSITION TO MOTION FOR TRO |