**EXHIBIT A**



572 MARKET STREET • SAN FRANCISCO, CA 94104

☎ 800.686.6462 • WWW.CMCPROMOS.COM

June 27, 2007

Dear President,

This is to put you on notice that on June 1, 2007, Judge Marilyn Hall Patel, of the United States District Court for the Northern District of California, San Francisco Division, granted a Temporary Restraining Order to prevent Andrew Verity and Christina Chang, former employees of Creative Marketing Concepts, from soliciting our clients or misappropriating any of CMC's trade secrets.

As you may be aware, Mr. Verity and Ms. Chang, have established their own promotional products business, which they have every right to do. We believe the name of the company is Branding Boulevard. However, CMC filed a lawsuit against Mr. Verity and Ms. Chang because we have reason to believe that they have used or threatened to use CMC trade secret information to solicit CMC's clients and acquire information about jobs that CMC has done in the past.

Accordingly, we ask that you inform the appropriate people in your organization that: 1) Mr. Verity and Ms. Chang are no longer employees of CMC and do not represent CMC in any way; 2) Mr. Verity and Ms. Chang are non entitled to any information regarding CMC clients, including products, pricing, artwork, etc.; and 3) please inform me directly if either Mr. Verity or Ms. Chang request any information about or relating to CMC's current or past clients.

CMC considers your company an important supplier and we have enjoyed the business relationship we have had with your company. As I trust you can appreciate, we must protect our mutual business interests and we will continue to pursue whatever legal actions are appropriate to preserve our valued client base and proprietary company information, which benefits your business as well as CMC's. I thank you for your cooperation.

Please contact me directly if you have any questions or need additional information.

Sincerely,

Mark Lillge
President

*Our mission is to provide the most suitable promotions for our clients with the best service at most competitive rates.*