**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---oOo---

MARK LILLGE d/b/a CREATIVE MARKETING
CONCEPTS,

                Plaintiff,

                                    No. C07-02748

  v.

ANDREW VERITY and CHRISTINA CHANG,

                Defendants.
_____/

VIDEOTAPED DEPOSITION OF

ANDREW VERITY

TUESDAY, JULY 24, 2007

VOLUME II



JOANNE BALBONI, CSR 10206

1

| | | |
|---|---|---|
| 1 | the oath, or -- | 09:34:28 |
| 2 | MR. HARRINGTON: Pardon me? | 09:34:28 |
| 3 | MR. BOYD: We can do it now if you wish. That's | 09:34:29 |
| 4 | fine. | 09:34:31 |
| 5 | MR. HARRINGTON: Let's do it now, yes. | 09:34:31 |
| 6 | MR. BOYD: Okay. The defendants' counsel has | 09:34:32 |
| 7 | requested that before we make any inquiries into the | 09:34:35 |
| 8 | defendants' existing customer list, that we agree to enter | 09:34:38 |
| 9 | into a form of a protective order whereby the information | 09:34:44 |
| 10 | that is disclosed today will not be used for any purpose | 09:34:48 |
| 11 | other than this litigation. | 09:34:54 |
| 12 | The plaintiffs are agreeable to that. Mr. Lillge, | 09:34:56 |
| 13 | the principal, is not here this morning, but he has agreed | 09:35:02 |
| 14 | to the request. He will not receive the information or a | 09:35:06 |
| 15 | copy of the transcript probably for a little bit of time, | 09:35:12 |
| 16 | but he has agreed to that. | 09:35:15 |
| 17 | So any information disclosed today, we will agree to | 09:35:16 |
| 18 | only use for purposes of this litigation. In other words, | 09:35:20 |
| 19 | you know, further investigation, subpoenas, discovery, et | 09:35:23 |
| 20 | cetera. But Mr. Lillge will not take this information and | 09:35:26 |
| 21 | use it for CMC's own business gain. | 09:35:29 |
| 22 | If that accurately reflects what you've requested, we | 09:35:33 |
| 23 | will agree to that. | 09:35:37 |
| 24 | MR. HARRINGTON: Yes. We don't want him calling on | 09:35:37 |
| 25 | the customers and seeking them to stop doing business with | 09:35:39 |

5

| | | |
|---|---|---|
| 1 | my client. | 09:35:42 |
| 2 | MR. BOYD: Right. And as I said before, the only | 09:35:43 |
| 3 | hesitation we had in -- well, one of the hesitations we | 09:35:45 |
| 4 | had entering into that request previously is that just as | 09:35:48 |
| 5 | a normal course of business, CMC, my understanding is, | 09:35:53 |
| 6 | does contact customers that either both purchased from it | 09:35:56 |
| 7 | and have not purchased from it for some period of time. | 09:36:00 |
| 8 | And CMC has done that and will continue to do that, | 09:36:03 |
| 9 | but it certainly will not take any information gleaned | 09:36:08 |
| 10 | today and use that in any, you know, changes in the course | 09:36:12 |
| 11 | of business beyond what it already does. | 09:36:16 |
| 12 | MR. HARRINGTON: Fine. We have another issue. | 09:36:17 |
| 13 | Customers -- apparently, Branding Boulevard has found two | 09:36:19 |
| 14 | categories. One category is customers who at one time | 09:36:25 |
| 15 | were customers of Creative Marketing, the plaintiff, Mr. | 09:36:32 |
| 16 | Lillge's company. | 09:36:36 |
| 17 | MR. BOYD: Correct. | 09:36:36 |
| 18 | MR. HARRINGTON: The other list of customers are | 09:36:37 |
| 19 | people who were never customers of CMC. I'm prepared, if | 09:36:39 |
| 20 | you will give me a list of who CMC claims to be customers, | 09:36:47 |
| 21 | to review the list against our so-called new customers. | 09:36:50 |
| 22 | And if any are the same, you can inquire into that group | 09:36:54 |
| 23 | as well, but I don't want to disclose the new customers. | 09:36:58 |
| 24 | MR. BOYD: Not even on an attorneys' eyes only basis? | 09:37:04 |
| 25 | MR. HARRINGTON: Well, that would be all right, | 09:37:08 |

6

| | | |
|---|---|---|
| 1 | disclose them to you only. | 09:37:09 |
| 2 | MR. BOYD: Right. I'm just trying to look ahead and | 09:37:10 |
| 3 | sort of save any -- to have Mr. Verity possibly come back | 09:37:14 |
| 4 | a third time, I'm sure as much as he would enjoy doing | 09:37:18 |
| 5 | that. | 09:37:22 |
| 6 | So your concern is you will only disclose the non-CMC | 09:37:22 |
| 7 | customers to me today if we agree to an attorneys' eyes | 09:37:26 |
| 8 | only designation. | 09:37:33 |
| 9 | MR. HARRINGTON: Yes. | 09:37:34 |
| 10 | MR. BOYD: And what's the reasoning behind that? | 09:37:35 |
| 11 | MR. HARRINGTON: I don't think that you are entitled | 09:37:37 |
| 12 | to know who our customers are except in pursuit of your | 09:37:38 |
| 13 | lawsuit where you claim we have misappropriated trade | 09:37:43 |
| 14 | secrets, including your customer list. People who are not | 09:37:49 |
| 15 | in your customer list, then that's not, even by your own | 09:37:49 |
| 16 | contention, a trade secret. | 09:37:52 |
| 17 | MR. BOYD: Okay. And that's information, therefore, | 09:37:53 |
| 18 | you believe we are not entitled to? | 09:37:55 |
| 19 | MR. HARRINGTON: That's right. | 09:37:57 |
| 20 | MR. BOYD: All right. I'll tell you what, I will | 09:37:57 |
| 21 | agree to the designation of non-CMC customers being | 09:38:03 |
| 22 | disclosed as attorneys' eyes only. I presume that Mr. | 09:38:07 |
| 23 | Verity and Ms. Chang are in the best position to testify | 09:38:11 |
| 24 | as to which customers they believe fall into either | 09:38:14 |
| 25 | category, but why don't we proceed along those lines. | 09:38:16 |

7

ANDREW VERITY

| | | |
|---|---|---|
| 1 | I'll break up my questioning into, you know, the | 09:38:20 |
| 2 | so-called existing or former CMC customers that are | 09:38:23 |
| 3 | customers of your client, and that testimony will fall | 09:38:28 |
| 4 | under the designation we previously discussed, which is | 09:38:31 |
| 5 | that that is information that would qualify as | 09:38:34 |
| 6 | confidential under the protective order.  This information | 09:38:37 |
| 7 | can be shared with the principal, but will not be used in | 09:38:41 |
| 8 | the manner I described previously. | 09:38:44 |
| 9 | And then we have the second bucket of information, | 09:38:46 |
| 10 | which are the, quote, "non-CMC customers" of your client, | 09:38:49 |
| 11 | and that will be disclosed today on an attorneys' eyes | 09:38:54 |
| 12 | only basis -- | 09:38:59 |
| 13 | MR. HARRINGTON:  Yes. | 09:38:59 |
| 14 | MR. BOYD:  -- and we'll go from there. | 09:39:00 |
| 15 | MR. HARRINGTON:  And that means, therefore, that you | 09:39:02 |
| 16 | will not disclose the information that you receive today | 09:39:04 |
| 17 | on an attorneys' eyes only basis to your client. | 09:39:07 |
| 18 | MR. BOYD:  Correct, yes. | 09:39:10 |
| 19 | MR. HARRINGTON:  Thank you. | 09:39:12 |
| 20 | MR. BOYD:  Sure.  Okay. | 09:39:12 |
| 21 | MR. HARRINGTON:  That's okay. | 09:39:17 |
| 22 | MR. BOYD:  All right. | 09:39:18 |
| 23 | MR. HARRINGTON:  Let's proceed. | 09:39:18 |
| 24 | MR. BOYD:  I think we are ready for the oath. | 09:39:18 |
| 25 | (Whereupon the witness was sworn.) | 09:39:18 |

8