CHANDLER, WOODS, HARRINGTON & MAFFLY
RICHARD HARRINGTON (Bar #28099)
One Maritime Plaza, 4th Floor
San Francisco, CA 94111
Telephone: (415) 421-5484
Facsimile: (415) 986-4874

SHARTSIS FRIESE LLP
ROBERT CHARLES WARD (Bar #160824)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: rward@sflaw.com

Attorneys for Defendants and Counterclaimants
ANDREW VERITY and CHRISTINA CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>Defendants. | Case No.  C 07-02748 MHP<br><br>**NOTICE OF MOTION AND MOTION TO STRIKE OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE SUPPLEMENTAL OPPOSITION**<br><br>Date:      August 27, 2007<br>Time:      2:00 p.m.<br>Dept:      15, Hon. Marilyn Hall Patel |

Plaintiff Mark Lillge dba Creative Marketing Concepts ("Plaintiff" or "CMC") has submitted additional evidence in support of his motion for preliminary injunction. While none of the original evidence or the additional evidence justify the issuance of a preliminary injunction, the Court should strike and disregard all of the declarations submitted with the reply papers. Defendants have been given no opportunity under these circumstances to respond to such evidence. In the alternative, fairness and due process demand that defendants be given the opportunity to respond to the additional evidence submitted with the reply papers.

Reply papers are supposed to be limited to matters raised in the opposition and the Court

- 1 -

| Case No.<br>C 07-02748 | NOT MOTION AND MOTION TO STRIKE OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE SUPP OPPOSITION |
|---|---|

has discretion to disregard new evidence raised in a reply. *See Lujan v. National Wildlife Federation,* 497 U.S. 871, 894-95 (1990); *Glenn K. Jackson, Inc. vs. Roe,* 273 F.3d 1192, 1201-02 (9th Cir. 2001). If the Court considers new evidence submitted in reply papers, the Court must afford the opposing party a reasonable opportunity to respond. *Beaird v. Seagate Tech., Inc.,* 145 F.3d 1159, 1164-65 (10th Cir. 1998).

If the Court is inclined to consider the additional declarations submitted with the reply papers by Plaintiff, the Court should also consider the supplemental opposition and supplemental declaration of Andrew Verity submitted herewith.

DATED: August 10, 2007                                   SHARTSIS FRIESE LLP


By: */s/ Robert Charles Ward*
      ROBERT CHARLES WARD

Attorneys for Defendants
ANDREW VERITY and CHRISTINA CHANG

7475\001\RWARD\1451442.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111