CHANDLER, WOODS, HARRINGTON & MAFFLY
RICHARD HARRINGTON (Bar #28099)
One Maritime Plaza, 4th Floor
San Francisco, CA 94111
Telephone: (415) 421-5484
Facsimile: (415) 986-4874

SHARTSIS FRIESE LLP
ROBERT CHARLES WARD (Bar #160824)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: rward@sflaw.com

Attorneys for Defendants and Counterclaimants
ANDREW VERITY and CHRISTINA CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>Defendants. | Case No. C 07-02748 MHP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE SUPPLEMENTAL OPPOSITION**<br><br>Date: August 27, 2007<br>Time: 2:00 p.m.<br>Dept: 15, Hon. Marilyn Hall Patel |

Defendants' motion to strike or, in the alternative, for leave to file supplemental opposition is hereby GRANTED.

Dated: _____

                                Honorable Marilyn H. Patel
                                Judge of the United States District Court

7475\001\RWARD\1452401.1