1  CHANDLER, WOODS, HARRINGTON & MAFFLY
   RICHARD HARRINGTON (Bar #28099)
2  One Maritime Plaza, 4th Floor
   San Francisco, CA 94111
3  Telephone: (415) 421-5484
   Facsimile: (415) 986-4874
4
   SHARTSIS FRIESE LLP
5  ROBERT CHARLES WARD (Bar #160824)
   One Maritime Plaza, Eighteenth Floor
6  San Francisco, CA 94111
   Telephone: (415) 421-6500
7  Facsimile: (415) 421-2922
   Email: rward@sflaw.com
8
   Attorneys for Defendants and Counterclaimants
9  ANDREW VERITY and CHRISTINA CHANG

**E-FILED**

10
                        UNITED STATES DISTRICT COURT
11
                     NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN FRANCISCO DIVISION
13

14

15  MARK LILLGE d/b/a CREATIVE          Case No. C 07-02748 MHP
    MARKETING CONCEPTS,
16                                      [PROPOSED] ORDER GRANTING
                  Plaintiff,            DEFENDANTS' MOTION TO STRIKE OR,
17                                      IN THE ALTERNATIVE, FOR LEAVE TO
    v.                                  FILE SUPPLEMENTAL OPPOSITION
18
    ANDREW VERITY and CHRISTINA         Date:    August 27, 2007
    CHANG,                              Time:    2:00 p.m.
19                                      Dept:    15, Hon. Marilyn Hall Patel
                  Defendants.
20

21      Defendants' motion to strike or, in the alternative, for leave to file supplemental

22  opposition is hereby GRANTED *and plfendants leave motion*

23  *is granted and the supplemental opposition is filed. No further filings*

24  Dated: _8/13/07_          _____
                                        Honorable Marilyn H. Patel
25                                      Judge of the United States District Court

    7475\001\RWARD\1452401.1
26

27

28

                                      - 1 -