UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

Date: August 27, 2007

Case No.   C 07-2748  MHP                    Judge: MARILYN H. PATEL

Title: MARK LILLGE -v- ANDREW VERITY et al

Attorneys:  Plf: Ian Boyd
            Dft: Richard Harrington, Robert Ward

Deputy Clerk:  Anthony Bowser   Court Reporter: Catherine Powell

**PROCEEDINGS**

1)   Further Hearing re Plaintiff's Motion for TRO

2)   Defendants' Motion to Strike

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; TRO to remain in effect pending further order of the court;