**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: September 17, 2007

Case No.   C 07-2748  MHP			Judge: MARILYN H. PATEL

Title: RON MOWDY et al -v- RELIABLE TRUCKING INC

Attorneys:  Plf: Antonio Lawson, AJ Kutchins, Kendra Tenacea
		Dft: Brian Johnsrud

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

**PROCEEDINGS**

1)   Plaintiff's Motion for TRO

2)

3)

**ORDERED AFTER HEARING:**

Counsel stipulate to Protective Order and TRO; Further hearing set for 9/24/2007 at 4:00 pm; Court to set further briefing dates at case management conference;