**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: September 17, 2007

Case No.   C 07-2748  MHP            Judge: MARILYN H. PATEL

Title: MARK LILLGE -v- ANDREW VERITY et al

Attorneys:  Plf:  Ian Boyd
            Dft: Richard Harrington, Robert Ward

Deputy Clerk:  Anthony Bowser   Court Reporter: Catherine Powell

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel stipulate to private mediation to be completed by close of November;

Jury Trial set for 3/4/2008 at 8:30 am (one week);
Pretrial Conference set for 2/20/2007 at 3:00 pm, with all pretrial filings to be submitted by 2/11/2008;
Final Dispositive Hearing date: 1/14/2008 at 2:00 pm;

Disclosure of Witnesses (case-in-chief): 11/5/2007;
Close of Non expert witness discovery: 12/3/2007;
Expert discovery cut off: 1/14/2008;

CMC order to issue.