HARVEY SISKIND LLP
IAN K. BOYD (State Bar No. 191434)
iboyd@harveysiskind.com
SETH I. APPEL (State Bar No. 233421)
sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California  94111
Telephone:  (415) 354-0100
Facsimile:   (415) 391-7124

Attorneys for Plaintiff
Mark Lillge d/b/a Creative Marketing Concepts

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW VERITY and CHRISTINA CHANG. <br><br> Defendants. | Case No.  C 07-02748 MHP <br><br> **DECLARATION OF MARK LILLGE IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF PRELIMINARY INJUNCTION** |

I, Mark Lillge, declare as follows:

1. I am over the age of eighteen years.  I make this declaration freely and of my own personal knowledge.  If I were called as a witness, I could and would competently testify to the matters set forth.

2. I am the owner of Creative Marketing Concepts ("CMC"), a California sole proprietorship with its principal place of business in San Francisco, California.

–1–

3. Attached hereto as Exhibit A is a true and correct copy of an email, dated June 5, 2007, forwarded to me by one of CMC's clients on September 18, 2007. The client's name, and other identifying information, has been redacted.

4. Attached hereto as Exhibit B is a true and correct copy of an email, dated September 18, 2007, forwarded to me by one of CMC's employees on September 19, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 20th day of September, 2007, in San Francisco, California.

_____
Mark Lillge