**Exhibit A
to Declaration of Mark Lillge
in Support of Plaintiff's Supplemental Brief
in Support of Preliminary Injunction**

```
> From:                    REDACTED
> Date: September 18, 2007 3:45:50 PM PDT
> To: "Mark Lillge" <MARK@CMCPROMOS.COM>
> Subject: FW: New Contact Details
>
> Mark:
>
>        Per our telecon........
>
>
>
>              REDACTED
>
>
>
>
> From: Andy Verity [mailto:andy@brandingblvd.com]
> Sent: Tuesday, June 05, 2007 10:31 PM
> To: andy@brandingblvd.com
> Subject: New Contact Details
>
>
> Please find attached my new contact details.
>
> Best Regards,
>
> Andy Verity
> Branding Boulevard   | 1943 Russell Street, Ste 3,  Berkeley  CA
> 94703 |
> Toll Free: 866-632-BLVD(2583) | Main: 510-647-3748 / 415-626-1236 |
> Fax: 800-520-5396
> Visit us online www.brandingblvd.com
>
>
>
>
```