# Exhibit B
## to Declaration of Mark Lillge
## in Support of Plaintiff's Supplemental Brief
## in Support of Preliminary Injunction

```
> From: Laura Zaukaite <laura@cmcpromos.com>
> Date: September 19, 2007 9:00:55 AM PDT
> To: Mark Lilllge <mark@cmcpromos.com>
> Subject: Fwd: Join my network on LinkedIn
>
>
>
> Begin forwarded message:
>
>> From: Andy Verity <invitations@linkedin.com>
>> Date: September 18, 2007 3:58:36 PM PDT
>> To: Christina Chang <christina@cmcpromos.com>
>> Subject: Join my network on LinkedIn
>>
>> Andy Verity, a Business Partner at Branding Boulevard, requested
>> to add you as a connection on LinkedIn:
>>
>> Christina,
>>
>> I'd like to add you to my professional network on LinkedIn.
>>
>> & update your info please
>>
>> -Andy
>>
>> View invitation from Andy Verity
>>
>> Fact: 3,414 CEOs use LinkedIn every day
>>
>> © 2007, LinkedIn Corporation
>>
>
>
>
> Laura Zaukaite
>
> Creative Marketing Concepts
> 572 Market Street
> San Francisco, CA 94104
> 415-982-8618
> F:  (415) 982-1015
> www.cmcpromos.com
>
> Our mission is to provide the most suitable promotions for our
> clients with THE BEST SERVICE at the most competitive rates.
>
>
>
>
```