1  HARVEY SISKIND LLP
   IAN K. BOYD (State Bar No. 191434)
2  Iboyd@harveysiskind.com
   SETH I. APPEL (State Bar No. 233421)
3  Sappel@harveysiskind.com
   Four Embarcadero Center, 39th Floor
4  San Francisco, California 94111
5  Telephone: (415) 354-0100
   Facsimile:  (415) 391-7124
6
7  Attorneys for Plaintiff
   Mark Lillge d/b/a Creative Marketing Concepts
8
9                **IN THE UNITED STATES DISTRICT COURT**
10
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
11
                      **SAN FRANCISCO DIVISION**
12

| | |
|---|---|
| 13  MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, | Case No.  C 07-02748 MHP |
| 14 | |
| 15           Plaintiff, | **DECLARATION OF SETH I. APPEL IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF PRELIMINARY INJUNCTION** |
| 16     vs. | |
| 17  ANDREW VARITY and CHRISTINA CHANG. | |
| 18 | |
| 19           Defendants. | |

20

21        I, Seth I. Appel, declare as follows:

22        1.      I am an attorney at the law firm of Harvey Siskind LLP, counsel of record for plaintiff

23  Mark Lillge d/b/a Creative Marketing Concepts ("CMC").  I have personal knowledge of the matters

24  stated herein, and, if called as a witness, I could and would testify competently thereto.

25        2.      Attached hereto as Exhibit A is a true and correct copy of a webpage from the website

26  www.linkedin.com.

27

28

–1–

1       I declare under penalty of perjury under the laws of the State of California that the foregoing

2   is true and correct and that this declaration was executed this 21st day of September, 2007, in San

3   Francisco, California.

4

5                                           _____/s/_____

6                                                   Seth I. Appel

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

–2–

DECLARATION OF SETH I. APPEL IN SUPPORT OF PLAINTIFF'S         Case No.  C 07-02748 MHP
SUPPLEMENTAL BRIEF IN SUPPORT OF PRELIMINARY INJUNCTION