**Exhibit A
to Declaration of Seth I. Appel
in Support of Plaintiff's Supplemental Brief
in Support of Preliminary Injunction**

**LinkedIn**

Sign In

Home    Join Today

## About LinkedIn

- About LinkedIn
- Management
- Board of Directors
- Investors
- Media Coverage
- Press Releases
- LinkedIn Blog
- Work at LinkedIn
- Contact Us

### LinkedIn's simple philosophy: Relationships Matter

Your professional relationships are key to your professional success. Our mission is to help you be more effective in your daily work and open doors to opportunities using the professional relationships you already have.

This isn't networking—it's what networking should be. Forget exchanging business cards with acquaintances that don't know your work, or trying to renew professional ties when you need a favor.

### What is LinkedIn?

**LinkedIn is an online network of more than 14 million experienced professionals from around the world, representing 150 industries.**

When you join, you create a profile that summarizes your professional accomplishments. Your profile helps you find and be found by former colleagues, clients, and partners. You can add more connections by inviting trusted contacts to

**Through your network you can:**

- Find potential clients, service providers, subject experts, and partners who come recommended
- Be found for business opportunities
- Search for great jobs
- Discover inside connections that can help you land jobs and close deals
- Post and distribute job listings
- Find high-quality passive candidates

- Get introduced to other professionals through the people you know

join LinkedIn and connect to you.

Your network consists of your connections, your connections' connections, and the people they know, linking you to thousands of qualified professionals.

LinkedIn is free to join. We also offer paid accounts that give you more tools for finding and reaching the right people, whether or not they are in your network.

LinkedIn participates in the EU Safe Harbor Privacy Framework and is certified to meet the strict privacy guidelines of the European Union. All relationships on LinkedIn are mutually confirmed, and no one appears in the LinkedIn Network without knowledge and explicit consent.

LinkedIn is located in Mountain View, California and is funded by world-class investors including Sequoia Capital, Greylock, the European Founders Fund, and Bessemer Venture Partners.

About LinkedIn  |  Privacy Policy  |  Help & FAQ  |  Advertising

Copyright © 2007 LinkedIn Corporation. All rights reserved.