1  Richard Harrington State Bar 28099
   Chandler Wood Harrington & Maffly LLP
2  One Maritime Plaza, Fourth Floor
   San Francisco, California  94111  3404
3  Telephone:    415 421 5484
   Facsimile:    415 986 4874
4  Email:        Harr@well.com

5  Robert Charles Ward State Bar 160824
   Shartsis Friese LLP
6  One Maritime Plaza, Eighteenth Floor
   San Francisco, California  94111  3404
7  Telephone:    415 421 6500
   Facsimile:    415 421 2922
8  Email:        rward@sflaw.com

9  Attorneys for Defendants

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                 SAN FRANCISCO DIVISION

14

15  Mark Lillge d/b/a Creative Marketing      Case No. C 07 02748 MHP
    Concepts
16                                            Notice of Motion and Motion to Strike
17  Plantiff and Counter-Defendant            Supplementary

18  v                                         Date:      30 October 2007
                                              Time:      2:00 p m
19  Andrew Verity and Christina Chang,        Dept       15, Hon Marilyn Hall Patel

20  Defendants and Counter-Complainants

21       On September 21 2007 plaintiff Mark Lillge dba Creative Marketing Concepts, by his

22  attorneys, filed Plaintiff's Supplementary Brief in Support of Preliminary Injunction, and

23  Declarations of Mark Lillge and Seth Appel in support thereof.  (ECF Cand Documents 57, 58

24  and 59).

25       These documents have been filed in flat violation of the court's order of August 13, 2007

26  which states " No further filings by any party." (Exhibit A to this Motion). If the court decides

27  to consider these new documents,

28

                                          1
**Notice of Motion and Motion to Strike Supplementary Memorandum and Declarations filed by
Plaintiff on September 21 2007**

the Court must afford the opposing party a reasonable opportunity to respond. *Beaird v. Seagate Tech., Inc.,* 145 F.3d 1159, 1164-65 (10th Cir. 1998).

The documents allege contempt of the court's temporary restraining order and preliminary injunction.

The memorandum filed on September 21, 2007 neither seeks an order to show cause nor complies with any other requirements to show contempt See *In re Grand Jury Proceedings* (11th Cir 1998) 142 F3d 1416, 1424. Specifically, plaintiff's documents utterly fail to allege any violation of any order issued by the court which complies with Federal Rule of Civil Procedure Rule 65(d) which requires:

> Every order granting an injunction and every restraining order shall set forth the reasons for its issuance; shall be specific in terms; shall describe in reasonable detail, and not by reference to the complaint or other document, the act or acts sought to be restrained; * * *

The memorandum filed by plaintiff on September 21 2007 cites neither a temporary restraining order nor a preliminary injunction which complies with Rule 65(d).

If and when plaintiff files charges of contempt which comply with the rules of law, plaintiff will respond to such charges as authorized by law.

**Conclusion.**

For the reasons stated the court should strike the Supplementary Memorandum and Declarations filed by Plaintiff on September 21 2007.

Dated 25 September 2007.

Respectfully submitted

Richard Harrington

Attorney for defendants and cross complainants

Andrew Verity and Christina Chang

2

**EXHIBIT A**

1  CHANDLER, WOODS, HARRINGTON & MAFFLY
   RICHARD HARRINGTON (Bar #28099)
2  One Maritime Plaza, 4th Floor
   San Francisco, CA 94111
3  Telephone: (415) 421-5484
   Facsimile: (415) 986-4874
4
   SHARTSIS FRIESE LLP
5  ROBERT CHARLES WARD (Bar #160824)
   One Maritime Plaza, Eighteenth Floor
6  San Francisco, CA 94111
   Telephone: (415) 421-6500
7  Facsimile: (415) 421-2922
   Email: rward@sflaw.com
8
   Attorneys for Defendants and Counterclaimants
9  ANDREW VERITY and CHRISTINA CHANG

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

15  MARK LILLGE d/b/a CREATIVE          Case No.  C 07-02748 MHP
    MARKETING CONCEPTS,
16                                      [PROPOSED] ORDER GRANTING
                Plaintiff,              DEFENDANTS' MOTION TO STRIKE OR,
17                                      IN THE ALTERNATIVE, FOR LEAVE TO
    v.                                  FILE SUPPLEMENTAL OPPOSITION
18
    ANDREW VERITY and CHRISTINA         Date:   August 27, 2007
19  CHANG,                              Time:   2:00 p.m.
                                        Dept:   15, Hon. Marilyn Hall Patel
20              Defendants.

21       Defendants' motion to strike or, in the alternative, for leave to file supplemental

22  opposition is hereby GRANTED *and defendants leave motion*

23  *is granted and the supplemental opposition*

24  *is filed. No further filings*

    Dated: 8/13/07                      _____
25                                      Honorable Marilyn H. Patel
                                        Judge of the United States District Court
26  7475\001\RWARD\1452401.1

27

28

                                    - 1 -

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111