1 Richard Harrington State Bar 28099
Chandler Wood Harrington & Maffly LLP
2 One Maritime Plaza, Fourth Floor
San Francisco, California 94111 3404
3 Telephone:    415 421 5484
Facsimile:    415 986 4874
4 Email:    Harr@well.com

5 Robert Charles Ward State Bar 160824
Shartsis Friese LLP
6 One Maritime Plaza, Eighteenth Floor
San Francisco, California 94111 3404
7 Telephone:    415 421 6500
Facsimile:    415 421 2922
8 Email:    rward@sflaw.com

9 Attorneys for Defendants

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14 Mark Lillge d/b/a Creative Marketing          Case No. C 07 02748 MHP
   Concepts
15 Plantiff and Counter-Defendant               First Amended Notice of Motion to Strike
                                                Supplementary Memorandum and
16 v                                            Declarations filed by Plaintiff on September
                                                21 2007
17 Andrew Verity and Christina Chang,
   Defendants and Counter-Complainants         Date:        29 October 2007
18                                             Time:        2:00 p m
                                               Dept         15, Hon Marilyn Hall Patel
19
   To plaintiff and counter defendant Mark Lillge dba Creative Marketing Concepts, and his
20
   attorneys of record:
21
   Please take notice that defendants and counter complainants Andrew Verity and Christina Chang
22
   will bring their motion to strike the supplementary declaration and declarations filed by plaintiff
23
   on September 21 2007 on for hearing on Monday, 29 October 2007 at 2:00 p m in Department
24
   15 of the above entitled court, 450 Golden Gate Avenue, 18th Floor, San Francisco, California.
25
        Dated 27 September 2007.              Respectfully submitted
26
27                                            Richard Harrington
                                              Attorney for defendants and cross complainants
28                                            Andrew Verity and Christina Chang

**First Amended Notice of Motion to Strike Supplementary Memorandum and Declarations filed by
Plaintiff on September 21 2007**