## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL PRETRIAL MINUTES

Date: October 29, 2007

Case No.   C 07-2748 MHP          Judge: MARILYN H. PATEL

Title: MARK LILLGE -v- ANDREW VERITY et al

Attorneys:  Plf:  Ian Boyd
                  Dft: Richard Harrington

Deputy Clerk:  Anthony Bowser   Court Reporter: Juanita Gonzales

### PROCEEDINGS

1)   Defendants' Motion to Strike

2)

3)

### ORDERED AFTER HEARING:

Counsel submit after further discussion; Counsel to submit proposed order re notification limitations for the court's consideration; Motion to strike/sanctions denied;