CHANDLER, WOOD, HARRINGTON & MAFFLY
RICHARD HARRINGTON (Bar #28099)
One Maritime Plaza, 4th Floor
San Francisco, CA 94111
Telephone: (415) 421-5484
Facsimile: (415) 986-4874

SHARTSIS FRIESE LLP
ROBERT CHARLES WARD (Bar #160824)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: rward@sflaw.com

Attorneys for Defendants and Counterclaimants
ANDREW VERITY, CHRISTINA CHANG and

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW VERITY AND CHRISTINA CHANG<br><br>Defendants. | Case No.  C 07-02748 MHP<br><br>**STIPULATION for FILING OF AMENDED and SUPPLEMENTAL COUNTERCLAIM**<br><br>**DEMAND FOR JURY TRIAL and**<br><br>**FOR DISCOVERY ON NEW COUNTS OR CAUSES OF ACTION** |
| ANDREW VERITY AND CHRISTINA CHANG,<br><br>Counterclaimants,<br><br>v.<br><br>MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1 - 10,<br><br>Counterdefendants. | |

Plaintiff and Cross Defendant Mark Lillge, dba Creative Marketing Concepts, Defendants and Cross Complainants Andrew Verity and Christina Chang, stipulate and agree as follows:

1. Counterclaimants Verity and Chang may file their Amended and Supplemental Counterclaim.

2. Counter defendant Lillge dba Creative Marketing Concepts stipulates and agrees that he will not assert as a defense to the Amended and Supplemental Counterclaim or damages awarded thereunder that Verity and Chang have no standing as counterclaimants and no standing to recover damages because they are not real parties in interest.

3. Counterdefendant may submit discovery requests on the new counts or causes of action by Friday, 2 November 2007 and counterclaimants will submit substantive responses with documents on or before Friday 16 November 2007.

Dated 1 November 2007

| Andrew Verity | Christina Chang | Mark Lillge dba Creative Marketing Concepts |

Approved as to form.

Richard Harrington
Attorney for Andrew Verity and Christina Chang

Ian K Boyd
Attorney for Mark Lillge
Dba Creative Marketing Concepts

Case No. C 07-02748

**STIPULATION FOR FILING OF AMENDED AND SUPPLEMANTAL COUNTERCLAIM; DEMAND FOR JURY TRIAL AND DISCOVERY ON NEW COUNTS**

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111