```
1  HARVEY SISKIND LLP
   IAN K. BOYD (State Bar No. 191434)
2  iboyd@harveysiskind.com
   SETH I. APPEL (State Bar No. 233421)
3  sappel@harveysiskind.com
   Four Embarcadero Center, 39th Floor
4  San Francisco, California  94111
5  Telephone:  (415) 354-0100
   Facsimile:   (415) 391-7124
6
7  Attorneys for Plaintiff and Counterdefendant
   Mark Lillge d/b/a Creative Marketing Concepts
8
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>            Plaintiff,<br><br> v.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>            Defendants. | Case No.  C 07-02748 MHP<br><br>**PLAINTIFF'S PRELIMINARY DISCLOSURE OF WITNESSES** |
| ANDREW VERITY and CHRISTINA CHANG,<br><br>            Counterclaimants,<br><br> v.<br><br>MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10,<br><br>            Counterdefendants. | |

–1–

Pursuant to the Court's September 17 Order, Plaintiff and Counterdefendant Mark Lillge d/b/a Creative Marketing Concepts ("Plaintiff") furnishes the following initial list of witnesses to Defendants and Counterclaimants Andrew Verity and Christina Chang ("Defendants").

In making the following disclosures, Plaintiff does not represent that it is identifying every witness possibly relevant to this litigation. Plaintiff propounded discovery requests on September 17, 2007, for which Defendants have still not provided substantive responses. The parties are in the process of meeting and conferring over these responses. In addition, Defendants just added additional causes of action to their counterclaim and Plaintiff has not yet received substantive discovery responses regarding these new counterclaims. While Plaintiff trusts that Defendants will identify the witnesses that it believes will support these new counterclaims in its own witness disclosure, Plaintiff reserves the right to amend this list as discovery proceeds. Accordingly, the following disclosures represent Plaintiff's good faith effort to identify likely witnesses at trial presently known to it.

In accordance with FRCP 26, Plaintiff will not disclose or produce privileged communications or trial preparation material. In making the following disclosures, Plaintiff does not waive any applicable privilege or the work product doctrine.

## **INITIAL WITNESS LIST**

Plaintiff expects to present the following witnesses:

1. Mark Lillge

    c/o Plaintiff's counsel

2. Bruce Molloy

    c/o Plaintiff's counsel

3. Andrew Verity

    c/o Defendant's counsel

4. Christina Chang

    c/o Defendant's counsel

1 | 5. Dr. Richard Beery
2 | c/o Plaintiff's counsel
3 | 6. Gina Lee
4 | c/o Chevron Federal Credit Union
5 | 475 14th Street
6 | Oakland, CA 94607
7 |
8 | Respectfully submitted,
9 | DATED: November 5, 2007      HARVEY SISKIND LLP
10 |
11 | By: _____/s/_____
    | Ian K. Boyd
12 |
13 | Attorneys for Plaintiff and Counterdefendant
    | Mark Lillge d/b/a/ Creative Marketing Concepts