CHANDLER, WOOD, HARRINGTON & MAFFLY
RICHARD HARRINGTON (Bar #28099)
One Maritime Plaza, 4th Floor
San Francisco, CA 94111
Telephone: (415) 421-5484
Facsimile: (415) 986-4874

SHARTSIS FRIESE LLP
ROBERT CHARLES WARD (Bar #160824)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: rward@sflaw.com
Attorneys for Defendants and Counterclaimants
ANDREW VERITY, CHRISTINA CHANG and

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>Defendants. | Case No. C 07-02748 MHP |
| ANDREW VERITY and CHRISTINA CHANG,<br><br>Counterclaimants,<br><br>v.<br><br>MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1 - 10,<br><br>Counterdefendants. | **PRELIMINARY WITNESS LIST OF DEFENDANTS AND COUNTERCLAIMANTS ANDREW VERITY AND CHRISTINA CHANG** |

1
**Preliminary Witness List of Defendants and Counterclaimants**
**Andrew Verity and Christina Chang**

Pursuant to the Court's September 17 Order, Defendants and Counterclaimants Andrew Verity and Christina Chang furnish the following initial list of witnesses to plaintiff and counterdefendant Mark Lillge dba Creative Marketing Concepts.

In making the following disclosures, defendants do not represent that it is identifying every witness possibly relevant to this litigation. Defendants propounded discovery requests on October 24, 2007, for which plaintiff and counterdefendants has not provided responses. Depositions are set for 13 and 14 November 2007. The testimony at deposition may disclose new witnesses. Defendants and counterclaimants reserve the right to amend this list as discovery proceeds. Accordingly, the following disclosures represent the good faith effort by defendants and counterclaimants to identify likely witnesses at trial presently known to it.

In accordance with FRCP 26, Plaintiff will not disclose or produce privileged communications or trial preparation material. In making the following disclosures, defendants do not waive any applicable privilege or the work product doctrine.

**INITIAL WITNESS LIST**

Defendants and crosscomplainants expect to present the following witnesses:

1. Mark Lillge

c/o Plaintiff's counsel

2. Bruce Molloy

c/o Plaintiff's counsel

3. Andrew Verity

c/o Defendant's counsel

4. Christina Chang

c/o Defendant's counsel

5. Dr. Richard Beery

c/o Plaintiff's counsel

6. Gina Lee

1. c/o Chevron Federal Credit Union
2. 475 14th Street
3. Oakland, CA 94607
4. 7. Richard Chambers
5. Americas Return
6. 1600 Shattuck Avenue Suite 214
7. Berkeley CA 94709
8. 8. Mike Carolla
9. Touchstone Counseling
10. 140 Mayhew Suite 6066
11. Pleasant Hill CA 94523
12. 9. Leanne Stein
13. Zach Tyler
14. 10. Josie Dizon
15. Defendants' counsel
16. 11. Paola Lari
17. Defendants' counsel.
18. 12. Andy Gustin
19. Bingham McCutcheon
20. 13. Yolanda Reeves
21. US Postal Service
22. 14. Julianna Mehren
23. 15. Julilanna Mehren Productions
24. Berkeley CA
25. 16. Leanne Stein
26. Current employee of plaintiff
27.
28.

3

**Preliminary Witness List of Defendants and Counterclaimants**
**Andrew Verity and Christina Chang**

17. Zachary Tyler

Former employee of plaintiff who left in 2007.

18. Lizanina New

Former employee of plaintiff who left in 2007.

19. Paul Kelley

20. Former employee of plaintiff

21. Mischa Farey

Former employee of plaintiff

22. Maury Silverman

Cousin of plaintiff

23. Tess Pascual

Bingham McCutcheon,

24. Celine Rose

Delta Dental

25. Curshanda Cusseaux-Woods,

Kaiser Permanente

26. Doug DiFranco

Kaiser Permanente

27. Lauren Sigurdson, employee of Immigration Tracker

28. Larry Willhelm,

Custom HBC.

29. Tom Ucko

4

**Preliminary Witness List of Defendants and Counterclaimants**
**Andrew Verity and Christina Chang**

Defendants' counsel.

30. Jo Tiffany

Defendants' counsel.

31. Melinda Phillips

Consultant to CMC

32. Philips Yee

Accountant to CMC

Dated 6 November 2007

                                        Richard Harrington
                                        Attorney for defendants and counterclaimants
                                        Andrew Verity and Christina Chang

**Preliminary Witness List of Defendants and Counterclaimants**
**Andrew Verity and Christina Chang**