HARVEY SISKIND LLP
IAN K. BOYD (State Bar No. 191434)
iboyd@harveysiskind.com
SETH I. APPEL (State Bar No. 233421)
sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile:  (415) 391-7124

Attorneys for Plaintiff
Mark Lillge d/b/a Creative Marketing Concepts

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>Defendants. | Case No. C 07-02748 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT DATES**<br>**[Civil Local Rule 6-2]** |
| ANDREW VERITY and CHRISTINA CHANG,<br><br>Counterclaimants,<br><br>v.<br><br>MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10,<br><br>Counterdefendants. | |

1   WHEREAS, on December 6, 2007, the parties to the above action, and their counsel, attended a private mediation at JAMS before the Honorable William Cahill in an attempt to resolve this matter;

WHEREAS, after an all-day mediation with Judge Cahill extending well into the evening, the parties reached a settlement in principle regarding all claims and crossclaims;

WHEREAS, in order for the parties to make the settlement economically feasible by avoiding further attorneys' fees, they agreed to stay their respective efforts in the litigation while they attempted to fully document the settlement;

WHEREAS, on December 12, 2007, Plaintiff's counsel e-mailed a draft of the Settlement Agreement to Defendants' counsel for review;

WHEREAS, on December 19, 2007, Defendants' counsel e-mailed the Settlement Agreement back to Plaintiff's counsel with additional revisions, and advised Plaintiff's counsel that he would be out of the office from December 20, 2007 to December 27, 2007 in light of the holidays;

WHEREAS, during the week of December 31, the parties exchanged exhibits and wiring information regarding the settlement, and on January 8, 2008, Plaintiff's counsel e-mailed the Settlement Agreement back to Defendants' counsel with Plaintiff's further revisions, suggesting that the settlement close on Friday, January 11, 2008;

WHEREAS, on January 9, 2008, Defendants' counsel notified Plaintiff's counsel that Defendants were withdrawing from the settlement; and

WHEREAS, in light of the above, the parties now seek to adjust the case management dates for the trial of this matter;

NOW THEREFORE, the parties agree as follows:

1.  The non-expert discovery deadline, set originally for December 3, 2007, and extended previously by stipulation of the parties to December 21, 2007, shall be continued to February 8, 2008;

2.  The designation of expert witnesses, set originally for December 3, 2007, and extended previously by stipulation of the parties to December 21, 2007, shall be continued to February 8, 2008;

-1-

STIPULATION AND PROPOSED ORDER
TO CONTINUE CASE MANAGEMENT DATES

C 07-02748 MHP

1      3.     The expert rebuttal deadline, set originally for December 28, 2008, shall be continued to February 22, 2008;

4.     The expert discovery deadline, set originally for January 14, 2008, shall be continued to February 29, 2008;

5.     The final date to hear dispositive motions, set originally for January 14, 2008, shall be continued to March 3, 2008 at 2:00 p.m.;

6.     The pretrial submissions deadline, set originally for February 11, 2008, shall be continued to April 14, 2008;

7.     The pretrial conference, set originally for February 20, 2008, shall be continued to April 23, 2008 at 3:00 p.m.; and

8.     Jury trial for this matter, set originally for March 4, 2008, shall be continued to May 5, 2008 at 8:30 a.m.

DATED: January 15, 2008          HARVEY SISKIND LLP
                                           IAN K. BOYD
                                           SETH I. APPEL

By   /s/
     Ian K. Boyd
     Attorneys for Plaintiff and Counterclaim Defendant
     Mark Lillge d/b/a/ Creative Marketing Concepts

DATED: January 15, 2008          CHANDLER, WOOD, HARRINGTON & MAFFLY
                                           RICHARD HARRINGTON

By   /s/ Richard Harrington
     Richard Harrington
     Attorneys for Defendants and Counterclaimants
     Andrew Verity and Christina Chang

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2008      _____
                                                 Honorable Marilyn Hall Patel
                                                 United States District Court

-2-