```
 1 │ HARVEY SISKIND LLP
   │ IAN K. BOYD (State Bar No. 191434)
 2 │ iboyd@harveysiskind.com
   │ SETH I. APPEL (State Bar No. 233421)
 3 │ sappel@harveysiskind.com
   │ Four Embarcadero Center, 39th Floor
 4 │ San Francisco, California  94111
 5 │ Telephone:  (415) 354-0100
   │ Facsimile:   (415) 391-7124
 6 │
 7 │ Attorneys for Plaintiff
   │ Mark Lillge d/b/a Creative Marketing Concepts
 8 │
 9 │              IN THE UNITED STATES DISTRICT COURT
10 │           FOR THE NORTHERN DISTRICT OF CALIFORNIA
11 │                    SAN FRANCISCO DIVISION
```

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>              Plaintiff,<br><br>    vs.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>              Defendants.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>              Counterclaimants,<br><br>    v.<br><br>MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10,<br><br>              Counterdefendants. | Case No.  C 07-02748 MHP<br><br>**STIPULATION AND** [PROPOSED] **ORDER TO CONTINUE CASE MANAGEMENT DATES**<br>**[Civil Local Rule 6-2]** |

1  WHEREAS, on December 6, 2007, the parties to the above action, and their counsel, attended a private mediation at JAMS before the Honorable William Cahill in an attempt to resolve this matter;

WHEREAS, after an all-day mediation with Judge Cahill extending well into the evening, the parties reached a settlement in principle regarding all claims and crossclaims;

WHEREAS, in order for the parties to make the settlement economically feasible by avoiding further attorneys' fees, they agreed to stay their respective efforts in the litigation while they attempted to fully document the settlement;

WHEREAS, on December 12, 2007, Plaintiff's counsel e-mailed a draft of the Settlement Agreement to Defendants' counsel for review;

WHEREAS, on December 19, 2007, Defendants' counsel e-mailed the Settlement Agreement back to Plaintiff's counsel with additional revisions, and advised Plaintiff's counsel that he would be out of the office from December 20, 2007 to December 27, 2007 in light of the holidays;

WHEREAS, during the week of December 31, the parties exchanged exhibits and wiring information regarding the settlement, and on January 8, 2008, Plaintiff's counsel e-mailed the Settlement Agreement back to Defendants' counsel with Plaintiff's further revisions, suggesting that the settlement close on Friday, January 11, 2008;

WHEREAS, on January 9, 2008, Defendants' counsel notified Plaintiff's counsel that Defendants were withdrawing from the settlement; and

WHEREAS, in light of the above, the parties now seek to adjust the case management dates for the trial of this matter;

NOW THEREFORE, the parties agree as follows:

1. The non-expert discovery deadline, set originally for December 3, 2007, and extended previously by stipulation of the parties to December 21, 2007, shall be continued to February 8, 2008;

2. The designation of expert witnesses, set originally for December 3, 2007, and extended previously by stipulation of the parties to December 21, 2007, shall be continued to February 8, 2008;

-1-

STIPULATION AND PROPOSED ORDER  
TO CONTINUE CASE MANAGEMENT DATES

C 07-02748 MHP

1  3. The expert rebuttal deadline, set originally for December 28, 2008, shall be continued
2  to February 22, 2008;
3  4. The expert discovery deadline, set originally for January 14, 2008, shall be continued
4  to February 29, 2008;
5  5. The final date to hear dispositive motions, set originally for January 14, 2008, shall be
6  continued to March 3, 2008 at 2:00 p.m.;
7  6. The pretrial submissions deadline, set originally for February 11, 2008, shall be
8  continued to April 14, 2008;
9  7. The pretrial conference, set originally for February 20, 2008, shall be continued to
10  April 23, 2008 at 3:00 p.m.; and
11  8. Jury trial for this matter, set originally for March 4, 2008, shall be continued to May 8, 6
12  2008 at 8:30 a.m.
13  DATED: January 15, 2008        HARVEY SISKIND LLP
                                   IAN K. BOYD
14                                 SETH I. APPEL
15
16                                 By____/s/_____
17                                 Ian K. Boyd
                                   Attorneys for Plaintiff and Counterclaim Defendant
18                                 Mark Lillge d/b/a/ Creative Marketing Concepts
19
    DATED: January 15, 2008        CHANDLER, WOOD, HARRINGTON & MAFFLY
20                                 RICHARD HARRINGTON
21
22                                 By____/s/ Richard Harrington_____
                                   Richard Harrington
23                                 Attorneys for Defendants and Counterclaimants
                                   Andrew Verity and Christina Chang
24
    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
25
26  Dated: January 16, 2008         _____
27                                  Honorable
                                    United States
                                    **IT IS SO ORDERED**
                                    Judge Marilyn H. Patel
28
    −2−