| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| | IAN K. BOYD (State Bar No. 191434) |
| 2 | iboyd@harveysiskind.com |
| | SETH I. APPEL (State Bar No. 233421) |
| 3 | sappel@harveysiskind.com |
| | RAFFI V. ZEROUNIAN (State Bar No. 236388) |
| 4 | rzerounian@harveysiskind.com |
| 5 | Four Embarcadero Center, 39th Floor |
| | San Francisco, California 94111 |
| 6 | Telephone:  415.354.0100 |
| 7 | Facsimile:   415.391.7124 |
| 8 | Attorneys for Plaintiff |
| | Mark Lillge d/b/a Creative Marketing Concepts |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, | Case No.  C 07-02748 MHP |
| Plaintiff, | **PLAINTIFF/COUNTERCLAIMANT DEFENDANT'S NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT [F.R.C.P. 56]** |
| vs. | |
| ANDREW VERITY and CHRISTINA CHANG. | **Date:  March 3, 2008**<br>**Time: 2:00**<br>**Court:  Hon. Marilyn Hall Patel** |
| Defendants. | |
| ANDREW VERITY and CHRISTINA CHANG, | |
| Counterclaimants, | |
| v. | |
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10, | |
| Counterdefendants. | |

1     TO DEFENDANTS/COUNTERCLAIMANTS AND THEIR ATTORNEY OF RECORD:

2     PLEASE TAKE NOTICE that on March 3, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, Plaintiff Mark Lillge d/b/a Creative Marketing Concepts will move this Court, at 450 Golden Gate Avenue, San Francisco, California, for partial summary judgment regarding certain of Defendants' Counterclaims.

    Said application will be based on this notice, the attached memorandum of points and authorities, the declarations of Ian K. Boyd and Mark Lillge, the pleadings on file in this action, and any further evidence or argument that the Court may properly receive at or before the hearing.

Dated:  January 28, 2008          HARVEY SISKIND LLP

                                             By:  _____/s/_____
                                                         Ian K. Boyd

                                           Attorneys for Plaintiff
                                           Mark Lillge d/b/a Creative Marketing Concepts

–1–