HARVEY SISKIND LLP
IAN K. BOYD (State Bar No. 191434)
Iboyd@harveysiskind.com
SETH I. APPEL (State Bar No. 233421)
Sappel@harveysiskind.com
RAFFI V. ZEROUNIAN (State Bar No. 236388)
rzerounian@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California  94111
Telephone:  (415) 354-0100
Facsimile:    (415) 391-7124

Attorneys for Plaintiff
Mark Lillge d/b/a Creative Marketing Concepts

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW VERITY and CHRISTINA CHANG, <br><br> Defendants. | Case No.  C 07-02748 MHP <br><br> **DECLARATION OF IAN K. BOYD IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Date:  March 3, 2008 <br> Time:  2:00 p.m. <br> Court: Hon. Marilyn Hall Patel |
|---|---|

I, Ian K. Boyd, declare as follows:

1.     I am a member of the law firm of Harvey Siskind LLP, counsel of record for plaintiff Mark Lillge d/b/a Creative Marketing Concepts ("CMC").  I have personal knowledge of the matters stated herein, and, if called as a witness, I could and would testify competently thereto.

2.     On July 17, 2007 and July 24, 2007, I took the deposition of Defendant Andrew Verity.  On July 24, 2007, I took the deposition of Defendant Christina Chang.  Attached hereto as Exhibit A are certain portions of Mr. Verity's testimony.  Attached hereto as Exhibit B are certain

–1–

portions of Ms. Chang's testimony.  Neither Mark Lillge, nor any other representative of CMC, was present at these July 24 depositions, with the exception of CMC's counsel.

3. Attached hereto as Exhibit C is Plaintiff's allegation in Paragraph 9 of its filed Complaint, and the portion of Defendants' filed Answer which admits this allegation.

4. Attached hereto as Exhibit D is the Court's Order re Preliminary Injunction, dated October 2, 2007.

5. Attached hereto as Exhibit E is the Court's "Order Confirming Scope of Temporary Restraining Order and Preliminary Injunction."

6. On July 24, 2007, when I took the depositions of Defendant Andrew Verity, and Defendant Christina Chang, neither Mark Lillge, nor any other representative of CMC, was present at these depositions, with the exception of CMC's counsel.  Subsequently, Defendants produced documentation concerning the identities of Defendants' clients.  I did not share any of the information disclosed by Defendants in the discovery process concerning the identities of Defendants' clients with any CMC representative, including but not limited to Mark Lillge and Bruce Molloy, until the week of November 19, 2007.  This was over two weeks <u>after</u> Defendants submitted their counterclaim for intentional interference with prospective economic advantage, alleging that CMC was using the above information (which was not even yet in its possession) for improper purposes.

7. Attached hereto as Exhibit F are true and correct copies of Robert Charles Ward's letters of July 6, 2007, and July 19, 2007, and my letter in response thereto dated August 1, 2007.

8. Attached hereto as Exhibit G are true and correct copies of Chang's responses to CMC's Second Set of Interrogatories to Defendant/Counterclaimant Christina Chang Nos. 4 through 8 and Verity's responses to CMC's Second Set of Interrogatories to Defendant/Counterclaimant Andrew Verity Nos. 1 through 4 regarding CMC's alleged verbal misrepresentations.

//

//

–2–

1  I declare under penalty of perjury under the laws of the State of California that the foregoing
2  is true and correct and that this declaration was executed this 28th day of January 2008, in San
3  Francisco, California.

                                                  /s/
                                       Ian K. Boyd

DECLARATION OF IAN K. BOYD IN SUPPORT OF PLAINTIFF'S         C 07-02748 MHP
MOTION FOR PARTIAL SUMMARY JUDGMENT