# Exhibit C to Declaration of Ian K. Boyd in Support of Plaintiff's Motion For Partial Summary Judgment

# Case No. C 07-2748



```
 1 │ HARVEY SISKIND LLP
   │ IAN K. BOYD (SBN 191434)
 2 │ Email: iboyd@harveysiskind.com
   │ SETH I. APPEL (SBN 233421)
 3 │ Email: sappel@harveysiskind.com
   │ Four Embarcadero Center, 39th Floor
 4 │ San Francisco, CA  94111
 5 │ Telephone:  (415) 354-0100
   │ Facsimile:  (415) 391-7124
 6 │
 7 │ Attorneys for Plaintiff
   │ Mark Lillge d/b/a Creative Marketing Concepts
 8 │
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS<br><br>Plaintiff,<br><br>v.<br><br>ANDREW VERITY and CHRISTINA CHANG<br><br>Defendants. | Case No. C 07 2748<br><br>**COMPLAINT FOR MISAPPROPRIATION OF TRADE SECRETS; CALIFORNIA UNFAIR COMPETITION; UNJUST ENRICHMENT; INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE**<br><br><u>JURY TRIAL DEMANDED</u> |

COMPLAINT

## FACTUAL BACKGROUND

7. CMC sells custom branded products to its customers, who use their company's logo on the goods. CMC has over 500,000 types of such products that it sells to its customers.

8. CMC was founded in January 1992 by Mark Lillge. In 2006, it realized approximately $4,000,000 in gross revenue, selling to over 300 top clients and over 1200 clients total.

9. While the fact that any of CMC's actual customers might be willing to purchase promotional goods is information possibly available to CMC's competitors, there are many details regarding CMC's relationships with its customers which are not generally known to the public or CMC's competitors, and CMC derives independent economic value from this information which it has developed through substantial time, effort and expense.

10. CMC takes reasonable efforts to maintain the secrecy of this proprietary information, including restricting access to, and distribution of, this confidential information and generally marking such information as "PRIVATE" and/or "CONFIDENTIAL." CMC also maintains separate shredding bins and shreds proprietary documents, including the envelopes in which this information arrives, and converses with its employees about the need for this information to be confidential, in addition to distributing employee handbooks and nondisclosure agreements which reiterate that such information is to be kept secret.

11. This confidential information includes, but is not limited to, the pricing which CMC charges its customers; CMC's desired profit margin for each customer; CMC's strategic plans regarding which customers it wishes to target; CMC's marketing plans; the sales volume of the customer's business, including the knowledge of when a customer will be due for replenishment/re-order based upon its prior transactions with CMC; the knowledge of their customers' particular buying habits, needs and dislikes; specific customer requirements, preferences, and limitations; the customer's purchasing history; negative knowledge regarding goods that certain customers were not interested in or no longer wish to purchase; and key managerial contacts at the customers regarding the ultimate decision maker (collectively, the "CMC Confidential Information"). The CMC Confidential Information is not generally known, and is maintained in confidence by CMC, with limited access provided to sales personnel on a

1  CHANDLER, WOODS, HARRINGTON & MAFFLY
   RICHARD HARRINGTON (Bar #28099)
2  One Maritime Plaza, 4th Floor
   San Francisco, CA 94111
3  Telephone: (415) 421-5484
   Facsimile: (415) 986-4874
4
   SHARTSIS FRIESE LLP
5  ROBERT CHARLES WARD (Bar #160824)
   One Maritime Plaza, Eighteenth Floor
6  San Francisco, CA 94111
   Telephone: (415) 421-6500
7  Facsimile: (415) 421-2922
   Email: rward@sflaw.com
8
   Attorneys for Defendants and Counterclaimants
9  ANDREW VERITY and CHRISTINA CHANG

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14
15 | MARK LILLGE d/b/a CREATIVE          | Case No. C 07-02748 MHP
   | MARKETING CONCEPTS,                 |
16 |                                      | **ANSWER TO COMPLAINT AND**
   |        Plaintiff,                    | **COUNTERCLAIM**
17 | v.                                   |
   |                                      | **JURY TRIAL DEMANDED**
18 | ANDREW VERITY and CHRISTINA          |
   | CHANG,                               |
19 |                                      |
   |        Defendants.                   |
20 |_____|
   | ANDREW VERITY and CHRISTINA          |
21 | CHANG,                               |
22 |        Counter-Claimants,            |
23 | v.                                   |
24 | MARK LILLGE d/b/a CREATIVE           |
   | MARKETING CONCEPTS, and DOES 1 -    |
25 | 10,                                  |
26 |        Counter-Defendants.           |

27
28

- 1 -
Case No.           ANSWER TO COMPLAINT AND COUNTERCLAIM
C 07-02748

1.     1.    Defendants Andrew Verity ("Verity") and Christina Chang ("Chang") answer the complaint of Mark Lillge d/b/a Creative Marketing Concepts as follows:

### JURISDICTION AND VENUE

2.     Defendants deny that Plaintiff is entitled to pursue the causes of action identified in this paragraph.

3.     Defendants admit that this Court has subject matter jurisdiction over the claims in this action.

### INTRADISTRICT ASSIGNMENT

4.     Defendants admit that this case has received the appropriate intradistrict assignment.

### PARTIES

5.     Defendants admit that CMC's principal place of business is in San Francisco and that CMC is a successful advertising specialty and corporate apparel firm.

6.     Defendants admit that diversity of citizenship exists but otherwise refuse to respond as to their immigration status as such allegations are not material. These allegations are subject to a pending motion to strike. Defendants deny all other allegations in this paragraph.

### FACTUAL BACKGROUND

7.     Defendants admit the allegations in this paragraph.

8.     Defendants admit the approximate sales information in this paragraph for year 2006 and deny for lack for information and belief all other allegations in this paragraph.

9.     Defendants admit the allegations in this paragraph.

10.     Defendants deny the allegations in this paragraph.

11.     Defendants deny the allegations in this paragraph.

12.     Defendants deny the allegations in this paragraph.

13.     Defendants deny the allegations in this paragraph.

14.     Defendants refuse to respond as to their immigration status as such allegations are not material. These allegations are subject to a pending motion to strike. Defendants deny all other allegations in this paragraph.

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

**DEMAND FOR JURY TRIAL**

Counterclaimant Verity hereby demands a jury pursuant to Rule 38 of Federal Rules of Civil Procedure.

DATED:   July 5, 2007          SHARTSIS FRIESE LLP

By: */s/ Robert Charles Ward*
    ROBERT CHARLES WARD

Attorneys for Defendants
ANDREW VERITY AND CHRISTINA CHANG

7475\001\RWARD\1444053.1