# Exhibit D to Declaration of Mark Lillge in Support of Plaintiff's Motion For Partial Summary Judgment

# Case No. C 07-2748

**Creative Marketing Concepts**
572 Market
San Francisco, CA 94104

PH: (415) 982-8618   ASI # 170631
FX: (415) 982-1015   PPAI #144151

Attn: Orders

**Purchase Order #** 00070908

SHIP TO:
Creative Marketing Concepts
572 Market Street
San Francisco, CA. 94104

**REDACTED**

GOODS MUST SHIP BLIND. Use Creative Marketing Concepts return address on all shipping labels & packing slips. Do not use your plant's address.

Goods must ship 100 WT. if over 100 lbs.
Please fax us all tracking numbers upon shipment of goods.

| QTY. ORDERED | ITEM & DESCRIPTION | SHIP VIA | SHIP BY | DATE | PG. |
|---|---|---|---|---|---|
|  |  |  |  | 7/16/07 | 1 |
| | | UNIT PRICE | CREDIT / DISCOUNT | AMOUNT | |
| 1 | Miscellaneous | | | | |

CAP ON OVER-RUN ☐   CAP ON UNDER-RUN ☐

**ART INSTRUCTIONS**   **REDACTED**
- ART E-MAILED TO:
- BE SURE TO MATCH TO ATTACHED LAYOUT

FAX PROOF: YES ☐ NO ☐
RETURN ALL ART: YES ☐ NO ☐  VIA UPS TRAC
Please notify Creative Mktg. Concepts before printing if clarity or crispness of imprint, such as blurry, fuzzy, filling in of

General Use:
All shmts over 100lbs. must ship as HUNDRED WEIGHT. If via FedEx shmts must go on a single Airbill (multiple pkge shmt). DO NOT PALLETIZE. Please Look in the SHIP VIA Box for freight acct#.

**MUST SHIP ON OR BEFORE:**

**VIA:**

**ON OUR A/C #:**

**IN-HANDS DATE:**

Please mail samples:
YES ☐ NO ☐
Creative Marketing Concepts
572 Market Street
San Francisco, CA 94104
Client does not want over-run pieces to be used and/or distributed as samples nor shown in any printed materials, such as catalogs or flyers without prior written consent.

We will pay for ☐ ☐
                  YES  NO
Quantity ☐ Samples(s) To:
Note: Samples sent to Distributor should be sent via US MAIL unless otherwise instructed.

| PRICING INFORMATION All specials ESP, Impact, Affordable | |
|---|---|
| COST | $0.00 |
| FREIGHT | T.B.D. |
| SALES TAX | RESALE |
| TOTAL | $0.00 |
| DOWN PAYMENT | $0.00 |
| BALANCE DUE | $0.00 |