# Exhibit G to Declaration of Mark Lillge in Support of Plaintiff's Motion For Partial Summary Judgment

# Case No. C 07-2748

Ian K. Boyd

| | |
|---|---|
| From: | Mark Lillge [mlillge@cmcpromos.com] |
| Sent: | Friday, September 07, 2007 3:24 PM |
| To: | Ian K. Boyd |
| Subject: | Fwd: Creative Marketing Concepts announcement |

REDACTED

Mark Lillge, President
Creative Marketing Concepts
572 Market Street
San Francisco, CA 94104

(415) 982-8618
mlillge@cmcpromos.com

*Our mission is to provide the most suitable promotions for our clients with THE BEST SERVICE at the most competitive rates*

Begin forwarded message:

**From:** Mark Lillge <mrl@cmcpromos.com>
**Date:** September 7, 2007 3:08:44 PM PDT
**To:** Valued Client
**Subject: Creative Marketing Concepts announcement**

Dear Valued Client,

Creative Marketing Concepts has been experiencing continued growth throughout 2007 and I am pleased to inform you that Phil Grosse has been promoted to Vice President of Sales for CMC. Phil joined CMC a few months ago and came to CMC with a solid background in sales and sales management. Since joining CMC, Phil has been a diligent and fast learner of the Promotional Products industry as well as the specific products and applications for these products that are important to our clients. Prior to CMC, Phil owned a management consulting firm and also served as President of the Board of Directors of the Polly Klaas foundation for several years. Phil will assume a leadership role in continuing the CMC tradition of providing "The most suitable products, with the best service, at the most competitive prices."

As you may be aware, Andy Verity and Christina Chang left CMC a few months back. You should note that Judge Marilyn Hall Patel, of the United States District Court for the Northern District of California, San Francisco Division has granted CMC a Temporary Restraining Order on June 1, 2007 which prohibits them not only from soliciting CMC clients but also restrains them from initiating contact with CMC clients. If you would like additional information about this situation, please contact me directly.

CMC is on track for another record-breaking year, thanks to our many loyal clients such as your company. In appreciation for your continued business, and with the holiday gift-giving season approaching, I would like to offer you 10% free goods on your next purchase before November 15th, 2007. Please mention this offer at the time of your purchase in order to qualify for this offer.

Thank you again for your business and we look forward to continue to provide your company with creative marketing ideas and outstanding customer service.

Sincerely,

Mark Lillge

---

Mark Lillge, President
Creative Marketing Concepts
572 Market Street
San Francisco, CA 94104

(415) 982-8618
mlillge@cmcpromos.com

*Our mission is to provide the most suitable promotions for our clients with THE BEST SERVICE at the most competitive rates*

This email is for the sole use of the intended recipient(s) and may contain confidential and proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Mark Lillge

2