| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| 2 | IAN K. BOYD (State Bar No. 191434)<br>iboyd@harveysiskind.com |
| 3 | SETH I. APPEL (State Bar No. 233421)<br>sappel@harveysiskind.com |
| 4 | RAFFI V. ZEROUNIAN (State Bar No. 236388)<br>rzerounian@harveysiskind.com |
| 5 | Four Embarcadero Center, 39th Floor<br>San Francisco, California 94111 |
| 6 | Telephone:  415.354.0100 |
| 7 | Facsimile:   415.391.7124 |
| 8 | Attorneys for Plaintiff and Counterdefendant<br>Mark Lillge d/b/a Creative Marketing Concepts |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>              Plaintiff,<br><br>   vs.<br><br>ANDREW VERITY and CHRISTINA CHANG.<br><br>              Defendants. | Case No.  C 07-02748 MHP<br><br>**PLAINTIFF'S NOTICE OF APPLICATION FOR ORDER TO SHOW CAUSE**<br><br>**Date: March 10, 2008**<br>**Time: 2:00**<br> **Court:  Hon. Marilyn Hall Patel** |
| ANDREW VERITY and CHRISTINA CHANG,<br><br>              Counterclaimants,<br><br>   v.<br><br>MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10,<br><br>              Counterdefendants. | |

---

NOTICE OF PLAINTIFF/COUNTERDEFENDANT'S                                                    CASE NO. C 07-02748 MHP
MOTION FOR PARTIAL SUMMARY JUDGMENT

1   TO DEFENDANTS AND THEIR ATTORNEY OF RECORD:

2   PLEASE TAKE NOTICE that on March 10, 2008, at 2:00 p.m., or as soon thereafter as counsel
3   may be heard, Plaintiff Mark Lillge d/b/a Creative Marketing Concepts will move this Court, at 450
4   Golden Gate Avenue, San Francisco, California, for an Application For Order to Show Cause Why
5   Defendants Should Not Be Adjudged in Contempt and Sanctioned.

6   Said application will be based on this notice, the accompanying memorandum of points and
7   authorities, the accompanying declarations, the pleadings on file in this action, and any further evidence
8   or argument that the Court may properly receive at or before the hearing.

10  Dated:  February 4, 2008                        HARVEY SISKIND LLP

12                                                  By: _____/s/_____
                                                            Ian K. Boyd

13                                                  Attorneys for Plaintiff
14                                                  Mark Lillge d/b/a Creative Marketing Concepts

–1–

NOTICE OF PLAINTIFF/COUNTERDEFENDANT'S                           CASE NO. C 07-02748 MHP
APPLICATION FOR ORDER TO SHOW CAUSE