HARVEY SISKIND LLP
IAN K. BOYD (State Bar No. 191434)
iboyd@harveysiskind.com
SETH I. APPEL (State Bar No. 233421)
sappel@harveysiskind.com
RAFFI V. ZEROUNIAN (State Bar No. 236388)
rzerounian@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Plaintiff and Counterdefendant
Mark Lillge d/b/a Creative Marketing Concepts

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>    Defendants.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>    Counterclaimants,<br><br>  v.<br><br>MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10,<br><br>    Counterdefendants. | Case No. C 07-02748 MHP<br><br>**DECLARATION OF SETH I. APPEL IN SUPPORT OF APPLICATION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE ADJUDGED IN CONTEMPT AND SANCTIONED**<br><br>Date:  March 10, 2008<br>Time:  2:00 p.m.<br>Court: Hon. Marilyn Hall Patel |

I, Seth I. Appel, declare as follows:

1. I am an attorney at the law firm of Harvey Siskind LLP, counsel of record for Plaintiff and Counterdefendant Mark Lillge d/b/a Creative Marketing Concepts ("CMC"). I have personal knowledge of the matters stated herein, and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A are excerpts from a true and correct copy of the transcript of the hearing on CMC's application for a Temporary Restraining Order, held on May 31, 2007.

3. Attached hereto as Exhibit B are excerpts from a true and correct copy of the transcript of the hearing on CMC's Motion for Preliminary Injunction, held on August 27, 2007.

4. Attached hereto as Exhibit C is a true and correct copy of the Court's Order granting CMC's Motion for Preliminary Injunction, issued on October 1, 2007.

5. Attached hereto as Exhibit D is a true and correct copy of the Court's Order Confirming Scope of Temporary Restraining Order and Preliminary Injunction, issued on November 9, 2007.

6. Attached hereto as Exhibit E is a true and correct copy of email communications from Defendant Christina Chang to a customer of Plaintiff. Defendants produced this document during discovery in this proceeding in response to a document request.

7. Attached hereto as Exhibit F is a true and correct copy of email communications from Defendant Christina Chang to another customer of Plaintiff. Defendants ultimately produced this document during discovery in this proceeding in response to a document request.

///
///
///
//
//
///

- 1 -

APPEL DECLARATION IN SUPPORT OF APPLICATION  
FOR ORDER TO SHOW CAUSE RE CONTEMPT

Case No. C 07-02748 MHP

8. Attached hereto as Exhibit G is a true and correct copy of email communications from Defendant Christina Chang to another customer of Plaintiff. Defendants produced this document during discovery in this proceeding in response to a document request.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 4th day of February, 2008, in San Francisco, California.

                                                       /s/ Seth I. Appel
                                                       Seth I. Appel