# EXHIBIT B

## TO DECLARATION OF SETH I. APPEL IN SUPPORT OF APPLICATION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE ADJUDGED IN CONTEMPT AND SANCTIONED

Pages 1 - 33

COPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE MARILYN HALL PATEL

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>                 Plaintiff,<br><br>   VS.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>                 Defendants. | )<br>)<br>)<br>)<br>)<br>) No. C 07-2748 MHP<br>)<br>)<br>)<br>) San Francisco, California<br>) Monday<br>) August 27, 2007<br>) 2:06 p.m. |

### TRANSCRIPT OF PROCEEDINGS

**APPEARANCES:**

For Plaintiff:      Harvey Siskind LLP
                    Four Embarcadero Center, 39th Floor
                    San Francisco, California  94111
            By:  **Ian K. Boyd, Esquire**
                 **Seth I. Appel, Esquire**

For Defendants:     Shartsis Friese LLP
                    One Maritime Plaza, 18th Floor
                    San Francisco, California  94111
            By:  **Robert Charles Ward, Esquire**

                    Chandler, Woods, Harrington & Maffly
                    One Maritime Plaza, 4th Floor
                    San Francisco, California  94111
            By:  **Richard Harrington, Esquire**

Also Present:       Mark Lillge
                    Andrew Verity
                    Christina Chang

Reported By:   *Katherine A. Powell, CSR #5812, RPR, CRR*
               *Official Reporter*

*Katherine A. Powell, CSR, RPR, CRR*
*Official Reporter - U.S. District Court*
*(415) 794-6659*

1 that.

2     But what CMC cannot restrain is their sweat, their
3 energy, their talent. And that's really what they're seeking
4 by seeking what amounts to a nonsolicitation versus a restraint
5 on the use of trade secrets.

6     **THE COURT:** Okay. The matter is submitted. And the
7 TRO stays in effect until I issue the order. We'll see what we
8 do in the order.

9     **MR. BOYD:** Thank you, Your Honor.

10     **MR. WARD:** Thank you, Your Honor.

11     (At 2:44 p.m. the proceedings were adjourned.)

12     - - - -

## CERTIFICATE OF REPORTER

I, KATHERINE A. POWELL, Official Reporter for the United States Court, Northern District of California, hereby certify that the foregoing proceedings in C 07-2748 MHP, Mark Lillge d/b/a Creative Marketing Concepts v. Andrew Verity and Christina Chang were reported by me, a certified shorthand reporter, and were thereafter transcribed under my direction into typewriting; that the foregoing is a full, complete and true record of said proceedings as bound by me at the time of filing.

The validity of the reporter's certification of said transcript may be void upon disassembly and/or removal from the court file.

_____

Katherine A. Powell, CSR 5812, RPR, CRR

Friday, September 28, 2007