# EXHIBIT E

## TO DECLARATION OF SETH I. APPEL IN SUPPORT OF APPLICATION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE ADJUDGED IN CONTEMPT AND SANCTIONED

**Christina Chang** REDACTED

**From:**
**Sent:** Friday, May 11, 2007 9:02 AM
**To:** christina.chang@sbcglobal.net
**Subject:** RE: Today is my last day. Thank you for the support

You're leaving too, huh? Where are going to?

Thanks,

REDACTED

*This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.*

**From:** Christina [mailto:christina@cmcpromos.com]
**Sent:** Friday, May 11, 2007 9:49 AM
**To:** undisclosed-recipients
**Subject:** Today is my last day. Thank you for the support

Happy Friday.

Today is my last day at Creative Marketing concepts. I really appreciate your business and support in the past several years.

I can be reached at **415-307-2285** or **christina.chang@sbcglobal.net**

Thanks again, Christina

*Christina Chang*
*Creative Marketing Concepts         Visit us on the web at http://www.cmcpromos.com*
  *572 Market Street, San Francisco, CA  94104*
    *415-982-8618 Phone           415-982-1015 Fax*
*Our mission is to provide the most suitable promotions for our clients with the BEST SERVICE at most competitive rates.*

11/8/2007

CC1742

Message                                                                                          Page 1 of 2

### Christina Chang

**From:** Christina Chang [christina@brandingblvd.com]
**Sent:** Tuesday, May 22, 2007 4:18 PM
**To:** REDACTED
**Cc:** 'andy@brandingblvd.com'
**Subject:** Our new contact - Branding Boulevard

Hi, REDACTED

I am including my new contact info. We no only offer the same branded products as all other vendors, but also large volume direct import.

Please feel free to e-mail or give us a call any time. I would love to help you with all your upcoming projects.

Thanks and speak to you soon, Christina

**Christina Chang**
**Branding Boulevard**
*Your top branding specialist.*
1943 Russell Street, Ste 3    Berkeley, CA  94703
Phone: 510-647-3748  Fax: 800-520-5396  Mobile: 415-307-2285
christina@brandingblvd.com

> -----Original Message----- REDACTED
> **From:**
> **Sent:** Friday, May 11, 2007 9:02 AM
> **To:** christina.chang@sbcglobal.net
> **Subject:** RE: Today is my last day. Thank you for the support
>
> You're leaving too, huh? Where are going to?
>
> Thanks,
>
> ---
>
> REDACTED
>
> *This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.*
>
> **From:** Christina [mailto:christina@cmcpromos.com]
> **Sent:** Friday, May 11, 2007 9:49 AM
> **To:** undisclosed-recipients
> **Subject:** Today is my last day. Thank you for the support
>
> Happy Friday.
>
> Today is my last day at Creative Marketing concepts. I really appreciate your business and support in the past several years.
>
> I can be reached at **415-307-2285** or christina.chang@sbcglobal.net

11/8/2007                                                                                          CC1743

Message                                                                                                     Page 2 of 2

Thanks again, Christina

Christina Chang
Creative Marketing Concepts        Visit us on the web at http://www.cmcpromos.com
 572 Market Street, San Francisco, CA  94104
  415-982-8618 Phone                415-982-1015 Fax
Our mission is to provide the most suitable promotions for our clients with the BEST SERVICE at most competitive rates.

11/8/2007                                                                                                   CC1744

Message    Page 1 of 1

## Christina Chang

From:    Christina Chang [christina@brandingblvd.com]
Sent:    Thursday, November 08, 2007 2:47 AM
To:      REDACTED
Subject: Greetings from Christina Chang

Hi, REDACTED

How are you? I know you'd told me your dept does not get branded items on regular basis. As holidays are just around the corner, thought I should send you a quick email/checking in.

I am happy to get you some year end gift materials or do project solution researches for you.

Speak to you soon and take care, Christina

*Christina Chang*
*Branding Boulevard | 1943 Russell Street, Ste 3, Berkeley CA 94703 |*
*Toll Free: 866-632-BLVD(2583) | Main: 510-647-3748 / 415-626-1236 | Fax: 800-520-5396 | Cell: 415-307-2285 |*
*Visit us on website: www.brandingblvd.com*

HIGHLY CONFIDENTIAL-
FOR ATTORNEYS' EYES
ONLY

CC1745

Message	Page 1 of 2

### Christina Chang

**From:** REDACTED
**Sent:** Thursday, November 08, 2007 8:59 AM
**To:** christina@brandingblvd.com
**Subject:** RE: Greetings from Christina Chang / Branding Boulevard

Christina-

Your former employer had sent us an email regarding a lawsuit against your communicating their clients. I would really appreciate if you can take me off your list for any future email, phone, and mail solicitation.

REDACTED

---

**From:** Christina Chang [mailto:christina@brandingblvd.com]
**Sent:** Thursday, November 08, 2007 8:56 AM
**To:**
**Subject:** RE: Greetings from Christina Chang / Branding Boulevard

Good morning REDACTED

No problem at all. Do try to think of me if you even need help on branded items or solutions.

Thanks for the business and support in the past.

Best regards, Christina

*Christina Chang*
*Branding Boulevard | 1943 Russell Street, Ste 3, Berkeley CA 94703 |*
*Toll Free: 866-632-BLVD(2583) | Main: 510-647-3748 / 415-626-1236 | Fax: 800-520-5396 | Cell: 415-307-2285 |*
*Visit us on website: www.brandingblvd.com*

> -----Original Message----- REDACTED
> **From:**
> **Sent:** Thursday, November 08, 2007 8:35 AM
> **To:** christina@brandingblvd.com
> **Subject:** RE: Greetings from Christina Chang
> Christina-
>
> Please remove me from your distribution. Thank you.
>
>
> Thanks,

HIGHLY CONFIDENTIAL-
FOR ATTORNEYS' EYES
ONLY

CC1746

11/8/2007

Message                                                                                                       Page 2 of 2

REDACTED

This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

**From:** Christina Chang [mailto:christina@brandingblvd.com]
**Sent:** Thursday, November 08, 2007 2:47 AM
**To:**
**Subject:** Greetings from Christina Chang

Hi,

How are you? I know you'd told me your dept does not get branded items on regular basis. As holidays are just around the corner, thought I should send you a quick email/checking in.

I am happy to get you some year end gift materials or do project solution researches for you.

Speak to you soon and take care, Christina

*Christina Chang*
*Branding Boulevard | 1943 Russell Street, Ste 3, Berkeley CA 94703 |*
*Toll Free: 866-632-BLVD(2583) | Main: 510-647-3748 / 415-626-1236 | Fax: 800-520-5396 | Cell: 415-307-2285 |*
*Visit us on website: www.brandingblvd.com*

HIGHLY CONFIDENTIAL-
FOR ATTORNEYS' EYES
ONLY

CC1747

11/8/2007