# EXHIBIT F

## TO DECLARATION OF SETH I. APPEL IN SUPPORT OF APPLICATION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE ADJUDGED IN CONTEMPT AND SANCTIONED

Message

**Christina Chang**

**From:** Christina Chang [christina@brandingblvd.com]
**Sent:** Monday, May 21, 2007 10:57 PM
**To:** REDACTED
**Subject:** My new contact info - Branding Boulevard

Hi, REDACTED

Thanks for the e-mail.  Sorry for the last minute notice on my change of status.  As of last Monday, I opened up my own promotional company.  It's a somehow smooth transition.

I would love to be able to help you with your new projects, especially            has just launched the new logo.  I've seen your new website, very refreshing!  I will give you a call tomorrow

Take care, Christina

*Christina Chang*
*Branding Boulevard*
*Your top branding specialist.*
1943 Russell Street, Ste 3   Berkeley, CA  94703
Phone: 510-647-3748  Fax: 800-520-5396  Mobile: 415-307-2285
christina@brandingblvd.com

-----Original Message-----
**From:** REDACTED
**Sent:** Friday, May 11, 2007 8:46 AM
**To:** christina.chang@sbcglobal.net
**Subject:** RE: Today is my last day. Thank you for your support. Christina

Christina, Best of luck to you. Thank you for all of your help!

**From:** Christina [mailto:christina@cmcpromos.com]
**Sent:** Friday, May 11, 2007 12:34 PM
**Subject:** Today is my last day. Thank you for your support. Christina

Happy Friday.

Today is my last day at Creative Marketing concepts.  I really appreciate your business and support in the past several years.

I can be reached at **415-307-2285** or **christina.chang@sbcglobal.net**

Thanks again, Christina

*Christina Chang*
*Creative Marketing Concepts Visit us on the web at http://www.cmcpromos.com*
*572 Market Street, San Francisco, CA  94104*
*415-982-8618 Phone 415-982-1015 Fax*
*Our mission is to provide the most suitable promotions for our clients with the BEST SERVICE at most competitive rates.*

11/8/2007

CC0355

REDACTED

Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

===================================================================================
======

CC0356

**Christina Chang**

| | |
|---|---|
| **From:** | Christina Chang [christina@brandingblvd.com] |
| **Sent:** | Monday, June 11, 2007 11:51 AM |
| **To:** | |
| **Subject:** | polycarb water bottles |

Hi, Rebecca

I am currently working with California offices to get some branded items with your new logo on.  Here's an example in productino at the moment. Some more pending at the moment.

Please give me a call when you have a moment.  Hopefully I will also be able to help you with your logo items as well.

Thanks and speak to you later, Christina

*Christina Chang*
*Branding Boulevard  | 1943 Russell Street, Ste 3,  Berkeley  CA 94703 |*
*Toll Free: 866-632-BLVD(2583) | Main: 510-647-3748 / 415-626-1236 | Fax: 800-520-5396 | Cell: 415-307-2285 |*
*Visit us online www.brandingblvd.com*

HIGHLY CONFIDENTIAL-
FOR ATTORNEYS' EYES
ONLY

11/8/2007                                                                     CC0357