# EXHIBIT G

## TO DECLARATION OF SETH I. APPEL IN SUPPORT OF APPLICATION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE ADJUDGED IN CONTEMPT AND SANCTIONED

Message                                                                                              Page 1 of 1

## Christina Chang

**From:**

**Sent:**    Tuesday, May 22, 2007 3:23 PM

**To:**    christina@brandingblvd.com

**Subject:** Re: My new contact info - Branding Boulevard

Hi,    REDACTED

Voila.  My new contact info.  I have my own promotional product company.  Still will be able to help you with all your projects. =)

Speak to you later, Christina

*Christina Chang*
*Branding Boulevard*
*Your top branding specialist.*
*1943 Russell Street, Ste 3   Berkeley, CA  94703*
*Phone: 510-647-3748  Fax: 800-520-5396  Mobile: 415-307-2285*
christina@brandingblvd.com

CC1124

Message                                                                Page 1 of 1

## Christina Chang

**From:** Christina Chang [christina@brandingblvd.com]

**Sent:** Wednesday, June 13, 2007 9:36 AM

**To:**

**Subject:** My new contact details

Hi, REDACTED

Here's my contact info.  Wel site is up =)

Cheers, Christina

*Christina Chang*
*Branding Boulevard | 1943 Russell Street, Ste 3, Berkeley CA 94703 |*
*Toll Free: 866-632-BLVD(2583) | Main: 510-647-3748 / 415-626-1236 | Fax: 800-520-5396 | Cell: 415-307-2285 |*
*Visit us online www.brandingblvd.com*

CC1125

11/7/2007