HARVEY SISKIND LLP
IAN K. BOYD (State Bar No. 191434)
iboyd@harveysiskind.com
SETH I. APPEL (State Bar No. 233421)
sappel@harveysiskind.com
RAFFI V. ZEROUNIAN (State Bar No. 236388)
rzerounian@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Plaintiff and Counterdefendant
Mark Lillge d/b/a Creative Marketing Concepts

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>　　　　Defendants.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>　　　　Counterclaimants,<br><br>　v.<br><br>MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10,<br><br>　　　　Counterdefendants. | Case No. C 07-02748 MHP<br><br>**DECLARATION OF MARK LILLGE IN SUPPORT OF APPLICATION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE ADJUDGED IN CONTEMPT AND SANCTIONED**<br><br>Date:　March 10, 2008<br>Time:　2:00 p.m.<br>Court:　Hon. Marilyn Hall Patel |

I, Mark Lillge, declare as follows:

1. I am over the age of eighteen years. I make this declaration freely and of my own personal knowledge. If I were called as a witness, I could and would competently testify to the matters set forth.

2. I am the owner of Creative Marketing Concepts ("CMC"), a California sole proprietorship with its principal place of business in San Francisco, California. CMC is an industry leading full service advertising specialty and corporate apparel firm that sells businesses goods branded with the latter's corporate logo.

3. At the time Defendants Andrew Verity and Christina Chang left the employ of CMC, the individual referred to and identified in Section I of the accompanying unredacted Application was a customer of CMC.

4. At the time Defendants Andrew Verity and Christina Chang left the employ of CMC, the individual referred to and identified in Section II of the accompanying unredacted Application was a customer of CMC.

5. At the time Defendants Andrew Verity and Christina Chang left the employ of CMC, the individual referred to and identified in Section III of the accompanying unredacted Application was a customer of CMC.

6. At the time Defendants Andrew Verity and Christina Chang left the employ of CMC, the individual referred to and identified in Section IV of the accompanying unredacted Application was a customer of CMC.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 4th day of February, 2008, in San Francisco, California.

_____
Mark Lillge

2/4/08