1  HARVEY SISKIND LLP
   IAN K. BOYD (State Bar No. 191434)
2  iboyd@harveysiskind.com
   SETH I. APPEL (State Bar No. 233421)
3  sappel@harveysiskind.com
   RAFFI V. ZEROUNIAN (State Bar No. 236388)
4  rzerounian@harveysiskind.com
   Four Embarcadero Center, 39th Floor
5  San Francisco, California  94111
   Telephone:  (415) 354-0100
6  Facsimile:   (415) 391-7124
7
   Attorneys for Plaintiff and Counterdefendant
8  Mark Lillge d/b/a Creative Marketing Concepts

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>  Plaintiff,<br><br>  vs.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>  Defendants.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>  Counterclaimants,<br><br>  v.<br><br>MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10,<br><br>  Counterdefendants. | Case No.  C 07-02748 MHP<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE APPLICATION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE ADJUDGED IN CONTEMPT AND SANCTIONED** |

1  Plaintiff Mark Lillge d/b/a Creative Marketing Concepts ("Plaintiff") hereby moves the Court
2  for an order authorizing the filing of certain documents under seal, pursuant to Local Rules 7-11 and
3  79-5.  The basis of this motion is that these documents, in unredacted form, contain Plaintiff's trade
4  secrets.

**ADMINISTRATIVE MOTION**

6  The documents to be filed under seal are the unredacted Application for Order to Show Cause
7  Why Defendants Not Be Adjudged in Contempt ("Application"), unredacted declaration of one of
8  Plaintiff's customers ("Declaration"), and certain unredacted e-mails to or from Plaintiff's customers
9  ("E-mails"), which are attached as exhibits to the Declaration of Seth I. Appel.  The Application,
10 Declaration and E-mails contain information regarding the names and employers of four different
11 individuals who are customers of Plaintiff.
12 The above information derives independent economic value from not being generally known to
13 the public or to Plaintiff's competitors, and it is the subject of efforts that are reasonable under the
14 circumstances to maintain its secrecy.

**CONCLUSION**

16 For the reasons noted above, the Court should issue an order authorizing the filing of the attached
17 document under seal.  Plaintiff will file redacted versions of the Application and Declaration, the E-mails
18 as attached to the Declaration of Seth I. Appel, on the public docket, with only the names and employers
19 of these customers redacted.

21 Dated:  February 4, 2008                    HARVEY SISKIND LLP

23                                              By: _____/s/_____
                                                         Ian K. Boyd

                                              Attorneys for Plaintiff and Counterclaim Defendant
25                                            Mark Lillge d/b/a Creative Marketing Concepts

–1–