HARVEY SISKIND LLP
IAN K. BOYD (State Bar No. 191434)
iboyd@harveysiskind.com
SETH I. APPEL (State Bar No. 233421)
sappel@harveysiskind.com
RAFFI V. ZEROUNIAN (State Bar No. 236388)
rzerounian@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Plaintiff and Counterdefendant
Mark Lillge d/b/a Creative Marketing Concepts

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS<br><br>Plaintiff,<br><br>v.<br><br>ANDREW VERITY and CHRISTINA CHANG<br><br>Defendants. | Case No. C 07-02748 MHP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNREDACTED DOCUMENTS UNDER SEAL RE APPLICATION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE ADJUDGED IN CONTEMPT AND SANCTIONED** |
| ANDREW VERITY and CHRISTINA CHANG,<br><br>Counterclaimants,<br><br>v.<br><br>MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10,<br><br>Counterdefendants. | |

1     This matter came on for determination before the Honorable Marilyn Hall Patel, on February __, 2008, upon the administrative motion of Plaintiff Mark Lillge d/b/a Creative Marketing Concepts ("Plaintiff") for an order authorizing the filing of an unredacted Application for an Order to Show Cause as to Why Defendants Should Not Be Adjudged in Contempt ("Application"), an unredacted declaration ("Declaration") of one of Plaintiff's customers, and unredacted e-mails ("E-mails) attached as an exhibit to the Declaration of Seth I. Appel. The Court finds that good cause exists for the redacted information to be filed under seal pursuant to Local Rule 79-5.

    For good cause therefor appearing, it is **ORDERED** as follows:

    The unredacted versions of the Application, Declaration and E-mails shall be filed under seal. Plaintiff shall also file on the public docket a redacted version of the Application, Declaration, and E-mails, which shall only redact the names and employers of the four customers at issue.

DATED: _____

                                  _____
                                  The Honorable Marilyn Hall Patel
                                  United States District Court Judge