HARVEY SISKIND LLP
IAN K. BOYD (State Bar No. 191434)
iboyd@harveysiskind.com
SETH I. APPEL (State Bar No. 233421)
sappel@harveysiskind.com
RAFFI V. ZEROUNIAN (State Bar No. 236388)
rzerounian@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Plaintiff and Counterdefendant
Mark Lillge d/b/a Creative Marketing Concepts

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW VERITY and CHRISTINA CHANG.<br><br>Defendants.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>Counterclaimants,<br><br>v.<br><br>MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10,<br><br>Counterdefendants. | Case No. C 07-02748 MHP<br><br>**DECLARATION OF MARK LILLGE IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL RE APPLICATION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE ADJUDGED IN CONTEMPT AND SANCTIONED** |

I, Mark Lillge, declare as follows:

1. I am over the age of eighteen years. I make this declaration freely and of my own personal knowledge. If I were called as a witness, I could and would competently testify to the matters set forth. I am the owner of Creative Marketing Concepts ("CMC"), a California sole proprietorship with its principal place of business in San Francisco, California.

2. Plaintiff seeks to file three different documents under seal in conjunction with its Application for an Order to Show Cause Why Defendants Should Not Be Adjudged in Contempt.

3. The customer information included in these documents, namely the specific customer contacts who have purchased promotional products from us on behalf of their employer, is the subject of efforts that are reasonable under the circumstances to maintain its secrecy. Although the subject information is known to the Defendants through virtue of their employment at my company, this customer contact information derives independent economic value from not being generally known to the public or my competitors.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 4th day of February 2008, in San Francisco, California.

_____
Mark Lillge

2/4/08

-1-

LILLGE DECLARATION IN SUPPORT OF PLAINTIFF'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

CASE NO. C 07-02748 MHP