HARVEY SISKIND LLP
IAN K. BOYD (State Bar No. 191434)
iboyd@harveysiskind.com
SETH I. APPEL (State Bar No. 233421)
sappel@harveysiskind.com
RAFFI V. ZEROUNIAN
rzerounian@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California  94111
Telephone:  (415) 354-0100
Facsimile:   (415) 391-7124

Attorneys for Plaintiff and Counterdefendant
Mark Lillge d/b/a Creative Marketing Concepts

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>                    Plaintiff,<br><br>    vs.<br><br>ANDREW VERITY and CHRISTINA CHANG.<br><br>                    Defendants.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>                    Counterclaimants,<br><br>    v.<br><br>MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10,<br><br>                    Counterdefendants. | Case No.  C 07-02748 MHP<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

The undersigned declares: I am a resident of the United States and am employed in the City and County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 4 Embarcadero Center, 39th Floor, San Francisco, CA 94111.

On the date stated below, I served the following documents:

- **UNREDACTED APPLICATION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE ADJUDGED IN CONTEMPT AND SANCTIONED**

- **UNREDACTED EXHIBITS E, F, AND G TO DECLARATION OF SETH I. APPEL IN SUPPORT OF APPLICATION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE ADJUDGED IN CONTEMPT AND SANCTIONED**

- **UNREDACTED DECLARATION OF CMC CUSTOMER [INCLUDING UNREDACTED EXHIBIT A TO SAME]**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

Richard Harrington, Esq.
Chandler, Wood, Harrington & Maffly, LLP
One Maritime Plaza, Suite 400
San Francisco, CA 94111

Robert C. Ward, Esq.
Shartsis Friese LLP
One Maritime Plaza, 18th Floor
San Francisco, CA 94111

___  **MAIL:** I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

___  **FEDERAL EXPRESS – OVERNIGHT DELIVERY:** I caused such envelope to be deposited with the Federal Express Office prior to the cut-off time for next day delivery with a shipping label properly filled out with delivery to be made to the addressee designated.

_X_  **HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

| | | |
|---|---|---|
| 1 | ___ | **VIA FAX:** The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration. |
| 4 | X | **(FEDERAL):** I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made. |
| 6 | ___ | **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |

Executed on February 4, 2008 at San Francisco, California.

_____
Cynthia Lee