HARVEY SISKIND LLP
IAN K. BOYD (State Bar No. 191434)
iboyd@harveysiskind.com
SETH I. APPEL (State Bar No. 233421)
sappel@harveysiskind.com
RAFFI V. ZEROUNIAN (State Bar No. 236388)
rzerounian@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California  94111
Telephone:  (415) 354-0100
Facsimile:    (415) 391-7124

Attorneys for Plaintiff and Counterdefendant
Mark Lillge d/b/a Creative Marketing Concepts

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS<br><br>Plaintiff,<br><br>v.<br><br>ANDREW VERITY and CHRISTINA CHANG<br><br>Defendants.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>Counterclaimants,<br><br>v.<br><br>MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10,<br><br>Counterdefendants. | Case No. C 07-02748 MHP<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNREDACTED DOCUMENTS UNDER SEAL RE APPLICATION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE ADJUDGED IN CONTEMPT AND SANCTIONED |

1   This matter came on for determination before the Honorable Marilyn Hall Patel, on February __,
2   2008, upon the administrative motion of Plaintiff Mark Lillge d/b/a Creative Marketing Concepts
3   ("Plaintiff") for an order authorizing the filing of an unredacted Application for an Order to Show
4   Cause as to Why Defendants Should Not Be Adjudged in Contempt ("Application"), an unredacted
5   declaration ("Declaration") of one of Plaintiff's customers, and unredacted e-mails ("E-mails)
6   attached as an exhibit to the Declaration of Seth I. Appel.  The Court finds that good cause exists for
7   the redacted information to be filed under seal pursuant to Local Rule 79-5.

8   For good cause therefor appearing, it is **ORDERED** as follows:

9   The unredacted versions of the Application, Declaration and E-mails shall be filed under seal.
10  Plaintiff shall also file on the public docket a redacted version of the Application, Declaration, and E-
11  mails, which shall only redact the names and employers of the four customers at issue.

DATED: 2/6/2008



_____
The Honorable Marilyn Hall Patel
United States District Judge

–1–

[PROPOSED] ORDER GRANTING PLAINTIFF'S                                           CASE NO. C 07-02748 MHP
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL