```
 1  CHANDLER, WOOD, HARRINGTON & MAFFLY
    RICHARD HARRINGTON (Bar #28099)
 2  One Maritime Plaza, 4th Floor
    San Francisco, CA 94111
 3  Telephone: (415) 421-5484
    Facsimile: (415) 986-4874
 4
    SHARTSIS FRIESE LLP
 5  ROBERT CHARLES WARD (Bar #160824)
    One Maritime Plaza, Eighteenth Floor
 6  San Francisco, CA 94111
    Telephone: (415) 421-6500
 7  Facsimile: (415) 421-2922
    Email: rward@sflaw.com
 8  Attorneys for Defendants and Counterclaimants
    ANDREW VERITY, CHRISTINA CHANG and
 9
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, Plaintiff, v. ANDREW VERITY and CHRISTINA CHANG, Defendants. | Case No. C 07-02748 MHP |
| ANDREW VERITY and CHRISTINA CHANG, Counterclaimants, v. MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1 - 10, Counterdefendants. | Designation of expert witnesses |

To plaintiff and counterdefendant Mark Lillge dba Creative Marketing Concepts and to his attorneys of record

Defendants and counterclaimants Andrew Verity and Christina Chang hereby disclose the following expert witnesses pursuant to Federal Rule of Civil Procedure Rule 26 who may testify on their behalf at trial of this matter:

1. Jeffrey C Meyer, MAS, CPA,
   Chief Executive Officer,
   Certified Marketing Consultants
   1128E 600S
   Huntertown IN 46748

---
1

Designation of expert witnesses by Andrew Verity and Christina Chang

260 637 6643
425 944 9404 e fax
jeffm@certifiedmarketing.com

2. Jeff Abbott
Abbott Computer Services
3020 El Cerrito Plaza, Suite 401
El Cerrito CA 94530
abbott@rawbw.com
tel  510 234 5618
fax 510 234 3529

3. Miles E. Locker Esq
Attorney at Law
4156 22nd Street
San Francisco, California 94114
Fax 554 2352
Tel 554 2351
mileselocker@yahoo.com

Defendants and counterclaimants have attached reports from each of the above experts and curriculum vitae for each of the above experts as Exhibits A, B and C.

Defendants and counterclaimants reserve the right to call any or all of the following persons as expert witnesses at trial:

1. Any and all individuals designated as experts by plaintiff and counterdefendant.

2. Rebuttal witnesses.

Dated 8 February 2008

*Richard Harrington* (signature)
Richard Harrington
Attorney for defendants and counterclaimants
Andrew Verity and Christina Chang

---

2

**Designation of expert witnesses by Andrew Verity and Christina Chang**

PROOF OF SERVICE BY HAND DELIVERY

I am a citizen of the United States and a resident of the State of California. I am over the age of eighteen years and not a party to the within action. My business address is One Maritime Plaza, Fourth Floor, San Francisco, CA 94111-3404.

On the date designated above my signature I served the following document:

**DESIGNATION OF EXPERT WITNESSES WITH ATTACHED EXHIBITS A, B AND C**

on the party below by hand-delivering a true copy in a sealed envelope to:

Ian K. Boyd, Esq
Seth I Appel, Esq.
Harvey Siskind LLP
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on February 8, 2008.

*Mariana Nava*

PROOF OF SERVICE BY HAND DELIVERY