8.      Later, customers called me and said that Lillge had told them that they could not do business with us.  For example, one of my clients was Wells Fargo.  My customer contact at Wells Fargo, Michelle Chan, asked where I was going when she got my announcement of my last day at CMC.  That email is attached hereto as Exhibit 3.  Because Michelle responded, I called her to let her know of my new position at Branding Boulevard.  We spoke a couple of times during the summer of 2007, during which she said that Wells Fargo had no orders for promotional products but that if she needed anything in the future she would think of me.  On November 5, 2007, I got the email that is attached as Exhibit 4 hereto.  Branding Boulevard lost potential business from Michelle Chan as a result of Lillge's misleading communications to her regarding the lawsuit.

Executed this 11th day of February 2008 at San Francisco, California.

CHRISTINA CHANG

7475\001\RWARD\1490450.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA  94111

- 3 -