# EXHIBIT 1

CHANG DECLARATION IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN SUPPORT OF CHANG'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

## Christina Chang

**From:** Christina Chang [christina.chang@sbcglobal.net]
**Sent:** Monday, May 14, 2007 4:22 PM
**To:** Christina.chang@sbcglobal.net
**Subject:** Email from Bruce Molloy

------Original Message------
From: bruce@cmcpromos.com
To: christina@cmcpromos.com
Sent: May 11, 2007 4:09 PM
Subject:

Christina,

This letter confirms your employment with Creative Marketing Concepts ("CMC) is terminating today, Friday, May 11, 2007. You will receive your final paycheck by the end of the business day, including all wages and paid time off ("PTO') accrued through today.

Additionally, in consideration of your part time contracting work prior to your regular full time employment with CMC, which commenced on January 1, 2005, we have also included an additional 5 PTO days in your final paycheck.

We thank you for your service to CMC and wish you the best of luck in your future endeavors.

Sincerely,

Bruce Molloy



Sent via BlackBerry from T-Mobile
415-307-2285

1

AV0074