# EXHIBIT 2

CHANG DECLARATION IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN SUPPORT OF CHANG'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

**Christina Chang**

From: Carolyn Jacks [cjacks@mtc.ca.gov]
Sent: Monday, May 14, 2007 9:19 AM
To: christina.chang@sbcglobal.net
Subject: Hi Christina: Hope your leaving CM is an amicable one. What's next on the horizon?

Hi Christina:   Hope your leaving CM is an amicable one.  What's next on the horizon?

It was a pleasure working with you; I'll miss you !!!  Is there someone else at CM on whom we may call now that you're no longer there?  Though we're getting tired of the "golf tournament" and would like to have the event disappear, I believe it's still alive.  Unless you're moving on to someplace where we can still use you ....  Let me know.

If you're totally out of the business - oh well.  Here's wishing you the very best in your new venture.  Take care of yourself and God bless.  If you're ever in our neck of the woods - give a jingle and pop up n' see us.

..... Carolyn

Carolyn (McKenzie) Jacks
Metropolitan Transportation Commission (MTC)
Finance Department
(510) 817-5732
(510) 817-5934 (Fax)
cjacks@mtc.ca.gov

## Christina Chang

**From:** Pascual, Tess [tess.pascual@bingham.com]
**Sent:** Friday, May 11, 2007 9:06 AM
**To:** christina.chang@sbcglobal.net
**Subject:** RE: Today is my last day. Thanks for your support

Were are you off to?

---

**From:** Christina [mailto:christina@cmcpromos.com]
**Sent:** Friday, May 11, 2007 9:57 AM
**Subject:** Today is my last day. Thanks for your support

Happy Friday.

Today is my last day at Creative Marketing concepts. I really appreciate your business and support in the past several years.

I can be reached at **415-307-2285** or **christina.chang@sbcglobal.net**

Thanks again, Christina

*Christina Chang*
*Creative Marketing Concepts Visit us on the web at http://www.cmcpromos.com*
*572 Market Street, San Francisco, CA  94104*
*800-686-6462 Toll-Free 415-651-1327 Direct Phone 415-982-1015 Fax 415-307-2285 Mobile*
*Our mission is to provide the most suitable promotions for our clients with the BEST SERVICE at most competitive rates.*

===============================================================================

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.
The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone. Thank you.

===============================================================================

AV0033

5/30/2007

## Christina Chang

**From:** CQuan@aol.com
**Sent:** Saturday, May 12, 2007 7:03 PM
**To:** christina.chang@sbcglobal.net
**Subject:** Greetings

Hi Christina,

What are you doing now??? Stay in touch, Claudia from Lee's Deli

---

See what's free at AOL.com.

AV0034

5/30/2007

## Christina Chang

**From:** Lauren Sigurdson [LSigurdson@ImmigrationTracker.com]
**Sent:** Friday, May 11, 2007 9:54 AM
**To:** christina.chang@sbcglobal.net
**Subject:** RE: Today is my last day. Thank you for your support.

Aww, I know you've taken care of us until now, you're the best!!! What do we do when we need stuff a week before our next big conference? Who will work our miracles for us? Only YOU put up with our crap.

Thanks!,

Lauren

---

**From:** Christina [mailto:christina@cmcpromos.com]
**Sent:** Friday, May 11, 2007 10:22 AM
**To:** undisclosed-recipients
**Subject:** Re: Today is my last day. Thank you for your support.

Silly mom-to-be =) All your and Annamarie's stuff are taken care of. I wouldn't leave people hanging!

christina.chang@sbcglobal.net

Christina Chang
1943A Russell Street, Berkeley, CA  94703
510-848-8705 Home
415-307-2285 Mobile

On May 11, 2007, at 9:47 AM, Lauren Sigurdson wrote:

> AAAAHHHHH!!!!!! I don't have my thank you cards written yet. Where can I send yours! :-) And you're not allowed to leave us during our time of need. Now what do we do???
>
> Seriously, all the best to you.
>
> Thanks!,
>
> Lauren

AV0042

**From:** Christina [mailto:christina@cmcpromos.com]
**Sent:** Friday, May 11, 2007 9:36 AM
**To:** undisclosed-recipients
**Subject:** Today is my last day. Thank you for your support.

Happy Friday.

Today is my last day at Creative Marketing concepts. I really appreciate your business and support in the past several years.

I can be reached at **415-307-2285** or **christina.chang@sbcglobal.net**

Thanks again, Christina

5/30/2007

AV0043

## Christina Chang

**From:** Michael Alexander [MAlexander@immigrationlaw.com]
**Sent:** Friday, May 11, 2007 9:51 AM
**To:** christina.chang@sbcglobal.net
**Subject:** RE: Today is my last day. Thank you for the support.

Hi Christina,

I'm very sorry to hear this news. You have been great to work with. I hope that we can continue that relationship in the future. Please stay in touch.

Thanks for all your help.

Good luck!

**Michael**

**Michael Alexander** | *Operations Manager*
**Pearl Law Group** | *Innovators in Business Immigration*
575 Market Street, 7th Floor | San Francisco | CA 94105
p: 415.771.7500 x 288 | f: 415.771.5009 | e: malexander@immigrationlaw.com
www.immigrationlaw.com

>-----Original Message-----
>**From:** Christina [mailto:christina@cmcpromos.com]
>**Sent:** Friday, May 11, 2007 9:56 AM
>**To:** undisclosed-recipients
>**Subject:** Today is my last day. Thank you for the support.
>
>Happy Friday.
>
>Today is my last day at Creative Marketing concepts. I really appreciate your business and support in the past several years.
>
>I can be reached at **415-307-2285** or **christina.chang@sbcglobal.net**
>
>Thanks again, Christina
>
>*Christina Chang*
>*Creative Marketing Concepts Visit us on the web at http://www.cmcpromos.com*
>  *572 Market Street, San Francisco, CA 94104*
>   *800-686-6462 Toll-Free 415-651-1327 Direct Phone 415-982-1015 Fax 415-307-2285 Mobile*
>*Our mission is to provide the most suitable promotions for our clients with the BEST SERVICE at most competitive rates.*

AV0044

5/30/2007

## Christina Chang

**From:** Radosky, Barbara A [SD] [Barbara.A.Radosky@sprint.com]
**Sent:** Friday, May 11, 2007 8:57 AM
**To:** christina.chang@sbcglobal.net
**Subject:** Re: Today is my last day. Thank you for the support.

NOOO! You can't leave! We love you. Who will take care of us? Bummer. We will miss you!

----- Original Message -----
From: Christina <christina@cmcpromos.com>
To: undisclosed-recipients <undisclosed-recipients:;>
Sent: Fri May 11 11:53:52 2007
Subject: Today is my last day. Thank you for the support.

Happy Friday.

Today is my last day at Creative Marketing concepts. I really appreciate your business and support in the past several years.

I can be reached at 415-307-2285 or christina.chang@sbcglobal.net
<mailto:christina.chang@sbcglobal.net>

Thanks again, Christina

Christina Chang
Creative Marketing Concepts Visit us on the web at http://www.cmcpromos.com
  572 Market Street, San Francisco, CA  94104
    800-686-6462 Toll-Free 415-651-1327 Direct Phone 415-982-1015 Fax 415-307-2285 Mobile
Our mission is to provide the most suitable promotions for our clients with the BEST SERVICE at most competitive rates.

AV0047

5/30/2007

## Christina Chang

**From:** Michael Ernst [michael@yelp.com]
**Sent:** Monday, May 14, 2007 9:32 AM
**To:** christina.chang@sbcglobal.net
**Subject:** Re: Today is my last day. Thank you for the support

Christina-

Thank you so much for all of your help at Creative Marketing Concepts. You will be missed, you did a lot of great work for us at Yelp. If you ever decide to continue in the promotions field, please let me know, I'd love to work on other projects with you. Thanks, and good luck!

Michael Ernst
Graphic Designer | Yelp.com | 415.515.1425

On May 11, 2007, at 9:49 AM, Christina wrote:

> Happy Friday.
>
> Today is my last day at Creative Marketing concepts. I really appreciate your business and support in the past several years.
>
> I can be reached at **415-307-2285** or **christina.chang@sbcglobal.net**
>
> Thanks again, Christina
>
> Christina Chang
> Creative Marketing Concepts Visit us on the web at http://www.cmcpromos.com
> 572 Market Street, San Francisco, CA 94104
> 415-982-8618 Phone 415-982-1015 Fax
> Our mission is to provide the most suitable promotions for our clients with the BEST SERVICE at most competitive rates.

AV0052

5/30/2007

## Christina Chang

**From:** msernst@yelp.com
**Sent:** Friday, May 11, 2007 9:11 AM
**To:** christina.chang@sbcglobal.net
**Subject:** Re: Today is my last day. Thank you for the support

Christina!

Man, I'm bummed you're leaving! You were my favorite! I was out all afternoon and just got your email this morning. I was going to stop by today and drop off the extra hats, too. I'd still love to drop by and tie up some loose ends and say goodbye. Are you available at 2 to talk?

Again, I'm sorry to see you go and I hope you're moving on to something fun!

Michael

> Happy Friday.
>
> Today is my last day at Creative Marketing concepts.  I really
> appreciate your business and support in the past several years.
>
> I can be reached at 415-307-2285 or christina.chang@sbcglobal.net
>
> Thanks again, Christina
>
> Christina Chang
> Creative Marketing Concepts Visit us on the web at http://
> www.cmcpromos.com
>     572 Market Street, San Francisco, CA  94104
>       415-982-8618 Phone          415-982-1015 Fax
> Our mission is to provide the most suitable promotions for our clients
> with the BEST SERVICE at most competitive rates.
>
>

**Christina Chang**

From: "Christina Chang" <christina.chang2@sbcglobal.net>
To: "Andy Verity" <andy@brandingblvd.com>
Sent: Sunday, June 10, 2007 4:31 PM
Subject: Fw: New Contact Details

>
>
> -----Original Message-----
> From: Sandy Billecci [mailto:billecci@xoma.com]
> Sent: Thursday, April 12, 2007 2:03 PM
> To: andy.verity@sbcglobal.net
> Subject: FW: New Contact Details
>
>
>
> I'm sad to hear this. Good luck with your new endeavors...let me know
> where you land!
>
> -----Original Message-----
> From: Andy Verity [mailto:andy@cmcpromos.com]
> Sent: Thursday, April 12, 2007 12:21 PM
> To: Andy Verity
> Subject: New Contact Details
>
> I am leaving Creative Marketing Concepts after 6 years.
>
> It has been a true pleasure working with all of you over the years. I
> wish all of you the best.
>
> My new contact details are:
> Email: andy.verity@sbcglobal.net
> Cell: 415-632-7445
>
> Best Regards
> Andy Verity
> Email: andy.verity@sbcglobal.net
> Cell: 415-632-7445
>
>
>
>
> --
> The information contained in this email message may contain confidential
> or legally privileged information and is intended solely for the use of
> the named recipient(s). No confidentiality or privilege is waived or
> lost by any transmission error. If the reader of this message is not the

AV0056

7/23/2007

**Christina Chang**

**Subject:** Hi

-----Original Message-----
From: Celine Rose [mailto:crose@DELTA.org]
Sent: Friday, May 11, 2007 9:04 AM
To: christina.chang@sbcglobal.net
Subject: Hi

Hey Christina.

Is your hubby staying? Hope all is well. If they fired you or laid you off we won't use them anymore.

Will miss you.

Celine

The information contained in this email message and any attachments is confidential and intended only for the addressee(s). If you are not an addressee, you may not copy or disclose the information, or act upon it, and you should delete it entirely from your email system. Please notify the sender that you received this email in error.