# EXHIBIT 3

CHANG DECLARATION IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN SUPPORT OF CHANG'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

**From:** Michelle.Chan2@wellsfargo.com
**Sent:** Friday, May 11, 2007 9:02 AM
**To:** christina.chang@sbcglobal.net
**Subject:** RE: Today is my last day. Thank you for the support

You're leaving too, huh? Where are going to?

Thanks,

---

Michelle W. Chan
Wells Fargo - Small Business Cash Management
415.396.8297

*This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.*

---

**From:** Christina [mailto:christina@cmcpromos.com]
**Sent:** Friday, May 11, 2007 9:49 AM
**To:** undisclosed-recipients
**Subject:** Today is my last day. Thank you for the support

Happy Friday.

Today is my last day at Creative Marketing concepts. I really appreciate your business and support in the past several years.

I can be reached at **415-307-2285** or **christina.chang@sbcglobal.net**

Thanks again, Christina

*Christina Chang*
*Creative Marketing Concepts*        *Visit us on the web at http://www.cmcpromos.com*
  *572 Market Street, San Francisco, CA  94104*
    *415-982-8618 Phone           415-982-1015 Fax*
*Our mission is to provide the most suitable promotions for our clients with the BEST SERVICE at most competitive rates.*