# EXHIBIT 4

CHANG DECLARATION IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN SUPPORT OF CHANG'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

**From:** Michelle.Chan2@wellsfargo.com
**Sent:** Thursday, November 08, 2007 8:59 AM
**To:** christina@brandingblvd.com
**Subject:** RE: Greetings from Christina Chang / Branding Boulevard

Christina-

Your former employer had sent us an email regarding a lawsuit against your communicating their clients. I would really appreciate if you can take me off your list for any future email, phone, and mail solicitation.

Michelle W. Chan

Wells Fargo - Small Business Cash Man

---

**From:** Christina Chang [mailto:christina@brandingblvd.com]
**Sent:** Thursday, November 08, 2007 8:56 AM
**To:** Chan, Michelle (SBCM)
**Subject:** RE: Greetings from Christina Chang / Branding Boulevard


Good morning Michelle

No problem at all. Do try to think of me if you even need help on branded items or solutions.

Thanks for the business and support in the past.

Best regards, Christina

*Christina Chang*
*Branding Boulevard* | *1943 Russell Street, Ste 3, Berkeley CA 94703* |
*Toll Free: 866-632-BLVD(2583)* | *Main: 510-647-3748 / 415-626-1236* | *Fax: 800-520-5396* | *Cell: 415-307-2285* |
*Visit us on website: www.brandingblvd.com*

>       -----Original Message-----
>       **From:** Michelle.Chan2@wellsfargo.com [mailto:Michelle.Chan2@wellsfargo.com]
>       **Sent:** Thursday, November 08, 2007 8:35 AM
>       **To:** christina@brandingblvd.com
>       **Subject:** RE: Greetings from Christina Chang
>       Christina-
>
>       Please remove me from your distribution. Thank you.
>
>
>
>       Thanks,
>
>
>       ---
>
>       Michelle W. Chan
>
>       Wells Fargo - Small Business Cash Management

415.396.8297

*This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.*

**From:** Christina Chang [mailto:christina@brandingblvd.com]
**Sent:** Thursday, November 08, 2007 2:47 AM
**To:** Chan, Michelle (SBCM)
**Subject:** Greetings from Christina Chang

Hi, Michelle

How are you? I know you'd told me your dept does not get branded items on regular basis. As holidays are just around the corner, thought I should send you a quick email/checking in.

I am happy to get you some year end gift materials or do project solution researches for you.

Speak to you soon and take care, Christina

*Christina Chang*
**Branding Boulevard** | *1943 Russell Street, Ste 3, Berkeley CA 94703* |
***Toll Free:*** *866-632-BLVD(2583)* | ***Main:*** *510-647-3748 / 415-626-1236* | ***Fax:*** *800-520-5396* | ***Cell:*** *415-307-2285* |
*Visit us on website:* www.brandingblvd.com