1  Executed this 11th day of February 2008 at Berkeley, California.

_____
ANDREW VERITY

5  7475\001\RWARD\1490147.1

Shartsis Friese LLP
One Maritime Plaza
Eighteenth Floor
San Francisco, CA 94111

- 4 -
Case No.
C 07-02748
DECL VERITY IN OPP TO PLAINTIFF'S MOT PARTIAL SJ
AND ISO CHANG'S CROSS-MOT PARTIAL SJ