# EXHIBIT 2

VERITY DECLARATION IN OPPOSITION TO MOTION
FOR PARTIAL SUMMARY JUDGMENT AND IN SUPPORT
OF CHANG'S CROSS-MOTION FOR PARTIAL SUMMARY
JUDGMENT

**Christina Chang**

**From:** "Andy Verity" <andy.verity@sbcglobal.net>
**To:** <christina.chang2@sbcglobal.net>
**Sent:** Tuesday, May 22, 2007 10:53 PM
**Subject:** FW: Dorothy ABQ Pub

-----Original Message-----
From: Andy Verity [mailto:andy@cmcpromos.com]
Sent: Thursday, April 12, 2007 1:19 PM
To: Andy Verity
Subject: Dorothy ABQ Pub

Andy Verity
Creative Marketing Concepts
Tel: 415-982-8618
Fax: 415-982-1015
http://www.cmcpromos.com
Our mission is to provide the most suitable promotions for our
clients with THE BEST SERVICE at most competitive rates

Begin forwarded message:

From: "Dorothy Rosado" <drosado@abqpubco.com>
Date: April 12, 2007 2:15:58 PM PDT
To: "'Andy Verity'" <andy@cmcpromos.com>
Subject: RE: New Contact Details
Reply-To: <drosado@abqpubco.com>

So sorry to hear you are leaving.  Stay in touch.  Thank you for
everything.

Dorothy

-----Original Message-----
From: Andy Verity [mailto:andy@cmcpromos.com]
Sent: Thursday, April 12, 2007 1:21 PM
To: Andy Verity
Subject: New Contact Details

I am leaving Creative Marketing Concepts after 6 years.

It has been a true pleasure working with all of you over the years. I
wish all of you the best.

My new contact details are:

AV0001

Email: andy.verity@sbcglobal.net
Cell: 415-632-7445

Best Regards
Andy Verity
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445

AV0002

5/30/2007

## Christina Chang

**From:**      "Andy Verity" <andy.verity@sbcglobal.net>
**To:**         <christina.chang2@sbcglobal.net>
**Sent:**      Tuesday, May 22, 2007 10:53 PM
**Subject:**   FW: Dennis Cicatelllo

-----Original Message-----
From: andy@cmcpromos.com [mailto:andy@cmcpromos.com]
Sent: Monday, April 16, 2007 9:37 AM
To: andy.verity@sbcglobal.net
Subject: Dennis Cicatelllo

Original Message:
----------------
From: DENNIS CICATELLO denniscicatello@verizon.net
Date: Sun, 15 Apr 2007 15:07:41 -0700 (PDT)
To: andy@cmcpromos.com
Subject: Re: New Contact Details

You will be missed.

Andy Verity <andy@cmcpromos.com> wrote: I am leaving Creative Marketing
Concepts after 6 years.

It has been a true pleasure working with all of you over the years. I
wish all of you the best.

My new contact details are:
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445

Best Regards
Andy Verity
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445

----------------------------------------------------------------
myhosting.com - Premium MicrosoftR WindowsR and Linux web and
application hosting - http://link.myhosting.com/myhosting

AV0003

5/30/2007

**Christina Chang**

| | |
|---|---|
| **From:** | "Andy Verity" <andy.verity@sbcglobal.net> |
| **To:** | <christina.chang2@sbcglobal.net> |
| **Sent:** | Tuesday, May 22, 2007 11:06 PM |
| **Subject:** | FW: New Contact Details |

-----Original Message-----
From: Sharon Culpepper [mailto:Sharon.Culpepper@ucop.edu]
Sent: Friday, April 13, 2007 7:28 AM
To: Andy Verity
Subject: RE: New Contact Details

Oh Andy.............................I hope its all for the best. Best
wishes to you. I have been meaning to get in touch with you, but I have
been away from the office on business and just now have a chance to
settle down. The display that was purchased from Creative Marketing,
it's a mess. By this I mean that the panels do not stick onto the metal
bars. With you leaving, I definitely need someone to follow up on me
with this issue. Please advise.

Sharon

"Be SMART About Safety"

-----Original Message-----
From: Andy Verity [mailto:andy.verity@sbcglobal.net]
Sent: Thursday, April 12, 2007 5:41 PM
To: andy.verity@sbcglobal.net
Subject: New Contact Details

I am leaving Creative Marketing Concepts after 6
years.

It has been a true pleasure working with all of you
over the years. I
wish all of you the best.

My new contact details are:
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445

Best Regards
Andy Verity
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445

AV0004

## Andy Verity

**From:**    Christina Chang [christina.chang2@sbcglobal.net]

**Sent:**    Thursday, May 24, 2007 3:58 PM

**To:**      andy Verity

**Subject:** Mary Hancock


----- Original Message -----
**From:** Andy Verity
**To:** christina.chang2@sbcglobal.net
**Sent:** Tuesday, May 22, 2007 11:07 PM
**Subject:** FW: OH NO


-----Original Message-----
**From:** Hancock, Mary [mailto:Mary.Hancock@AIG.com]
**Sent:** Monday, April 23, 2007 9:20 AM
**To:** 'andy.verity@sbcglobal.net'
**Subject:** OH NO

Andy - I already miss you!  Hope this is a very good move for you but please know that you will
be missed.  I just returned from vacation this morning and I have a call from Jeff Weinstein.
Boo Hoo.

**Mary Hancock**
*Executive Assistant to Steve Marohn*
*Regional Vice President San Francisco Region*
**American International Group, Inc.**
*Two Rincon Center*
*121 Spear Street*
*San Francisco, CA 94105*
*415-836-2755*
*415-836-3114 Fax*
*mary.hancock@aig.com*

AV0005

**Andy Verity**

**Subject:** FW: Karen Arvin/Heights

-----Original Message-----
**From:** Karen Arvin [mailto:karenarvin@heightsfinance.com]
**Sent:** Friday, April 13, 2007 5:24 AM
**To:** andy.verity@sbcglobal.net
**Subject:** Departure

Hi Andy,

I received your email regarding your departure from CMC Promos, and was wondering if you were going to another promotional products company.  I worked with you in the past when I was employed at Marquette Group, and now that I am with another company, I have increased responsibilities regarding promotional items with limited resources.

In the past you proved to be very helpful and dependable.  If you will be staying in the same field, I'd welcome any information you could send me – my contact information is below.

Good luck with your new endeavors!

Karen Arvin
Marketing Specialist

 **HEIGHTS FINANCE**
CORPORATION

7707 N. Knoxville Suite 201 | Peoria IL 61614
Direct: 309.690.6611 | Fax: 309.690.6635
karenarvin@heightsfinance.com

AV0006

5/30/2007

## Christina Chang

| | |
|---|---|
| **From:** | "Andy Verity" <andy.verity@sbcglobal.net> |
| **To:** | <christina.chang2@sbcglobal.net> |
| **Sent:** | Tuesday, May 22, 2007 10:45 PM |
| **Subject:** | FW: New Contact Details |

-----Original Message-----
From: Kordestani, Sanam [mailto:SanamK@telenav.com]
Sent: Thursday, April 12, 2007 12:40 PM
To: Andy Verity
Subject: RE: New Contact Details

NOOOOOOOOOooooooooooooo. Whatttttttttttt? Andy?! Where are you going?
What happened? I wanted to deal with you only! Tell me about your
new/future adventure.

All the very best for your future endeavors :) Keep in touch.

It was great working with you.

Cheers,

Sanam

-----Original Message-----
From: Andy Verity [mailto:andy.verity@sbcglobal.net]
Sent: Thursday, April 12, 2007 1:32 PM
To: andy.verity@sbcglobal.net
Subject: New Contact Details

I am leaving Creative Marketing Concepts after 6 years.

It has been a true pleasure working with all of you over the years. I
wish all of you the best.

My new contact details are:
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445

Best Regards
Andy Verity
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445

## Christina Chang

**From:**     "Andy Verity" <andy.verity@sbcglobal.net>
**To:**       <christina.chang2@sbcglobal.net>
**Sent:**     Tuesday, May 22, 2007 10:45 PM
**Subject:**  FW: New Contact Details


-----Original Message-----
From: Kelly Voet [mailto:voetke@wellsfargo.com]
Sent: Thursday, April 12, 2007 12:38 PM
To: Andy Verity
Subject: Re: New Contact Details


Good luck!


Kelly Voet
Wells Fargo Advantage Funds
Production Design Manager
P: 415-396-6027
E: voetke@wellsfargo.com

This transmission may contain information which is confidential,
proprietary and privileged. If you are not the individual or entity to
which it is addressed, note that any review, disclosure, copying,
retransmission or other use is strictly prohibited. If you received this
transmission in error, please notify the sender immediately and delete
the material from your system. This transmission is for informational
purposes only, and is not intended as an offer or solicitation for the
purchase or sale of any financial instrument or as an official
confirmation of any transaction. Any information regarding specific
investments or other products is not warranted as to completeness or
accuracy and is subject to change without notice.

Wells Fargo Funds Management, LLC, a wholly-owned subsidiary of Wells
Fargo & Company, provides investment advisory and administrative
services for the Wells Fargo Advantage Funds and to certain Section 529
college savings plans. Other affiliates of Wells Fargo & Company provide
sub-advisory and other services for the Funds. The Funds and the Section
529 college savings plans are distributed by Wells Fargo Funds
Distributor, LLC, Member NASD/SIPC, an affiliate of Wells Fargo &
Company.
*********************************************************************
****
NOT FDIC INSURED € NO BANK GUARANTEE € MAY LOSE VALUE

On 4/12/07 1:14 PM, "Andy Verity" <andy.verity@sbcglobal.net> wrote:

AV0008

5/30/2007

> I am leaving Creative Marketing Concepts after 6
> years.
>
> It has been a true pleasure working with all of you
> over the years. I
> wish all of you the best.
>
> My new contact details are:
> Email: andy.verity@sbcglobal.net
> Cell: 415-632-7445
>
> Best Regards
> Andy Verity
> Email: andy.verity@sbcglobal.net
> Cell: 415-632-7445
>

AV0009

## Christina Chang

| | |
|---|---|
| **From:** | "Andy Verity" <andy.verity@sbcglobal.net> |
| **To:** | <christina.chang2@sbcglobal.net> |
| **Sent:** | Tuesday, May 22, 2007 10:45 PM |
| **Subject:** | FW: New Contact Details |

-----Original Message-----
**From:** Leandra Schuler [mailto:leandra@zacharys.com]
**Sent:** Thursday, April 12, 2007 12:53 PM
**To:** Andy Verity
**Subject:** Re: New Contact Details

Best of luck to you, wherever you are headed!  Is Zachary our contact person at Creative Marketing?

Happy trails,
Leandra

(Are you going to another marketing co?)


*Andy Verity <andy.verity@sbcglobal.net>* wrote:

I am leaving Creative Marketing Concepts after 6
years.

It has been a true pleasure working with all of you
over the years. I
wish all of you the best.

My new contact details are:
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445

Best Regards
Andy Verity
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445

AV0010

5/30/2007

## Christina Chang

| | |
|---|---|
| **From:** | "Andy Verity" <andy.verity@sbcglobal.net> |
| **To:** | <christina.chang2@sbcglobal.net> |
| **Sent:** | Tuesday, May 22, 2007 10:46 PM |
| **Subject:** | FW: New Contact Details |

-----Original Message-----
From: Nyla Starr [mailto:nstarr@isugroup.com]
Sent: Thursday, April 12, 2007 2:59 PM
To: Andy Verity
Subject: RE: New Contact Details


I hope this means good news for you with plans for bigger and better
things - DO keep me posted if you become associated with a firm that
offers goods or services we might need!  You have been superb to work
with!!  You will be successful in whatever you do - The VERY BEST to
you!

Nyla Starr




-----Original Message-----
From: Andy Verity [mailto:andy.verity@sbcglobal.net]
Sent: Thursday, April 12, 2007 12:19 PM
To: andy.verity@sbcglobal.net
Subject: New Contact Details


I am leaving Creative Marketing Concepts after 6
years.

It has been a true pleasure working with all of you
over the years. I wish all of you the best.

My new contact details are:
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445

Best Regards
Andy Verity
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445

AV0011

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PRIVILEGED & CONFIDENTIAL: This communication, including attachments, is
for the exclusive use of addressee and may contain proprietary,
confidential and/or privileged information. If you are not the intended
recipient, any use, copying, disclosure, dissemination or distribution
is strictly prohibited. If you are not the intended recipient notify the
sender immediately by return e-mail, delete this communication and
destroy all copies.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AV0012

5/30/2007

## Christina Chang

**From:**      "Andy Verity" <andy.verity@sbcglobal.net>
**To:**        <christina.chang2@sbcglobal.net>
**Sent:**      Tuesday, May 22, 2007 10:46 PM
**Subject:**   FW: New Contact Details

-----Original Message-----
From: Sandy Billecci [mailto:billecci@xoma.com]
Sent: Thursday, April 12, 2007 2:03 PM
To: andy.verity@sbcglobal.net
Subject: FW: New Contact Details


I'm sad to hear this. Good luck with your new endeavors...let me know
where you land!

-----Original Message-----
From: Andy Verity [mailto:andy@cmcpromos.com]
Sent: Thursday, April 12, 2007 12:21 PM
To: Andy Verity
Subject: New Contact Details

I am leaving Creative Marketing Concepts after 6 years.

It has been a true pleasure working with all of you over the years. I
wish all of you the best.

My new contact details are:
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445

Best Regards
Andy Verity
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445


--
The information contained in this email message may contain confidential
or legally privileged information and is intended solely for the use of
the named recipient(s). No confidentiality or privilege is waived or
lost by any transmission error. If the reader of this message is not the
intended recipient, please immediately delete the e-mail and all copies
of it from your system, destroy any hard copies of it and notify the
sender either by telephone or return e-mail. Any direct or indirect
use, disclosure, distribution, printing, or copying of any part of this
message is prohibited. Any views expressed in this message are those of
the individual sender, except where the message states otherwise and the
sender is authorized to state them to be the views of XOMA.

AV0013

5/30/2007

# Christina Chang

| | |
|---|---|
| **From:** | "Andy Verity" <andy.verity@sbcglobal.net> |
| **To:** | <christina.chang2@sbcglobal.net> |
| **Sent:** | Tuesday, May 22, 2007 10:46 PM |
| **Subject:** | [SPAM] FW: New Contact Details |

-----Original Message-----
**From:** Sharon_X_Wu@amat.com [mailto:Sharon_X_Wu@amat.com]
**Sent:** Thursday, April 12, 2007 1:45 PM
**To:** Andy Verity
**Subject:** Re: New Contact Details

Wow Andy, that's a surprise!  But 6-year is a long time, isn't it?  Hope you are moving onto something you enjoy doing.  I am sorry to see you leave - you've always been so responsive and helpful to my questions and requests!  But changes are good... most of the times.  :)

Take good care and wish you the best of luck!

Sharon

The content of this message is Applied Materials Confidential.  If you are not the intended recipient and have received this message in error, any use or distribution is prohibited. Please notify me immediately by reply e-mail and delete this message from your computer system. Thank you.

                                                    To  andy.verity@sbcglobal.net

                                                    cc

                                                    Subject  New Contact Details

Andy Verity <andy.verity@sbcglobal.net>

04/12/2007 01:40 PM

```
I am leaving Creative Marketing Concepts after 6
years.

It has been a true pleasure working with all of you
over the years. I wish all of you the best.

My new contact details are:
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445

Best Regards
Andy Verity
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445
```

AV0014

5/30/2007

## Christina Chang

**From:** "Andy Verity" <andy.verity@sbcglobal.net>
**To:** <christina.chang2@sbcglobal.net>
**Sent:** Tuesday, May 22, 2007 10:47 PM
**Subject:** FW: New Contact Details

-----Original Message-----
From: Liza.Ford@wellsfargo.com [mailto:Liza.Ford@wellsfargo.com]
Sent: Thursday, April 12, 2007 2:55 PM
To: andy.verity@sbcglobal.net
Subject: RE: New Contact Details

We will miss you greatly. . Please keep us informed on where you go.

Liza Ford
African American Business Services Manager

Wells Fargo Small Business Marketing
525 Market Street 22nd Floor
MAC A0103-220
San Francisco, CA 94105
415.396.1042

This message may contain confidential and/or privileged information. If
you are not the addressee or authorized to receive this for the
addressee, you must not use, copy, disclose, or take any action based on
this message or any information herein. If you have received this
message in error, please advise the sender immediately by reply e-mail
and delete this message. Thank you for your cooperation.

-----Original Message-----
From: Andy Verity [mailto:andy.verity@sbcglobal.net]
Sent: Thursday, April 12, 2007 2:00 PM
To: andy.verity@sbcglobal.net
Subject: New Contact Details

I am leaving Creative Marketing Concepts after 6 years.

It has been a true pleasure working with all of you over the years. I
wish all of you the best.

My new contact details are:
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445

Best Regards
Andy Verity
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445

AV0017

5/30/2007

## Christina Chang

**From:** "Andy Verity" <andy.verity@sbcglobal.net>
**To:** <christina.chang2@sbcglobal.net>
**Sent:** Tuesday, May 22, 2007 10:47 PM
**Subject:** FW: New Contact Details

-----Original Message-----
**From:** Jacobs, Joy (US - Oakland) [mailto:jjacobs@deloitte.com]
**Sent:** Thursday, April 12, 2007 3:31 PM
**To:** Andy Verity
**Subject:** RE: New Contact Details

I wish you best!

-----Original Message-----
From:    Andy Verity [mailto:andy.verity@sbcglobal.net]
Sent:    Thursday, April 12, 2007 05:16 PM Eastern Standard Time
To:      andy.verity@sbcglobal.net
Subject:     New Contact Details

I am leaving Creative Marketing Concepts after 6
years.

It has been a true pleasure working with all of you
over the years. I
wish all of you the best.

My new contact details are:
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445

Best Regards
Andy Verity
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445


This message (including any attachments) contains confidential information intended for a specific
individual and purpose, and is protected by law.  If you are not the intended recipient, you should
delete this message.

Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is
strictly prohibited. [v.E.1]


AV0018

5/30/2007

## Christina Chang

**From:**      "Andy Verity" <andy.verity@sbcglobal.net>
**To:**        <christina.chang2@sbcglobal.net>
**Sent:**      Tuesday, May 22, 2007 10:47 PM
**Subject:**   FW: New Contact Details

-----Original Message-----
From: Jessica Gambirasi [mailto:Jessica@Andiamo-Group.com]
Sent: Thursday, April 12, 2007 4:20 PM
To: Andy Verity
Subject: RE: New Contact Details

Hi Andy!  Thanks for the heads up.  I'm sorry, for CMC, to hear that
you're leaving, right on the heels of your promotion, but as these
things go, I'm sure there was a reason for your leave and hope that you
have another position lined up.  May I ask where you landed?

Best regards,
Jessica
-------------------------------------------------
Jessica Gambirasi
Andiamo! Group
415.374.8020

-----Original Message-----
From: Andy Verity [mailto:andy.verity@sbcglobal.net]
Sent: Thursday, April 12, 2007 12:59 PM
To: andy.verity@sbcglobal.net
Subject: New Contact Details

I am leaving Creative Marketing Concepts after 6 years.

It has been a true pleasure working with all of you over the years. I
wish all of you the best.

My new contact details are:
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445

Best Regards
Andy Verity
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445

AV0019

5/30/2007

## Christina Chang

**From:**    "Andy Verity" <andy.verity@sbcglobal.net>
**To:**    <christina.chang2@sbcglobal.net>
**Sent:**    Tuesday, May 22, 2007 10:48 PM
**Subject:**    FW: New Contact Details


-----Original Message-----
From: Brian Burke [mailto:bburke@bayshred.com]
Sent: Thursday, April 12, 2007 8:25 PM
To: andy.verity@sbcglobal.net
Subject: FW: New Contact Details


Andy,

Good luck with your future endeavors!
Thanks for the great service and the shredding business.
Please keep Bay Shred in mind for any future work in the Bay Area.

Thanks,
Brian
415.760.9227


-----Original Message-----
From: Andy Verity [mailto:andy@cmcpromos.com]
Sent: Thursday, April 12, 2007 12:21 PM
To: Andy Verity
Subject: New Contact Details

I am leaving Creative Marketing Concepts after 6 years.

It has been a true pleasure working with all of you over the years. I
wish all of you the best.

My new contact details are:
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445

Best Regards
Andy Verity
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445


AV0020


5/30/2007

## Christina Chang

| | |
|---|---|
| **From:** | "Andy Verity" <andy.verity@sbcglobal.net> |
| **To:** | <christina.chang2@sbcglobal.net> |
| **Sent:** | Tuesday, May 22, 2007 10:50 PM |
| **Subject:** | FW: Matt Jacobson |

-----Original Message-----
From: Matthew Jacobson [mailto:mattajacobson@gmail.com]
Sent: Thursday, April 12, 2007 12:10 PM
To: 'Andy Verity'
Subject: Matt Jacobson

Where are you off too?

-----Original Message-----
From: Andy Verity [mailto:andy.verity@sbcglobal.net]
Sent: Thursday, April 12, 2007 1:08 PM
To: andy.verity@sbcglobal.net
Subject: New Contact Details

I am leaving Creative Marketing Concepts after 6
years.

It has been a true pleasure working with all of you
over the years. I wish all of you the best.

My new contact details are:
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445

Best Regards
Andy Verity
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445

AV0025

5/30/2007

## Christina Chang

| | |
|---|---|
| **From:** | "Andy Verity" <andy.verity@sbcglobal.net> |
| **To:** | <christina.chang2@sbcglobal.net> |
| **Sent:** | Tuesday, May 22, 2007 10:50 PM |
| **Subject:** | FW: Kathy Forchelli Wells Fargo |

-----Original Message-----
From: kforchelli@wellsfargo.com [mailto:kforchelli@wellsfargo.com]
Sent: Thursday, April 12, 2007 12:18 PM
To: andy.verity@sbcglobal.net
Subject: Kathy Forchelli Wells Fargo

Andy, best wishes and thank you for all of your help through the years.

Take care and keep in touch ~~

Kathleen Forchelli
Wells Fargo Consumer Credit Group
Personal Credit Management
kforchelli@wellsfargo.com
415-222-3344

"Smart Management of Your Home Asset and Personal Credit"

Wells Fargo Confidential

This message may contain confidential and/or privileged information. If
you are not the addressee or authorized to receive this for the
addressee, you must not use, copy, disclose, or take any action based on
this message or any information herein. If you have received this
message in error, please advise the sender immediately by reply e-mail
and delete this message. Thank you for your cooperation.

-----Original Message-----
From: Andy Verity [mailto:andy.verity@sbcglobal.net]
Sent: Thursday, April 12, 2007 12:55 PM
To: andy.verity@sbcglobal.net
Subject: New Contact Details

I am leaving Creative Marketing Concepts after 6 years.

It has been a true pleasure working with all of you over the years. I
wish all of you the best.

AV0026

5/30/2007

My new contact details are:
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445

Best Regards
Andy Verity
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445

AV0027

5/30/2007

## Christina Chang

**From:**    "Andy Verity" <andy.verity@sbcglobal.net>
**To:**    <christina.chang2@sbcglobal.net>
**Sent:**    Tuesday, May 22, 2007 10:52 PM
**Subject:**    FW: Jan Bradshaw M&M

-----Original Message-----
From: Andy Verity [mailto:andy@cmcpromos.com]
Sent: Thursday, April 12, 2007 1:19 PM
To: Andy Verity
Subject: Jan Bradshaw M&M

Andy Verity
Creative Marketing Concepts
Tel: 415-982-8618
Fax: 415-982-1015
http://www.cmcpromos.com
Our mission is to provide the most suitable promotions for our
clients with THE BEST SERVICE at most competitive rates

Begin forwarded message:

From: "Bradshaw, Jan" <JBradshaw@marcusmillichap.com>
Date: April 12, 2007 1:59:18 PM PDT
To: "Andy Verity" <andy@cmcpromos.com>
Subject: RE: New Contact Details

Dear Andy,

Sorry to hear that you are leaving.  Best wishes and thank you for your
contact information.

Regards,

Jan Bradshaw
Marcus & Millichap
2999 Oak Road, Suite 210
Walnut Creek, CA  94597
(925) 953-1700 x1717
(925) 953-1710 (Fax)

-----Original Message-----
From: Andy Verity [mailto:andy@cmcpromos.com]
Sent: Thursday, April 12, 2007 12:04 PM

AV0028

5/30/2007

To: Andy Verity
Subject: New Contact Details

I am leaving Creative Marketing Concepts after 6 years.

It has been a true pleasure working with all of you over the years. I wish all of you the best.

My new contact details are:
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445

Best Regards
Andy Verity
Email: andy.verity@sbcglobal.net
Cell: 415-632-7445

AV0029

5/30/2007