CHANDLER, WOOD, HARRINGTON & MAFFLY
RICHARD HARRINGTON (Bar #28099)
One Maritime Plaza, 4th Floor
San Francisco, CA 94111
Telephone: (415) 421-5484
Facsimile: (415) 986-4874

SHARTSIS FRIESE LLP
ROBERT CHARLES WARD (Bar #160824)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: rward@sflaw.com

Attorneys for Defendants and Counterclaimants
ANDREW VERITY and CHRISTINA CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>Defendants. | Case No. C 07-02748<br><br>**DECLARATION OF ROBERT CHARLES WARD IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN SUPPORT OF CHANG'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: March 3, 2008<br>Time: 2:00 p.m.<br>Dept: 15, Hon. Marilyn Hall Patel |
| ANDREW VERITY and CHRISTINA CHANG,<br><br>Counter-Claimants,<br><br>v.<br><br>MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1 - 10,<br><br>Counter-Defendants. | |

I, ROBERT CHARLES WARD, declare as follows:

1. I am an attorney admitted to practice before all courts of the State of California. I am a member of the firm of Shartsis Friese LLP, co-counsel of record for Defendants Andrew Verity and Christina Chang ("Defendants") in the above-referenced action. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto under oath.

2. Attached hereto as Exhibit 1 and incorporated by this reference herein is a true and correct copy of excerpts from the deposition of Tess Pascual of Bingham taken on February 8, 2008.

3. Attached hereto as Exhibit 2 and incorporated by this reference herein is an email produced by Creative Marketing Concepts in this action dated April 26, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 11, 2008, at San Francisco, California.

>/s/ *Robert Charles Ward*
> ROBERT CHARLES WARD

7475\001\RWARD\1491200.1