# EXHIBIT 1

WARD DECLARATION IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN SUPPORT OF CHANG'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION



CERTIFIED COPY

MARK LILLGE d/b/a CREATIVE
MARKETING CONCEPTS,

        Plaintiff,

vs.                         Case No. C07-02748 MHP

ANDREW VERITY AND CHRISTINA CHANG,

        Defendants.
_____/

ANDREW VERITY and CHRISTINA CHANG,

        Counterclaimants,

vs.

MARK LILLGE d/b/a CREATIVE
MARKETING CONCEPTS, and DOES 1-10

        Counterdefendants.
_____/


VIDEOTAPED DEPOSITION OF MARIA TERESA PASCUAL

Friday, February 8, 2008


Reported by:
CYNTHIA L. THOMAS
CSR 2950


NANCY SORENSEN
Court Reporting Services
41 Sutter Street, Suite 505
San Francisco, California  94104
(415) 986-4624

1

MARIA PASCUAL

```
1   before?
2   A.        I -- I cannot remember this.  I cannot
3   remember.  Maybe it was sent to me or maybe not.  I -- I
4   cannot remember.
5   Q.        You don't independently recall seeing this
6   e-mail before?
7   A.        No, I don't.  I was -- I was out of the country
8   September.
9   Q.        When were you out of the country from, roughly?
10  A.        I cannot -- I cannot remember, but I was out of
11  the country in September.
12  Q.        Once Miss -- once Miss Chang left Creative
13  Marketing Concepts, were you contacted by anyone else at
14  Creative Marketing Concepts from the period of, say,
15  mid-May of 2007 forward?
16  A.        Yes.
17  Q.        And who from CMC contacted you?
18  A.        This name is really familiar.
19  Q.        Mark Lillge?
20  A.        Yeah.
21  Q.        Okay.
22  A.        It's really this name is really familiar.  I
23  cannot remember if it was him that called me or some
24  other guy, but this one is familiar.
25  Q.        Okay.
```

38

```
 1   A.      I think I received a call from him.
 2   Q.      And do you recall -- so you received a
 3   telephone call from somebody at Creative Marketing
 4   Concepts?
 5   A.      Yes.
 6   Q.      Did you receive more than one call?
 7   A.      Yes.
 8   Q.      Can you give just an estimate as to how many
 9   calls you received?
10   A.      More than five calls.  Maybe six.  I mean, a
11   lot of calls from Creative Marketing Concept.
12   Q.      And was it the same individual each time, if
13   you can remember?
14   A.      No.
15   Q.      Okay.  You can't remember if it was the same
16   individual?
17   A.      I've spoken to this individual for a couple
18   times, but --
19   Q.      Mr. Lillge?
20   A.      Yes.
21   Q.      Okay.
22   A.      And some other.  I cannot recall.
23   Q.      And maybe someone else at Creative Marketing
24   also?
25   A.      Yes.  Uhm-hmm.
```

1    Q.    Okay.

2    A.    Yes.

3    Q.    And before today, you hadn't -- you hadn't met

4  Mr. Lillge; is that correct?

5    A.    No, I haven't.

6    Q.    Okay.  To the -- to the best of your

7  recollection, what did the individuals from CMC say when

8  they called you?

9    A.    I cannot recall anymore, but what I can recall

10 is they were asking if I've been getting calls from

11 Christina Chang, and if -- were -- were -- some of the

12 calls would be, Where are you ordering your marketing

13 gifts?  Pretty much just basic questions, Why are you not

14 doing business with us?

15   Q.    And what did you say in response to the inquiry

16 about whether you were getting calls from Miss Chang?

17   A.    Like, what do you mean?  Like mwhy am --

18   Q.    I thought you had testified that one of the

19 questions you would receive from the people at CMC is

20 whether you were getting calls --

21   A.    Yes.

22   Q.    -- from Miss Chang.

23   A.    Yes, I -- yes.  My answer is yes.

24   Q.    And what did you say to the people at CMC when

25 they asked you that question?

40

MARIA PASCUAL

1  A.    Yes. Christina Chang calls me.
2  Q.    And what did you say in response to the inquiry
3  about why you had stopped purchasing from Creative
4  Marketing Concepts?
5  A.    I really told them many times that it's going
6  -- coming from our Boston office. The approval is coming
7  from our Boston office. The vendor -- who the vendor --
8  like, the vendor that we're getting, it's coming from the
9  Boston office.
10 Q.    Does Bingham have a process to approve vendors,
11 for lack of a better term?
12 A.    I believe so.
13 Q.    Do you have any understanding as to whether
14 Creative Marketing Concepts was ever an approved vendor
15 of Bingham?
16 A.    I have no idea.
17 Q.    Okay. How about with respect to Miss Chang's
18 new company, Branding Boulevard, do you have any
19 understanding as to whether that's an approved vendor of
20 Bingham?
21 A.    Like, it's written in paper, like written in --
22 like, documented that, you know? Is that what you're
23 asking me?
24 Q.    Yes. Maybe authorized vendor is -- is a better
25 term. Again I'm not sure how -- how --

41

```
 1    A.       I have -- that part I don't have any -- I don't
 2    have any knowledge.
 3    Q.       Beyond what you've already testified to, can
 4    you recall anything else that the -- that any of the
 5    people at CMC said when they called you, other than
 6    trying to get your business?
 7    A.       Only I ask why Christina -- where Christina is.
 8    That's all I can remember.  I remember asking where
 9    Christina Chang is.
10    Q.       And do you recall when you asked this question?
11    A.       It -- those were, like, my initial questions.
12    When they called me initially, then I ask where Christina
13    is.
14    Q.       And at that point did you already know where
15    Christina was?
16    A.       No.  No, not -- I did -- I did not know where
17    she was.
18    Q.       Okay.
19    A.       Right after Christina left, I already received
20    a call, that to -- that that time when I got the -- you
21    know, after I got the e-mail, then I got calls from
22    Creative Marketing Concept.
23    Q.       And just so I'm clear, you got Miss Chang's
24    e-mail saying that she was leaving on a Friday, I
25    believe, turning to Exhibit 1, and then you next spoke
```

42

MARIA PASCUAL

```
 1   with her that Monday morning.  Is that correct, based on
 2   Exhibit 2 when she e-mailed you that Monday morning?
 3   A.        Uhm-hmm.
 4   Q.        So did someone from Creative Marketing Concepts
 5   call you over that weekend?
 6   A.        No.  I mean after I got this e-mail from
 7   Christina, I -- because I never got to talk to her,
 8   because she wasn't telling me anything, so I wanted to
 9   find out where she is -- where she was, even if in this
10   e-mail it was saying, you know, I am -- because I didn't
11   -- I didn't know, so I was just asking.  It was just a
12   general question -- question.
13   Q.        And do you recall what the -- what the people
14   at Creative Marketing Concepts said?
15   A.        I -- I remember they said she was going back to
16   Canada.
17   Q.        And do you recall who at Creative Marketing
18   Concepts told you that?
19   A.        I'm not really sure if Mr. Lil -- that I was
20   speaking with Mr. Lillge, but as far as I can remember,
21   he said he was the President of Creative Marketing
22   Concepts, and he told me that Christina is leaving for
23   Canada.
24   Q.        And did he say if she was coming back to
25   Creative Marketing Concepts?
```

43

1  A.      That's when he said he -- Christina left
2  Creative Marketing Concepts.
3  Q.      And when -- and I believe you testified that
4  you received Miss Chang's e-mail that Monday, the 14th of
5  May, and then you spoke to her on the telephone that day
6  or the -- or the next day?
7  A.      I spoke -- yes, I did.  I called her, but she
8  was -- she didn't tell me anything.  I was just asking
9  her what happened, but she didn't tell me anything.  So
10 when I -- so when someone from Creative Marketing
11 Concepts -- I think it was just that week, too, when --
12 when all these e-mails and calls were coming, and so I
13 was asking where Christina is, and the President of
14 Creative Marketing Concept told me that Christina is
15 leaving -- left the company, because she was going back
16 to Canada.
17 Q.      And do you recall what you said in response to
18 that when you were told that?
19 A.      I cannot remember anymore, but that's -- as far
20 as I can remember, that was what -- that was the -- the
21 information that was given to me.
22 Q.      At some point, did you speak with Miss Chang
23 about whether she was going back to Canada?
24 A.      After I get -- I got the information, yes, I
25 did.  I ask her.

44

MARIA PASCUAL

1  Q.    After the people at Creative Marketing said she
2  was going to Canada?
3  A.    Yes, I ask her.
4  Q.    And do you recall when you asked her about
5  Canada?
6  A.    Yes. I ask her when -- after she -- so I
7  remembered she gave me a contact information, and then I
8  called her back, and then I ask her, I thought you were
9  going back to Canada. And she said, I don't -- I don't
10 have any knowledge of that. As far as I know, I'm
11 starting my own company. That's what she told me.
12 Q.    When the individual at Creative Marketing
13 Concepts said this about Miss Chang going to Canada, did
14 they give any reason why -- why she was going back?
15 A.    Yes. I don't -- I cannot recall the exact
16 reason, the exact statement or what the answer to my
17 question was, but it -- I just heard, like, something,
18 some sort of a Visa. That's all I can remember now.
19 It's just too, you know, vague now. I cannot even
20 remember --
21 Q.    Okay.
22 A.    -- the conversation anymore.
23 Q.    Right. Okay. All right.
24       After that conversation with the individuals at
25 -- with an individual at Creative Marketing Concepts, you

45

```
1    A.      Because I liked working with her.  That's why I
2    wanted to find out what happened and what -- where she
3    was going.
4    Q.      And did you want to know where she was going
5    because you were interested in continuing the
6    relationship of buying promotional products from her?
7    A.      Definitely.
8    Q.      Now, you mentioned that shortly after learning
9    that she, Christina Chang, was leaving, that you got a
10   call from someone at CMC?
11   A.      Yes, I did.
12   Q.      And do you recall speaking to someone who you
13   recall being the President of CMC?
14   A.      Yes.
15   Q.      And you do recall the name Mark Lillge?
16   A.      The name is really familiar, but I -- I cannot
17   really recall the name, but I know that he said he is the
18   President of Creative Marketing Concepts.
19   Q.      And when you asked whoever this person was, the
20   President of CMC, where Ms. Chang had gone, you do recall
21   that he told you she's going to Canada because of a Visa
22   issue?
23   A.      Yes.
24   Q.      And did you understand that to be an
25   immigration problem?
```

73

MARIA PASCUAL

```
1    A.        I believe --
2           MR. BOYD:  Object to the extent of using the
3    word "problem."
4           THE WITNESS:  When he -- when I ask him, what
5    came to my mind was that she was having a problem with
6    the working visa.
7    BY MR. WARD:
8    Q.        So that was the implication that you understood
9    from the words of the President of CMC?
10   A.        Yes.
11   Q.        When you heard the President of CMC say that
12   she was going back to Canada because of a visa issue, did
13   that create some doubt in your mind as to whether
14   Miss Chang would be available to sell promotional
15   products to you?
16   A.        No, but I just wanted to find out what
17   happened.
18   Q.        Did Mr. Lillge ever suggest to you that you
19   should not do business with Miss Chang?
20   A.        I have to clip my mike.
21   Q.        And I'm going to rephrase the question so take
22   your time.
23           Did the President of CMC, whom you spoke with,
24   did -- did he ever suggest that you should not do
25   business with Christina Chang?
```

74