```
 1  RICHARD HARRINGTON (SBN 28099)
    CHANDLER WOOD HARRINGTON & MAFFLY LLP
 2  One Maritime Plaza, Fourth Floor
    San Francisco, California  94111 3404
 3  Telephone:    415 421 5484
    Facsimile:    415 986 4874
 4  Email:        harr@well.com

 5  ROBERT CHARLES WARD (SBN 160824)
    SHARTSIS FRIESE LLP
 6  One Maritime Plaza, Eighteenth Floor
    San Francisco, California  94111 3404
 7  Telephone:    415 421 6500
    Facsimile:    415 421 2922
 8  Email:        rward@sflaw.com

 9  C. ANGELA DE LA HOUSAYE (SBN 144218)
    BRENDAN J. DOOLEY (SBN 162880)
10  KARYNE T. GHANTOUS (SBN 191309)
    DE LA HOUSAYE & ASSOCIATES, ALC
11  1655 N. Main Street, Suite 395
    Walnut Creek, California  94596
12  Telephone:    (925) 944-3300
    Facsimile:    (925) 944-3343
13  Email:        angela@delahousayelaw.com
                  brendan@delahousayelaw.com
14                karyne@delahousayelaw.com

15  Attorneys for Defendants
    ANDREW VERITY AND CHRISTINA CHANG
16
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE D/B/A CREATIVE MARKETING CONCEPTS,<br><br>  Plantiff,<br><br>v.<br><br>ANDREW VERITY AND CHRISTINA CHANG,<br><br>  Defendants. | Case No: C 07 02748 MHP<br><br>**APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANTS ANDREW VERITY AND CHRISTINA CHANG**<br><br>Complaint Filed:  May 25, 2007<br>Trial Date:  None Set |

-1-    Case No. C 07 2748 MHP
APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANTS ANDREW VERITY AND CHRISTINA CHANG

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that C. Angela De La Housaye, Brendan J. Dooley, and Karyne T. Ghantous of the firm of De La Housaye & Associates, ALC appears as additional counsel for Andrew Verity and Christina Chang, defendants and counterclaimants in this action.

    Please serve all pleadings, papers and documents required to be served in connection with this action on:

    1.    Attorney of Record:   C. Angela De La Housaye, Brendan J. Dooley and Karyne T. Ghantous.

    2.    Firm Name: De La Housaye & Associates, ALC

    3.    Address: 1655 N. Main Street, Suite 395, Walnut Creek, California 94596

    4.    Telephone Number: (925) 944-3300

    5.    Fax Number: (925) 944-3343

    6.    Email Address as follows:

    C. Angela De La Housaye – angela@delahousayelaw.com

    Brendan J. Dooley – brendan@delahousayelaw.com

    Karyne T. Ghantous – karyne@delahousayelaw.com

Dated: February 11, 2008    DE LA HOUSAYE & ASSOCIATES, ALC

By: _____
    KARYNE T. GHANTOUS

Attorneys for Defendants
ANDREW VERITY AND CHRISTINA CHANG