UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LILLGE, | No. C 07-02748 MHP |
|     Plaintiff(s), | **CLERK'S NOTICE**<br>**(Rescheduling Hearing)** |
|   v. | |
| ANDREW VERITY, | |
|     Defendant(s). | |

The parties are notified that the hearing of plaintiff's motion for order to show cause in this matter currently on calendar for March 10, 2008, is hereby RESCHEDULED to **March 3, 2008, at 2:00 p.m.**, to be heard in conjunction with plaintiff's motion for summary judgment. Please note that only the hearing date is being rescheduled; the briefing schedule pursuant to the orginal hearing date remains in effect.

Richard W. Wieking
Clerk, U.S. District Court

Dated: February 13, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140