# EXHIBIT 1
## DECLARATION OF ANDREW VERITY IN OPPOSITION TO APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT

**CREATIVE MARKETING CONCEPTS**

572 MARKET STREET • SAN FRANCISCO, CA 94104
☎ 800.686.6462 • WWW.CMCPROMOS.COM

June 27, 2007

Dear President,

This is to put you on notice that on June 1, 2007, Judge Marilyn Hall Patel, of the United States District Court for the Northern District of California, San Francisco Division, granted a Temporary Restraining Order to prevent Andrew Verity and Christina Chang, former employees of Creative Marketing Concepts, from soliciting our clients or misappropriating any of CMC's trade secrets.

As you may be aware, Mr. Verity and Ms. Chang, have established their own promotional products business, which they have every right to do. We believe the name of the company is Branding Boulevard. However, CMC filed a lawsuit against Mr. Verity and Ms. Chang because we have reason to believe that they have used or threatened to use CMC trade secret information to solicit CMC's clients and acquire information about jobs that CMC has done in the past.

Accordingly, we ask that you inform the appropriate people in your organization that: 1) Mr. Verity and Ms. Chang are no longer employees of CMC and do not represent CMC in any way; 2) Mr. Verity and Ms. Chang are non entitled to any information regarding CMC clients, including products, pricing, artwork, etc.; and 3) please inform me directly if either Mr. Verity or Ms. Chang request any information about or relating to CMC's current or past clients.

CMC considers your company an important supplier and we have enjoyed the business relationship we have had with your company. As I trust you can appreciate, we must protect our mutual business interests and we will continue to pursue whatever legal actions are appropriate to preserve our valued client base and proprietary company information, which benefits your business as well as CMC's. I thank you for your cooperation.

Please contact me directly if you have any questions or need additional information.

Sincerely,

Mark Lillge
President

---

*Our mission is to provide the most suitable promotions for our clients with the best service at most competitive rates.*

EXHIBIT      11      PLTF. / DEFT. (circled DEFT)
WITNESS   M. LILLGE   V3
CONSISTING OF   1   PAGES
DATE   2-12-08
BEHMKE REPORTING & VIDEO SERVICES

# EXHIBIT 2
# DECLARATION OF ANDREW VERITY IN OPPOSITION TO APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT

From: Mark Lillge <mrl@cmcpromos.com>
Subject: **ANNOUNCEMENT**
Date: September 7, 2007 2:24:30 PM PDT
To: Valued Clients

Creative Marketing Concepts has been experiencing continued growth throughout 2007 and I am pleased to inform you that Phil Grosse has been promoted to Vice President of Sales for CMC. Phil joined CMC a few months ago and came to CMC with a solid background in sales and sales management. Since joining CMC, Phil has been a diligent and fast learner of the Promotional Products industry as well as the specific products and applications for these products that are important to our clients. Prior to CMC, Phil owned a management consulting firm and also served as President of the Board of Directors of the Polly Klaas foundation for several years. Phil will assume a leadership role in continuing the CMC tradition of providing "The most suitable products, with the best service, at the most competitive prices."

As you may be aware, Andy Verity and Christina Chang left CMC a few months back. You should note that Judge Marilyn Hall Patel, of the United States District Court for the Northern District of California, San Francisco Division has granted CMC a Temporary Restraining Order on June 1, 2007 which prohibits them not only from soliciting CMC clients but also restrains them from initiating contact with CMC clients. If you would like additional information about this situation, please contact me directly.

CMC is on track for another record-breaking year, thanks to our many loyal clients such as your company. In appreciation for your continued business, and with the holiday gift-giving season approaching, I would like to offer you 10% free goods on your next purchase before November 15th, 2007. Please mention this offer at the time of your purchase in order to qualify for this offer.

Thank you again for your business and we look forward to continue to provide your company with creative marketing ideas and outstanding customer service.

Sincerely,

Mark Lillge

---

Mark Lillge, President
Creative Marketing Concepts
572 Market Street
San Francisco, CA 94104

(415) 982-8618
mlillge@cmcpromos.com

Our mission is to provide the most suitable promotions for our clients with THE BEST SERVICE at the most competitive rates

EXHIBIT 12   PLTF. / DEFT.
WITNESS M. LILLGE V3
CONSISTING OF 1 PAGES
DATE 2-12-08
BEHMKE REPORTING & VIDEO SERVICES

CMC 0683