CHANDLER, WOOD, HARRINGTON & MAFFLY
RICHARD HARRINGTON (Bar #28099)
One Maritime Plaza, 4th Floor
San Francisco, CA 94111
Telephone: (415) 421-5484
Facsimile: (415) 986-4874

SHARTSIS FRIESE LLP
ROBERT CHARLES WARD (Bar #160824)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: rward@sflaw.com

DE LA HOUSAYE & ASSOCIATES
C. ANGELA DE LA HOUSAYE (Bar #144218)
KARYNE T. GHANTOUS (Bar #191309)
1655 N. Main Street, Suite 395
Walnut Creek, CA 94596
Facsimile: (925) 944-3343
Phone: (925) 944-3300
Email: angela@delahousayelaw.com

Attorneys for Defendants and Counterclaimants
ANDREW VERITY and CHRISTINA CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>　　　　Defendants. | Case No. C 07-02748<br><br>**DECLARATION OF TIMOTHY SCHMOLDER IN OPPOSITION TO APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT**<br><br>Date:　　March 3, 2008<br>Time:　　2:00 p.m.<br>Dept:　　15, Hon. Marilyn Hall Patel |

| | |
|---|---|
| 1 | |
| 2 | ANDREW VERITY and CHRISTINA CHANG, |
| 3 | Counter-Claimants, |
| 4 | v. |
| 5 | MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1 - 10, |
| 6 | |
| 7 | Counter-Defendants. |

I, TIMOTHY SCHMOLDER, declare as follows:

1. My name is Timothy Schmolder. I am employed by Timeline Investigative Services, 500 Montgomery Street, Suite 825, San Francisco, California 94104. Richard Harrington, attorney at law, employed me to perform the actions reported in this declaration.

2. On February 4, 2008, I visited the premises of Creative Marketing Services at 572 Market Street, San Francisco, California. The premises were open to the public and the persons at the premises greeted me in a cordial fashion. Attached as Exhibit A are true and copies of the business cards available to me on my visit.

3. Numerous items were on display. I photographed some of the items on display. My estimate would be that I photographed one quarter to one third of the items on display. Attached as Exhibit B are true copies of 235 still photographs of the items on display. Attached as Exhibit C is a Master List prepared by me of the 235 still photographs.

4. No one at the Creative Marketing Concepts premises asked me to refrain from examining any of the objects on display. To the contrary, I and my companion were encouraged to examine any object on display.

5. The persons apparently in charge of the premises of Creative Marketing Concepts handed to me several catalogs which they said showed items which were for sale through that Creative Marketing Concepts.

6. Attached as Exhibit D is the catalog of Creative Marketing Concepts 2008.

7. Attached as Exhibit E is a Creative Marketing Concepts catalog which describes a

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

1  number of items produced by Vansport or Vantage.

2      8.    Attached as Exhibit F is the 2008 Bullet Line catalog; to which is stapled the business card of Laura Zaukaite of Creative Marketing Concepts.

    9.    Attached as Exhibit G is the Bullet Line 2007 Gift Guide.

    10.    Attached as Exhibit H is an American Apparel catalog.

    11.    Attached as Exhibit I is a Logo Included catalog.

The foregoing statements are true of my knowledge. Executed this 13 day of February 2008 at San Francisco, California.

                                      TIMOTHY SCHMOLDER

7475\001\RWARD\1491895.1