# EXHIBIT A
## DECLARATION OF TIMOTHY SCHMOLDER IN OPPOSITION TO APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT



### CREATIVE MARKETING CONCEPTS
PROMOTIONAL PRODUCTS
AND BRANDED APPAREL

**AMANDA GRAY BALLINGER**
Promotional Marketing Consultant

572 Market Street
San Francisco, CA 94104
*office* 415.982.8618
*fax* 415.982.1015
amanda@cmcpromos.com
www.cmcpromos.com



### CREATIVE MARKETING CONCEPTS
PROMOTIONAL PRODUCTS
AND BRANDED APPAREL

**PHIL GROSSE**
Vice President of Sales

572 Market Street
San Francisco, CA 94104
*office* 415.982.8618
*fax* 415.982.1015
phil@cmcpromos.com
www.cmcpromos.com



### CREATIVE MARKETING CONCEPTS
PROMOTIONAL PRODUCTS
AND BRANDED APPAREL

**JEFF WEINSTEIN**
Sales Manager

572 Market Street
San Francisco, CA 94104
415.982.8618
fax 415.982.1015
jeff@cmcpromos.com
www.cmcpromos.com



### CREATIVE MARKETING CONCEPTS
PROMOTIONAL PRODUCTS
AND BRANDED APPAREL

**RON NECHIPORENKO**
Promotional Marketing Consultant

572 Market Street
San Francisco, CA 94104
*office* 415.982.8618
*fax* 415.982.1015
ron@cmcpromos.com
www.cmcpromos.com



### CREATIVE MARKETING CONCEPTS
PROMOTIONAL PRODUCTS
AND BRANDED APPAREL

**LAURA ZAUKAITE**
Promotional Marketing Consultant

572 Market Street
San Francisco, CA 94104
415.982.8618
*fax* 415.982.1015
laura@cmcpromos.com
www.cmcpromos.com





