# EXHIBIT C
## DECLARATION OF TIMOTHY SCHMOLDER IN OPPOSITION TO APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT

04 February 2008
Master List: 235 Still Photos
Creative Marketing Concepts

1. Wisdom Call, San Francisco Christian Center (Bag)
2. Wisdom Call, San Francisco Christian Center (Bag)
3. Morgan Lewis (Bag)
4. Delta Dental (Bag)
5. Delta Dental (Bag)
6. Moody's K-M-V (Bag)
7. Bank Of America (Teddy Bear)
8. Bank Of America (Teddy Bear)
9. Thank You Beary Much (Bear)
10. Thank You Beary Much (Bear)
11. Coca Cola (Ribbon)
12. CfMC (Red Container)
13. CfMC (Red Container)
14. Wells Fargo ((Cup)
15. FedEx (Chocolate Bar)
16. DTM (Notepad)
17. Nova Scientific (Notebook)
18. Nova Scientific (Notebook)
19. Nova Scientific (Notebook)
20. MGM Mirage (Notebook)
21. MGM Mirage (Notebook)
22. GPDC Consulting (Notebook)
23. GPDC Consulting (Notebook)
24. Captain Fairplex and the Amazing Avengers (Notebook)
25. Captain Fairplex and the Amazing Avengers (Notebook)
26. American Heart Association Learn and Live (Notebook)
27. ecoAmerican (Notebook)
28. Marquette group (Notebook)
29. Marquette group (Notebook)
30. DTM (Notepad)
31. The Wavus (Notebook)
32. The Wavus (Notebook)
33. The Wavus (Notebook)
34. CPS Customer Productivity Support (Notebook)
35. CPS Customer Productivity Support (Notebook)

36. Public Allies (Notebook)
37. Public Allies (Notebook)
38. Public Allies (Notebook)
39. Popular Science (Notebook)
40. Popular Science (Notebook)
41. Sprint (Binder)
42. Sprint (Binder)
43. Sprint (Binder)
44. Sprint (Binder)
45. Symantec (Binder)
46. CeNS Center for Embedded Networked Sensing (Binder)
47. CeNS Center for Embedded Networked Sensing (Binder)
48. CeNS Center for Embedded Networked Sensing (Binder)
49. Penguin Young Readers Group (Binder)
50. Penguin Young Readers Group (Binder)
51. Penguin Young Readers Group (Binder)
52. Wells Fargo African American Business Group (Notebook)
53. Wells Fargo African American Business Group (Notebook)
54. Wells Fargo African American Business Group (Notebook)
55. Wells Fargo African American Business Group (Notebook)
56. Stratex Networks (Notebook)
57. Stratex Networks (Notebook)
58. Stratex Networks (Notebook)
59. Stratex Neworks (Notebook)
60. Fox News (Emblem) Corbis ((Coaster)
61. Corbis (Coaster)
62. Fox News (Emblem)
63. Fox News (Emblem)
64. Laguiole (Wine Set)
65. Laguiole (Wine Set)
66. Laguiole (Wine Set)
67. Olde Ripton Spirits (Box)
68. Olde Ripton Spirits (Box)
69. Columbia Sportwear Company (Shirt)
70. Tanimura & Antle (Cup)
71. Tanimura & Antle (Cup)
72. Tanimur & Antle (Cup)
73. Innovations Program
74. Bay Area Toll Authority HMB Golf Links (Polo Shirt)
75. Bay Area Toll Authority HMB Golf Links (Polo Shirt)

76. Bay Area Toll Authority HMB Golf Links (Polo Shirt)
77. Bay Area Toll Authority HMB Golf Links (Polo Shirt)
78. American Red Cross (Windbreaker)
79. Calyon Financial (Leather)
80. Calyon Financial (Leather)
81. REDKEN (Leather)
82. REDKEN (Leather)
83. SRC Royal Seal Construction (Leather)
84. SRC Royal Seal Construction (Leather)
85. SRC Royal Seal Construction (Leather)
86. Freddie Mac, We Make Home Possible (Box)
87. Freddie Mac, We Make Home Possible (Box)
88. Freddie Mac, We Make Home Possible (Box)
89. March of Climes (Thermos)
90. March of Climes (Thermos)
91. Project Performance Corporation (Leather)
92. Project Performance Corporation (Leather)
93. Project Performance Corporation (Leather)
94. SYNARC (Leather)
95. SYNARC (Leather)
96. SYNARC (Leather)
97. UCONN (Hot beverage)
98. Stress Relief Immigration Tracker (Rubber)
99. Stress Relief Immigration Tracker (Rubber)
100. Stress Relief Immigration Tracker (Rubber
101. XOMA (Fabric Bag)
102. XOMA (Fabric Bag)
103. CUA (Hot beverage)
104. Gemline (Fabric Bag)
105. Gemline (Fabric Bag)
106. Practical Shooting Association (Hot beverage)
107. Practical Shooting Association (Hot beverage)
108. Interactive Intelligence (Fabric)
109. Interactive Intelligence (Fabric)
110. United States Postal Service (Hot beverage)
111. ESPN (Hot beverage)
112. ESPN (Hot beverage)
113. Moody's K-M-V (Hot beverage)
114. Crayola (Metal Box)
115. American Family Frames (Picture Frame)

116. American Family Frames (Picture Frame)
117. American Family Frames (Picture Frame)
118. Slumberking (Poster)
119. Slumberking (Poster)
120. Oaks Country Club (Glass)
121. CitiCapital (Congratulations Plaque)
122. CitiCapital (Congratulations Plaque)
123. CitiCapital (Congratulations Plaque)
124. GRANDAGE (North Course wine bottle)
125. GRANDAGE (North Course wine bottle)
126. GRANDAGE (North Course wine bottle)
127. GRANDAGE (North Course wine bottle)
128. GRANDAGE (North Course wine bottle)
129. Liz Golf by Liz Claiborne (Mints)
130. Liz Golf by Liz Claiborne (Mintes)
131. McBride & Sons (Gift Set)
132. McBride & Sons (Gift Set)
133. MoMA Museum of Modern Art
134. MoMA Museum of Modern Art
135. Royal Caribbean Supplier Leadership Conference (Plaque)
136. Business Week (Card Holder)
137. Business Week (Card Holder)
138. Grocery Outlet (Leather)
139. Grocery Outlet (Leather)
140. Wintermote Technologies Investment Group
141. Wintermote Technologies Investment Group
142. Wintermote Technologies Investment Group
143. The Hollins Group Ltd.
144. MOEN (Tool device)
145. MOEN (Toll device)
146. Harrisburg University Science & Technology (Leather)
147. Harrisburg University Science & Technology (Leather)
148. Harrisburg University Science & Technology (Leather)
149. Lake Hills Crest, Riverside (glass encased)
150. Lake Hills Crest, Riverside (glass encased)
151. Alcoa Life (Plaque)
152. Alcoa Life (Plaque)
153. Saks Fifth Avenue (calendar)
154. Saks Fifth Avenue (calendar)
155. Saks Fifth Avenue (calendar)

156. Madz Graphic Solutions (desk clock)
157. McDonalds LPGA Championship
158. Shaklee Leadership Convention 1992
159. Shaklee Leadership Convention 1992
160. McKesson (Half Globe)
161. Carson (Tool device)
162. Carson (Toll device)
163. FreeStyle Navigator Glucose Monitoring System (Metal emblem)
164. FreeStyle Navigator (Metal emblem)
165. FreeStyle Navigator (Metal emblem)
166. CitiBank (pen)
167. CitiBank (pen)
168. CitiBank (pen)
169. Countrywide Home Loans
170. Countrywide Home Loans
171. Delta (pen)
172. Firstar (pen)
173. Safety
174. Drugstore.com
175. Drugstore.com
176. CUNA Mutual
177. CUNA Mutual
178. Kaiser Permanente Healthy Kids (bag)
179. Kaiser Permanente Healthy Kids (bag)
180. American Red Cross (bag)
181. Instromet, Inc
182. Instromet, Inc
183. Instromet, Inc
184. USF Medical Center
185. Santa Clara Family Health Plan
186. Santa Clara Family Health Plan
187. Lakeshore Apartments
188. Lakeshore Apartments
189. Lakeshore Apartments
190. iBond (bottle)
191. IBond (bottle)
192. Academy of Art (wine bottle)
193. Academy of Art (wine bottle)
194. Academy of Art (wine bottle)
195. C-IT McKesson

196. C-IT McKesson
197. Genesis Sports Medicine
198. Genesis Sports Medicine
199. Genesis Sports Medicine
200. Cumberland Farms
201. Cumberland Farms
202. Blue Cross Blue Shield (bus)
203. Blue Cross Blue Shield (bus)
204. Starbucks
205. Starbucks
206. Westfield
207. FedEx (truck)
208. Edwards (cup)
209. Edwards (cup)
210. Vision Telecon
211. Vision Telecon
212. BCM
213. Zip Realty
214. WinStar (bottle)
215. Quality Medical Supply
216. Quality Medical Supply
217. Chesapeake Natural Gas (bottle)
218. Chesapeake Natural Gas (bottle)
219. URS
220. URS
221. Peralta Community College District
222. A3 (bag)
223. Arena County (glass)
224. TRUSTe
225. TRUSTe
226. TRUSTe
227. Grand Casino Resort (dice)
228. Grand Casino Resort (dice)
229. City of Ramsey
230. Taylor & Grant Major League Promotions (baseball)
231. Taylor & Grant Major League Promotions (baseball)
232. Sprint Together with Nextel
233. Sprint Together with Nextel
234. Concor Security Emergency Preparedness
235. Concor Security Emergency Preparedness