| | |
|---|---|
| 1 | CHANDLER, WOOD, HARRINGTON & MAFFLY |
| | RICHARD HARRINGTON (Bar #28099) |
| 2 | One Maritime Plaza, 4th Floor |
| | San Francisco, CA 94111 |
| 3 | Telephone: (415) 421-5484 |
| | Facsimile: (415) 986-4874 |
| 4 | |
| | SHARTSIS FRIESE LLP |
| 5 | ROBERT CHARLES WARD (Bar #160824) |
| | One Maritime Plaza, Eighteenth Floor |
| 6 | San Francisco, CA 94111 |
| | Telephone: (415) 421-6500 |
| 7 | Facsimile: (415) 421-2922 |
| | Email: rward@sflaw.com |
| 8 | |
| | DE LA HOUSAYE & ASSOCIATES |
| 9 | C. ANGELA DE LA HOUSAYE (Bar #144218) |
| | KARYNE T. GHANTOUS (Bar #191309) |
| 10 | 1655 N. Main Street, Suite 395 |
| | Walnut Creek, CA 94596 |
| 11 | Facsimile: (925) 944-3343 |
| | Phone: (925) 944-3300 |
| 12 | Email: angela@delahousayelaw.com |
| 13 | Attorneys for Defendants and Counterclaimants |
| | ANDREW VERITY and CHRISTINA CHANG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, | Case No. C 07-02748 |
| Plaintiff, | **EXHIBIT D TO DECLARATION OF TIMOTHY SCHMOLDER IN OPPOSITION TO APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT** |
| v. | |
| ANDREW VERITY and CHRISTINA CHANG, | Date: March 3, 2008 |
| | Time: 2:00 p.m. |
| Defendants. | Dept: 15, Hon. Marilyn Hall Patel |

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 1 -

Case No. C 07-02748       EXHIBIT D TO DECLARATION OF TIMOTHY SCHMOLDER

1  ANDREW VERITY and CHRISTINA
2  CHANG,
3          Counter-Claimants,
4     v.
5  MARK LILLGE d/b/a CREATIVE
   MARKETING CONCEPTS, and DOES 1 -
6  10,
7          Counter-Defendants.

8

9   Regarding:   Exhibit D to the Declaration of Timothy Schmolder in Opposition to

10  Application for Order to Show Cause re: Contempt - Creative Marketing Concepts 2008 catalog.

11   This filing is in paper or physical form only, and is being maintained in the case file in the

12  Clerk's office.  If you are a participant in this case, this filing will be served in the hard-copy

13  shortly.  For information on retrieving this filing directly from the court, please see the court's

14  man web site at http://www/cand/uscourts.gov under Frequently Asked Questions (FAQ).

15   This filing was not efiled for the following reason: Voluminous Document (PDF file size

16  larger that the efiling system allows).

17
    7475\001\1492843.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 2 -
Case No.         EXHIBIT D TO DECLARATION OF TIMOTHY SCHMOLDER
C 07-02748