1  CHANDLER, WOOD, HARRINGTON & MAFFLY
   RICHARD HARRINGTON (Bar #28099)
2  One Maritime Plaza, 4th Floor
   San Francisco, CA 94111
3  Telephone: (415) 421-5484
   Facsimile: (415) 986-4874
4
   SHARTSIS FRIESE LLP
5  ROBERT CHARLES WARD (Bar #160824)
   One Maritime Plaza, Eighteenth Floor
6  San Francisco, CA 94111
   Telephone: (415) 421-6500
7  Facsimile: (415) 421-2922
   Email: rward@sflaw.com
8
   DE LA HOUSAYE & ASSOCIATES
9  C. ANGELA DE LA HOUSAYE (Bar #144218)
   KARYNE T. GHANTOUS (Bar #191309)
10 1655 N. Main Street, Suite 395
   Walnut Creek, CA 94596
11 Facsimile: (925) 944-3343
   Phone: (925) 944-3300
12 Email: angela@delahousayelaw.com

13 Attorneys for Defendants and Counterclaimants
   ANDREW VERITY and CHRISTINA CHANG
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                        SAN FRANCISCO DIVISION

18

19 | MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, | Case No. C 07-02748

20 | Plaintiff, | **EXHIBIT F TO DECLARATION OF TIMOTHY SCHMOLDER IN OPPOSITION TO APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT**

21 | v. |

22 | ANDREW VERITY and CHRISTINA CHANG, |

23 | | Date: March 3, 2008
      | | Time: 2:00 p.m.
24 | Defendants. | Dept: 15, Hon. Marilyn Hall Patel

- 1 -

Case No. C 07-02748   EXHIBIT F TO DECLARATION OF TIMOTHY SCHMOLDER

| | |
|---|---|
| 1 | ANDREW VERITY and CHRISTINA CHANG, |
| 2 | |
| 3 | Counter-Claimants, |
| 4 | v. |
| 5 | MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1 - 10, |
| 6 | |
| 7 | Counter-Defendants. |

Regarding: Exhibit B to the Declaration of Timothy Schmolder in Opposition to Application for Order to Show Cause re: Contempt - 2008 Bullet Line catalog.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in the hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's man web site at http://www/cand/uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason: Voluminous Document (PDF file size larger that the efiling system allows).

7475\001\1492845.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 2 -
Case No. C 07-02748      EXHIBIT F TO DECLARATION OF TIMOTHY SCHMOLDER