1  CHANDLER, WOOD, HARRINGTON & MAFFLY
   RICHARD HARRINGTON (Bar #28099)
2  One Maritime Plaza, 4th Floor
   San Francisco, CA 94111
3  Telephone: (415) 421-5484
   Facsimile: (415) 986-4874
4
   SHARTSIS FRIESE LLP
5  ROBERT CHARLES WARD (Bar #160824)
   One Maritime Plaza, Eighteenth Floor
6  San Francisco, CA 94111
   Telephone: (415) 421-6500
7  Facsimile: (415) 421-2922
   Email: rward@sflaw.com
8
   DE LA HOUSAYE & ASSOCIATES
9  C. ANGELA DE LA HOUSAYE (Bar #144218)
   KARYNE T. GHANTOUS (Bar #191309)
10 1655 N. Main Street, Suite 395
   Walnut Creek, CA 94596
11 Facsimile: (925) 944-3343
   Phone: (925) 944-3300
12 Email: angela@delahousayelaw.com

13 Attorneys for Defendants and Counterclaimants
   ANDREW VERITY and CHRISTINA CHANG

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

18

19 | MARK LILLGE d/b/a CREATIVE          | Case No. C 07-02748
   | MARKETING CONCEPTS,                 |
20 |                                     | **EXHIBIT H TO DECLARATION OF
   |         Plaintiff,                  | TIMOTHY SCHMOLDER IN
21 |                                     | OPPOSITION TO APPLICATION FOR
   | v.                                  | ORDER TO SHOW CAUSE RE:
22 |                                     | CONTEMPT**
   | ANDREW VERITY and CHRISTINA         |
23 | CHANG,                              | Date:  March 3, 2008
   |                                     | Time:  2:00 p.m.
24 |         Defendants.                 | Dept:  15, Hon. Marilyn Hall Patel

25

26

27

28

- 1 -

Case No.        EXHIBIT H TO DECLARATION OF TIMOTHY SCHMOLDER
C 07-02748

1  ANDREW VERITY and CHRISTINA
2  CHANG,
3              Counter-Claimants,
4      v.
5  MARK LILLGE d/b/a CREATIVE
   MARKETING CONCEPTS, and DOES 1 -
6  10,
7              Counter-Defendants.

8

9      Regarding:    Exhibit H to the Declaration of Timothy Schmolder in Opposition to

10 Application for Order to Show Cause re: Contempt - American Apparel catalog.

11     This filing is in paper or physical form only, and is being maintained in the case file in the

12 Clerk's office. If you are a participant in this case, this filing will be served in the hard-copy

13 shortly. For information on retrieving this filing directly from the court, please see the court's

14 man web site at http://www/cand/uscourts.gov under Frequently Asked Questions (FAQ).

15     This filing was not efiled for the following reason: Voluminous Document (PDF file size

16 larger that the efiling system allows).

7475\001\1492847.1

SHARTSIS FRIESE LLP
ONE MARITME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 2 -
Case No.      EXHIBIT H TO DECLARATION OF TIMOTHY SCHMOLDER
C 07-02748