CHANDLER, WOOD, HARRINGTON & MAFFLY
RICHARD HARRINGTON (Bar #28099)
One Maritime Plaza, 4th Floor
San Francisco, CA 94111
Telephone: (415) 421-5484
Facsimile: (415) 986-4874

SHARTSIS FRIESE LLP
ROBERT CHARLES WARD (Bar #160824)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: rward@sflaw.com

DE LA HOUSAYE & ASSOCIATES
C. ANGELA DE LA HOUSAYE (Bar #144218)
KARYNE T. GHANTOUS (Bar #191309)
1655 N. Main Street, Suite 395
Walnut Creek, CA 94596
Facsimile: (925) 944-3343
Phone: (925) 944-3300
Email: angela@delahousayelaw.com

Attorneys for Defendants and Counterclaimants
ANDREW VERITY and CHRISTINA CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>　　　　Defendants. | Case No. C 07-02748<br><br>**EXHIBIT I TO DECLARATION OF TIMOTHY SCHMOLDER IN OPPOSITION TO APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT**<br><br>Date: March 3, 2008<br>Time: 2:00 p.m.<br>Dept: 15, Hon. Marilyn Hall Patel |

- 1 -

Case No. C 07-02748　　EXHIBIT I TO DECLARATION OF TIMOTHY SCHMOLDER

1

2  ANDREW VERITY and CHRISTINA CHANG,

3                  Counter-Claimants,

4      v.

5  MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1 -

6  10,

7                  Counter-Defendants.

8

9       Regarding:    Exhibit I to the Declaration of Timothy Schmolder in Opposition to

10 Application for Order to Show Cause re: Contempt - Logo Included catalog.

11       This filing is in paper or physical form only, and is being maintained in the case file in the

12 Clerk's office. If you are a participant in this case, this filing will be served in the hard-copy

13 shortly. For information on retrieving this filing directly from the court, please see the court's

14 man web site at http://www/cand/uscourts.gov under Frequently Asked Questions (FAQ).

15       This filing was not efiled for the following reason: Voluminous Document (PDF file size

16 larger that the efiling system allows).

17

7475\001\1492848.1

18

19

20

21

22

23

24

25

26

27

28

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 2 -

Case No. C 07-02748     EXHIBIT I TO DECLARATION OF TIMOTHY SCHMOLDER