# EXHIBIT 1
## DECLARATION OF ROBERT CHARLES WARD IN OPPOSITION TO APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION



MARK LILLGE d/b/a CREATIVE
MARKETING CONCEPTS,

        Plaintiff,

vs.                                    Case No. C07-02748 MHP

ANDREW VERITY AND CHRISTINA CHANG,

        Defendants.
_____/

ANDREW VERITY and CHRISTINA CHANG,

        Counterclaimants,

vs.

MARK LILLGE d/b/a CREATIVE
MARKETING CONCEPTS, and DOES 1-10

        Counterdefendants.
_____/


VIDEOTAPED DEPOSITION OF MARIA TERESA PASCUAL

Friday, February 8, 2008


Reported by:
CYNTHIA L. THOMAS
CSR 2950


NANCY SORENSEN
Court Reporting Services
41 Sutter Street, Suite 505
San Francisco, California  94104
(415) 986-4624

1

```
 1                    (5/11/07 e-mails between Chang and
 2              Pascual was marked Exhibit 10.)
 3   BY MR. WARD:
 4   Q.      And just so that there is no confusion, I think
 5   it would be very fair for you to get Exhibit 1 and put
 6   them next to each other.
 7           And Exhibit 1 you testified about earlier.
 8   It's an e-mail thread that begins with a message from
 9   Christina saying, Today is my last day.  Thanks for your
10   support.
11           Do you see that?
12   A.      Yes.
13   Q.      And then do you see that Exhibit 10 is another
14   e-mail from Miss Chang?
15   A.      Yes.
16   Q.      And did you ask Miss Chang where she was going
17   after leaving CMC?
18   A.      Yes, I did.
19   Q.      And so you chose to initiate that question with
20   her?
21   A.      Yes.
22   Q.      So you wanted to know where she was going?
23   A.      Yes.
24   Q.      And why did you want to know where she was
25   going?
```

MARIA PASCUAL

```
1   A.    Because I liked working with her.  That's why I
2   wanted to find out what happened and what -- where she
3   was going.
4   Q.    And did you want to know where she was going
5   because you were interested in continuing the
6   relationship of buying promotional products from her?
7   A.    Definitely.
8   Q.    Now, you mentioned that shortly after learning
9   that she, Christina Chang, was leaving, that you got a
10  call from someone at CMC?
11  A.    Yes, I did.
12  Q.    And do you recall speaking to someone who you
13  recall being the President of CMC?
14  A.    Yes.
15  Q.    And you do recall the name Mark Lillge?
16  A.    The name is really familiar, but I -- I cannot
17  really recall the name, but I know that he said he is the
18  President of Creative Marketing Concepts.
19  Q.    And when you asked whoever this person was, the
20  President of CMC, where Ms. Chang had gone, you do recall
21  that he told you she's going to Canada because of a Visa
22  issue?
23  A.    Yes.
24  Q.    And did you understand that to be an
25  immigration problem?
```

73