13. Similarly, the accusation that I violated the Court order through my contact with Doug DiFranco at Kaiser Permanente is outrageous. Mr. DiFranco and I have established a personal and business relationship throughout the various projects we had worked on. I made the initial call to him that introduced him to CMC. He responded to my May 11 departure email and called me on my cell to find out whether I was all right and ask what had happened. He said he wanted to maintain contact with me and seemed pleased that I was staying in the same industry. I am attaching Exhibit 3, a true and correct copy of an email from Mr. DiFranco on May 11 asking me to keep him informed about my next employment.

Executed this 15 day of February 2008 at Berkeley, California.

_____
CHRISTINA CHANG

7475\001\RWARD\1491764.2