# EXHIBIT 1
## DECLARATION OF CHRISTINA CHANG IN OPPOSITION TO APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT

Voice Mail left on Christina Chang's mobile phone

From: Gina Lee @ Chevron Federal Credit Union
Date: May 11, 2007 9:50 am

Christina

It's Gina Lee at Chevron Federal Credit Union. It's 9:50 am on Friday morning. I got your e-mail. But actually.... I heard today is your last day from a different vendor yesterday at San Francisco Expo. You can imagine I was very saddened. So give me a call back when you have a moment.

# EXHIBIT 2
## DECLARATION OF CHRISTINA CHANG IN OPPOSITION TO APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT

Message                                                                                         Page 1 of 2

## Christina Chang

**From:** Michelle.Chan2@wellsfargo.com
**Sent:** Thursday, November 08, 2007 8:59 AM
**To:** christina@brandingblvd.com
**Subject:** RE: Greetings from Christina Chang / Branding Boulevard

Christina-

Your former employer had sent us an email regarding a lawsuit against your communicating their clients. I would really appreciate if you can take me off your list for any future email, phone, and mail solicitation.

Michelle W. Chan

Wells Fargo - Small Business Cash Man

---

**From:** Christina Chang [mailto:christina@brandingblvd.com]
**Sent:** Thursday, November 08, 2007 8:56 AM
**To:** Chan, Michelle (SBCM)
**Subject:** RE: Greetings from Christina Chang / Branding Boulevard

Good morning Michelle

No problem at all. Do try to think of me if you even need help on branded items or solutions.

Thanks for the business and support in the past.

Best regards, Christina

*Christina Chang*
*Branding Boulevard | 1943 Russell Street, Ste 3, Berkeley CA 94703 |*
*Toll Free: 866-632-BLVD(2583) | Main: 510-647-3748 / 415-626-1236 | Fax: 800-520-5396 | Cell: 415-307-2285 |*
*Visit us on website: www.brandingblvd.com*

-----Original Message-----
**From:** Michelle.Chan2@wellsfargo.com [mailto:Michelle.Chan2@wellsfargo.com]
**Sent:** Thursday, November 08, 2007 8:35 AM
**To:** christina@brandingblvd.com
**Subject:** RE: Greetings from Christina Chang
Christina-

Please remove me from your distribution. Thank you.

Thanks,

HIGHLY CONFIDENTIAL-
FOR ATTORNEYS' EYES
ONLY

CC1746

11/8/2007

Message                                                                 Page 2 of 2

Michelle W. Chan

Wells Fargo - Small Business Cash Management

415.396.8297

This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

---

**From:** Christina Chang [mailto:christina@brandingblvd.com]
**Sent:** Thursday, November 08, 2007 2:47 AM
**To:** Chan, Michelle (SBCM)
**Subject:** Greetings from Christina Chang

Hi, Michelle

How are you? I know you'd told me your dept does not get branded items on regular basis. As holidays are just around the corner, thought I should send you a quick email/checking in.

I am happy to get you some year end gift materials or do project solution researches for you.

Speak to you soon and take care, Christina

*Christina Chang*
*Branding Boulevard | 1943 Russell Street, Ste 3, Berkeley CA 94703 |*
*Toll Free: 866-632-BLVD(2583) | Main: 510-647-3748 / 415-626-1236 | Fax: 800-520-5396 | Cell: 415-307-2285 |*
*Visit us on website: www.brandingblvd.com*

HIGHLY CONFIDENTIAL-
FOR ATTORNEYS' EYES
ONLY

CC1747

11/8/2007

# EXHIBIT 3
## DECLARATION OF CHRISTINA CHANG IN OPPOSITION TO APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT

```
                         KP-DougDiFranco-20070514.txt
From: Christina Chang [christina.chang@sbcglobal.net]
Sent: Monday, May 14, 2007 1:30 AM
To: 'Doug.Difranco@kp.org'
Subject: RE: I'm gonna miss you!!
```

Hey Doug

I am so excited the entire weekend. Sorry about the worries. Leaving CMC is actually a good thing. My husband and I have our own promotional co starting this week =) Quite amazing right! Call you tomorrow.

I am still around to help you with diffetrent projects, especially the last minute rushes. =)

Cheers, Christina
415-307-2285

-----Original Message-----
From: Doug.Difranco@kp.org [mailto:Doug.Difranco@kp.org]
Sent: Friday, May 11, 2007 9:30 AM
To: christina.chang@sbcglobal.net
Subject: I'm gonna miss you!!

Heya,

Drop me a line and let me know what you're doing after CMC!

And of course I wish you much luck in your next endeavor, but I'm sure you'll do great!

D O U G

---

Doug DiFranco

Senior Communications Specialist, Public Affairs
Kaiser Permanente Central Valley Area
Tie-line: 8-457-6980
209-557-6980

NOTICE TO RECIPIENT: If you are not the intended recipient of this e-mail, you are prohibited from sharing, copying, or otherwise using or disclosing its contents. If you have received this e-mail in error, please notify the sender immediately by reply e-mail and permanently delete this e-mail and any attachments without reading, forwarding or saving them. Thank you.