CHANDLER, WOOD, HARRINGTON & MAFFLY
RICHARD HARRINGTON (Bar #28099)
One Maritime Plaza, 4th Floor
San Francisco, CA 94111
Telephone: (415) 421-5484
Facsimile: (415) 986-4874

SHARTSIS FRIESE LLP
ROBERT CHARLES WARD (Bar #160824)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: rward@sflaw.com

DE LA HOUSAYE & ASSOCIATES
C. ANGELA DE LA HOUSAYE (Bar #144218)
KARYNE T. GHANTOUS (Bar #191309)
1655 N. Main Street, Suite 395
Walnut Creek, CA 94596
Facsimile: (925) 944-3343
Phone: (925) 944-3300
Email: angela@delahousayelaw.com

Attorneys for Defendants and Counterclaimants
ANDREW VERITY and CHRISTINA CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>Defendants. | Case No. C 07-02748<br><br>**DECLARATION OF DOUG DIFRANCO IN OPPOSITION TO APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT**<br><br>Date: March 3, 2008<br>Time: 2:00 p.m.<br>Dept: 15, Hon. Marilyn Hall Patel |

| | |
|---|---|
| 1 | ANDREW VERITY and CHRISTINA CHANG, |
| 2 | |
| 3 | Counter-Claimants, |
| 4 | v. |
| 5 | MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1 - 10, |
| 6 | |
| 7 | Counter-Defendants. |

I, DOUG DIFRANCO, declare as follows:

1.  My name is Doug DiFranco. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify thereto under oath.

2.  I first learned of CMC after receiving a telephone call from Christina Chang looking to speak to Kaiser Public Affairs contact in approximately 2006. I was pleased with Ms Chang's service levels and abilities to help me on multiple projects. We developed a good personal rapport throughout those years. I have programmed her cell phone number into my phone as many of the jobs she did were rushes and required after hours or off site contact help.

3.  On May 11 2006, I received an email from Ms Chang stating that it was her last day at Creative Marketing Concepts. I responded on May 11 to her personal email asking what she would be doing. This was because we had developed a personal relationship and I wanted to make sure everything was OK with Christina. I telephoned Ms. Chang the following week and we agreed to stay in contact and she was to update me with her company information which she did on May 22.

4.  I subsequently placed and order with Ms Chang in August 2007. I solicited quotes from a local vendor at the time but Ms Chang's pricing was more competitive, with better delivery time and with help in re-working my button art design.

5.  In mid-September 2007, I received a call from Mark Lillge at CMC. He asked if I had seen an email he had sent about Ms Chang describing a temporary restraining order against her. I said I had not and Mr. Lillge offered to re-send that email. I got the same re-send email

- 2 -

| Case No. | DECL OF CHRISTINA CHANG IN OPP TO APPLICATION FOR |
| C 07-02748 | OSC RE: CONTEMPT |

1  over 5 times at the same time. He called me shortly after that and asked me what my thoughts
2  about the email. I expressed that I was not interested in the details and did not want to be put in
3  the middle of this situation.

4    6. I found Mr. Lillge's behavior and sales calls frequency high. I prefer not to deal
5  with any vendor with aggressive selling techniques. Mr. Lillge's frequent phone calls
6  discouraged me from dealing with his firm.

7    7. At Kaiser Permanente there is a contracted preferred vendor for Kaiser offices to
8  purchase promotional products on-line. There are also many other vendors available to
9  acquire products and information from. In fact local vendors stop by the office regularly. I am
10 free to buy from multiple vendor contacts if Kaiser Permanente contracted vendor fails to meet
11 my project requirements.

12 Executed this 15th day of February 2008 at Modesto, California.

_____
DOUG DIFRANCO

16  7475\001\RWARD\1492649.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

Case No.
C 07-02748

DECL OF CHRISTINA CHANG IN OPP TO APPLICATION FOR
OSC RE: CONTEMPT

- 3 -