| | |
|---|---|
| 1 | CHANDLER, WOOD, HARRINGTON & MAFFLY |
| | RICHARD HARRINGTON (Bar #28099) |
| 2 | One Maritime Plaza, 4th Floor |
| | San Francisco, CA 94111 |
| 3 | Telephone: (415) 421-5484 |
| | Facsimile: (415) 986-4874 |
| 4 | |
| | SHARTSIS FRIESE LLP |
| 5 | ROBERT CHARLES WARD (Bar #160824) |
| | One Maritime Plaza, Eighteenth Floor |
| 6 | San Francisco, CA 94111 |
| | Telephone: (415) 421-6500 |
| 7 | Facsimile: (415) 421-2922 |
| | Email: rward@sflaw.com |
| 8 | |
| | Attorneys for Defendants and Counterclaimants |
| 9 | ANDREW VERITY and CHRISTINA CHANG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, | Case No. C 07-02748 |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | Date: March 3, 2008 |
| ANDREW VERITY and CHRISTINA CHANG, | Time: 2:00 p.m. |
| Defendants. | Dept: 15, Hon. Marilyn Hall Patel |
| ANDREW VERITY and CHRISTINA CHANG, | |
| Counter-Claimants, | |
| v. | |
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1 - 10, | |
| Counter-Defendants. | |

- 1 -

Case No. C 07-02748     PROOF OF SREVICE

I, Janis L. Ing, declare:

1. I am employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, 18th Floor, San Francisco, California 94111.

2. I am over the age of eighteen years and am not a party to the within cause.

3. I am readily familiar with Shartsis Friese LLP's practice for collection and processing of correspondence and documents for mailing with the United States Postal Service, which in the normal course of business provides for the deposit of all correspondence and documents with the United States Postal Service on the same day they are collected and processed for mailing.

4. On February 15, 2008, at Shartsis Friese LLP located at the above-referenced address, I served the following: **(1) EXHIBIT B TO DECLARATION OF TIMOTHY SCHMOLDER IN OPPOSITION TO APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT; (2) EXHIBIT D TO DECLARATION OF TIMOTHY SCHMOLDER IN OPPOSITION TO APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT; (3) EXHIBIT E TO DECLARATION OF TIMOTHY SCHMOLDER IN OPPOSITION TO APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT; (4) EXHIBIT F TO DECLARATION OF TIMOTHY SCHMOLDER IN OPPOSITION TO APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT; (5) EXHIBIT G TO DECLARATION OF TIMOTHY SCHMOLDER IN OPPOSITION TO APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT; (6) EXHIBIT H TO DECLARATION OF TIMOTHY SCHMOLDER IN OPPOSITION TO APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT; and (7) EXHIBIT I TO DECLARATION OF TIMOTHY SCHMOLDER IN OPPOSITION TO APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT** on the interested parties in said cause by

 x  personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

___ placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in accordance with the firm's practice of collection and processing correspondence for mailing to the person(s) at the address(es) set forth below:

___ facsimile transmission pursuant to Rule 2008 of the California Rules of Court on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine main telephone number (415) 421-2922, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below:

___ consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

___ electronically delivering the document(s) listed above pursuant to federal and local rules of the court on this date from electronic address sflaw.com, and which transmission was reported as complete and without error, to electronic mail address(es) set forth below:

- 2 -

Case No.
C 07-02748

PROOF OF SREVICE

1  Ian K. Boyd, Esq.
   Seth I. Appel, Esq.
2  Harvey Siskind LLP
   Four Embarcadero Center, 39th Floor
3  San Francisco, CA 94111
4  email:  iboyd@harveysiskind.com
           sappel@harveysiskind.com
5
   I declare under penalty of perjury that the foregoing is true and correct.
6
   Executed on February 15, 2008, in San Francisco, California.
7
8  _____
                                    Janis L. Ing
9  7475\001\JING\1492949.1

Case No.
C 07-02748

- 3 -
PROOF OF SREVICE