HARVEY SISKIND LLP
IAN K. BOYD (State Bar No. 191434)
Iboyd@harveysiskind.com
SETH I. APPEL (State Bar No. 233421)
Sappel@harveysiskind.com
RAFFI V. ZEROUNIAN (State Bar No. 236388)
rzerounian@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California  94111
Telephone:  (415) 354-0100
Facsimile:   (415) 391-7124

Attorneys for Plaintiff
Mark Lillge d/b/a Creative Marketing Concepts

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, | Case No.  C 07-02748 MHP |
| Plaintiff, | **SUPPLEMENTAL DECLARATION OF IAN K. BOYD IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| ANDREW VERITY and CHRISTINA CHANG. | **Date:  March 3, 2008** |
| Defendants. | **Time:  2:00 p.m.**<br>**Court: Hon. Marilyn Hall Patel** |

I, Ian K. Boyd, declare as follows:

1.      I am a member of the law firm of Harvey Siskind LLP, counsel of record for plaintiff Mark Lillge d/b/a Creative Marketing Concepts ("CMC").  I have personal knowledge of the matters stated herein, and, if called as a witness, I could and would testify competently thereto.

2.      Attached hereto as Exhibit 1 is a September 15, 2006 e-mail from Defendant Andrew Verity, while employed by CMC, to a vendor of CMC.

SUPP. DECL. OF IAN K. BOYD  IN SUPPORT OF PLAINTIFF'S                                    C 07-02748 MHP
MOTION FOR PARTIAL SUMMARY JUDGMENT

1    3.    Attached hereto as Exhibit 2 is a June 22, 2005 e-mail from Defendant Andrew Verity,

2    while employed by CMC, to his co-workers at CMC.

3    4.    Attached hereto as Exhibit 3 is a May 13, 2005 e-mail from Defendant Andrew Verity,

4    while employed by CMC, to his fellow CMC employee Jocy Dizon.

5    5.    Attached hereto as Exhibit 4 is a June 14, 2005 e-mail from Defendant Andrew Verity,

6    while employed by CMC, to his fellow CMC employees.

7    6.    Attached hereto as Exhibit 5 is a May 9, 2007 e-mail from Bruce Molloy, General

8    Manger of CMC, to Defendant Christina Chang, while she was still employed by CMC.  Defendants

9    produced this document and designated it AV 0072-0073

10    I declare under penalty of perjury under the laws of the State of California that the foregoing

11    is true and correct and that this declaration was executed this 18th day of February 2008, in San

12    Francisco, California.

13

14                               /s/

                                     _____

15                                    Ian K. Boyd

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPP. DECL. OF IAN K. BOYD  IN SUPPORT OF PLAINTIFF'S                    C 07-02748 MHP
MOTION FOR PARTIAL SUMMARY JUDGMENT

# EXHIBIT 1 TO SUPPLEMENTAL DECLARATION OF IAN K. BOYD



From: "andy@cmcpromos.com" <andy@cmcpromos.com>
Subject: **Misprinted mats**
Date: September 15, 2006 9:53:00 AM PDT
To: Melissa Van Hien <melissa@handstandspromo.com>

Hi Melissa

I did get your messages of the misprinted overs for Telenav.

Unfortunately the client does not want them with the old logo. Even at a discount.

Also I must ask that you destroy them. I know it's tempting to use them as samples but this would be bad for both of us. We did a journal book job one time and the plant used an overrun at the PPAI show. Our client received 20 solicitation calls and was pissed.  This is a good cleint and I can't have that happening- at best they get annoyed and at worst it becomes a price war with people either trying to lower the price or substitute other products- this does neither of us any good.

Thanks
Andy Verity
Creative Marketing Concepts
Tel: 415-982-8618
Fax: 415-982-1015
http://www.cmcpromos.com
Our mission is to provide the most suitable promotions for our clients with THE BEST SERVICE at most competitive rates

PLTF 0028

# EXHIBIT 2 TO SUPPLEMENTAL DECLARATION OF IAN K. BOYD

From: "andy@cmcpromos.com" <andy@cmcpromos.com>
Subject: **Promo/ Sales**
Date: June 22, 2005 5:44:09 PM PDT
To: Christina <christina@cmcpromos.com>, Julianna mehren <julianna@cmcpromos.com>, Joy Burrell <joy@cmcpromos.com>, Kathy Amaral <kathy@cmcpromos.com>, Andy Verity <andy@cmcpromos.com>, Zachary R Tyler <zach@cmcpromos.com>
Cc: Jocy Dizon <jocy@cmcpromos.com>, Mark <mlillge@cmcpromos.com>

To the sales reps

A couple of things

1. Promo
Well done on the promo today. I think we've learned a little bit about getting people upstairs to the showroom. Please collect your thoughts on what the hot buttons to get the clients in here was as we'll debrief with mark tomorrow

2.    Sales Numbers
Regarding the numbers WE REALLY NEED TO PULL OUT SOME ACTIVITY IN THE NEXT 7 DAYS.

Last quarter when we gave away the bonus I got a little testy because I didn't think people we're taking it really seriously in the last week or so-  I have the same feeling now- It's very much unlikely that we'll reach the number if we don't buckle down and start getting our basics right.  You may feel there's a conflicting signal when we're doing the promo at this stage but to earn increased rewards it's necessary to increase the workload.

This applies to varying degrees to each rep and I'd ask you to take on board what you think applies to you and act on it. I'm happy to discuss these with you individually:

-    Lack of focus on sales-  Right now I'm finding a lot of clients have money to spend at this time- we need to be calling our top 20-30 clients and finding out what's going on. I don't even see any urgency to get on to the phones during call time.
-    Same day turn on paperwork- I'm just not happy when I see paperwork that's not gone to the client/ plant the same day- there's just no excuse.
-    Same day call back on quotes - you want the order- call the client. We are losing deals by not getting back quick enough.
-    Sticking to processes- we're putting lots of procedures in place precisely so that people don't have to think what the best course of action is- it's preplanned- But when I see sloppy files that are not coherently put together/ customer paperwork in the garbage can and not the shredding bucket/ I'm assuming people either don't care or don't understand what they are doing
-    Working harder-  Most reps wrote only 1 or 2 contracts last week. I notice Christina wrote 10.  I've received only a couple of contracts already this week- I've received 7 or 8 from Christina.  I bring her up as an example only because I notice she's willing to put in the long hours to close out the deal with the customers- It's really disappointing when I see other reps running out the door and then leaving deals undone/ unquoted or POs not executed.

In short we really need to raise our game and our focus if we want to get to the numbers that everyone has bought into since the beginning of the year.

Thank you for listening

By the way- here's a stat- we've botched 7 client jobs in the last 7 weeks- this is a company record and it's mostly due to lack of focus. These were almost all avoidable mistakes

Andy Verity
Creative Marketing Concepts
Tel: 415-982-8618
Fax: 415-982-1015
http://www.cmcpromos.com
Our mission is to provide the most suitable promotions for our clients with THE BEST SERVICE at most competitive rates

PLTF 0045

# EXHIBIT 3 TO SUPPLEMENTAL DECLARATION OF IAN K. BOYD

From: Jocy Dizon <jocy@cmcpromos.com>
Subject: **Re: Shredding**
Date: May 13, 2005 9:56:18 AM PDT
To: "andy@cmcpromos.com" <andy@cmcpromos.com>

Thanks for this convenience! I've been shredding Mark's documents at home with my shredder thinking is safer to do it that way. Plus, I have no time to do it at work. Jocy

On May 13, 2005, at 9:41 AM, andy@cmcpromos.com wrote:

We now have a new shredding bin - it's the grey box in the back by the bins.

All paper with client information must go in there without fail.   I suggest you keep a small bin by your desk and then empty your shredding at the end of the week with your garbage.

The bin will be emptied monthlt

Thanks
Andy Verity
Creative Marketing Concepts
Tel: 415-982-8618
Fax: 415-982-1015
Visit us on the web at http://www.cmcpromos.com


Jocy Dizon
Creative Marketing Concepts
415.982.8618
415.982.1015 fax
jocy@cmcpromos.com

PLTF 0047

# EXHIBIT 4 TO SUPPLEMENTAL DECLARATION OF IAN K. BOYD

From: andy@cmcpromos.com <andy@cmcpromos.com>
Subject: **Shredding**
Date: June 14, 2005 9:11:42 PM PDT
To: Jocy Dizon <jocy@cmcpromos.com>, Leanne Stein <leanne@cmcpromos.com>, Joy Burrell <joy@cmcpromos.com>, Zack Tyler <zack@cmcpromos.com>, Christina <christina@cmcpromos.com>, Paola Lari <paola@cmcpromos.com>, Julianna mehren <julianna@cmcpromos.com>, Liz Krailler <accounts@cmcpromos.com>, Mark <mlillge@cmcpromos.com>, Kathy Amaral <kathy@cmcpromos.com>, danielle Stanton <danielle@cmcpromos.com>, Andy Verity <andy@cmcpromos.com>

I just want to expand on what goes into the shredding box. Basically anything with a client name on, including ALL:

- email correspondence
- call-in sheets
- artwork pieces
- Invoice items
- Plant order documentation
- Fax headers
- Envelopes with client addresses

There really shouldn't be anything slipping through that has any kind of client name on it at all

Thanks

Andy Verity
Creative Marketing Concepts
Tel: 415-982-8618
Fax: 415-982-1015
http://www.cmcpromos.com
Our mission is to provide the most suitable promotions for our clients with THE BEST SERVICE at most competitive rates

PLTF 0049

# EXHIBIT 5 TO SUPPLEMENTAL DECLARATION OF IAN K. BOYD

Message

## Andy Verity

**From:**    Christina Chang [christina.chang2@sbcglobal.net]

**Sent:**    Thursday, May 24, 2007 3:47 PM

**To:**    andy Verity

**Subject:** CC Termination

-----Original Message-----
**From:** Christina [mailto:christina@cmcpromos.com]
**Sent:** Wednesday, May 09, 2007 3:56 PM
**To:** Andy Verity
**Subject:**

Begin forwarded message:

> From: Bruce Molloy <bruce@cmcpromos.com>
> Date: May 9, 2007 4:51:34 PM PDT
> To: christina@cmcpromos.com
> Subject: Fwd:

>> From: Bruce Molloy <bruce@cmcpromos.com>
>> Date: May 9, 2007 4:41:57 PM PDT

>> Christina,

>> On Friday, May 4, 2007 I distributed the Company's new Employee
>> Proprietary Information and Inventions Agreement to all employees in CMC,
>> including you. These Agreements are non-negotiable, and are a condition of
>> employment for all CMC employees. I asked that the Agreements be returned
>> to me by 3PM on Monday, May 7, 2007.

>> At this time, every CMC employee has returned a signed Agreement, except
>> you.

>> In our discussions on May 4th, May 7th and May 9th, you requested
>> additional time to have your attorney review the document, which I considered
>> a fair request. I cannot advise you about what to do about your attorney.
>> However, I can tell you that the responsibility for signing the Agreement and
>> remain employed by CMC rests with you.

>> I feel that we have given you a reasonable amount of time to review and
>> consider whether you will sign the Agreement. I am making one final request
>> for you to return a signed document to me. Please be advised that I need your
>> signed Agreement by 12 PM, Noon, May 10, 2007. If you do not plan to sign
>> the Agreement, please inform me so we can discuss the transition of your
>> accounts.

>> I trust you will deliver the Agreement per my request. Please be advised that
>> you will not be permitted to work unless and until you sign this Agreement. If

AV0072

7/23/2007

you require additional time to consider the Agreement, you will be given a short leave of absence. Your time off the job will be charged against your accrued but unused PTO time. Further, if you do not deliver a signed Agreement to me by close of business on Friday, May 11, 2007, your employment with CMC will be terminated effective as of May 11, 2007.

Christina, I hope you will comply with my request which will enable you to continue your employment with CMC.

Thank you in advance for your cooperation.

Sincerely,


Bruce Molloy

Creative Marketing Concepts
572 Market Street
San Francisco, CA 94104
www.cmcpromos.com
bruce@cmcpromos.com
Cell: 415-269-7562
Office: 415-982-8618 x1313
Fax: 415-982-1015

This email is for the sole use of the intended recipient(s) and may contain confidential and proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.


Bruce Molloy
Creative Marketing Concepts
572 Market Street
San Francisco, CA 94104
www.cmcpromos.com
bruce@cmcpromos.com
Cell: 415-269-7562
Office: 415-982-8618 x1313
Fax: 415-982-1015

This email is for the sole use of the intended recipient(s) and may contain confidential and proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

AV0073