HARVEY SISKIND LLP
IAN K. BOYD (State Bar No. 191434)
iboyd@harveysiskind.com
SETH I. APPEL (State Bar No. 233421)
sappel@harveysiskind.com
RAFFI V. ZEROUNIAN (State Bar No. 236388)
rzerounian@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California  94111
Telephone:  (415) 354-0100
Facsimile:    (415) 391-7124

Attorneys for Plaintiff and Counterdefendant
Mark Lillge d/b/a Creative Marketing Concepts

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>           Plaintiff,<br><br>     v.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>           Defendants. | Case No.  C 07-02748 MHP<br><br>**DECLARATION OF IAN K. BOYD IN SUPPORT OF MOTION TO STRIKE EXPERT REPORT OF JEFFRY MEYER**<br><br>Date:   March 31, 2008<br>Time:   2:00 p.m.<br>Court:  Hon. Marilyn Hall Patel |
| ANDREW VERITY and CHRISTINA CHANG,<br><br>           Counterclaimants,<br><br>     v.<br><br>MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10,<br><br>           Counterdefendants. | |

BOYD DECLARATION IN SUPPORT OF MOTION    Case No. C 07-02748 MHP
TO STRIKE MEYER REPORT

1  I, Ian K. Boyd, declare as follows:

2  1. I am an attorney at the law firm of Harvey Siskind LLP, counsel of record for Plaintiff and Counterdefendant Mark Lillge d/b/a Creative Marketing Concepts ("CMC"). I have personal knowledge of the matters stated herein, and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the expert report of Jeffry Meyer, served by Defendants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 25th day of February, 2008, in San Francisco, California.

_____/s/_____
Ian K. Boyd

- 1 -

BOYD DECLARATION IN SUPPORT OF MOTION TO STRIKE MEYER REPORT

Case No. C 07-02748 MHP

# EXHIBIT A

# TO THE DECLARATION OF IAN K. BOYD IN SUPPORT OF MOTION TO STRIKE EXPERT REPORT OF JEFFRY C. MEYER

# REPORT OF JEFFRY C. MEYER, MAS, CPA

## Background on the Promotional Products Industry

The Promotional Products Industry (also known as the Advertising Specialty Industry) is comprised of companies that produce/manufacture (suppliers), sell (distributors), or purchase (consumers) items that are imprinted with the name or logo of an advertiser and are typically given away to customers or employees as incentives or gifts. Although Promotional Products constitute a relatively small portion of total United States advertising expenditures (5%-8%), the industry is nonetheless very large with industry sales* as follows:

| Year | Sales |
|------|-------|
| 1990 | $5.01 billion |
| 1991 | $5.13 billion |
| 1992 | $5.22 billion |
| 1993 | $6.22 billion |
| 1994 | $7.01 billion |
| 1995 | $8.04 billion |
| 1996 | $9.49 billion |
| 1997 | $11.87 billion |
| 1998 | $13.12 billion |
| 1999 | $14.94 billion |
| 2000 | $17.85 billion |
| 2001 | $16.55 billion |
| 2002 | $15.63 billion |
| 2003 | $16.34 billion |
| 2004 | $17.31 billion |
| 2005 | $18.01 billion |
| 2006 | $18.78 billion |

*PPA

This historically strong and steady growth rate is expected to resume and continue well into the 21st century because the industry has one fundamental advantage over many other forms of advertising: it enables an advertiser to target its marketing expenditures more directly (thus more cost effectively) to specific audiences while maintaining a significantly longer "shelf life" than broadcast or print advertising expenditures. This longer shelf life is due to the inherent nature of a Promotional Product item: it is designed to be utilized by the recipient and the message delivered by the item enjoys repeated exposure.

## Industry Composition

### Suppliers

The 590,000 or so products manufactured or imported for the industry are done so by Promotional Products manufacturers also known as suppliers in industry parlance. The number of companies is quite large (in excess of 3,700) and includes office products companies, apparel manufacturers and plastic and metal molders among many others. Some of the leading suppliers to the industry are large, experienced enterprises that specialize in meeting the unique needs (large in-stock inventory holdings and rapid order turnaround) of the industry. There are also several large consumer product manufacturers such as A.T. Cross (pens) and Titleist (golf balls) that have developed distinct, highly profitable channels of distribution in the industry and support those channels with specialized marketing and support programs. Finally, there are thousands of small enterprises that have specialized niche-oriented product and/or manufacturing expertise.

The most significant evolution for suppliers over the last few years has been the rapid increase in import competition and virtually no category has been immune. As foreign manufacturers become more adept at the manufacturing process providing high quality product, the price-quality differential grows which places increasing pressure on domestic suppliers. Consequently, suppliers have to devote an increasing level of

© Certified Marketing Consultants, Ltd.

their capital and human resources to developing foreign sources of supply. With additional design, quality control requirements and inventory levels, the skills to manage in the supplier end of the business have also increased considerably.

End Users

While virtually all businesses and organizations utilize Promotional Products in one capacity or another, the end user or buyer (the consumers) are also rapidly splitting into two segments: larger corporate buyers with specialized needs and the traditional Promotional Products users with smaller more standardized product needs. This segmentation has been fueled by many end users desire to reduce the number of Promotional Products suppliers and instead focus on sole-source, full service distributors. Consequently, these needs are compelling the industry to make many changes in its conventions and creating many new opportunities as noted below.

Distributors

One very noteworthy aspect of the industry as it pertains to distributors is that its competitive structure is highly fragmented. There are over 20,000 distributors serving the U.S. market and over 95% of these distributors generate revenues less than $2.5 million annually. Most distributors tend to be closely held entities with a local or regional focus and range from a one person, few products operation where sample cases and catalogs are brought to the end user to larger entities which maintain showrooms, warehouses and other sizable investments in their businesses. It is estimated that there are only 900 or so Promotional Products distributors that generate more than $2.5 million in annual sales and they account for 47.3% of the industry's total sales. More significantly, the 40 largest distributors in the U.S. accounted for $3.8 billion in sales, which is 20.2% of the industry's total sales last year. There are only twelve distributors in the industry with sales in excess of $100 million.

As noted above, changing end user needs along with a growing sophistication in the industry (led by professional management) has altered the model for what is needed to be successful as a distributor. These changing needs are characterized by a strong emphasis being placed on cost, quality and responsiveness as well as certain full service capabilities including design, customization and the ability to develop marketing programs. Finally, demand for corporate program support (warehousing and fulfillment) is at an all time high. The warehousing, fulfillment and inventory carrying costs can create additional operational and financial requirements on the distributor that are best managed by those distributors with sufficient size, capabilities and financial resources to meet these demands.

Products and Services

As previously noted, Promotional Products are generally articles of merchandise imprinted or otherwise customized with an advertiser's name, logo or message which are then used for marketing, sales incentives/awards and development of goodwill for a targeted audience. There are 20 primary industry categories and the top 10 are: Apparel; Writing Instruments; Calendars; Desk/Office/Business Accessories; Bags; Drinkware; Recognition Awards/Trophies/Jewelry; Sporting Goods/Leisure Products/Travel Accessories; Housewares; and Stickers & Decals. These top 10 categories constitute 75.7% of the total industry sales

The services typically provided to create a "value-added" component to these products include: art work such as illustration, graphics, typography and corporate logo design production which includes engraving, hot stamping and silk screening for both samples and finished products; and corporate warehousing programs where an end user contractually purchases large quantities or customized products that are warehoused by the distributor and shipped at the instruction of the end user. These programs are generally implemented in conjunction with a customer catalog or brochure featuring the type of customized products available for shipment. These programs enable large customers to enjoy lower per unit costs along with the ability to receive immediate delivery of small quantities. Augmenting these programs with automated

inventory tracking further distinguishes distributors from one another since the tracking assists the customer in monitoring the success of its program and also automatically reorders product at predetermined levels.

Trade Secrets

The value driver for promotional product distributors is the customer list and the relationship of the salespeople to customers. This is supported by the vast diversification of the industry as described above. Since the salespeople's relationships drive the sale there are many distributors and approximately 200,000 salespeople in the industry. This dynamic has prevented significant consolidation that has occurred in other industries like office supplies. If the salespeople's relationships were not critical, there are a number of direct marketing and web based companies that would quickly render salespeople obsolete. But salespeople develop loyalty with customers through hard work, perseverance, creativity, reliability, availability, etc. These qualities are not trade secrets.

There are significant education opportunities through PPAI and ASI that teach people how to run successful distributorships; sell corporate promotional programs, web based company stores, etc.; how to create artwork for customer orders; provide trends in end user purchasing; importing; and many others. Nothing about a distributor's operation is a trade secret.

While I am not qualified to render a legal opinion, it is my understanding that customers names may be considered trade secrets in the State of California to the extent that they are not "generally known to the public." Users of promotional products are generally known to the public by the very nature of promotional products. That is, promotional products carry the name, logo and contact information of the companies that use them. And those products are in fact given to the public free of charge. As such not only does the public know the "customers names," competitors know the "customers names." It would not be unusual for a customer to routinely request and receive proposals from ten or more promotional product distributors. Free competition prevails because of the absence of trade secret customer lists. Therefore, in my opinion there are no trade secrets within a promotional product distributor.

Creative Marketing Concepts valuation as of 4/27/07

In conjunction with the preparation of the report, I obtained information from Andy Verity. This information provided important perspective to my understanding of the information reviewed and analyzed in the preparation of this valuation opinion. Information reviewed relative to the Company is:

Exhibit I   Distributor Valuation and/or Sale Confidential Questionnaire (8 pages)
Exhibit II  Profit & Loss Statement (Cash), January 2007 through April 2007 (4 pages)
Exhibit III Profit & Loss Statement (Cash), January 2006 through December 2006 (3 pages)
Exhibit IV  CMC P&L Projection 2006 (1 page)
Exhibit V   Profit & Loss Statement (Cash), January 2005 through December 2005 (6 pages)

In all cases, we have relied upon the referenced information without independent verification. This report is, therefore, dependent on the information provided. A material change in critical information relied upon in the report would be cause for a reassessment to determine the effect, if any, upon the estimated value.

The information received was limited. I did not receive or review any balance sheets. Some of the statements were on a cash basis rather than on an accrual basis necessary in order to conform for Generally Accepted Accounting Principles. There was limited opportunity to inquire about any excess or discretionary expenses, unusual or non-recurring income and/or expenses, reasons for any financial fluctuations, etc.

Although valuation is a range concept, current valuation theory suggests that there are three basic "levels" of value applicable to a business or business interest. The levels of value are respectively:

**Controlling interest**: The value of the enterprise as a whole

**As-if-freely tradable minority interest**: The value of a minority interest, lacking control, but enjoying the benefit of market liquidity.

**Non-marketable minority interest**: The value of a minority interest, lacking both control and market liquidity.

This valuation is prepared on a controlling interest basis.

Fair market value is defined as follows:

*The amount at which property would change hands between a willing seller and a willing buyer when neither is under compulsion and when both have reasonable knowledge of the relevant facts.*

Fair market value is similarly defined in various sections of the Internal Revenue Code, related regulations and interpretations (e.g., Revenue Ruling 59-60).

Fair Value is defined as follows:

*Also knows as intrinsic value, fair value is that value which is justified by the facts such as assets, earnings, dividends, etc.*

Investment value is defined as:

*The value of a business or business interest to a specific owner or prospective owner.*

There are three basic approaches to value:

Asset Based Approach: *A general way of determining a value indication of a business's assets and/or equity using one or more methods based directly on the value of the assets of the business less liabilities.*

Income Approach: *A general way of determining a value indication of a business's assets and/or equity using one or more methods wherein a value is determined by converting anticipated benefits.*

Market Approach: *A general way of determining a value indication of a business's assets and/or equity using one or more methods that compare the subject to similar investments that have been sold.*

The various methods of valuation that appraisers use in practice are typically considered as subdivisions of these broad approaches. Valuation methods under the Market and Income Approaches generally contain common characteristics such as measures of earning power, discount rates and/or capitalization rates and multiples.

Because of the limited data available for the valuation, I relied solely on the Market Approach. I have found from the many transactions I have facilitated in the promotional products industry that the market approach is the method used exclusively by buyers. Industry market ratios method is one in which private business sale transactions are analyzed and applied to the subject company being valued utilizing one or more of two basic methods: Price to Earnings and Price to Gross Margin.

Using these two methods I have arrived at a value for Creative Marketing Concepts as of 4/27/07 of ████████ assuming the company had no debt other than current trade payables.

The value arrived at above is a cash value representing the amount of cash and the discounted present value of cash equivalents and contingent future payments. In most sale transactions for promotional product distributors, buyers pay a negotiated amount of cash at closing along with an interest-bearing note or a contractual obligation to pay additional amounts of cash over two to three years after the acquisition based

upon a negotiated formula of continued revenues. In most transactions that call for formula based future payments, the gross amount of the future payments added to the amount of cash at closing would allow the seller to realize more in gross dollars than the cash value at closing. A reasonable discount rate would result in a net present value of the true cash value at closing. Transactions are structured this way in order to assure the buyer that revenues will continue in the future, not solely as a method to finance the transaction.

Some of the relevant assumptions, representations and observations used to arrive at this value include:

1 The financial results in Exhibit II are similar to those for the period from January 1, 2006 to April 30, 2006 indicating no significant improvement or degradation in the business from the previous year.
2 There was no material change in the business from April 27, 2007 (the effective date of the valuation) and April 30, 2007 (the date of the schedules in Exhibit II.)
3 The largest customer accounted for approximately 6% of total sales indicating a relatively diverse customer base.
4 The salespeople were responsible for similar sales levels reducing the reliance on any one salesperson.
5 Gross profit margins were good compared with the industry average of 35%.

I will also calculate the value of lost profits from the date of the injunction until resolution. But at this time I do not have sufficient data to do so.

Compensation

I am being compensated at a rate of $2,000 per day for the preparation of this statement and any subsequent advisory services including depositions and trial testimony.

Availability

I will be available to testify on this issue from May 12, 2008 through May 13, 2008.

Respectfully submitted,

*[signature]*
Jeffry C. Meyer, CPA, MAS
CEO
Certified Marketing Consultants

## QUALIFICATIONS OF JEFFRY C. MEYER

Jeffry C. Meyer has been involved in various aspects of Finance for over 30 years. He earned his Bachelor of Science Degree in Accounting and Finance from Manchester College. He qualified as a CPA in the state of Indiana where he worked for the Big Eight international accounting firm of Ernst & Young (formerly Ernst & Ernst). He has been active in the Promotional Products Industry for twenty-six years in various CFO and CEO capacities during which time he consolidated the largest group of companies in the industry. He earned the MAS (Master Advertising Specialist) designation from PPAI. During his career he has evaluated, negotiated and consummated many acquisitions in the Promotional Products Industry and performed valuations on many more. He joined Certified Marketing Consultants, Ltd. in 1998. CMC only serves companies in the Promotional Products Industry. Services include Mergers and Acquisitions, Business Valuations, Strategic Planning, Business Plans, Marketing Plans, General Consulting and he also teaches education seminars for the Advertising Specialties Institute. He is currently the CEO and partner of CMC. In 2006 Meyer was voted as one of the 50 most powerful people in the Promotional Products Industry.

Meyer has not testified or given depositions as an expert witness in the last four years.