| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| | IAN K. BOYD (State Bar No. 191434) |
| 2 | iboyd@harveysiskind.com |
| | SETH I. APPEL (State Bar No. 233421) |
| 3 | sappel@harveysiskind.com |
| 4 | RAFFI V. ZEROUNIAN (State Bar No. 236388) |
| | rzerounian@harveysiskind.com |
| 5 | Four Embarcadero Center, 39th Floor |
| | San Francisco, California 94111 |
| 6 | Telephone:  415.354.0100 |
| 7 | Facsimile:   415.391.7124 |
| 8 | Attorneys for Plaintiff |
| | Mark Lillge d/b/a Creative Marketing Concepts |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW VERITY and CHRISTINA CHANG, <br><br> Defendants. | Case No.  C 07-02748 MHP <br><br> **PLAINTIFF'S NOTICE OF MOTION TO STRIKE EXPERT REPORT OF JEFFRY MEYER** <br><br> Date:  March 31, 2008 <br> Time:  2:00 <br> Court:  Hon. Marilyn Hall Patel |
| ANDREW VERITY and CHRISTINA CHANG, <br><br> Counterclaimants, <br><br> v. <br><br> MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10, <br><br> Counterdefendant. | |

1  TO DEFENDANTS/COUNTERCLAIMANTS AND THEIR ATTORNEY OF RECORD:

2  PLEASE TAKE NOTICE that on March 31, 2008, at 2:00 p.m., or as soon thereafter as counsel
3  may be heard, Plaintiff Mark Lillge d/b/a Creative Marketing Concepts will move this Court, at 450
4  Golden Gate Avenue, San Francisco, California, for an Order striking a portion of Jeffry Meyer's expert
5  report.

6  Said application will be based on this notice, the attached memorandum of points and authorities,
7  the declaration of Ian K. Boyd, the pleadings on file in this action, and any further evidence or argument
8  that the Court may properly receive at or before the hearing.

10 Dated:  February 25, 2008                              Respectfully submitted,

11                                                                                    HARVEY SISKIND LLP

13                                                                                    By: _____/s/_____
                                                                                              Ian K. Boyd

                                                                                    Attorneys for Plaintiff/Counterdefendant
                                                                                    Mark Lillge d/b/a Creative Marketing Concepts

–1–

NOTICE OF PLAINTIFF'S MOTION TO STRIKE EXPERT                         CASE NO. C 07-02748 MHP
REPORT OF JEFFRY MEYER