1  HARVEY SISKIND LLP
   IAN K. BOYD (State Bar No. 191434)
2  iboyd@harveysiskind.com
   SETH I. APPEL (State Bar No. 233421)
3  sappel@harveysiskind.com
   RAFFI V. ZEROUNIAN (State Bar No. 236388)
4  rzerounian@harveysiskind.com
5  Four Embarcadero Center, 39th Floor
   San Francisco, California 94111
6  Telephone:  415.354.0100
   Facsimile:   415.391.7124
7

8  Attorneys for Plaintiff and Counterdefendant
   Mark Lillge d/b/a Creative Marketing Concepts
9

10

11                **IN THE UNITED STATES DISTRICT COURT**

              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12
                   **SAN FRANCISCO DIVISION**
13

| | |
|---|---|
| 14  MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS | Case No. C 07-02748 MHP |
| 15 | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE EXPERT REPORT OF JEFFRY MEYER** |
| 16              Plaintiff, | |
| 17  v. | **Date:   March 31, 2008** |
| 18  ANDREW VERITY and CHRISTINA CHANG | **Time:  2:00 p.m.** **Court:  Hon. Marilyn Hall Patel** |
| 19 | |
| 20              Defendants. | |
| 21  ANDREW VERITY and CHRISTINA CHANG, | |
| 22 | |
| 23              Counterclaimants, | |
| 24     v. | |
| 25  MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10, | |
| 26 | |
| 27              Counterdefendants. | |

28

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION                    CASE NO. C 07-02748 MHP
TO STRIKE EXPERT REPORT OF JEFFRY MEYER

1     This matter came on for determination before the Honorable Marilyn Hall Patel, on March 31,

2     2008, upon the motion of plaintiff Mark Lillge d/b/a Creative Marketing Concepts ("CMC") to strike

3     the portion of the expert report of Jeffry Meyer entitled "Trade Secrets." After hearing the evidence and

4     argument of counsel, and reviewing the papers, the Court finds that Mr. Meyer's finding that trade

5     secrets do not exist in the promotional products industry to be merely legal opinion, which is

6     inadmissible expert testimony. Accordingly, for good cause therefor appearing, it is **ORDERED** that

7     the portion of Mr. Meyer's expert report entitled "Trade Secrets" shall be stricken pursuant to F.R.E.

8     402 and F.R.E. 703.

9

10

Dated: _____          _____

11                                               The Honorable Marilyn Hall Patel
                                                 United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

–1–

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION                    CASE NO. C 07-02748 MHP
TO STRIKE EXPERT REPORT OF JEFFRY MEYER