| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| 2 | IAN K. BOYD (State Bar No. 191434)<br>iboyd@harveysiskind.com |
| 3 | SETH I. APPEL (State Bar No. 233421)<br>sappel@harveysiskind.com |
| 4 | RAFFI V. ZEROUNIAN (State Bar No. 236388)<br>rzerounian@harveysiskind.com |
| 5 | Four Embarcadero Center, 39th Floor<br>San Francisco, California 94111 |
| 6 | Telephone:  415.354.0100 |
| 7 | Facsimile:   415.391.7124 |
| 8 | Attorneys for Plaintiff and Counterdefendant |
| 9 | Mark Lillge d/b/a Creative Marketing Concepts |

HARVEY SISKIND LLP
IAN K. BOYD (State Bar No. 191434)
iboyd@harveysiskind.com
SETH I. APPEL (State Bar No. 233421)
sappel@harveysiskind.com
RAFFI V. ZEROUNIAN (State Bar No. 236388)
rzerounian@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone:  415.354.0100
Facsimile:   415.391.7124

Attorneys for Plaintiff and Counterdefendant
Mark Lillge d/b/a Creative Marketing Concepts

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>Defendants. | Case No.  C 07-02748 MHP<br><br>**PLAINTIFF'S NOTICE OF MOTION TO STRIKE EXPERT REPORT OF MILES LOCKER**<br><br>Date:   March 31, 2008<br>Time:   2:00<br>Court:  Hon. Marilyn Hall Patel |
| ANDREW VERITY and CHRISTINA CHANG,<br><br>Counterclaimants,<br><br>v.<br><br>MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10,<br><br>Counterdefendants. | |

1   TO DEFENDANTS/COUNTERCLAIMANTS AND THEIR ATTORNEY OF RECORD:

2   PLEASE TAKE NOTICE that on March 31, 2008, at 2:00 p.m., or as soon thereafter as counsel
3   may be heard, Plaintiff Mark Lillge d/b/a Creative Marketing Concepts will move this Court, at 450
4   Golden Gate Avenue, San Francisco, California, for an Order striking the expert report of Miles Locker.
5   Said application will be based on this notice, the attached memorandum of points and authorities,
6   the declaration of Ian K. Boyd, the pleadings on file in this action, and any further evidence or argument
7   that the Court may properly receive at or before the hearing.

9   Dated: February 25, 2008            Respectfully submitted,

10                                      HARVEY SISKIND LLP

11                                      By: _____/s/_____
12                                              Ian K. Boyd

13                                      Attorneys for Plaintiff and Counterdefendant
14                                      Mark Lillge d/b/a Creative Marketing Concepts

–1–

NOTICE OF PLAINTIFF'S MOTION TO STRIKE EXPERT           CASE NO. C 07-02748 MHP
REPORT OF MILES LOCKER