HARVEY SISKIND LLP
IAN K. BOYD (State Bar No. 191434)
iboyd@harveysiskind.com
SETH I. APPEL (State Bar No. 233421)
sappel@harveysiskind.com
RAFFI V. ZEROUNIAN (State Bar No. 236388)
rzerounian@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: 415.354.0100
Facsimile:  415.391.7124

Attorneys for Plaintiff and Counterdefendant
Mark Lillge d/b/a Creative Marketing Concepts

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS<br><br><br>Plaintiff,<br><br>v.<br><br>ANDREW VERITY and CHRISTINA CHANG<br><br>Defendants.<br>——————————————<br>ANDREW VERITY and CHRISTINA CHANG,<br><br>Counterclaimants,<br><br>v.<br><br>MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10,<br><br>Counterdefendants. | Case No. C 07-02748 MHP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE EXPERT REPORT OF MILES LOCKER**<br><br>**Date:    March 31, 2008**<br>**Time:   2:00 p.m.**<br>**Court:  Hon. Marilyn Hall Patel** |

1    This matter came on for determination before the Honorable Marilyn Hall Patel, on March 31,

2    2008, upon the motion of plaintiff Mark Lillge d/b/a Creative Marketing Concepts ("CMC") to strike

3    the portion of the expert report of Miles Locker.  After hearing the evidence and argument of counsel,

4    and reviewing the papers, the Court finds that Mr. Locker's report is merely legal opinion and analysis,

5    which is inadmissible expert testimony.  There is nothing within Mr. Locker's report which should not be

6    within the purview of Defendants' own counsel, and the latter is free to make such arguments at trial.

7    Accordingly, for good cause therefor appearing, it is **ORDERED** that the expert report of Miles

8    Locker shall be stricken pursuant to F.R.E. 402 and F.R.E. 703.

9

10

Dated:                                   _____

11                                             The Honorable Marilyn Hall Patel
                                              United States District Court
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION                         CASE NO. C 07-02748 MHP
TO STRIKE EXPERT REPORT OF MILES LOCKER