1  RICHARD HARRINGTON (SBN 28099)
   CHANDLER WOOD HARRINGTON & MAFFLY LLP
2  One Maritime Plaza, Fourth Floor
   San Francisco, California  94111  3404
3  Telephone:     415 421 5484
   Facsimile:     415 986 4874
4  Email:         harr@well.com

5  ROBERT CHARLES WARD (SBN 160824)
   SHARTSIS FRIESE LLP
6  One Maritime Plaza, Eighteenth Floor
   San Francisco, California  94111  3404
7  Telephone:     415 421 6500
   Facsimile:     415 421 2922
8  Email:         rward@sflaw.com

9  C. ANGELA DE LA HOUSAYE (SBN 144218)
   BRENDAN J. DOOLEY (SBN 162880)
10 KARYNE T. GHANTOUS (SBN 191309)
   DE LA HOUSAYE & ASSOCIATES, ALC
11 1655 N. Main Street, Suite 395
   Walnut Creek, California  94596
12 Telephone:     (925) 944-3300
   Facsimile:     (925) 944-3343
13 Email:         angela@delahousayelaw.com
                  brendan@delahousayelaw.com
14                karyne@delahousayelaw.com

15 Attorneys for Defendants
   ANDREW VERITY AND CHRISTINA CHANG

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| MARK LILLGE D/B/A CREATIVE MARKETING CONCEPTS, | ) ) ) | Case No: C-07-02748 MHP |
|---|---|---|
| Plantiff, | ) ) ) | **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISSOLVE INJUNCTION, OR, IN THE ALTERNATIVE, INCREASE BOND AND FOR PRELIMINARY INJUNCTION AGAINST PLAINTIFF** |
| v. | ) ) | |
| ANDREW VERITY AND CHRISTINA CHANG, | ) ) | Date:   April 7, 2008 |
| Defendants. | ) ) ) | Time:   2:00 p.m.<br>Dept:   Courtroom 15, 18th Floor<br>Judge:  Hon. Marilyn H. Patel |
| | | Complaint Filed:  May 25, 2007<br>Trial Date:  None Set |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 7, 2008 at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 15 before the Honorable Marilyn Hall Patel, of the above-entitled Court located at 450 Golden Gate Avenue, San Francisco, California, Defendants will, and hereby do, move specially under Federal Rules and Civil Procedure 60 and 65 as well as the Court's power to issue a preliminary injunction under Napa Valley Publ'g Co. v. Calistoga, 225 F.Supp.2d 1176, 1180 (N.D. Cal. 2002), that this Court dissolve the existing preliminary injunction, or in the alternative, that it modify the injunction and enjoin the wrongful and abusive acts identified herein of the Plaintiff and increase the Plaintiff's security bond to reflect Defendants' true damages related to a wrongful injunction restraining Defendants' ability to compete in the marketplace.

This Motion is based upon this Notice of Motion, and the Declarations of Andrew Verity, Christina Chang and Robert Charles Ward, Esq., filed concurrently. This Motion is also based on all pleadings and records on file herein, on all matters on which judicial notice may be taken, and upon such other and further matters as may be presented at or before the time of hearing.

Dated: March 3, 2008        DE LA HOUSAYE & ASSOCIATES, ALC

                                          / S /
                            By:_____
                                  BRENDAN J. DOOLEY

                            Attorneys for Defendants
                            ANDREW VERITY AND CHRISTINA CHANG