RICHARD HARRINGTON (SBN 28099)
CHANDLER WOOD HARRINGTON & MAFFLY LLP
One Maritime Plaza, Fourth Floor
San Francisco, California 94111-3404
Telephone:   415 421 5484
Facsimile:   415 986 4874
Email:       harr@well.com

ROBERT CHARLES WARD (SBN 160824)
SHARTSIS FRIESE LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, California 94111-3404
Telephone:   415 421 6500
Facsimile:   415 421 2922
Email:       rward@sflaw.com

C. ANGELA DE LA HOUSAYE (SBN 144218)
BRENDAN J. DOOLEY (SBN 162880)
KARYNE T. GHANTOUS (SBN 191309)
DE LA HOUSAYE & ASSOCIATES, ALC
1655 N. Main Street, Suite 395
Walnut Creek, California 94596
Telephone:   (925) 944-3300
Facsimile:   (925) 944-3343
Email:       angela@delahousayelaw.com
             brendan@delahousayelaw.com
             karyne@delahousayelaw.com

Attorneys for Defendants
ANDREW VERITY AND CHRISTINA CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE D/B/A CREATIVE MARKETING CONCEPTS,<br><br>  Plantiff,<br><br>  v.<br><br>ANDREW VERITY AND CHRISTINA CHANG,<br><br>  Defendants. | Case No: C-07-02748 MHP<br><br>**[PROPOSED] ORDER RE DEFENDANT'S MOTION TO DISSOLVE INJUNCTION OR, IN THE ALTERNATIVE, INCREASE BOND AND FOR PRELIMINARY INJUNCTION AGAINST PLAINTIFF**<br><br>Date:  April 7, 2008<br>Time:  2:00 p.m.<br>Dept:  Courtroom 15, 18th Floor<br>Judge: Hon. Marilyn H. Patel<br><br>Complaint Filed: May 25, 2007<br>Trial Date: None Set |

On April 7, 2008 the Motion to Dissolve Injunction Or, In The Alternative, Increase Bond And For Preliminary Injunction Against The Plaintiff MARK LILLGE D/B/A CREATIVE MARKETING CONCEPTS came on before me for hearing.  Defendants Andrew Verity and Christina Chang were represented by Brendan Dooley of De La Housaye & Associates.

The Court, having considered the memoranda of points and authorities, declarations, exhibits, and other documents presented to the Court for the motion, and after full consideration of counsels' oral argument,

IT IS HEREBY ORDERED:

1. That the existing preliminary injunction restraining Defendants from initiating and/or soliciting new business from potential customers who have in the past worked with Creative Marketing Concepts be dissolved;

2. [In the alternative] that the existing preliminary injunction restraining Defendants from initiating and/or soliciting new business from potential customers who have in the past worked with Creative Marketing Concepts be modified to include an injunction prohibiting any contact by Plaintiff from any communication with potential customers, and/or suppliers concerning the instant litigation, and that Plaintiff be enjoined from contacting any customers of Defendants;

3. [In the alternative] that Plaintiff be required to post a security bond in the amount of $500,000 within the next 7 days, based upon the potential damages that may be incurred by the wrongful imposition of an injunction on the Defendants.

IT IS SO ORDERED.

Dated:

_____
HON. MARILYN HALL PATEL
United States District Judge