UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: March 3, 2008

Case No.   C 07-2748  MHP           Judge: MARILYN H. PATEL

Title: MARK LILLGE -v- ANDREW VERITY et al

Attorneys:  Plf:  Ian Boyd
            Dft: Robert Ward, Richard Harrington

Deputy Clerk:  Anthony Bowser    Court Reporter: Connie Kuhl

## PROCEEDINGS

1)  Plaintiff's Motion for Partial Summary Judgment/Sanctions

2)

3)

## ORDERED AFTER HEARING:

Counsel submit after further discussion; Matter deemed submitted; Court to issue order.