1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                  NORTHERN DISTRICT OF CALIFORNIA

7

8   MARK LILLGE,                              No. C 07-02748 MHP

9            Plaintiff(s),                    **CLERK'S NOTICE**
                                              **(Rescheduling Hearing)**
10      v.

11  ANDREW VERITY,

12            Defendant(s).
    _____/

13

14        The parties are notified that the hearing of plaintiff's motion to strike expert testimoney  in

15  this matter currently on calendar for March 31, 2008, is hereby RESCHEDULED to Monday, **April**

16  **7, 2008, at 2:00 p.m.**, and shall be heard concurrently with defendants' motion to dissolve

17  injunction.  Please note that only the hearing date is being rescheduled; the briefing schedule

18  pursuant to the orginal hearing date remains in effect.

19

20                                          Richard W. Wieking
                                            Clerk, U.S. District Court
21

22

23  Dated:  March 7, 2008                    Anthony Bowser, Deputy Clerk to the
                                             Honorable Marilyn Hall Patel
24                                               (415) 522-3140

25

26

27

28

**United States District Court**
For the Northern District of California