1  HARVEY SISKIND LLP
   IAN K. BOYD (State Bar No. 191434)
2  iboyd@harveysiskind.com
   SETH I. APPEL (State Bar No. 233421)
3  sappel@harveysiskind.com
   RAFFI V. ZEROUNIAN (State Bar No. 236388)
4  rzerounian@harveysiskind.com
   Four Embarcadero Center, 39th Floor
5  San Francisco, California 94111
6  Telephone: (415) 354-0100
   Facsimile:  (415) 391-7124
7
8  Attorneys for Plaintiff and Counterdefendant
   Mark Lillge d/b/a Creative Marketing Concepts
9

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>    Defendants. | Case No. C 07-02748 MHP<br><br>**DECLARATION OF SETH I. APPEL IN SUPPORT OF OPPOSITION TO MOTION TO DISSOLVE PRELIMINARY INJUNCTION, OR, IN THE ALTERNATIVE, INCREASE BOND AND FOR PRELIMINARY INJUNCTION AGAINST PLAINTIFF**<br><br>Date: April 7, 2008<br>Time: 2:00 p.m.<br>Court: Hon. Marilyn Hall Patel |
| ANDREW VERITY and CHRISTINA CHANG,<br><br>    Counterclaimants,<br><br>    v.<br><br>MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10,<br><br>    Counterdefendants. | |

APPEL DECLARATION IN SUPPORT OF OPPOSITION          Case No. C 07-02748 MHP
TO MOTION TO DISSOLVE PRELIMINARY INJUNCTION

I, Seth I. Appel, declare as follows:

1. I am an attorney at the law firm of Harvey Siskind LLP, counsel of record for Plaintiff and Counterdefendant Mark Lillge d/b/a Creative Marketing Concepts ("CMC"). I have personal knowledge of the matters stated herein, and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A are excerpts from a true and correct copy of the transcript of the hearing on CMC's application for a Temporary Restraining Order, held on May 31, 2007.

3. Attached hereto as Exhibit B are excerpts from a true and correct copy of the transcript of the hearing on CMC's Motion for Preliminary Injunction, held on August 27, 2007.

4. Attached hereto as Exhibit C is an excerpt from a true and correct copy of the deposition of Andrew Verity, held on July 17, 2007.

5. Attached hereto as Exhibit D is an excerpt from a true and correct copy of the deposition of Mark Lillge, held on June 6, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 17th day of March, 2008, in San Francisco, California.

/s/
Seth I. Appel