# Exhibit D
# to Declaration of Seth I. Appel In Support of Opposition to Motion to Dissolve Preliminary Injunction, or, in the Alternative, Increase Bond and for Preliminary Injunction against Plaintiff

CONFIDENTIAL TESTIMONY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---oOo---

MARK LILLGE d/b/a CREATIVE )
MARKETING CONCEPTS, )
                              )
          Plaintiff,          )
                              )
vs.                           )   No. C 07-02748 MHP
                              )
ANDREW VERITY and CHRISTINA   )
CHANG,                        )
                              )
          Defendants.         )
_____)

CERTIFIED COPY

CONFIDENTIAL

DESIGNATED CONFIDENTIAL

Deposition of

MARK RAYMOND LILLGE

WEDNESDAY, JUNE 6, 2007

THE SOUZA GROUP

Certified Shorthand Reporters

4615 First Street, Suite 200

Pleasanton, California 94566

925-846-8831

Reported by:

DENISE WHEELER, CSR NO. 8254

1

CONFIDENTIAL TESTIMONY

```
1        A.   Yes.
2        Q.   Okay.  Do some of your clients inform you that they
3   have a better price available from another distributor?
4        A.   Sometimes.
5        Q.   And so does Creative marketing Concepts --
6             THE COURT REPORTER:  Whoa, whoa.
7             (Pause in proceedings.)
8             MR. WARD:  Okay.  Can we resume?
9             THE COURT REPORTER:  (Nodding head)
10            MR. WARD:  Q.  So I believe the last question and
11  answer is I asked you whether sometimes Creative Marketing
12  Concepts' customers inform you that they have been quoted a
13  better price by a competitor?
14       A.   Yes.
15       Q.   And when a customer asks Creative Marketing
16  Concepts to provide a better price than the suggested retail
17  price that's been quoted to them, what is the procedure for
18  Creative Marketing Concepts, in that situation?
19       A.   So what's your hypothetical?  So we've quoted
20  somebody a job?
21       Q.   Well, let -- let's do this as a hypothetical:
22  Let's say that you've got a customer who wants travel mugs,
23  and you've told him that you can get this customer a
24  thousand of them for $3.25.  The customer says we want to be
25  able to buy it for $3.  We don't want to pay 3.25.
```

47

CONFIDENTIAL TESTIMONY

```
 1              Is there any procedure within Creative Marketing
 2   Concepts as to how the sales rep is supposed to respond to a
 3   request from a client like that?
 4        A.   Again, we try to price for perfection.  So we would
 5   treat it on a case-by-case basis, as a rule, with a minor
 6   difference like that where the job would still be
 7   profitable.
 8             A lot of times the -- we would give a very fast yes
 9   to the -- to the rep to make that distinction.  Although --
10   to make that -- that discount.  Although we might, in fact,
11   say if the client's asking for that, you know what, let's
12   give them even a better price than that.
13        Q.   What does price for perfection mean?
14        A.   Price for perfection means that you understand all
15   of the -- the influences that you can understand that are
16   coming to bear on that particular job.
17             So, again, is it how motivated is the client to
18   act?  Are any a rush?  Or do they have three months to get
19   the product?
20             Are they --
21        Q.   These -- I'm sorry, go ahead.
22        A.   Are they a client that is not price sensitive, and
23   they only care about good service?  Is there someone else at
24   that client company that might come cross this pricing that
25   could be embarrassing to us because we've charged them one
```

The Souza Group
(925) 846-8831

CONFIDENTIAL TESTIMONY

```
 1    price, and we've charged the other person at this client
 2    firm another price?
 3           There's a lot of -- how much do they like us is an
 4    important component to determining the price.
 5        Q.  These considerations that go into pricing for
 6    perfection, does Creative Marketing Concepts have a list
 7    somewhere that identifies what the components to pricing for
 8    perfection are?
 9        A.  We have a first draft, a working draft, that we've
10    introduced at a sales meeting to lay out the key -- the
11    initial key areas that we would want considered relative to
12    a prospect or a new -- or -- or an existing client.
13        Q.  Now, these considerations that go into pricing for
14    perfection, are they developed based on the relationship
15    between the sales rep and the customer contact?
16           MR. BOYD:  To clarify, are you referring to the --
17    the specific points that would be taken into account on --
18    on sort of a case-by-case basis?  Or are you referring to
19    the actual working draft document that Mr. Lillge is
20    referring to.
21           MR. WARD:  I'm not referring to the working draft.
22        Q.  I'm going back to some of the criteria that you
23    identified earlier --
24        A.  Yes.
25        Q.  -- for example, the time sensitiveness of the --
```

49

CONFIDENTIAL TESTIMONY

```
1    them for $3.20, and you've talked about pricing for
2    perfection.  Who makes the ultimate decision on whether you
3    will sell this travel mug to that hypothetical client at
4    less than the suggested retail price?
5         A.  So the reps are authorized to sell at catalog
6    price, as a rule.
7             The -- if they go off book -- would be one way to
8    talk about this concept that you're describing -- then at a
9    certain dollar amount they would be -- and depending on the
10   experience of the rep, that dollar amount changes -- they
11   would be required to talk to their manager.
12        Q.  Okay.  So they have some discretion to go off book,
13   off the suggested retail price in the catalog?
14        A.  Correct.
15        Q.  Within a certain limit?
16        A.  Correct.
17        Q.  And that limit varies from sales rep to sales rep?
18        A.  Correct.
19        Q.  Based on their level of experience and trust that
20   you have in them?
21        A.  Yes.
22        Q.  Okay.  Who determined the amounts by which the reps
23   could go off book in terms of pricing?
24        A.  Management.
25        Q.  Okay.  Who specifically did that?
```

52

STATE OF CALIFORNIA           ]
                              ]
COUNTY OF ALAMEDA             ]

      I, Denise Wheeler, hereby certify that the witness in the foregoing deposition was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth in the within-entitled cause; that said deposition was taken at the time and place therein stated; that the testimony of said witness was reported by me, a Certified Shorthand Reporter and disinterested person, and was thereafter transcribed into typewriting, and that the pertinent provisions of the applicable code or rules of civil procedure relating to the notification of the witness and counsel for the parties hereto of the availability of the original transcript of the deposition for reading, correcting and signing have been met.

      And I further certify that I am not of counsel or attorney for either or any of the parties to said deposition, nor in any way interested in the outcome of the cause named in said action.

DATED: JUN 1 2 2007

*Denise Wheeler*

Denise Wheeler, C.S.R. No 8254