1  HARVEY SISKIND LLP
   IAN K. BOYD (State Bar No. 191434)
2  Iboyd@harveysiskind.com
   SETH I. APPEL (State Bar No. 233421)
3  Sappel@harveysiskind.com
   Four Embarcadero Center, 39th Floor
4  San Francisco, California 94111
   Telephone: (415) 354-0100
5  Facsimile:  (415) 391-7124

6  Attorneys for Plaintiff
   Mark Lillge d/b/a Creative Marketing Concepts
7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12  MARK LILLGE d/b/a CREATIVE                Case No.  C 07-02748 MHP
    MARKETING CONCEPTS,
13
                                              **DECLARATION OF LEANNE STEIN IN
14                    Plaintiff,              SUPPORT OF PLAINTIFF'S
                                              OPPOSITION TO DEFENDANTS'
15       vs.                                  MOTION TO DISSOLVE PRELIMINARY
                                              INJUNCTION, OR, IN THE
16  ANDREW VERITY and CHRISTINA               ALTERNATIVE, INCREASE BOND AND
    CHANG.                                    FOR PRELIMINARY INJUNCTION
17                                            AGAINST PLAINTIFF**

18                    Defendants.
                                              **Date:  April 7, 2008**
19                                            **Time:  2:00 p.m.**
                                              **Court: Honorable Marilyn Hall Patel**
20

21       I, Leanne Stein, declare as follows:

22       1.      I am over the age of eighteen years.  I make this declaration freely and of my own

23  personal knowledge.  If I were called as a witness, I could and would competently testify to the

24  matters set forth.

25       2.      I am employed at Creative Marketing Concepts ("CMC").  As part of my job duties at

26  CMC, I am often tasked by Mark Lillge, the President of CMC, with stocking the showroom floor

27  with promotional products merchandise.

28

1        3.    There are several different types of products that we display on the showroom floor so

2    that any walk-in customers may get a sense of different options regarding different products.  Some

3    of the goods that we display are "blank" goods (i.e. those that do not display any company name or

4    logo).  Still other goods simply bear the CMC brand name.  Additional goods bear the name of the

5    plant supplying the goods.  Still others bear the names of companies which are not customers of

6    CMC, but are provided by our suppliers as samples.

7        4.    Of all the goods on our showroom floor, I estimate that at any given time no more than

8    twenty percent of these goods actually bear company names or logos of actual CMC customers.  In

9    addition, a substantial portion of those 20% of goods bearing the names of actual CMC customers

10   would not contain sufficient information to advise anyone visiting our showroom from where the

11   item was obtained.  For example, a coffee mug that has the Wells Fargo logo on it would not inform

12   anyone which branch, department, or office of Wells Fargo, out of its numerous nationwide locations,

13   had purchased the mugs.

14       I declare under penalty of perjury under the laws of the State of California that the foregoing

15   is true and correct and that this declaration was executed this __14__ th day of March 2008, in San

16   Francisco, California.

17   _____

                           Leanne Stein

18

19

20

21