1   RICHARD HARRINGTON (SBN 28099)
    CHANDLER WOOD HARRINGTON & MAFFLY LLP
2   One Maritime Plaza, Fourth Floor
    San Francisco, California 94111 3404
3   Telephone:  415 421 5484
    Facsimile:  415 986 4874
4   Email:      harr@well.com

5   ROBERT CHARLES WARD (SBN 160824)
    SHARTSIS FRIESE LLP
6   One Maritime Plaza, Eighteenth Floor
    San Francisco, California 94111 3404
7   Telephone:  415 421 6500
    Facsimile:  415 421 2922
8   Email:      rward@sflaw.com

9   C. ANGELA DE LA HOUSAYE (SBN 144218)
    BRENDAN J. DOOLEY (SBN 162880)
10  KARYNE T. GHANTOUS (SBN 191309)
    DE LA HOUSAYE & ASSOCIATES, ALC
11  1655 N. Main Street, Suite 395
    Walnut Creek, California 94596
12  Telephone:  (925) 944-3300
    Facsimile:  (925) 944-3343
13  Email:      angela@delahousayelaw.com
                brendan@delahousayelaw.com
14              karyne@delahousayelaw.com

15  Attorneys for Defendants
    ANDREW VERITY AND CHRISTINA CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MARK LILLGE D/B/A CREATIVE MARKETING CONCEPTS,<br><br>   Plantiff,<br><br>v.<br><br>ANDREW VERITY AND CHRISTINA CHANG,<br><br>   Defendants. | Case No: C-07-02748 MHP<br><br>**DEFENDANTS ANDREW VERITY AND CHRISTINA CHANG'S NOTICE OF MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY**<br><br>Date:  April 23, 2008<br>Time:  3:00 p.m.<br>Dept:  Courtroom 15, 18th Floor<br>Judge: Hon. Marilyn H. Patel<br><br>Complaint Filed: May 25, 2007<br>Trial Date: None Set |
|---|---|

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 23, 2008 at 3:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 15 before the Honorable Marilyn Hall Patel, of the above-entitled Court located at 450 Golden Gate Avenue, San Francisco, California, Defendants will, and hereby do, move under Federal Rule OF Civil Procedure 37 for further responses to discovery, including, but not limited to, Plaintiff's identification of the trade secrets he claims were misappropriated with reasonable particularity; Plaintiff's testimony regarding the facts and circumstances surrounding Defendant Verity's termination from CMC, including, but not limited to, the specific topics that Plaintiff refused to provide answers to during his deposition on June 6, 2007; and an award to Defendants of their legal fees and costs incurred as part of this motion.

This Motion is based upon this Notice of Motion, and the Declarations of Robert Charles Ward, Esq. and Brendan J. Dooley, Esq. filed concurrently. This Motion is also based on all pleadings and records on file herein, on all matters on which judicial notice may be taken, and upon such other and further matters as may be presented at or before the time of hearing.

Dated: March 18, 2008

DE LA HOUSAYE & ASSOCIATES, ALC

By: _____
BRENDAN J. DOOLEY

Attorneys for Defendants
ANDREW VERITY AND CHRISTINA CHANG