RICHARD HARRINGTON (SBN 28099)
CHANDLER WOOD HARRINGTON & MAFFLY LLP
One Maritime Plaza, Fourth Floor
San Francisco, California 94111 3404
Telephone:   415 421 5484
Facsimile:   415 986 4874
Email:       harr@well.com

ROBERT CHARLES WARD (SBN 160824)
SHARTSIS FRIESE LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, California 94111 3404
Telephone:   415 421 6500
Facsimile:   415 421 2922
Email:       rward@sflaw.com

C. ANGELA DE LA HOUSAYE (SBN 144218)
BRENDAN J. DOOLEY (SBN 162880)
KARYNE T. GHANTOUS (SBN 191309)
DE LA HOUSAYE & ASSOCIATES, ALC
1655 N. Main Street, Suite 395
Walnut Creek, California 94596
Telephone:   (925) 944-3300
Facsimile:   (925) 944-3343
Email:       angela@delahousayelaw.com
             brendan@delahousayelaw.com
             karyne@delahousayelaw.com

Attorneys for Defendants
ANDREW VERITY AND CHRISTINA CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE D/B/A CREATIVE MARKETING CONCEPTS,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW VERITY AND CHRISTINA CHANG,<br><br>Defendants. | Case No: C-07-02748 MHP<br><br>**DECLARATION OF BRENDAN J. DOOLEY IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY**<br><br>Date:   April 23, 2008<br>Time:   3:00 p.m.<br>Dept:   Courtroom 15, 18th Floor<br>Judge:  Hon. Marilyn H. Patel<br><br>Complaint Filed: May 25, 2007<br>Trial Date: None Set |

I, BRENDAN J. DOOLEY, declare as follows:

1. I am an attorney at law, licensed to practice law in all Courts in California and in the Federal District Courts within the State of California. I am senior litigation counsel at De La Housaye & Associates, A Law Corporation. The statements made herein are true as of my own knowledge and if called to testify, I could and would testify competently thereto.

2. I have spent 13 hours drafting Defendants' Motion To Compel Further Responses To Discovery and its supporting documents.

3. My customary billing rate is $ 285.00 per hour.

4. I anticipate that I will spend an additional 12 hours to review any opposition papers, prepare the reply, and to argue these motions. I estimate that the total fees associated with Defendants' Motion to Compel Further Responses to Discovery will not be less than Seven Thousand Dollars ($7,000.00). Defendants respectfully request an award of those fees and any costs associated with bringing this motion pursuant to Federal Rule of Civil Procedure 37.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 18, 2008 at Walnut Creek, California.

_____
BRENDAN J. DOOLEY