RICHARD HARRINGTON (SBN 28099)
CHANDLER WOOD HARRINGTON & MAFFLY LLP
One Maritime Plaza, Fourth Floor
San Francisco, California 94111-3404
Telephone:    415 421 5484
Facsimile:    415 986 4874
Email:        harr@well.com

ROBERT CHARLES WARD (SBN 160824)
SHARTSIS FRIESE LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, California 94111-3404
Telephone:    415 421 6500
Facsimile:    415 421 2922
Email:        rward@sflaw.com

C. ANGELA DE LA HOUSAYE (SBN 144218)
BRENDAN J. DOOLEY (SBN 162880)
KARYNE T. GHANTOUS (SBN 191309)
DE LA HOUSAYE & ASSOCIATES, ALC
1655 N. Main Street, Suite 395
Walnut Creek, California 94596
Telephone:    (925) 944-3300
Facsimile:    (925) 944-3343
Email:        angela@delahousayelaw.com
              brendan@delahousayelaw.com
              karyne@delahousayelaw.com

Attorneys for Defendants
ANDREW VERITY AND CHRISTINA CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE D/B/A CREATIVE MARKETING CONCEPTS,<br><br>Plantiff,<br><br>v.<br><br>ANDREW VERITY AND CHRISTINA CHANG,<br><br>Defendants. | Case No: C-07-02748 MHP<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS ANDREW VERITY AND CHRISTINA CHANG'S MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY**<br><br>Date:     April 23, 2008<br>Time:     3:00 p.m.<br>Dept:     Courtroom 15, 18th Floor<br>Judge:    Hon. Marilyn H. Patel<br><br>Complaint Filed: May 25, 2007<br>Trial Date: None Set |

On April 23, 2008, Defendants Andrew Verity and Christina Chang's Motion to Compel Further Responses to Discovery from the Plaintiff MARK LILLGE D/B/A CREATIVE MARKETING CONCEPTS came on before me for hearing. Defendants Andrew Verity and Christina Chang were represented by Brendan J. Dooley of De La Housaye & Associates, A Law Corporation. Plaintiff Mark Lillge was represented by Ian Boyd of Harvey Siskind LLP.

The Court, having considered the memoranda of points and authorities, declarations, exhibits, and other documents presented to the Court for the motion, and after full consideration of counsels' oral argument,

IT IS HEREBY ORDERED:

1. Plaintiff shall, within seven days, identify the trade secrets he claims were misappropriated with reasonable particularity, including but not limited to, the specific facts that make up each and every claimed trade secret. Plaintiff may not refer the Defendants to documents produced in discovery as the means to obtain such facts, but must provide the specific information pursuant to California Code of Civil Procedure §2019.210.

2. Defendants shall be permitted to depose Plaintiff regarding the facts and circumstances surrounding Defendant Verity's termination from CMC, including, but not limited to the specific topics that Plaintiff refused to provide answers to during his deposition on June 6, 2007.

3. Plaintiff shall pay Defendants' legal fees and costs incurred as part of this motion in the following amount $_____.

IT IS SO ORDERED.

Dated:

_____
HON. MARILYN HALL PATEL
United States District Judge