| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| | IAN K. BOYD (State Bar No. 191434) |
| 2 | iboyd@harveysiskind.com |
| | SETH I. APPEL (State Bar No. 233421) |
| 3 | sappel@harveysiskind.com |
| 4 | Four Embarcadero Center, 39th Floor |
| | San Francisco, California  94111 |
| 5 | Telephone:  (415) 354-0100 |
| | Facsimile:    (415) 391-7124 |
| 6 | |
| 7 | Attorneys for Plaintiff and Counterdefendant |
| | Mark Lillge d/b/a Creative Marketing Concepts |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, | Case No.  C 07-02748 MHP |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER** |
| v. | |
| ANDREW VERITY and CHRISTINA CHANG, | |
| Defendants. | |
| ANDREW VERITY and CHRISTINA CHANG, | |
| Counterclaimants, | |
| v. | |
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10, | |
| Counterdefendants. | |

---

SUBSTITUTION OF COUNSEL     Case No. C 07-02748 MHP

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiff and Counterdefendant Mark Lillge d/b/a Creative Marketing Concepts consents to and substitutes as its counsel in the above-captioned action the law firm of Donahue Gallagher Woods LLP, with offices at 300 Lakeside Drive, Suite 1900, Oakland, California 94612, telephone number (510) 451-0544 and facsimile number (510) 832-1486, in place of Harvey Siskind LLP.

Donahue Gallagher Woods LLP hereby accepts the substitution noted above.

DATED: March 19, 2008                DONAHUE GALLAGHER WOODS LLP

                                     By: _____

Harvey Siskind LLP hereby accepts the substitution described above.

DATED: March 20, 2008                HARVEY SISKIND LLP

                                     By: _____
                                         Seth I. Appel

Harvey Siskind LLP hereby requests permission from the Court to withdraw from its representation of Mark Lillge d/b/a Creative Marketing Concepts.

DATED: March 20, 2008                Respectfully submitted,

                                     HARVEY SISKIND LLP

                                     By: _____
                                         Seth I. Appel

- 1 -

SUBSTITUTION OF COUNSEL                                          Case No. C 07-02748 MHP