RICHARD HARRINGTON (SBN 28099)
CHANDLER WOOD HARRINGTON & MAFFLY LLP
One Maritime Plaza, Fourth Floor
San Francisco, California 94111 3404
Telephone:   415 421 5484
Facsimile:   415 986 4874
Email:       harr@well.com

ROBERT CHARLES WARD (SBN 160824)
SHARTSIS FRIESE LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, California 94111 3404
Telephone:   415 421 6500
Facsimile:   415 421 2922
Email:       rward@sflaw.com

C. ANGELA DE LA HOUSAYE (SBN 144218)
BRENDAN J. DOOLEY (SBN 162880)
KARYNE T. GHANTOUS (SBN 191309)
DE LA HOUSAYE & ASSOCIATES, ALC
1655 N. Main Street, Suite 395
Walnut Creek, California 94596
Telephone:   (925) 944-3300
Facsimile:   (925) 944-3343
Email:       angela@delahousayelaw.com
             brendan@delahousayelaw.com
             karyne@delahousayelaw.com

Attorneys for Defendants
ANDREW VERITY AND CHRISTINA CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE D/B/A CREATIVE MARKETING CONCEPTS,<br><br>Plantiff,<br><br>v.<br><br>ANDREW VERITY AND CHRISTINA CHANG,<br><br>Defendants. | Case No: C-07-02748 MHP<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANTS MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY**<br><br>Date: April 23, 2008<br>Time: 3:00 p.m.<br>Dept: 15<br><br>Complaint Filed: May 25, 2007<br>Trial Date: None Set |

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Defendants hereby withdraw their Motion to Compel Further Responses to Discovery originally set for hearing on April 23, 2008 at 3:00 p.m. before the Honorable Marilyn Hall Patel, so that the Court may address these issues via a discovery conference.

Dated: March 21, 2008

DE LA HOUSAYE & ASSOCIATES, ALC

By: _____
BRENDAN J. DOOLEY
Attorneys for Defendants
ANDREW VERITY AND CHRISTINA CHANG