| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| | IAN K. BOYD (State Bar No. 191434) |
| 2 | iboyd@harveysiskind.com |
| | SETH I. APPEL (State Bar No. 233421) |
| 3 | sappel@harveysiskind.com |
| 4 | Four Embarcadero Center, 39th Floor |
| | San Francisco, California 94111 |
| 5 | Telephone: (415) 354-0100 |
| | Facsimile: (415) 391-7124 |
| 6 | |
| 7 | Attorneys for Plaintiff and Counterdefendant |
| | Mark Lillge d/b/a Creative Marketing Concepts |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, | Case No. C 07-02748 MHP |
| Plaintiff, | [PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL |
| v. | |
| ANDREW VERITY and CHRISTINA CHANG, | |
| Defendants. | |
| ANDREW VERITY and CHRISTINA CHANG, | |
| Counterclaimants, | |
| v. | |
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10, | |
| Counterdefendants. | |

1   Plaintiff and Counterdefendant Mark Lillge d/b/a Creative Marketing Concepts consents to and
2   substitutes as its counsel in the above-captioned action the law firm of Donahue Gallagher Woods LLP,
3   with offices at 300 Lakeside Drive, Suite 1900, Oakland, California 94612, telephone number 510-451-
4   0544 and facsimile number 510-832-1486, in place of Harvey Siskind LLP.
5   Having considered the Notice of Substitution of Counsel, and finding good cause therefore, IT
6   IS HEREBY ORDERED that the law firm of Donahue Gallagher Woods LLP is substituted as
7   counsel in place and instead of Harvey Siskind LLP.

9   Dated: __March 20___, 2008



- 1 -

SUBSTITUTION OF COUNSEL                                           Case No. C 07-02748 MHP