1   WILLIAM R. HILL, #114954
     rock@donahue.com
2   ANDREW S. MACKAY, #197074
     andrew@donahue.com
3   SARA J. ROMANO, #227467
     sromano@donahue.com
4   DONAHUE GALLAGHER WOODS LLP
    Attorneys at Law
5   300 Lakeside Drive, Suite 1900
    Oakland, California  94612-3570
6   P.O. Box 12979
    Oakland, California  94604-2979
7   Telephone:    (510) 451-0544
    Facsimile:    (510) 832-1486
8

   Attorneys for Plaintiff/Counterdefendant
9   MARK LILLGE d/b/a CREATIVE
    MARKETING CONCEPTS
10

11                    UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                 SAN FRANCISCO DIVISION

14

15

16   MARK LILLGE d/b/a CREATIVE       CASE NO.  C 07-02748 MHP
    MARKETING CONCEPTS,
17                         NOTICE OF APPEARANCE
           Plaintiff,
18

19      v.

20   ANDREW VERITY and CHRISTINA
    CHANG,
21           Defendants.

22
   ANDREW VERITY and CHRISTINA
23   CHANG,

24           Counterclaimants,

25      v.

26   MARK LILLGE d/b/a CREATIVE
    MARKETING CONCEPTS, and DOES 1-
27   10,

28          Counterdefendants.

1    TO THE COURT AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS

2   OF RECORD:

3    PLEASE TAKE NOTICE that William R. Hill, Andrew S. MacKay, and Sara J. Romano

4   of Donahue Gallagher Woods LLP, with offices located at 300 Lakeside Drive, Suite 1900,

5   Oakland, California 94612, telephone number (510) 451-0544 and facsimile number (510) 832-

6   1486, hereby appear as counsel for Plaintiff and Counterdefendant, Mark Lillge d/b/a Creative

7   Marketing Concepts.

8

9   Dated:  March 26, 2008                    DONAHUE GALLAGHER WOODS LLP

10

11                                            By: __/s/_____
                                                  William R. Hill
12                                                Andrew S. MacKay
                                                  Sara J. Romano
13                                                Attorneys for Plaintiff/Counterdefendant
                                                  MARK LILLGE d/b/a CREATIVE MARKETING
14                                                CONCEPTS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    -1-                    NOTICE OF APPEARANCE

                                                           CASE NO. C 07-02748 MHP