| | |
|---|---|
| 1 | WILLIAM R. HILL, #114954 |
|   | rock@donahue.com |
| 2 | ANDREW S. MACKAY, #197074 |
|   | andrew@donahue.com |
| 3 | SARA J. ROMANO, #227467 |
|   | sromano@donahue.com |
| 4 | DONAHUE GALLAGHER WOODS LLP |
|   | Attorneys at Law |
| 5 | 300 Lakeside Drive, Suite 1900 |
|   | Oakland, California 94612-3570 |
| 6 | P.O. Box 12979 |
|   | Oakland, California 94604-2979 |
| 7 | Telephone:  (510) 451-0544 |
|   | Facsimile:   (510) 832-1486 |
| 8 | |
|   | Attorneys for Plaintiff/Counterdefendant |
| 9 | MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 16 | MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, | CASE NO. C 07-02748 MHP |
| 17 | Plaintiff, | NOTICE OF APPEARANCE |
| 18 | v. | |
| 19 | ANDREW VERITY and CHRISTINA CHANG, | |
| 20 | | |
| 21 | Defendants. | |
| 22 | | |
| 23 | ANDREW VERITY and CHRISTINA CHANG, | |
| 24 | Counterclaimants, | |
| 25 | v. | |
| 26 | MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10, | |
| 27 | | |
| 28 | Counterdefendants. | |

1  TO THE COURT AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS
2  OF RECORD:
3      PLEASE TAKE NOTICE that William R. Hill, Andrew S. MacKay, and Sara J. Romano
4  of Donahue Gallagher Woods LLP, with offices located at 300 Lakeside Drive, Suite 1900,
5  Oakland, California 94612, telephone number (510) 451-0544 and facsimile number (510) 832-
6  1486, hereby appear as counsel for Plaintiff and Counterdefendant, Mark Lillge d/b/a Creative
7  Marketing Concepts.

9  Dated: March 26, 2008      DONAHUE GALLAGHER WOODS LLP

11      By: /s/
12        William R. Hill
       Andrew S. MacKay
13        Sara J. Romano
       Attorneys for Plaintiff/Counterdefendant
14        MARK LILLGE d/b/a CREATIVE MARKETING
       CONCEPTS