WILFRID F. ROBERGE, JR.*
ANDREW W. LAPRENZ
GEORGE J. BARRON
LAWRENCE K. ROCKWELL
ERIC W. DONEY
JONATHAN M. WONG
JOHN J. COPPINGER
WILLIAM R. HILL
MICHAEL J. DALTON
DOUGLAS A. CROSBY
JULIE E. HOFER
JONATHAN N. OSDER
STEVEN K. LEE
ANDREW S. MACKAY
JOHN C. KIRKE
STEPHEN C. GUSTAVSON
BRUCE S. EADS
ARIANA S. HAWBECKER
SARA M. BRAUN
ERIC A. HANDLER
PAUL R. CHAVEZ
CARRIE N. SCHNEIDER
ANNETTE M. KNOX*
JAYNE M. DE YOUNG
JOSHUA M. CAPLAN
JOCELYN M. BELLONI
SARA J. ROMANO

* CERTIFIED SPECIALIST IN ESTATE PLANNING, PROBATE AND TRUST LAW BY THE STATE BAR OF CA BOARD OF LEGAL SPECIALIZATION

LAW OFFICES OF

# DONAHUE GALLAGHER WOODS

LLP

FOUNDED 1918

300 LAKESIDE DRIVE
SUITE 1900
OAKLAND, CALIFORNIA 94612-3570

MAILING ADDRESS
P.O. BOX 12979
OAKLAND, CALIFORNIA 94604-2979

TELEPHONE          FACSIMILE
(510) 451-0544    (510) 832-1486

www.donahue.com

JOSEPH A. WOODS, JR.
OF COUNSEL

BRUCE D. GILLIES
OF COUNSEL

HARRISON S. ROBINSON
OF COUNSEL

WILLIAM H. DONAHUE
(1871-1948)

JAMES E. GALLAGHER
(1911-1981)

-----

MARIN OFFICE
591 REDWOOD HIGHWAY
SUITE 1200
MILL VALLEY, CA 94941
(415) 381-4161

WALNUT CREEK OFFICE
1646 NORTH CALIFORNIA BOULEVARD
SUITE 310
WALNUT CREEK, CA 94596
(925) 746-7770

MONTEREY PENINSULA
(831) 372-7740

March 26, 2008

**VIA E-FILING AND HAND-DELIVERY**

The Honorable Marilyn Hall Patel
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 15, 18th Floor
San Francisco, California 94102

    Re:    Mark Lillge d/b/a Creative Marketing Concepts v. Andrew Verity, et al.
              U.S. District Court Case No. C07-02748 MHP

Dear Judge Patel:

    This law firm is counsel to plaintiff in the above action. I write pursuant to Local Rule 37-1 and the Court's Standing Order to request a telephonic discovery conference. As Ian Boyd, former counsel for plaintiff, indicated in voicemail messages to Mr. Bowser on March 19 and March 20, there is an outstanding discovery dispute regarding certain documents which defendants refuse to produce. These documents pertain in part to certain suppliers with whom defendants have transacted business since leaving plaintiff's employ. Plaintiff suspects that these documents may confirm, among other things, that defendants used plaintiff's artwork and confidential information regarding prior customer orders to secure new orders with these same suppliers for these same customers for defendants' own business.

    Plaintiff requires this information before completing follow up depositions of the defendants in this matter, and in addition may need to promptly issue document subpoenas to certain of these suppliers, depending upon the information disclosed by defendants.

The Honorable Marilyn Hall Patel
March 26, 2008
Page 2

    The parties have met and conferred in compliance with Local Rule 37. Brendan Dooley, counsel for defendants, has advised me that he will be out of the office next week. Accordingly, I request that the Court set the conference for some time this Friday, March 28, on which Mr. Boyd, Mr. Dooley and I would participate.

    I inquired yesterday with Mr. Dooley about his availability for a particular time on Friday, but have not yet received an answer. I am also aware that Mr. Boyd sent an e-mail on March 12 to defendants' counsel specifically requesting a mutually agreeable time for a discovery conference, to which he did not receive a response. Given that time is of the essence, and Mr. Dooley's impending absence from the office, plaintiff cannot wait any longer for defendants.

    Should the Court wish, I am happy to submit a short letter brief detailing the specific discovery requests at issue, and I can have such a letter to the Court by Thursday, March 27.

    I look forward to hearing from the Court.

                             Respectfully submitted,

                             DONAHUE GALLAGHER WOODS LLP

                             Andrew S. MacKay

ASM:pjt

cc:    Brendan Dooley, Esq. (Counsel for Defendants)