| | |
|---|---|
| 1 | WILLIAM R. HILL, #114954 |
|   |   rock@donahue.com |
| 2 | ANDREW S. MACKAY, #197074 |
|   |   andrew@donahue.com |
| 3 | SARA J. ROMANO, #227467 |
|   |   sromano@donahue.com |
| 4 | DONAHUE GALLAGHER WOODS LLP |
|   | Attorneys at Law |
| 5 | 300 Lakeside Drive, Suite 1900 |
|   | Oakland, California  94612-3570 |
| 6 | P.O. Box 12979 |
|   | Oakland, California  94604-2979 |
| 7 | Telephone:    (510) 451-0544 |
|   | Facsimile:    (510) 832-1486 |
| 8 | |
|   | Attorneys for Plaintiff/Counterdefendant |
| 9 | MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 16 | MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, | CASE NO.  C 07-02748 MHP |
| 17 | | NOTICE OF APPEARANCE |
|    | Plaintiff, | |
| 18 | | |
|    | v. | |
| 19 | | |
|    | ANDREW VERITY and CHRISTINA CHANG, | |
| 20 | | |
| 21 | Defendants. | |
| 22 | | |
|    | ANDREW VERITY and CHRISTINA CHANG, | |
| 23 | | |
| 24 | Counterclaimants, | |
| 25 | v. | |
| 26 | MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10, | |
| 27 | | |
| 28 | Counterdefendants. | |

TO THE COURT AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that William R. Hill, Andrew S. MacKay, and Sara J. Romano of Donahue Gallagher Woods LLP, with offices located at 300 Lakeside Drive, Suite 1900, Oakland, California 94612, telephone number (510) 451-0544 and facsimile number (510) 832-1486, hereby appear as counsel for Plaintiff and Counterdefendant, Mark Lillge d/b/a Creative Marketing Concepts.

Dated: March 26, 2008         DONAHUE GALLAGHER WOODS LLP

By: __/s/_____
William R. Hill
Andrew S. MacKay
Sara J. Romano
Attorneys for Plaintiff/Counterdefendant
MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS