# DE LA HOUSAYE & ASSOCIATES
### A LAW CORPORATION

| | | |
|---|---|---|
| LOS ANGELES OFFICE | SAN FRANCISCO OFFICE | WALNUT CREEK OFFICE |
| 11755 WILSHIRE BLVD. | 425 MARKET STREET | 1655 N. MAIN STREET |
| FIFTEENTH FLOOR | TWENTY-SECOND FLOOR | SUITE 395 |
| LOS ANGELES, CA 90025 | SAN FRANCISCO, CA 94105 | WALNUT CREEK, CA 94596 |
| TELEPHONE (310) 445-1545 | TELEPHONE (415) 495-9520 | TELEPHONE (925) 944-3300 |
| FACSIMILE (310) 445-1546 | FACSIMILE (415) 495-9521 | FACSIMILE (925) 944-3343 |

March 26, 2008

**VIA E-FILING &
FEDERAL EXPRESS**

The Honorable Marilyn Hall Patel
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 15, 18th Floor
San Francisco, CA 94102

   Re: Mark Lillge d/b/a Creative Marketing Concepts v. Andrew Verity, et al.
      U.S. District Court Case No. C07-02748 MHP

Dear Judge Patel:

  I am in receipt of Mr. MacKay's letter of this morning. The Defendants also have a discovery dispute that requires your attention. I have attached hereto briefing regarding Defendants' need for Plaintiff to identify with "reasonable particularity" his claimed trade secrets. Resolution of this issue appears to be a prerequisite to resolution of the issue raised in Mr. MacKay's letter, pursuant to the language of California Code of Civil Procedure §2019.210.

  I am available all day Thursday and am available through the early afternoon on Friday, but need to depart for a prepaid vacation with my children by 3:00 p.m. on Friday, March 25, 2008. I will return on April 9, 2008 but my co-counsel Richard Harrington will also be available next week if the proposed timing does not fit with the Court's schedule.

  Thank you in advance for your consideration of this matter.

              Very truly yours,

              Brendan J. Dooley, Esq.

BJD:mss
cc: all counsel
*Enclosures*