RICHARD HARRINGTON (SBN 28099)
CHANDLER WOOD HARRINGTON & MAFFLY LLP
One Maritime Plaza, Fourth Floor
San Francisco, California 94111 3404
Telephone:     415 421 5484
Facsimile:     415 986 4874
Email:         harr@well.com

ROBERT CHARLES WARD (SBN 160824)
SHARTSIS FRIESE LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, California 94111 3404
Telephone:     415 421 6500
Facsimile:     415 421 2922
Email:         rward@sflaw.com

C. ANGELA DE LA HOUSAYE (SBN 144218)
BRENDAN J. DOOLEY (SBN 162880)
KARYNE T. GHANTOUS (SBN 191309)
DE LA HOUSAYE & ASSOCIATES, ALC
1655 N. Main Street, Suite 395
Walnut Creek, California 94596
Telephone:     (925) 944-3300
Facsimile:     (925) 944-3343
Email:         angela@delahousayelaw.com
               brendan@delahousayelaw.com
               karyne@delahousayelaw.com

Attorneys for Defendants
ANDREW VERITY AND CHRISTINA CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE D/B/A CREATIVE MARKETING CONCEPTS,<br><br>Plantiff,<br><br>v.<br><br>ANDREW VERITY AND CHRISTINA CHANG,<br><br>Defendants. | Case No: C-07-02748 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARINGS ON DEFENDANTS MOTION TO DISSOLVE INJUNCTION, AND PLAINTIFF'S MOTIONS TO STRIKE THE EXPERT REPORTS OF JEFFREY MEYERS AND MILES LOCKER**<br><br>Current Date:  April 7, 2008<br>Preferred Date: April 14, 2008<br>Time:  2:00 p.m.<br>Dept:  15<br>Judge:  Hon. Marilyn H. Patel<br>Complaint Filed: May 25, 2007<br>Trial Date: None Set |

The Parties currently have three motions pending which are all set for hearing on April 7, 2008 at 2:00 p.m.;

WHEREAS, the Court has not yet ruled on the parties' motions; and

WHEREAS, Defendants have requested a continuance of the hearing date to allow Defendants' counsel, Brendan J. Dooley, to argue the motions, thereby conserving additional attorney related costs that would be incurred if another of Defendants' counsel needed to argue the motions; and

WHEREAS, Plaintiff does not object to Defendants' request;

Accordingly, the parties agree as follows:

1. Defendants' Motion to Dissolve and/or Modify the Preliminary Injunction, Increase Bond and for a Preliminary Injunction against the Plaintiff shall be continued from April 7, 2008 to April 14, 2008 at 2:00 p.m.;

2. Plaintiff's Motion to Strike the Expert Report of Miles Locker shall be continued from April 7, 2008 to April 14, 2008 at 2:00 p.m.;

3. Plaintiff's Motion to Strike the Expert Report of Jeffrey Meyers shall be continued from April 7, 2008 to April 14, 2008 at 2:00 p.m.

DATED: _____

DONAHUE GALLAGHER WOODS, LLP
ANDREW S. MACKAY

By _____/ S /_____
Andrew S. MacKay
Attorneys for Plaintiff
Mark Lillge d/b/a Creative Marketing Concepts

DATED: _____

DE LA HOUSAYE & ASSOCIATES, ALC
BRENDAN J. DOOLEY

By _____/ S /_____
Brendan J. Dooley
Attorneys for Defendants
Andrew Verity & Christina Chang

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2008

_____
Honorable Marilyn Hall Patel
United States District Court

1  I hereby attest, pursuant to General Order 45, Section X.B., that I have on file all holograph signatures
2  for any signatures indicated by a conformed signature (/S/) within this electronically filed document.

                                              / S /

                                  BRENDAN J. DOOLEY, ESQ.