UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LILLGE, | No. C 07-02748 MHP |
|     Plaintiff(s), | **CLERK'S NOTICE**<br>**(Rescheduling Hearing)** |
|   v. | |
| ANDREW VERITY, | |
|     Defendant(s).              / | |

    Pursuant to stipulation of parties, the hearing of the motion(s) in this matter currently on calendar for April 7, 2008, is hereby RESCHEDULED to **Monday, April 14, 2008, at 2:00 p.m.**

                                           Richard W. Wieking
                                           Clerk, U.S. District Court

Dated: April 2, 2008                                Anthony Bowser, Deputy Clerk to the
                                                Honorable Marilyn Hall Patel

**United States District Court**
For the Northern District of California