1  WILLIAM R. HILL, #114954
    rock@donahue.com
2  ANDREW S. MACKAY, #197074
    andrew@donahue.com
3  SARA J. ROMANO, #227467
    sromano@donahue.com
4  DONAHUE GALLAGHER WOODS LLP
   Attorneys at Law
5  300 Lakeside Drive, Suite 1900
   Oakland, California  94612-3570
6  P.O.  Box 12979
   Oakland, California  94604-2979
7  Telephone:     (510) 451-0544
   Facsimile:     (510) 832-1486
8
   Attorneys for Plaintiff/Counterdefendant
9  MARK LILLGE d/b/a CREATIVE
   MARKETING CONCEPTS
10

11                       UNITED STATES DISTRICT COURT

12                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                             SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, | CASE NO.  C 07-02748 MHP |
| 16 | PLAINTIFF'S WITNESS LIST |
| 17              Plaintiff, | Date:     May 6, 2008 |
| 18       v. | Time:     8:30 a.m.<br>Dept.:    Courtroom 15, 18th Floor |
| 19  ANDREW VERITY and CHRISTINA CHANG, | Judge:    Hon. Marilyn H. Patel |
| 20              Defendants. | |
| 21 | |
| 22  ANDREW VERITY and CHRISTINA CHANG, | |
| 23              Counterclaimants, | |
| 24       v. | |
| 25  MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10, | |
| 26 | |
| 27              Counterdefendants. | |
| 28 | |

Pursuant to Federal Rule of Civil Procedure 26(a)(3), Plaintiff and Counterdefendant Mark Lillge d/b/a Creative Marketing Concepts ("Plaintiff") hereby submits his witness list.

## WITNESS LIST

Plaintiff expects to present the following witnesses:

1. Bruce Molloy
   6400 Christie Avenue, #4401
   Emeryville, California 94608

2. Dr. Richard Beery
   921 The Alameda
   Berkeley, California 94707

3. Gina Lee
   Chevron Federal Credit Union
   9th Floor
   475 14th Street
   Oakland, California 94607

4. Dr. Richard Chambers
   America's Return, Inc.
   1600 Shattuck Avenue, Suite 214
   Berkeley, California

5. Jocelyn Dizon, c/o Plaintiff's counsel

6. Michael Carolla
   Touchstone Counseling
   140 Mayher Way, Suite 606
   Pleasant Hill, California 94523

7. Jon A. Berryhill, c/o Plaintiff's counsel

8. Michelle Chan
   525 Market Street
   MAC A01-3-221
   San Francisco, California 94105

9. John Marlow
   Entrepreneurs Law Group, LLP
   Spear Tower
   One Market Street, 36th Floor
   San Francisco, California 94105

10. Jeff Weinstein, c/o Plaintiff's counsel

11. Andrew Verity, c/o Defendants' counsel

12. Christina Chang, c/o Defendants' counsel

Plaintiff will present the following witnesses should the need arise:

1. Leanne Stein, c/o Plaintiff's counsel

2. Heidi Hua
   Federal Occupational Health
   50 UN Plaza Room 443
   San Francisco, California 94102

3. Henry Pacheco
   Horizons Foundation
   870 Market Street
   Suite 728
   San Francisco, California 94102

4. Maury Silverman, c/o Plaintiff's counsel

5. Scott Paro
   San Francisco Health Plan
   201 3rd Street, 7th Floor
   San Francisco, California 94103

6. Art Tung
   Fabrix Inc.
   857 Thorton Street
   San Leandro, California 94577

7. Deepak Chandrasekhar
   Headmost International
   1910 Proforma Street
   Ontario, California 91761

8. Francesco Indrio
   Alpi International
   1685 -34th Street
   Oakland, California 94608

9. Loc Huynh
   Blue Regal
   3156 San Jose Avenue
   San Francisco, Ca 94112

10. John Seufeung
    Zeuf Design Works
    5331 Airport Way S
    Seattle, Washington 98108

11. Joanna Zhou
    Save On Stitch
    1729 Powell Street
    Vancouver, BC V5L 1H7 Canada

12. Charles Aronowitz
    4566 Ave Hampton
    Montreal QC H4A2L4

Dated: April 14, 2008               Respectfully submitted,

                                    DONAHUE GALLAGHER WOODS LLP


                                    By: _____/s/_____
                                        William R. Hill
                                        Attorneys for Plaintiff
                                        MARK LILLGE d/b/a CREATIVE MARKETING
                                        CONCEPTS

-3-