UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case No.:     **C07-02748 MHP**                               Date:  **May 6, 2008**

# MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS v. ANDREW VERITY AND CHRISTINA CHANG

(X) PLAINTIFF'S   ( ) DEFENDANT'S

# EXHIBIT LIST

**EXHIBITS THAT PLAINTIFF EXPECTS TO OFFER:**

| EXHIBIT NUMBER | DATE MARKED / DATE ADMITTED | DESCRIPTION |
|---|---|---|
| 1 | | Plaintiff's Identification of Trade Secrets; dated 6/1/07 |
| 2 | | Declaration of Mark Lillge ("Lillge") In Support of Plaintiff's Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Issue; executed May 29, 2007 |
| 3 | | "Agreement between Mark Lillge and Andrew Verity regarding Creative Marketing Concepts," unsigned, handwritten notes indicate "April 2002" |
| 4 | | 4/26/07, E-mail from Bruce Molloy ("Molloy") to "Rose" at Creative Marketing Concepts ("CMC"); subject: "Andy Verity Final Check" |
| 5 | | 4/27/07 Letter to Andrew Verity ("Verity") from Molloy |
| 6 | | 3/23/07 E-mail chain between Christina Chang ("Chang") and Lillge; subject: "I was laughing…" |
| 7 | | "Confidential Employment, Repurchase and Release Agreement," ("Confidentiality Agreement") to be entered into by Chang and Verity and CMC |
| 8 | | 4/26/07 E-mail from Lillge to Verity; subject: "Final Offer" |
| 9 | | 5/11/07 E-mail from Molloy to Chang, confirming Chang's termination of employment from CMC |
| 10 | | Excerpts from CMC Employee Handbook (pages 3-8); dated 2006; excerpts (pages 2-4) of Employee Handbook; dated 2/5/07 |
| 13 | | Verity and Chang's Answer to Complaint and Counterclaim; filed 7/6/07 |

Case No.:   **C07-02748 MHP**                                Date:  **May 6, 2008**

# MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS V. ANDREW VERITY AND CHRISTINA CHANG

(**X**) PLAINTIFF'S     ( ) DEFENDANT'S

## EXHIBIT LIST
**PAGE 2 of 19**

| EXHIBIT NUMBER | DATE MARKED / DATE ADMITTED | | DESCRIPTION |
|---|---|---|---|
| 14 | | | CMC Employee Handbook; revised 8/3/06 |
| 15 | | | Agreement Regarding Confidential Information, Intellectual Property Non-Solicitation (8 pages), unsigned; dated 2006 |
| 16 | | | Declaration of Andrew Verity In Opposition to Motion for Temporary Restraining Order; filed 7/6/07 |
| 17 | | | 8/4/06 E-mail chain between Richard Chambers ("Chambers") and Verity; subject: "Code Red" |
| 18 | | | 6 page typed document with handwritten notes (identified by Verity as a copy of a letter given to Verity by Lillge), handwritten notes date document September – October 2006; produced at Verity deposition |
| 19 | | | 4/12/07 E-mail from Verity to undisclosed recipients; subject: "New Contact Details" |
| 20 | | | 5/11/07 E-mail chain between Chang and Tess Pascual ("Pascual") subject:  "Today is my last day.  Thank you for your support.  Christina" |
| 21 | | | 5/11/07 E-mail from Celine Rose ("Rose") at Delta Dental to Chang; subject: "Hi" |
| 22 | | | Declaration of Chang in Opposition to Motion for Temporary Restraining Order; executed 5/31/07, and its Exhibit A |
| 23 | | | Declaration of Chang in Opposition to Motion for Temporary Restraining Order; executed 6/27/07, and its Exhibit A |
| 24 | | | 1/31/07 E-mail from Chang to Lillge; subject: "Important Client Info!  Attention required." |
| 25 | | | 4/4/07 E-mail from Chang to Lillge; subject: "customer visit" |
| 26 | | | 7/31/06 E-mail from Paola Lari ("Lari") to Lille; subject: "office disagreement" |

Case No.:    **C07-02748 MHP**                Date:  **May 6, 2008**

# MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS V. ANDREW VERITY AND CHRISTINA CHANG

(**X**) PLAINTIFF'S    ( ) DEFENDANT'S

## EXHIBIT LIST
**PAGE 3 of 19**

| EXHIBIT NUMBER | DATE MARKED / DATE ADMITTED | | DESCRIPTION |
|---|---|---|---|
| 27 | | | 4/26/05 E-mail from Verity to Lillge; subject: "meeting" |
| 28 | | | 8/18/06 Letter from Lari to Lillge; regarding "Office Conflict" |
| 30 | | | Agreement between Verity and Lillge, unsigned, fax stamp 3/25/07, handwritten notes: "Original Agreement April 2002" |
| 31 | | | Declaration of Richard Beery ("Beery") in Support of Plaintiff's Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Issue; executed 5/28/07 |
| 32 | | | "Corolla's File" (approx. 50 pages); includes handwritten notes, a sample "Performance Agreement" to be used for action plans around behavioral and performance issues, e-mail from Lillge to Verity regarding his behavior issues, Employee Handbook (revised 7/3/06), coaching worksheets |
| 33 | | | 5/11/07- 5/14/07 E-mail chain between Chang and Pascual; subject: "CHANG is back!" |
| 34 | | | 5/22/07 E-mail from Chang to Pascual; subject: "My new contact – Branding Boulevard" |
| 35 | | | 6/7/07 E-mail from Chang to Pascual, Andy Gustin ("Gustin"), and Pame Dabela ("Dabela") |
| 38 | | | 5/11/07 E-mail chain between Chang and Henry Pacheco ("Pacheco"); subject: "My new contact – Branding Boulevard" |
| 39 | | | 5/21/07 E-mail chain between Chang and Pacheco; subject: "My new contact – Branding Boulevard" |
| 40 | | | 6/7/07 E-mail from Chang to Pacheco; subject: "Horizons new badge options" |
| 41 | | | 6/7/07- 9/12/07 E-mail chain between Chang and Pacheco; subject: "Horizons new badge options" |

Case No.:   **C07-02748 MHP**                         Date:  **May 6, 2008**

# MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS V. ANDREW VERITY AND CHRISTINA CHANG

(**X**) PLAINTIFF'S    ( ) DEFENDANT'S

## EXHIBIT LIST
**PAGE 4 of 19**

| EXHIBIT NUMBER | DATE MARKED / DATE ADMITTED | DESCRIPTION |
|---|---|---|
| 42 | | 9/28/07 E-mail from Chang to Pacheco; subject: "invoice 100208 – Horizons Foundation new name badges" |
| 45 | | 5/10/07 E-mail chain between Chang and Curshanda Woods of Kaiser ("Woods"); subject: "Kaiser award markup" |
| 46 | | 5/10/07 E-mail chain between Chang and Woods; subject: "Kaiser award markup" |
| 47 | | 5/14/07 E-mail from Chang to Woods; subject: "My new contact – Branding Boulevard" |
| 48 | | 5/24/07 E-mail from Chang to Karis Coleman of Kaiser ("Coleman"); subject: "My new contact – Branding Boulevard" |
| 49 | | 7/16/07 E-mail to Chang from Woods; subject: "items for marathon" |
| 50 | | 7/25/07 E-mail chain between Chang and Woods; subject: "foot fizzes & eye masks info" |
| 51 | | 8/8/07- 8/13/07, E-mail chain between Chang and Woods; subject: "KQED awards" |
| 52 | | Deposition subpoena of Custodian of Records, Kaiser Permanente; dated 11/26/07 |
| 53 | | 6/27/07 E-mail from Chang to Coleman; subject: "Community Giving Campaign giveaway ideas" |
| 54 | | 9/10/06 Letter to Heidi Hua of Federal Occupational Health ("Hua"), with handwritten cover letter from Verity |
| 55 | | 4/13/07 E-mail from Verity to Hua; subject: "Community Giving Campaign giveaway ideas" |
| 56 | | 5/11/07 E-mail chain between Chang and Hua; subject: "FOH FEMA – Ink Pen – Artwork" |
| 58 | | 5/15/07 E-mail chain between Chang and Hua; subject: "CHPS blue ink pens" |

Case No.:   **C07-02748 MHP**                               Date:   **May 6, 2008**

# MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS v. ANDREW VERITY AND CHRISTINA CHANG

(**X**) PLAINTIFF'S     ( ) DEFENDANT'S

## EXHIBIT LIST
### PAGE 5 of 19

| EXHIBIT NUMBER | DATE MARKED / DATE ADMITTED | | DESCRIPTION |
|---|---|---|---|
| 59 | | | 5/18/07 E-mail from Chang to Hua; subject: "Other FOH giveaway ideas" |
| 60 | | | 5/29/07 E-mail chain between Chang and Hua; subject: "FOH ink pens" |
| 61 | | | 6/20/07 E-mail from Chang to Hua; subject: "We think this is the one" |
| 62 | | | Deposition subpoena for Custodian of Records, Federal Occupational Health; dated 11/28/07 |
| 63 | | | 5/14/07- 6/29/0, E-mail chain between Jocy Dizon ("Dizon") and Hua; subject: "FOH pens" |
| 64 | | | Printout of Chevron Federal Credit Union website, listing special events; printed 2/21/08; produced at Gina Lee ("Lee") deposition |
| 65 | | | Image of Google Search Page with "chevron federal credit union business development" in search window; printed 2/22/08; produced at Lee deposition |
| 66 | | | 5/21/07-5/22/07 E-mail chain between Chang and Lee; subject: "Thank you for the feedback – Branding Boulevard" |
| 67 | | | Declaration of Gina Lee (Filed Under Seal); executed 1/31/08, attaching 5/21/07-5/22/07, e-mail chain between Chang and Lee (#68), and 5/16/07 e-mail from Chang to Lee; produced at Lee deposition |
| 68 | | | "Creative Marketing Concepts – Employee Proprietary Information and Inventions Agreement" ("Proprietary Agreement") (6 pages) |
| 70 | | | One-page of handwritten notes of Jeffry Meyer ("Meyer") reflecting conversations with Verity and Richard Harrington ("Harrington"); dated 11/30/07; produced at Meyer deposition |
| 71 | | | Expert Report of Meyer, signed, with no exhibits (5 pages); produced at Meyer deposition |
| 72 | | | Expert Report of Meyer, unsigned, attaching exhibits (28 pages); produced at Meyer deposition |

Case No.:   **C07-02748 MHP**                              Date:  **May 6, 2008**

# MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS v. ANDREW VERITY AND CHRISTINA CHANG

(**X**) PLAINTIFF'S    ( ) DEFENDANT'S

## EXHIBIT LIST
### PAGE 6 of 19

| EXHIBIT NUMBER | DATE MARKED / DATE ADMITTED | | DESCRIPTION |
|---|---|---|---|
| 73 | | | Meyer working file, including e-mail correspondence with Harrington and Verity; produced at Meyer deposition |
| 74 | | | Draft Expert Report of Meyer, and e-mail correspondence between Meyer, Harrington and Verity; produced at Meyer deposition |
| 75 | | | Draft Expert Report of Meyer (With a X through the language and the word "OLD" across the text); produced at Meyer deposition |
| 76 | | | 1/30/08 Letter from Harrington to Meyer, regarding "Lillge v. Verity and Chang," produced at Meyer deposition |
| 77 | | | Copies of California's UTSA; produced at Meyer deposition |
| 78 | | | Jury Instruction 350 (Introduction to Contracts); produced at Meyer deposition |
| 79 | | | Jury Instruction 355 (Contract Damages); produced at Meyer deposition |
| 80 | | | Jury Instruction 3501 (Fair Market Value); Letter to Verity from Meyer commenting on Verity's Business Plan for PromoCo (through 2011) and e-mail exchanges between Verity and Meyer; produced at Meyer deposition |
| 81 | | | Jury instructions regarding meaning of present cash value; produced at Meyer deposition |
| 82 | | | "Appendix B (Compound Discount Table)," produced at Meyer deposition |
| 83 | | | 2007- 2008 E-mails between Verity and Meyer; produced at Meyer deposition |
| 84 | | | 2/14/08 Letter from Meyer to Lillge with handwritten notes; produced at Meyer deposition |
| 86 | | | 2/12/08 Letter from Jon Berryhill ("Berryhill") to Ian Boyd, and attachment of computer forensic analysis report; produced at Berryhill deposition |

Case No.:   **C07-02748 MHP**                                    Date:  **May 6, 2008**

# MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS V. ANDREW VERITY AND CHRISTINA CHANG

(**X**) PLAINTIFF'S    ( ) DEFENDANT'S

## EXHIBIT LIST
### PAGE 7 of 19

| EXHIBIT NUMBER | DATE MARKED / DATE ADMITTED | | DESCRIPTION |
|---|---|---|---|
| 87 | | | CD listing all files on Verity's computer as of 6/16/07; produced at Berryhill deposition |
| 88 | | | Expert Report of Berryhill; produced at Berryhill deposition |
| 101 | | | Declaration of Mark Lillge In Support of Plaintiff's Motion for Partial Summary Judgment and Exhibits; filed 1/28/08 |
| 102 | | | Declaration of Christina Chang in Opposition to Plaintiff's Motion for Partial Summary Judgment, and in Support of Defendants' Motion for Partial Summary Judgment; filed 2/11/08 |
| 103 | | | Declaration of Andrew Verity in Opposition to Plaintiff's Motion for Partial Summary Judgment, and in Support of Defendants' Motion for Partial Summary Judgment; filed 2/11/08 |
| 104 | | | Declaration of Bruce Molloy in Support of Plaintiff's Reply in Support of Motion for Partial Summary Judgment, and Exhibits; filed 2/18/08 |
| 105 | | | Declaration of Christina Chang in Support of Motion to Dissolve Temporary Retraining Order; filed 3/3/08 |
| 106 | | | Declaration of Andrew Verity in Support of Motion to Dissolve Temporary Retraining Order, and Exhibits; filed 3/3/08 |
| 107 | | | Declaration of Leanne Stein in Support of Plaintiff's Opposition to Defendants' Motion to Dissolve Preliminary Injunction, Or, in the Alternative Motion to Dissolve Temporary Restraining Order; filed 3/17/08 |
| 108 | | | Supplemental Declaration of Mark Lillge in Support of Reply Brief in Support of Plaintiff's Motion for Temporary Restraining Order, and Exhibits; filed 7/30/07 |
| 109 | | | Supplemental Declaration of Richard Beery in Support of Plaintiff's Motion for Preliminary Injunction; filed 7/30/07 |
| 110 | | | Declaration of Jon Berryhill in Support of Reply Brief in Support of Plaintiff's Motion regarding Motion for Preliminary Injunction; filed 7/30/07 |

Case No.:   **C07-02748 MHP**                                   Date:   **May 6, 2008**

# MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS v. ANDREW VERITY AND CHRISTINA CHANG

(**X**) PLAINTIFF'S   ( ) DEFENDANT'S

## EXHIBIT LIST
### PAGE 8 of 19

| EXHIBIT NUMBER | DATE MARKED / DATE ADMITTED | | DESCRIPTION |
|---|---|---|---|
| 111 | | | Supplemental Declaration of Andrew Verity in Support of Opposition to Plaintiff's Motion for Temporary Restraining Order; filed 8/10/07 |
| 112 | | | Declaration of Mark Lillge in Support of Plaintiff's Supplemental Brief in Support of Preliminary Injunction; filed 9/21/07 |
| 113 | | | Declaration of Gina Lee (Redacted) In Support of Plaintiff's Motion for an OSC re Contempt; filed 2/4/08 |
| 114 | | | Declaration of Mark Lillge in Support of Application for Order to Show Cause Why Defendants Should Not Be Adjudged in Contempt and Sanctioned; filed 2/4/08 |
| 115 | | | Declaration of Andrew Verity in Opposition to Application for Order to Show Cause Re: Contempt, and Exhibits; filed 2/15/08 |
| 116 | | | Declaration of Timothy Schmolder in Opposition to Application for Order to Show Cause Re: Contempt, and Exhibits; filed 2/15/08 |
| 117 | | | Declaration of Christina Chang in Opposition to Application for Order to Show Cause Re: Contempt, and Exhibits; filed 2/15/08 |
| 118 | | | Declaration of Doug Difranco in Opposition to Application for Order to Show Cause Re: Contempt; filed 2/15/08 |
| 119 | | | 11/08/07 E-mail chain between Chang and Michelle Chan of Wells Fargo ("Chan"); subject: "Greetings from Christina Chang / Branding Boulevard" |
| 120 | | | 5/2/07 Letter from Molloy to Verity regarding missing Confidentiality Agreements |
| 121 | | | CMC Employee Handbook, "Revised 2/26/06" (15 pgs) |
| 122 | | | CMC "Time-Off Benefits Guide" (3 pages) |
| 123 | | | CMC Purchase Order |

Case No.:   **C07-02748 MHP**                                    Date:  **May 6, 2008**

# MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS v. ANDREW VERITY AND CHRISTINA CHANG

(**X**) PLAINTIFF'S    ( ) DEFENDANT'S

## EXHIBIT LIST
### PAGE 9 of 19

| EXHIBIT NUMBER | DATE MARKED / DATE ADMITTED | | DESCRIPTION |
|---|---|---|---|
| 124 | | | Invoices from Branding Boulevard to former CMC customers |
| 205 | | | 5/24/07- 5/25/07 E-mail chain between Verity and Mary Hancock ("Hancock") of AIG; subject: "New Contact Details" |
| 215 | | | 8/16/07- 8/23/07 E-mail chain between Chang and Sharyn Nantuna ("Nantuna") and Denise Clark ("Clark") of Delta Dental; subject: "Name Badges" |
| 216 | | | 8/9/07- 8/15/07 E-mail chain between Chang and Nantuna; subject: "New name tag – for John K." |
| 221 | | | 5/16/07- 5/24/07, E-mail chain between Chang and Rose; subject: "Branding Boulevard – Christina Chang" |
| 231 | | | 6/5/07- 6/6/07 E-mail chain between Verity and Nyla Starr ("Starr"); subject: "New Contact Details" |
| 260 | | | 7/9/07 E-mail from Verity to Sharon Culpepper of U.C. ("Culpepper"); subject: "Andy Contact Info" |
| 261 | | | 6/5/07 E-mail from Verity to Culpepper; subject: "New Contact Details" |
| 264 | | | 4/12/07 E-mail from Verity to Culpepper; subject: "New Contact Details" |
| 271 | | | 9/26/07 E-mail from Chang to Tas Suvunnachuen of SKBA Capital Management ("Suvunnachuen"); subject: "revised markup – SKBA items" |
| 272 | | | 9/26/07 E-mail chain between Chang and Suvunnachuen; subject: "revised markup – SKBA items" |
| 297 | | | 8/14/07 E-mail from Verity to Craig, Fernando and Les at Better World Advertising; subject: "Andy Verity/ Branding Boulevard" |
| 298 | | | 10/29/07 E-mail chain between Maureen at Better World Advertising and Verity; subject: "Penis Stress Grips" |

Case No.:  **C07-02748 MHP**                           Date:  **May 6, 2008**

# MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS v. ANDREW VERITY AND CHRISTINA CHANG

(**X**) PLAINTIFF'S     ( ) DEFENDANT'S

## EXHIBIT LIST
### PAGE 10 of 19

| EXHIBIT NUMBER | DATE MARKED / DATE ADMITTED | | DESCRIPTION |
|---|---|---|---|
| 303 | | | 5/11/07- 6/17/07 E-mail chain between Res Helfer of Brandon College ("Helfer") and Chang; subject: "Brandon College T-shirts for Italian team in July" |
| 304 | | | 6/17/07 E-mail chain between Chang and Helfer; subject: "Brandon College Logo – see attached") |
| 308 | | | 5/11/07- 5/14/07 E-mail chain between Chang and Michael Ernst of Yelp! ("Ernst"); subject: "today is my first day at new venture!" |
| 310 | | | 5/15/07 E-mail chain between Chang and Ernst; subject: "CMC Stuff status" |
| 311 | | | 6/19/07 E-mail to Ernst from Chang; subject: "Invoice BB7- 0006 Yelp! Lip balms and nail files" |
| 314 | | | 8/8/07 E-mail chain between Dizon and Ernst; subject: "Lip Balms" |
| 320 | | | 5/12/07 E-mail chain between Verity and Leandra Schuler of Zachary's ("Schuler"); subject: "New Contact Details" |
| 321 | | | 6/5/07 E-mail from Verity to Schuler; subject: "New Contact Details" |
| 349 | | | 5/21/07, E-mail chain between Chang and Dabela; subject: "Branding Boulevard – Christina Chang" |
| 359 | | | 5/22/07 E-mail from Chang to Gustin; subject: "my new contact info – Branding Boulevard" |
| 401 | | | 10/5/05 E-mail from Verity to John Marlow ("Marlow"); subject: "Advice / HR policies" |
| 402 | | | 3/7/06 E-mail from Verity to Lillge; subject: "Non-solicit" |
| 403 | | | 3/7/06 E-mail chain between Verity and Lillge; subject: "Non-solicit" |
| 404 | | | 9/15/06 E-mail from Verity to Melissa Van Hein at Handstandpromo; subject: "Misprinted mats" |

Case No.:  **C07-02748 MHP**          Date:  **May 6, 2008**

# MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS V. ANDREW VERITY AND CHRISTINA CHANG

(**X**) PLAINTIFF'S    ( ) DEFENDANT'S

## EXHIBIT LIST
### PAGE 11 of 19

| EXHIBIT NUMBER | DATE MARKED / DATE ADMITTED | | DESCRIPTION |
|---|---|---|---|
| 405 | | | 10/14/05 E-mail from Verity to Marlow; subject: "New Hire Letter" |
| 406 | | | 5/9/07 E-mail chain between Chang, Molloy, Lillge, and Verity; subject: "Employee Proprietary Information and Inventions Agreement" |
| 407 | | | 2/22/06- 10/30/06 E-mail chain between Chang, Lillge and Carolla; subject: "Working w/Christina" |
| 408 | | | 12/13/06 E-mail chain between Carolla and Verity; subject: "follow up to our meeting" |
| 409 | | | 12/12/06 E-mail chain between Lari, Mischa Farey, Lillge and Verity; subject: "follow up to our meeting" |
| 410 | | | 6/14/05 E-mail from Verity to CMC office personnel; subject: "Shredding" |
| 411 | | | 10/18/06 Letter from Verity to Charles Aronowitz ("Aronowitz"); regarding "Criminal Record/US Immigration" |
| 412 | | | 10/30/06 E-mail from Verity's personal e-mail address to CMC e-mail address; subject: "Customers 102406," and attached Excel spreadsheet of CMC customer information |
| 414 | | | Confidential Employment Repurchase and Release Agreement (Effective Date: 4/27/07), outlining agreement for Verity's departure from CMC and attaching promissory note (unsigned) |
| 415 | | | 9/24/07 E-mail chain between Rose and Chang; subject: "Delta Dental Floss Cards" |
| 416 | | | 7/24/07 E-mail chain between Peggy Davis of Kaiser and Chang; subject: "Jacket emb." |
| 418 | | | CMC YTD Sales Performance 2007 (one page spreadsheet) |
| 419 | | | CMC Profit and Loss Statement [Cash] January 2005 through December 2005; dated 4/3/07 (31 pages) |

Case No.:   **C07-02748 MHP**                            Date:  **May 6, 2008**

# MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS V. ANDREW VERITY AND CHRISTINA CHANG

(**X**) PLAINTIFF'S    ( ) DEFENDANT'S

## EXHIBIT LIST
### PAGE 12 of 19

| EXHIBIT NUMBER | DATE MARKED / DATE ADMITTED | | DESCRIPTION |
|---|---|---|---|
| 420 | | | 4/23/07 E-mail chain between Hancock, Chang, and Verity; subject: "Mary Hancock" |
| 421 | | | 5/24/07 E-mail chain between Hancock and Verity; subject: "New Contact Details" |
| 422 | | | 5/24/07 E-mail chain between Hancock and Verity; subject: "Pen Paperwork" |
| 424 | | | 4/12/07- 5/30/07 E-mail chain between Ralph Sciutti of Better World Advertising, Chang and Verity; subject: "Pen Paperwork" |
| 425 | | | Employee Handbook; revised 9/25/05 |
| 427 | | | 9/22/06- 10/31/06 E-mail chain between Carolla, Lillge, and Verity; subject: "touching base" |
| 428 | | | 5/13/05 E-mail from Verity to CMC office personnel; subject: "Shredding" |
| 430 | | | 10/31/06 E-mail from Carolla to Lillge; subject: "call to action" |
| 431 | | | 10/17/06- 10/31/06, E-mail chain between Verity and Lillge; subject: "Response to your letter 9/18" |
| 432 | | | 9/18/06- 10/31/06 E-mail Chain between Lillgy, Carolla, and Verity regarding Verity's behavior |
| 433 | | | Verity's notes dated 12/19/06 regarding CMC 2007 business plan |
| 434 | | | Name Finder's search results for potential clients paid for by CMC; dated 9/14/2007 (7 pages) |
| 435 | | | Chang's earning statements and pay stubs 2005- 2007 |
| 436 | | | 5/2/07 Letter from Molloy to Verity |

Case No.:     **C07-02748 MHP**          Date:  **May 6, 2008**

# MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS V. ANDREW VERITY AND CHRISTINA CHANG

(**X**) PLAINTIFF'S    ( ) DEFENDANT'S

## EXHIBIT LIST
### PAGE 13 of 19

| EXHIBIT NUMBER | DATE MARKED / DATE ADMITTED | | DESCRIPTION |
|---|---|---|---|
| 437 | | | 4/13/07 E-mail chain between Lance Nagel, Lillgy, and Bethany Kaye regarding Verity and Chang's immigration status |
| 438 | | | CMC Standard Operating Procedure; dated 3/23/07 |
| 439 | | | CMC Top 100 Clients By Rep; dated 1/29/08 |
| 440 | | | 5/16/07 Letter from Molloy to Chang |
| 450 | | | 1/23/07 Letter from Lillgy to Verity regarding negotiations for terms of Verity termination and 1/16/07 meeting |
| 456 | | | CMC Profits and Losses Projection 2006 |
| 458 | | | 4/27/07 Letter from Molloy to Verity regarding final pay check |
| 460 | | | Verity pay stubs from CMC 4/18/07 |
| 461 | | | Verity CMC earnings statements and pay stubs 2006-2007 |
| 463 | | | 4/9/07 E-mail chain between Verity, Molloy, and Lillge; subject: "2006 Bonus" |
| 464 | | | 3/13/07- 3/27/7 E-mail chain between Verity, Molloy, and Lillge; subject: "Shouting at me" |
| 465 | | | 4/3/07 E-mail chain between Verity, Molloy and Lillge; subject: "2006 Bonus" |
| 466 | | | 4/25/07 E-mail chain between Verity, Molloy, and Lillge; subject: "Our discussion" |
| 467 | | | 4/24/07 E-mail from Verity to Lillge; subject: "Our discussion" |

Case No.:    **C07-02748 MHP**                    Date:  **May 6, 2008**

# MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS V. ANDREW VERITY AND CHRISTINA CHANG

(**X**) PLAINTIFF'S    ( ) DEFENDANT'S

## EXHIBIT LIST
### PAGE 14 of 19

| EXHIBIT NUMBER | DATE MARKED / DATE ADMITTED | DESCRIPTION |
|---|---|---|
| 468 | | 4/26/07 E-mail chain between Verity, Molloy, and Lillge; subject: "Final Offer" |
| 469 | | 4/9/07 E-mail chain between Verity, Molloy, Marlow, Carolla, and Lillge; subject: "Latest on the AV situation" |
| 470 | | Unexecuted "Agreement between Mark Lillge and Andrew Verity regarding Creative Marketing Concepts," handwritten notes indicate "Original Agreement, April 2002" |
| 471 | | Unexecuted "Memorandum of Understanding Separation Terms of Andy Verity," with some handwritten notes |
| 472 | | Unexecuted "Agreement" between Mark Lillge and Andrew Verity regarding Creative Marketing Concepts, with handwritten notes |
| 473 | | Unexecuted "Memorandum of Understanding Separation Terms of Andy Verity," with no handwriting |
| 474 | | Unexecuted "Agreement" between Verity, Chang, and CMC; dated 3/1/07 |
| 475 | | Unexecuted "Memorandum of Understanding Separation Terms of Andy Verity," to terminate 4/30/7, with no handwriting (labeled "draft") |
| 476 | | 4/9/07 E-mail chain between Verity, Malloy, and Lillge; subject: "2006 profit share" |
| 477 | | 4/9/07 E-mail chain between Lillge and Verity, regarding Verity's 2006 bonus, attaching CMC profits and loss projections 2006 |
| 478 | | Unexecuted "Memorandum of Understanding Separation Terms of Andy Verity," to terminate 4/12/07, (labeled "draft") |
| 479 | | 5/17/07- 5/21/07 E-mail chain between Chang and Malloy; subject: "PTO pay" |
| 480 | | 5/14/07 Letter to Chang from Molloy regarding final paycheck, PTO, and enclosing check for additional 35 hours |

Case No.:    **C07-02748 MHP**                    Date:  **May 6, 2008**

# MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS v. ANDREW VERITY AND CHRISTINA CHANG

(**X**) PLAINTIFF'S    (  ) DEFENDANT'S

## EXHIBIT LIST
PAGE 15 of 19

| EXHIBIT NUMBER | DATE MARKED / DATE ADMITTED | | DESCRIPTION |
|---|---|---|---|
| 482 | | | 4/25/07- 4/26/07 e-mail chain between Carolla and Molloy; subject: "Last Meeting with Andy Verity" |
| 483 | | | 7/6/5- 7/7/5 E-mail chain between Marlow and Verity; subject: "Follow up – incorporation, shareholder's agreement and other matters" |
| 484 | | | 1/23/07 Letter from Lillgy to Verity, regarding negotiations for terms of Verity termination and 1/16/07 meeting, with some handwritten notes |
| 485 | | | 2/7/07 Verity earnings statement from CMC with handwritten notes |
| 486 | | | Unexecuted "Memorandum of Understanding Separation Terms of Andy Verity," to terminate 4/12/07, with some handwriting, including date 4/6/07 (labeled "draft") |
| 487 | | | Unexecuted "Memorandum of Understanding Separation Terms of Andy Verity," with some handwriting |
| 488 | | | 4/26/07 E-mail to Verity from Lillge; subject: "Final Offer" |
| 489 | | | 5/8/07- 5/9/07 E-mail chain between Chang and Dizon; subject: "Vacation schedules" |
| 490 | | | 5/11/07- 5/21/07 E-mail chain between Molloy and Chang; subject: "PTO time" |
| 491 | | | 3/30/07 Letter from Verity to Lillge, regarding "2006 Profit and Profit Share" |
| 492 | | | Verity's typed and handwritten notes regarding 1/18/07 meeting with Lillge |
| 493 | | | Verity's typed and handwritten notes regarding 1/16/07 meeting with Lillge, Carolla, and Weinstein |
| 501 | | | 3/6/07 Christina Chang Self Performance Evaluation at CMC |

Case No.:    **C07-02748 MHP**                              Date:  **May 6, 2008**

# MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS V. ANDREW VERITY AND CHRISTINA CHANG

(**X**) PLAINTIFF'S    ( ) DEFENDANT'S

## EXHIBIT LIST
### PAGE 16 of 19

| EXHIBIT NUMBER | DATE MARKED / DATE ADMITTED | | DESCRIPTION |
|---|---|---|---|
| 507 | | | 5/11/07- 5/25/07 E-mail chain between Chang and Mary Beth Carder of Delta Dental); subject: "my new contact v-card – Branding Boulevard" |
| 509 | | | 5/11/07- 5/16/07, E-mail chain between Chang and Layne Combrink of Delta Dental ("Combrink"); subject: "soooo – My new contact" |
| 510 | | | 5/11/07- 6/13/07, E-mail chain between Chang and Combrink; subject: "My new contact details – Christina Chang / Branding Boulevard" |
| 516 | | | 5/11/07- 6/13/07 E-mail from Rose Doyle of Bingham; subject: "my new contact details – Christina Chang" |
| 518 | | | 5/11/08- 5/21/08 E-mail chain between Chang and Rebecca Gutfran of Bingham ("Gutfran"); subject: "My new contact info – Branding Boulevard" |
| 519 | | | 6/11/07 E-mail from Chang to Gutfran; subject: "Bingham polycard water bottles" |
| 520 | | | 5/21/07 E-mails from Chang to Dabela (Bingham); subject: "Branding Boulevard – Christina Chang" |
| 525 | | | 5/17/07 E-mail chain between Chang and Ernst; subject: "Lip Balms and Nail Files!" |
| 529 | | | 5/11/07- 5/22/07 E-mail chain between Chang and Marilyn Cariola of Bechtel); subject: "My new contact- Branding Boulevard – Christina Chang" |
| 540 | | | 5/11/07- 5/14/07 E-mail chain between Chang and Doug DiFranco of Kaiser ("DiFranco"); subject: "I'm gonna miss you!" |
| 541 | | | 5/22/07 E-mail from Chang to DiFranco; subject: "My new contact info – Branding Boulevard" |
| 542 | | | 6/13/07 E-mail from Chang to DiFranco; subject: "My new contact details" |
| 547 | | | 5/11/07 E-mail chain between Chang and Nancy Reyes of Parnassus Investments ("Reyes"); subject: "Today is my last day. Thank you for the support." |

Case No.:   **C07-02748 MHP**                               Date:   **May 6, 2008**

# MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS v. ANDREW VERITY AND CHRISTINA CHANG

(**X**) PLAINTIFF'S    ( ) DEFENDANT'S

## EXHIBIT LIST
**PAGE 17 of 19**

| EXHIBIT NUMBER | DATE MARKED / DATE ADMITTED | DESCRIPTION |
|---|---|---|
| 548 | | 5/14/07 E-mail from Reyes to Chang; subject: "Parnassus Logo" |
| 550 | | 5/11/07- 5/17/07 E-mail chain between Chang and Daniel Kirshman of SafirRosetti; subject: "your weeding koozies" |
| 555 | | 5/11/07- 5/14/07 E-mail chain between Chang and Gina Simons of State Compensation Insurance Fund ("Simons"); subject: "CHANG is back" |
| 556 | | 5/11/07- 5/14/07 E-mail chain between Chang and Berta Gelber ("Gelber"); subject: "Hey (CHANG is back)" |
| 557 | | 6/13/07 E-mail from Chang to Gelber and Simons; subject: "My updated contact details – Christina Chang" |
| 569 | | 5/11/07- 5/22/07 E-mail chain between Chang and Chan; subject: "Our new contact – Branding Boulevard" |
| 570 | | 11/08/07 E-mail chain between Chang and Chan; subject: "Greetings from Christina Chang – Branding Boulevard" |
| 573 | | 5/11/07 E-mail chain between Chang and Amanda Nguyen of Wells Fargo; subject: "Today is my last day. Thank you for the support." |
| 575 | | 5/1107- 6/13/07 E-mail chain between Chang and Kelly Keegan of Wells Fargo; subject: "My new contact details – Christina Chang" |
| 580 | | 5/11/07- 5/14/07 E-mail chain between Chang and Teri Forestieri of Delta Dental; subject: "CHANG is back =)" |
| 586 | | 5/11/07- 5/21/07 E-mail chain between Chang and Therese Porter of S.F. Medical Society; subject: "My new contact – Branding Boulevard" |
| 591 | | 5/11/07- 6/13/07 E-mail chain between Chang and Sandra Freitas of the City of San Jose; subject: "My new contact details – Christina Chang" |
| 597 | | 5/11/07- 5/14/07 E-mail between Chang and Robert Lee of GC America; subject: "CHANG is back!" |

Case No.:     **C07-02748 MHP**                              Date:  **May 6, 2008**

# MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS v. ANDREW VERITY AND CHRISTINA CHANG

(**X**) PLAINTIFF'S     ( ) DEFENDANT'S

## EXHIBIT LIST
### PAGE 18 of 19

| EXHIBIT NUMBER | DATE MARKED / DATE ADMITTED | | DESCRIPTION |
|---|---|---|---|
| 598 | | | 5/23/07 E-mail from Chang to contacts at GC America; subject: "My new contact info = Branding Boulevard" |
| 609 | | | 5/11/07- 5/21/07 E-mail chain between Chang and Engis Calero of Hotel Whitcomb; subject: "Branding Boulevard – my new contact" |
| 613 | | | 5/16/07 E-mail from Chang to Gina Lee of Chevron; subject: "My new contact info – Christina Chang" |
| 615 | | | 5/11/07- 5/16/07 E-mail chain between Chang and Charlotte Williams of Chevron; subject: "Branding Boulevard – my new company" |
| 616 | | | E-mail from Chang to John Kim of De La Rosa & Co.; subject: "My new contact info – Branding Boulevard – Christina Chang" |
| 649 | | | 5/22/07 E-mails from Verity to Chang, forwarding e-mails Verity received from CMC customers |
| 673 | | | 4/6/07 E-mail from Jeff Weinstein to CMC office personnel; subject: "security breach" |
| 675 | | | Unexecuted "Confidential Employment Repurchase and Release Agreement," effective Date: 4/27/07, outlining agreement for Verity's departure from CMC and attaching promissory note (also unsigned), with handwriting at the top that says "Offer Received 3/14/07" |
| 676 | | | 3/26/07 Letter from Marlow to Verity, regarding Verity and Lillge's proposed agreement |
| 679 | | | Cover image of the 2007 Branding Boulevard catalog |
| 680 | | | 2006 and 2007 Profits/Loss Statements for CMC |
| 681 | | | Image of Branding Boulevard advertisement/Catalog cover |
| 691 | | | 6/6/07- 7/13/07 E-mail chain between Cecilia Aceti and Verity; subject: "pen's quote" |

Case No.:   **C07-02748 MHP**                Date:  **May 6, 2008**

# MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS V. ANDREW VERITY AND CHRISTINA CHANG
(**X**) PLAINTIFF'S    ( ) DEFENDANT'S
## EXHIBIT LIST
PAGE 19 of 19

| EXHIBIT NUMBER | DATE MARKED / DATE ADMITTED | | DESCRIPTION |
|---|---|---|---|
| 692 | | | 8/6/07- 8/7/07 E-mail chain between Scott Paro of San Francisco Health Plan and Verity; subject: "Creative Marketing" |
| 699 | | | 3/19/07- 6/15/07 E-mail chain between Sandy Billecci of Xoma and Verity; subject: "Windsocks/ Official Measurement" |
| 703 | | | 5/24/07 E-mail to five contacts at Better World Advertising; subject: "New Contact Details / Andy Verity" |
| 704 | | | 8/14/07 E-mail to contacts at Social Marketing from Verity; subject: "Andy Verity / Branding Boulevard" |
| 706 | | | 7/11/07 E-mail from Verity to Beth Rice of Applied Material; subject: "Contact info & picture" |