1   WILLIAM R. HILL, #114954
      rock@donahue.com
2   ANDREW S. MACKAY, #197074
      andrew@donahue.com
3   SARA J. ROMANO, #227467
      sromano@donahue.com
4   DONAHUE GALLAGHER WOODS LLP
    Attorneys at Law
5   300 Lakeside Drive, Suite 1900
    Oakland, California  94612-3570
6   P.O.  Box 12979
    Oakland, California  94604-2979
7   Telephone:     (510) 451-0544
    Facsimile:      (510) 832-1486
8
    Attorneys for Plaintiff/Counterdefendant
9   MARK LILLGE d/b/a CREATIVE
    MARKETING CONCEPTS
10

11                UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

15  MARK LILLGE d/b/a CREATIVE          CASE NO.  C 07-02748 MHP
    MARKETING CONCEPTS,
16                                      PLAINTIFF'S PROPOSED VERDICT FORMS
                  Plaintiff,
17                                      Date:         May 6, 2008
          v.                            Time:         8:30 a.m.
18                                      Dept.:        Courtroom 15, 18th Floor
    ANDREW VERITY and CHRISTINA         Judge:        Hon. Marilyn H. Patel
19  CHANG,

20                Defendants.

21  ANDREW VERITY and CHRISTINA
    CHANG,
22
                  Counterclaimants,
23
          v.
24
    MARK LILLGE d/b/a CREATIVE
25  MARKETING CONCEPTS, and DOES 1-
    10,
26
                  Counterdefendants.
27

28

1        Plaintiff MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS ("CMC") hereby

2  submits the following Proposed Verdict Forms.

3

Dated:  April 14, 2008           DONAHUE GALLAGHER WOODS LLP

4

5

                     By:___/s/_____

6                        William R. Hill
                        Andrew S. MacKay

7                        Sara J. Romano
                        Attorneys for Plaintiff/Counterdefendant

8                        MARK LILLGE d/b/a CREATIVE MARKETING
                        CONCEPTS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S PROPOSED VERDICT FORMS        CASE No.  C 07-02748 MHP

**PLAINTIFF'S VERDICT FORM NO. 1**

**(Determination of Whether Information is Trade Secret)**

We answer the questions submitted to us as follows:

1.    Was any of the following information secret?

    a.    The list of CMC customers that Plaintiff has developed over the past fifteen years, through substantial time, effort, and expense;

    b.    The pricing that CMC charges each specific customer;

    c.    CMC's actual and desired profit margin for each customer;

    d.    CMC's strategic plans regarding which customers it wishes to target, and those that it does not wish to target;

    e.    The purchasing history of CMC's customers;

    f.    The knowledge of when a customer will be due for renewal orders based upon those customers' prior transactions with CMC;

    g.    Specific customer requirements, preferences, and limitations, including particular buying habits, needs and dislikes;

    h.    Negative knowledge regarding goods that certain customers have refused to purchase or no longer wish to purchase; or

    i.    CMC's confidential marketing and financial plans, proposals and projections.

_____Yes        _____ No

If your answer to question 1 is YES, then answer question 2.

If you answered NO, stop here, answer no further questions, and have the presiding juror sign and date this form.

2.    Was the information actually or potentially valuable, giving CMC a substantial business advantage over its competitors, because the information was secret?

_____Yes        _____ No

If your answer to question 2 is YES, then answer question 3.

-2-

If you answered NO, stop here, answer no further questions, and have the presiding juror sign and date this form.

3.     Did CMC make reasonable efforts to keep the information secret?

_____Yes        _____ No


Signed: _____
                           Presiding Juror

Dated: _____

After all verdict forms have been signed, deliver this verdict form to the clerk.


**If you answered YES to all three questions on this form, please proceed to Plaintiff's Verdict Form No. 2.**

**If you answered NO to any of the three questions on this form, DO NOT FILL OUT PLAINTIFF'S VERDICT FORM NOS. 2 AND 3; instead proceed to Plaintiff's Verdict Form No. 4.**

-3-

**PLAINTIFF'S VERDICT FORM NO. 2**

**(Misappropriation—Andrew Verity)**

We answer the questions submitted to us as follows:

1.      Did Andrew Verity improperly use or disclose CMC's trade secrets?

_____Yes        _____ No

If your answer to question 1 is YES, then answer question 2.

If you answered NO, stop here, answer no further questions, and have the presiding juror sign and date this form.

2.      Was CMC harmed or was Andrew Verity unjustly enriched?

_____Yes        _____ No

If your answer to question 2 is YES, then answer question 3.

If you answered NO, stop here, answer no further questions, and have the presiding juror sign and date this form.

3.      Was Andrew Verity's use or disclosure a substantial factor in causing CMC's harm or Andrew Verity to be unjustly enriched?

_____Yes        _____ No

If your answer to question 3 is YES, then answer question 4.

If you answered NO, stop here, answer no further questions, and have the presiding juror sign and date this form.

4.      What are CMC's damages?

        a.      Past economic loss

                Lost profits                    $ _____

                Other past economic loss       $ _____

                        Total Past Economic Damages:    $ _____

        b.      Future economic loss

                Lost profits                    $ _____

                Other future economic loss     $ _____

-4-

1    Total Future Economic Damages:    $ _____

2

3  Signed: _____

4                  Presiding Juror

5  Dated: _____

6  After all verdict forms have been signed, deliver this verdict form to the clerk.

7

8              **Please proceed to Plaintiff's Verdict Form No. 3**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-

**PLAINTIFF'S VERDICT FORM NO. 3**

**(Misappropriation—Christina Chang)**

We answer the questions submitted to us as follows:

1.     Did Christina Chang improperly use or disclose CMC's trade secrets?

    \_\_\_\_\_Yes    \_\_\_\_\_ No

If your answer to question 1 is YES, then answer question 2.

If you answered NO, stop here, answer no further questions, and have the presiding juror sign and date this form.

2.     Was CMC harmed or Christina Chang unjustly enriched?

    \_\_\_\_\_Yes    \_\_\_\_\_ No

If your answer to question 2 is YES, then answer question 3.

If you answered NO, stop here, answer no further questions, and have the presiding juror sign and date this form.

3.     Was Christina Chang's use or disclosure a substantial factor in causing CMC's harm or Christina Chang to be unjustly enriched?

    \_\_\_\_\_Yes    \_\_\_\_\_ No

If your answer to question 3 is YES, then answer question 4.

If you answered NO, stop here, answer no further questions, and have the presiding juror sign and date this form.

4.     What are CMC's damages?

    a.     Past economic loss

        Lost profits        $ _____

        Other past economic loss    $ _____

        Total Past Economic Damages:    $ _____

    b.     Future economic loss

        Lost profits        $ _____

        Other future economic loss    $ _____

1          Total Future Economic Damages:     $ _____

2

3    Signed: _____
                        Presiding Juror

4

5    Dated: _____

6    After all verdict forms have been signed, deliver this verdict form to the clerk.

7

8                **Please proceed to Plaintiff's Verdict Form No. 4.**

**PLAINTIFF'S VERDICT FORM NO. 4**

**(Conspiracy—Misappropriation—Andrew Verity)**

We answer the questions submitted to us as follows:

1.      Was Andrew Verity aware that Christina Chang planned to misappropriate CMC's trade secrets?

_____Yes      _____ No

If your answer to question 1 is YES, then answer question 2.

If you answered NO, stop here, answer no further questions, and have the presiding juror sign and date this form.

2.      Did Andrew Verity agree with Christina Chang and intend that the trade secret misappropriation be committed?

_____Yes      _____ No

Signed: _____
                        Presiding Juror

Dated: _____

After all verdict forms have been signed, deliver this verdict form to the clerk.

**Please proceed to Plaintiff's Verdict Form No. 5.**

-8-

**PLAINTIFF'S VERDICT FORM NO. 5**

**(Conspiracy—Misappropriation—Christina Chang)**

We answer the questions submitted to us as follows:

1.      Was Christina Chang aware that Andrew Verity planned to misappropriate CMC's trade secrets?

          _____Yes        _____ No

          If your answer to question 1 is YES, then answer question 2.

          If you answered NO, stop here, answer no further questions, and have the presiding juror sign and date this form.

2.      Did Christina Chang agree with Andrew Verity and intend that the trade secret misappropriation be committed?

          _____Yes        _____ No


Signed: _____
                                    Presiding Juror

Dated: _____

After all verdict forms have been signed, deliver this verdict form to the clerk.


**Please proceed to Plaintiff's Verdict Form No. 6.**

**PLAINTIFF'S VERDICT FORM NO. 6**

**(Conspiracy—Intentional Interference with Prospective Economic Relations**

**—Andrew Verity)**

We answer the questions submitted to us as follows:

1.      Was Andrew Verity aware that Christina Chang planned to intentionally interfere with CMC's prospective economic relations with its customer or customers?

        _____Yes        _____ No

        If your answer to question 1 is YES, then answer question 2.

        If you answered NO, stop here, answer no further questions, and have the presiding juror sign and date this form.

2.      Did Andrew Verity agree with Christina Chang and intend that the interference with CMC's prospective economic relations with its customer or customers be committed?

        _____Yes        _____ No


Signed: _____
                        Presiding Juror

Dated: _____

After all verdict forms have been signed, deliver this verdict form to the clerk.


**Please proceed to Plaintiff's Verdict Form No. 7.**

**PLAINTIFF'S VERDICT FORM NO. 7**

**(Conspiracy—Intentional Interference with Prospective Economic Relations**

**—Christina Chang)**

We answer the questions submitted to us as follows:

1.      Was Christina Chang aware that Andrew Verity planned to intentionally interfere with CMC's prospective economic relations with its customer or customers?

_____Yes        _____ No

If your answer to question 1 is YES, then answer question 2.

If you answered NO, stop here, answer no further questions, and have the presiding juror sign and date this form.

2.      Did Christina Chang agree with Andrew Verity and intend that the interference with CMC's prospective economic relations with its customer or customers be committed?

_____Yes        _____ No

Signed: _____

Presiding Juror

Dated: _____

After all verdict forms have been signed, deliver this verdict form to the clerk.

**Please proceed to Plaintiff's Verdict Form No. 8.**

-11-

1

**PLAINTIFF'S PROPOSED VERDICT FORM NO. 8**

2

**(Breach of Fiduciary Duty of Loyalty—Andrew Verity)**

3

We answer the questions submitted to us as follows:

4

1.      Did Andrew Verity knowingly use confidential information belonging to CMC for his

5

own benefit?

6

_____Yes        _____ No

7

8

If your answer to question 1 is YES, then answer question 2.

9

If you answered NO, stop here, answer no further questions, and have the presiding juror sign and date this form.

10

11

2.      Did CMC give informed consent to Andrew Verity's conduct?

12

_____Yes        _____ No

13

14

If your answer to question 2 is NO, then answer question 3.

15

If you answered YES, stop here, answer no further questions, and have the presiding juror sign and date this form.

16

17

3.      Was CMC was harmed?

18

_____Yes        _____ No

19

20

If your answer to question 3 is YES, then answer question 4.

21

If you answered NO, stop here, answer no further questions, and have the presiding juror sign and date this form.

22

23

4.      Was Andrew Verity's conduct a substantial factor in causing CMC's harm?

24

_____Yes        _____ No

25

26

Signed: _____
                                Presiding Juror

27

28

Dated: _____

-12-

1    After all verdict forms have been signed, deliver this verdict form to the clerk.

2

3              **Please proceed to Plaintiff's Verdict Form No. 9**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFF'S PROPOSED VERDICT FORM NO. 9**

**(Breach of Fiduciary Duty of Loyalty—Christina Chang)**

We answer the questions submitted to us as follows:

     1.    Did Christina Chang knowingly use confidential information belonging to CMC for her own benefit?

     _____Yes     _____ No

If your answer to question 1 is YES, then answer question 2.

If you answered NO, stop here, answer no further questions, and have the presiding juror sign and date this form.

2.    Did CMC give informed consent to Christina Chang's conduct?

     _____Yes     _____ No

If your answer to question 2 is NO, then answer question 3.

If you answered YES, stop here, answer no further questions, and have the presiding juror sign and date this form.

3.    Was CMC was harmed?

     _____Yes     _____ No

If your answer to question 3 is YES, then answer question 4.

If you answered NO, stop here, answer no further questions, and have the presiding juror sign and date this form.

4.    Was Christina Chang's conduct a substantial factor in causing CMC's harm?

     _____Yes     _____ No

Signed: _____

                  Presiding Juror

Dated: _____

-14-

After all verdict forms have been signed, deliver this verdict form to the clerk.

**Please proceed to Plaintiff's Verdict Form No. 10.**

1

## PLAINTIFF'S PROPOSED VERDICT FORM NO. 10

2

### (Breach of Fiduciary Duty of Confidentiality—Andrew Verity)

3      We answer the questions submitted to us as follows:

4      1.      Did Andrew Verity have information relating to CMC that he knew or should have known

5      was confidential?

6              _____Yes        _____ No

7

8              If your answer to question 1 is YES, then answer question 2.

9              If you answered NO, stop here, answer no further questions, and have the presiding
        juror sign and date this form.

10

11      2.      Did Andrew Verity use CMC's confidential information for his own benefit?

12             _____Yes        _____ No

13

14             If your answer to question 2 is YES, then answer question 3.

15             If you answered NO, stop here, answer no further questions, and have the presiding
        juror sign and date this form.

16

17      3.       Did CMC give informed consent to Andrew Verity's conduct?

18             _____Yes        _____ No

19

20             If your answer to question 3 is NO, then answer question 4.

21             If you answered YES, stop here, answer no further questions, and have the presiding
        juror sign and date this form.

22

23      4.      Was this confidential information a matter of general knowledge?

24             _____Yes        _____ No

25

26             If your answer to question 4 is NO, then answer question 5.

27             If you answered YES, stop here, answer no further questions, and have the presiding
        juror sign and date this form.

28

1    5.      Was CMC was harmed?

2
         _____Yes        _____ No
3

4        If your answer to question 5 is YES, then answer question 6.

5        If you answered NO, stop here, answer no further questions, and have the presiding
         juror sign and date this form.
6

7    6.      Was Andrew Verity's conduct a substantial factor in causing CMC's harm?

8
         _____Yes        _____ No
9

10
     Signed: _____
11                          Presiding Juror

12
     Dated: _____
13
     After all verdict forms have been signed, deliver this verdict form to the clerk.
14
                  **Please proceed to Plaintiff's Verdict Form No. 11**
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**PLAINTIFF'S PROPOSED VERDICT FORM NO. 11**

2

**(Breach of Fiduciary Duty of Confidentiality—Christina Chang)**

3

We answer the questions submitted to us as follows:

4

      1.    Did Christina Chang have information relating to CMC that she knew or should

5

have known was confidential?

6

      _____Yes      _____ No

7

8

If your answer to question 1 is YES, then answer question 2.

9

If you answered NO, stop here, answer no further questions, and have the presiding
juror sign and date this form.

10

11

2.    Did Christina Chang use CMC's confidential information for her own benefit?

12

      _____Yes      _____ No

13

14

If your answer to question 2 is YES, then answer question 3

15

If you answered NO, stop here, answer no further questions, and have the presiding
juror sign and date this form.

16

17

3.    Did CMC give informed consent to Christina Chang's conduct?

18

      _____Yes      _____ No

19

20

If your answer to question 3 is NO, then answer question 4.

21

If you answered YES, stop here, answer no further questions, and have the presiding
juror sign and date this form.

22

23

4.    Was this confidential information a matter of general knowledge?

24

      _____Yes      _____ No

25

26

If your answer to question 4 is NO, then answer question 5.

27

If you answered YES, stop here, answer no further questions, and have the presiding
juror sign and date this form.

28

PLAINTIFF'S PROPOSED VERDICT FORMS      CASE NO. C 07-02748 MHP

5.      Was CMC was harmed?

        _____Yes        _____ No

        If your answer to question 5 is YES, then answer question 6.

        If you answered NO, stop here, answer no further questions, and have the presiding juror sign and date this form.

6.      Was Christina Chang's conduct a substantial factor in causing CMC's harm?

        _____Yes        _____ No


Signed: _____
                        Presiding Juror

Dated: _____

After all verdict forms have been signed, deliver this verdict form to the clerk.


**Please proceed to Plaintiff's Verdict Form No. 12**

PLAINTIFF'S PROPOSED VERDICT FORMS                    CASE NO.  C 07-02748 MHP

**PLAINTIFF'S VERDICT FORM NO. 12**

**(Intentional Interference With Prospective Economic Advantage—Andrew Verity)**

We answer the questions submitted to us as follows:

1.      Did CMC have an economic relationship or relationships with a customer or customers that probably would have resulted in an economic benefit to CMC?

_____Yes        _____ No

If your answer to question 1 is YES, then answer question 2.

If you answered NO, stop here, answer no further questions, and have the presiding juror sign and date this form.

2.      Did Andrew Verity know of the relationship or relationships?

_____Yes        _____ No

If your answer to question 2 is YES, then answer question 3.

If you answered NO, stop here, answer no further questions, and have the presiding juror sign and date this form.

3.      Did Andrew Verity intend to disrupt the relationship or relationships?

_____Yes        _____ No

If your answer to question 3 is YES, then answer question 4.

If you answered NO, stop here, answer no further questions, and have the presiding juror sign and date this form.

4.      Did Andrew Verity engage in wrongful conduct by doing any of the following:

a.      Breaching his duty of loyalty to CMC;

b.      Breaching his duty of confidentiality to CMC;

c.      Conspiring with Christina Chang to commit trade secret misappropriation; or

d.      Conspiring with Christina Chang to intentionally interfere with CMC's prospective economic relations with its customer(s)?

_____Yes        _____ No

If your answer to question 4 is YES, then answer question 5.

-20-

1    If you answered NO, stop here, answer no further questions, and have the presiding
2    juror sign and date this form.

3    5.    Was the relationship(s) disrupted?

4
        _____Yes        _____ No
5

6    If your answer to question 5 is YES, then answer question 6.

7    If you answered NO, stop here, answer no further questions, and have the presiding
8    juror sign and date this form.

9    6.    Was Andrew Verity's wrongful conduct a substantial factor in causing harm to CMC?

10        _____Yes        _____ No

11
12    If your answer to question 6 is YES, then answer question 7.

13    If you answered NO, stop here, answer no further questions, and have the presiding
      juror sign and date this form.

14
15    7.    What are CMC's damages?

16        a.    Past economic loss

17            Lost profits                $ _____

18            Other past economic loss    $ _____

19                Total Past Economic Damages:    $ _____

20        b.    Future economic loss

21            Lost profits                $ _____

22            Other future economic loss  $ _____

23                Total Future Economic Damages:  $ _____

24
25    Signed: _____
                        Presiding Juror
26
27    Dated: _____

28

-21-

PLAINTIFF'S PROPOSED VERDICT FORMS                    CASE NO.  C 07-02748 MHP

1    After all verdict forms have been signed, deliver this verdict form to the clerk.

2    **Please proceed to Plaintiff's Verdict Form No. 13.**

**PLAINTIFF'S VERDICT FORM NO. 13**

**(Intentional Interference With Prospective Economic Advantage—Christina Chang)**

We answer the questions submitted to us as follows:

    1.    Did CMC have economic relationship or relationships with a customer or customers that probably would have resulted in an economic benefit to CMC?

\_\_\_\_\_Yes    \_\_\_\_\_ No

If your answer to question 1 is YES, then answer question 2.

If you answered NO, stop here, answer no further questions, and have the presiding juror sign and date this form.

2.    Did Christina Chang know of the relationship or relationships?

\_\_\_\_\_Yes    \_\_\_\_\_ No

If your answer to question 2 is YES, then answer question 3.

If you answered NO, stop here, answer no further questions, and have the presiding juror sign and date this form.

3.    Did Christina Chang intend to disrupt the relationship or relationships?

\_\_\_\_\_Yes    \_\_\_\_\_ No

If your answer to question 3 is YES, then answer question 4.

If you answered NO, stop here, answer no further questions, and have the presiding juror sign and date this form.

4.    Did Christina Chang engage in wrongful conduct by doing any of the following:

    a.    Breaching her duty of loyalty to CMC;

    b.    Breaching her duty of confidentiality to CMC;

    c.    Conspiring with Andrew Verity to commit trade secret misappropriation; or

    d.    Conspiring with Andrew Verity to intentionally interfere with CMC's prospective economic relations with its customer(s)?

\_\_\_\_\_Yes    \_\_\_\_\_ No

If your answer to question 4 is YES, then answer question 5.

-23-

1    If you answered NO, stop here, answer no further questions, and have the presiding
2    juror sign and date this form.

3    5.    Was the relationship(s) disrupted?

4
5    _____Yes        _____ No

6    If your answer to question 5 is YES, then answer question 6.

7    If you answered NO, stop here, answer no further questions, and have the presiding
8    juror sign and date this form.

9    6.    Was Christina Chang's wrongful conduct a substantial factor in causing harm to CMC?

10    _____Yes        _____ No

11
12    If your answer to question 6 is YES, then answer question 7.

13    If you answered NO, stop here, answer no further questions, and have the presiding
     juror sign and date this form.

14
15    7.    What are CMC's damages?

16    a.    Past economic loss

17    Lost profits              $ _____

18    Other past economic loss  $ _____

19    Total Past Economic Damages:    $ _____

20    b.    Future economic loss

21    Lost profits              $ _____

22    Other future economic loss $ _____

23    Total Future Economic Damages:    $ _____

24    Signed: _____
25                    Presiding Juror

26    Dated: _____

27    After all verdict forms have been signed, deliver this verdict form to the clerk.

28    **Please proceed to Plaintiff's Verdict Form No. 14.**

-24-

**PLAINTIFF'S PROPOSED VERDICT FORM NO. 14**

**(Punitive Damages—Misappropriation of Trade Secrets—Andrew Verity)**

**If you answered NO to at least one of the questions on Plaintiff's Verdict Form No. 2, then STOP, DO NO NOT FILL OUT THIS FORM, and please proceed to Plaintiff's Verdict Form No. 13.**

**If you answered YES to ALL THREE QUESTIONS on Plaintiffs' Verdict Form No. 2, then please fill out this form.**

We answer the questions submitted to us as follows:

1.     Did Andrew Verity misappropriate CMC's trade secrets willfully and maliciously?

_____Yes     _____ No

Signed: _____
                        Presiding Juror

Dated: _____

After all verdict forms have been signed, deliver this verdict form to the clerk.

**Please proceed to Plaintiff's Verdict Form No. 15.**

**PLAINTIFF'S PROPOSED VERDICT FORM NO. 15**

**(Punitive Damages—Misappropriation of Trade Secrets—Christina Chang)**

**If you answered NO to at least one of the questions on Plaintiff's Verdict Form No. 3, then STOP, DO NO NOT FILL OUT THIS FORM, and please proceed to Plaintiff's Verdict Form No. 14.**

**If you answered YES to ALL THREE QUESTIONS on Plaintiffs' Verdict Form No. 3, the please fill out this form.**

We answer the questions submitted to us as follows:

1.      Did Christina Chang misappropriate CMC's trade secrets willfully and maliciously?

_____Yes      _____ No

Signed: _____
                              Presiding Juror

Dated: _____

After all verdict forms have been signed, deliver this verdict form to the clerk.

**Please proceed to Plaintiff's Verdict Form No. 16.**

-26-

**PLAINTIFF'S PROPOSED VERDICT FORM NO. 16**

**(Punitive Damages—Intentional Interference with Prospective Economic Relations—**

**Andrew Verity)**

If you answered NO to at least one of the questions on Plaintiff's Verdict Form No. 12, then STOP, DO NO NOT FILL OUT THIS FORM, and please proceed to Plaintiff's Verdict Form No. 17.

If you answered YES to ALL THREE QUESTIONS on Plaintiffs' Verdict Form No. 12, the please fill out this form.

We answer the questions submitted to us as follows:

1.      Did Andrew Verity intentionally interfere with CMC's prospective economic relations with its customer or customers with malice, oppression, or fraud?

_____Yes        _____ No

If your answer to question 1 is YES, then answer question 2.

If you answered NO, stop here, answer no further questions, and have the presiding juror sign and date this form.

2.      What amount of punitive damages, if any, do you award CMC?

_____ $

Signed: _____
                         Presiding Juror

Dated: _____

After all verdict forms have been signed, deliver this verdict form to the clerk.

**Please proceed to Plaintiff's Verdict Form No. 17.**

-27-

**PLAINTIFF'S PROPOSED VERDICT FORM NO. 17**

**(Punitive Damages—Intentional Interference with Prospective Economic Relations—**

**Christina Chang)**

**If you answered NO to at least one of the questions on Plaintiff's Verdict Form No. 13, then STOP, DO NO NOT FILL OUT THIS FORM, and please proceed to Plaintiff's Verdict Form No. 18.**

**If you answered YES to ALL THREE QUESTIONS on Plaintiffs' Verdict Form No. 13, the please fill out this form.**

We answer the questions submitted to us as follows:

1.     Did Christina Chang intentionally interfere with CMC's prospective economic relations with its customer or customers with malice, oppression, or fraud?

\_\_\_\_\_Yes       \_\_\_\_\_ No

If your answer to question 1 is YES, then answer question 2.

If you answered NO, stop here, answer no further questions, and have the presiding juror sign and date this form.

2.     What amount of punitive damages, if any, do you award CMC?

_____ $

Signed: _____
                    Presiding Juror

Dated: _____

After all verdict forms have been signed, deliver this verdict form to the clerk.

**Please proceed to Plaintiff's Verdict Form No. 18.**

**PLAINTIFF'S PROPOSED VERDICT FORM NO. 18**

**(Setoff)**

We answer the questions submitted to us as follows:

1.    What amount of money should be "set off" against any damages you awarded, if any, to Andrew Verity?

        $ _____

Signed: _____
                        Presiding Juror

Dated: _____

After all verdict forms have been signed, deliver this verdict form to the clerk.