WILLIAM R. HILL, #114954
  rock@donahue.com
ANDREW S. MACKAY, #197074
  andrew@donahue.com
SARA J. ROMANO, #227467
  sromano@donahue.com
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
P.O. Box 12979
Oakland, California 94604-2979
Telephone:   (510) 451-0544
Facsimile:    (510) 832-1486

Attorneys for Plaintiff
MARK LILLGE d/b/a CREATIVE
MARKETING CONCEPTS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>Defendants. | CASE NO. C 07-02748 MHP<br><br>[PROPOSED] JOINT VOIR DIRE QUESTIONS<br><br>Date: May 6, 2008<br>Time: 8:30 a.m.<br>Dept.: Courtroom 15, 18th Floor<br>Judge: Hon. Marilyn H. Patel |
| ANDREW VERITY and CHRISTINA CHANG,<br><br>Counterclaimants,<br><br>v.<br><br>MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10,<br><br>Counterdefendants. | |

Plaintiff Mark Lillge d/b/a/ Creative Marketing Concepts and Defendants Andrew Verity and Christina Chang hereby propose the following voir dire questions for use at trial:

1. Please state your name, date, place of birth and marital status.
2. Where do you live?
3. Where else have you lived in the past 10 years and dates?
4. What is the highest level of education you completed?
5. If you plan to attend or are currently attending school, please describe.
6. Please describe any courses or training in law or a related subject.
7. Please describe the educational background of your spouse, including any degrees or certificates earned.
8. What is your present employment status?
9. What is your current or most recent occupation?
10. Name of your current or most recent employer or, if a student, your school.
11. What are your specific duties and responsibilities on the job?
12. Please describe all other full time employment.
13. Please describe all full time employment of your spouse/former spouse.
14. Please describe all full time employment of any other adult who lives in your home (and for how long the adult has held the job).
15. What are/were the occupations of your parents? (If your parents are retired, what did they do before retirement?).
16. If you have children, please list their sex, age, education and occupation (including any children who do not currently live with you).
17. Are you affiliated with any social, civic, professional, trade, or other organizations?
18. Describe any offices you have held in these organizations.
19. Do you know anyone on this jury panel?
20. On how many cases have you served on a jury?
21. Where did you serve on a jury?

-1-

22. What kinds of cases did you hear while serving on a jury?

23. In how many of those cases did the jury reach a verdict?

24. In how many of those cases did you serve as the jury foreperson?

25. If you have ever been to court for any other reason (besides as a juror or for divorce), please explain.

26. If you have relatives or close personal friends who are judges or attorneys or court personnel, what are their names and relationship to you?

27. Describe any problems (vision, hearing, or other medical problems) that may affect your jury service.

28. If you or anyone close to you has ever made any type of claim for damages, explain.

29. If a claim for money damages has ever been made against you or anyone close to you, explain the circumstances.

30. If you or anyone close to you has ever sued or been sued in any type of lawsuit, explain.

31. If you have any ethical, religious, political, or other beliefs that may prevent you from serving as juror, please explain.

32. Have you, your parents, your spouse, any adult you have lived with, your children, your siblings, anyone close to you, or an acquaintance, as applicable, ever been employed by Mark Lillge d/b/a/ Creative Marketing Concepts, Andrew Verity, Christina Chang, Branding Boulevard, or Verity Marketing? If so, please list the person's job title, years of employment, and specific duties or responsibilities on the job.

33. Have you, your parents, your spouse, any adult you have lived with, your children, your siblings, anyone close to you, or an acquaintance, as applicable, ever been fired from employment? Who was your employer? What was the reason for the firing?

34. Which newspapers do you read and how often?

35. Do you use the Internet and, if so, how often?

36. Have you, your parents, your spouse, any adult you have lived with, your children, your siblings, anyone close to you, or an acquaintance, as applicable, ever been an owner or part owner of a business? If so, please state the person's name, relationship to you, the name of the business, and the nature of the business interest.

37. Do you have anything against or have you had any disputes or bad experiences with Mark Lillge d/b/a/ Creative Marketing Concepts, Andrew Verity, Christina Chang, Branding Boulevard, or Verity Marketing? If so, please describe.

38. Have you heard any negative comments about Mark Lillge d/b/a/ Creative Marketing Concepts, Andrew Verity, Christina Chang, Branding Boulevard, or Verity Marketing? If so, what?

39. Have you worked with contracts in any way, such as writing contracts or enforcing contracts?

40. Have you ever had a dispute with or made a complaint to an employer? If so, what?

41. Have you ever sued an employer? Have you ever been sued by an employer? If so, please explain.

42. Does your job involve supervising other people?

43. Are you involved in the hiring or firing of other people?

44. Are you involved in evaluating the job performance of other employees?

45. Have you ever bought or sold a business? What was the name and type of business?

46. Have you ever performed due diligence in the purchase or sale of a business?

47. Have you ever claimed any ownership interests in any intellectual property rights, such as copyrights, trademarks, patents, or trade secrets? If so, please describe.

48. Have you ever owned or run your own business?

49. Have any of your family members ever owned or run their own business?

50. Have you ever had a business partner? If so, please describe the experience, including whether you had any disputes with your partner and how they were resolved.

51. Do you have any strong feelings one way or another about businesses or former business partners resolving a dispute in a court of law versus using other methods to resolve it? If so, please describe your feelings on this topic.

52. Have you ever left a company to go and work for a competitor? What happened?

53. Have you ever worked in sales or marketing? If so, please describe the experience.

54. Do you have strong perceptions one way or another of people who work in the sales and marketing industry? Have you had a negative experience with someone in the sales and marketing industry?

55. Have you had any experiences with corporate agreements such as confidentiality or non-disclosure agreements or a non-compete clause? If so, please describe your experience.

56. Do you have any strong opinions regarding foreign citizens working in the United States? If so, please describe your opinions.

Dated: April 14, 2008         Respectfully submitted,

                              DONAHUE GALLAGHER WOODS LLP


                              By: */s/  William R. Hill*
                                  William R. Hill
                                  Attorneys for Plaintiff
                                  MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS

-4-