1  RICHARD HARRINGTON (SBN 28099)
   CHANDLER WOOD HARRINGTON & MAFFLY LLP
2  One Maritime Plaza, Fourth Floor
   San Francisco, California 94111 3404
3  Telephone:    415 421 5484
   Facsimile:    415 986 4874
4  Email:        harr@well.com

5  ROBERT CHARLES WARD (SBN 160824)
   SHARTSIS FRIESE LLP
6  One Maritime Plaza, Eighteenth Floor
   San Francisco, California 94111 3404
7  Telephone:    415 421 6500
   Facsimile:    415 421 2922
8  Email:        rward@sflaw.com

9  C. ANGELA DE LA HOUSAYE (SBN 144218)
   BRENDAN J. DOOLEY (SBN 162880)
10 KARYNE T. GHANTOUS (SBN 191309)
   DE LA HOUSAYE & ASSOCIATES, ALC
11 1655 N. Main Street, Suite 395
   Walnut Creek, California 94596
12 Telephone:    (925) 944-3300
   Facsimile:    (925) 944-3343
13 Email:        angela@delahousayelaw.com
                 brendan@delahousayelaw.com
14               karyne@delahousayelaw.com

15 Attorneys for Defendants
   ANDREW VERITY AND CHRISTINA CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE D/B/A CREATIVE MARKETING CONCEPTS,<br><br>Plantiff,<br><br>v.<br><br>ANDREW VERITY AND CHRISTINA CHANG,<br><br>Defendants. | Case No: C-07-02748 MHP<br><br>**DEFENDANTS ANDREW VERITY AND CHRISTINA CHANG INDEX OF EXHIBITS**<br><br>Date:   April 14, 2008<br>Time:   2:00 p.m.<br>Dept:   15<br><br>Complaint Filed: May 25, 2007<br>Trial Date: May 6, 2008 |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case No.: <u>C07-02748 MHP</u>          Date: <u>April 14, 2008</u>

<u>Mark Lillge d/b/a Creative Marketing Concepts</u>  vs.  <u>Andrew Verity and Christina Chang</u>

( ) Plaintiff's  (X) Defendant's

## DEFENDANT'S INITIAL EXHBIT LIST

| Exhibit No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| A. | | | Verity/Lillge Agremeent (2002) |
| B. | | | Lillge's Counsel, Andrew MacKay's tender letter dated March 31, 2008 |
| C. | | | Harrington's confirmation letter dated April 1, 2008 |
| D. | | | Summary of Damage document by expert Miles Locker |
| E. | | | Lillge's E-mail dated March 14, 2007 |
| F. | | | Creative Marketing Concept's Financials, Profit & Loss Statements |
| G. | | | Creative Marketing Concept's client file regarding Bingham McCutchner |
| H. | | | Creative Marketing Concept's client file regarding Chevron Federal Credit Union |
| I. | | | Creative Marketing Concept's client file regarding Delta Dental |
| J. | | | Creative Marketing Concept's client file regarding Federal Occupational Health |
| K. | | | Creative Marketing Concept's client file regarding IT Convergence |
| L. | | | Creative Marketing Concept's client file regarding Kaiser Permanente |
| M. | | | Creative Marketing Concept's client file regarding Military Advantage, Inc. |

| | | | |
|---|---|---|---|
| N. | | | Creative Marketing Concept's client file regarding San Francisco Health Plan |
| O. | | | Creative Marketing Concept's client file regarding Wells Fargo |
| P. | | | Creative Marketing Concept's client file regarding Xoma Corp |
| Q. | | | Creative Marketing Concept's client file regarding YELP.com |
| R. | | | Creative Marketing Concept's client file regarding Zachary's Pizza |

Additional rebuttal exhibits can only be determined when Plaintiff has identified his specific trade secrets and after Plaintiff's disclosure.

Dated: April 14, 2008

DE LA HOUSAYE & ASSOCIATES, ALC

By: /s/ Brendan J. Dooley
BRENDAN J. DOOLEY

Attorneys for Defendants
ANDREW VERITY AND CHRISTINA CHANG