1  RICHARD HARRINGTON (SBN 28099)
   CHANDLER WOOD HARRINGTON & MAFFLY LLP
2  One Maritime Plaza, Fourth Floor
   San Francisco, California  94111  3404
3  Telephone:    415 421 5484
   Facsimile:    415 986 4874
4  Email:        harr@well.com

5  ROBERT CHARLES WARD (SBN 160824)
   SHARTSIS FRIESE LLP
6  One Maritime Plaza, Eighteenth Floor
   San Francisco, California  94111  3404
7  Telephone:    415 421 6500
   Facsimile:    415 421 2922
8  Email:        rward@sflaw.com

9  C. ANGELA DE LA HOUSAYE (SBN 144218)
   BRENDAN J. DOOLEY (SBN 162880)
10 KARYNE T. GHANTOUS (SBN 191309)
   DE LA HOUSAYE & ASSOCIATES, ALC
11 1655 N. Main Street, Suite 395
   Walnut Creek, California  94596
12 Telephone:    (925) 944-3300
   Facsimile:    (925) 944-3343
13 Email:        angela@delahousayelaw.com
                 brendan@delahousayelaw.com
14               karyne@delahousayelaw.com

15 Attorneys for Defendants and Cross-Complainants
   ANDREW VERITY AND CHRISTINA CHANG
16

17                  UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19                     SAN FRANCISCO DIVISION

20

21 MARK LILLGE D/B/A CREATIVE          )  Case No: C-07-02748 MHP
   MARKETING CONCEPTS,                 )
22                                     )  **DEFENDANTS/CROSS-COMPLAINANTS**
                                       )  **ANDREW VERITY AND CHRISTINA**
23              Plantiff,              )  **CHANG'S WITNESS LIST**
                                       )
24     v.                              )  Date:   May 6, 2008
                                       )  Time:   8:30 a.m.
25 ANDREW VERITY AND CHRISTINA CHANG,) Dept:   15
                                       )  Judge:  Hon. Marilyn H. Patel
26           Defendants.               )
                                       )  Complaint Filed:  May 25, 2007
27                                        Trial Date:  None Set

28

1    Defendants and Cross-Complainants Andrew Verity and Christina Chang hereby list the names

2   of witnesses they intend to have testify at trial:

3       1.    Andrew Verity

4       2.    Christina Chang

5       3.    Jeffry Meyer

6       4.    Maria Teresa Pascual

7       5.    Curshandra Woods

8       Defendants and Cross-Complainants reserve the right to identify and call as witnesses any

9   persons to be used as rebuttal witnesses, as well as any persons identified by the opposing party to be

10  witnesses at trial.

11

12  Dated: April 14, 2008                  DE LA HOUSAYE & ASSOCIATES, ALC

13

14                                         By: _____
                                               BRENDAN J. DOOLEY

15                                         Attorneys for Defendants and Cross-Complainants
                                           ANDREW VERITY AND CHRISTINA CHANG

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS/CROSS-COMPLAINANTS ANDREW VERITY AND CHRISTINA CHANG'S WITNESS LIST