# Juror Questionnaire
## United States District Court, San Francisco Division
## Judge Marilyn Hall Patel

| Juror # | Full Name: | | Age: _____ | Gender: ____ Female ____ Male |
|---|---|---|---|---|
| 1. Date and place of birth: _____ _____ | | 2. Is English your first language? ___ Yes ___ No  IF NO, what is? _____ | | |

3. In what city and county do you currently live (do not give your address):

| 4. With regard to your home: <br> ____ Own <br> ____ Rent <br> ____ Live with others, do not pay rent | 5. Your current marital status: <br> ____ Never married, living alone <br> ____ Engaged <br> ____ Married for _____ yrs | ____ Partnered for _____ years <br> ____ Divorced for _____ years <br> ____ Separated for _____ years <br> ____ Widowed for _____ years |
|---|---|---|

6. Your present employment status (check all that apply)  ____ Employed full time    ____ Employed part time
    ____ Do not work outside the home    ____ Self employed    ____ Working more than one job
    ____ Temporarily laid off    ____ Retired in ____(year)    ____ Unemployed, looking for work
    ____ Unemployed, not looking for work    ____ Part-time student    ____ Full-time student

| 7. Your <u>current</u> or (if retired or unemployed) <u>most recent</u> occupation: _____ | 8. Name of your current or most recent employer or, if a student, your school: _____ |
|---|---|
| 9. All other employment you have had in the past ten years (and for how long): <br> _____ <br> _____ | 10. Your spouse or partner's current or (if retired or unemployed) most recent occupation and employer: <br> _____ <br> _____ |
| 11. What are your specific duties and responsibilities on the job? _____ | 12. Are you involved in the hiring and firing of other employees?  ____ Yes    ____ No |

13. Your highest level of education completed:
    ____ Grade school or less    ____ High school graduate    ____ Some college or AA degree
    ____ Technical or vocational school (major): _____    College graduate (major): _____
    ____ Post graduate study (major): _____

14. Have you or a family member ever owned a business?
    ___ Yes, I have    ___ Yes, a family member has    ___ Yes, both myself and a family member have    ___ No
IF YES, how successful was/is the business?    ___ Very successful    ___ Somewhat successful    ___ Not at all successful

15. Have you or a family member ever formed a business partnership?
    ___ Yes, I have    ___ Yes, a family member has    ___ Yes, both myself and a family member have    ___ No
    a. If YES, did you/family member have any serious disputes with your partner?    ___ Yes    ___ No
    b. If YES, was the dispute resolved to you/family member's satisfaction?    ___ Yes    ___ No

| 16. What social, civic, professional, trade, or other organizations are you affiliated with? Please list, and describe any offices held: _____ _____ | 17. Have you or a family member had a serious dispute over a formal business agreement? ____ Yes ____ No  IF YES, please explain: _____ _____ |
|---|---|
| 18. How common do you think it is for employees to take trade secrets when they leave a company and use those secrets at their new company? <br> ____ Extremely common    ____ Somewhat common <br> ____ Not very common    ____ Not very common | 19. Have you ever worked for a company that accused a former employee of stealing or misappropriating the company's trade secrets?    ____ Yes    ____ No  IF YES, please explain: _____ _____ |
| 20. There are too many companies unfairly competing with each other in today's marketplace. <br> ____ Agree strongly    ____ Agree somewhat <br> ____ Disagree strongly    ____ Disagree somewhat | 21. Employees today are just not as loyal to their employers as they should be. <br> ____ Agree strongly    ____ Agree somewhat <br> ____ Disagree strongly    ____ Disagree somewhat |

| | |
|---|---|
| 22. Have you or someone close to you ever had training in or worked in any of the following: (Please check all that apply) <br> \_\_\_\_\_ Mediation or Dispute resolution     \_\_\_\_\_ Contracts     \_\_\_\_\_ Insurance <br> \_\_\_\_\_ Law     \_\_\_\_\_ Marketing     \_\_\_\_\_ Banking <br> \_\_\_\_\_ Business Administration     \_\_\_\_\_ Accounting     \_\_\_\_\_ Sales <br> \_\_\_\_\_ Bookkeeping     \_\_\_\_\_ Advertising     \_\_\_\_\_ Business ethics <br> If you have checked any of the above, please explain: _____ <br> _____ | |
| 23. Have you, a family member or close friend ever had a serious dispute over a contract? \_\_\_\_ Yes \_\_\_\_ No <br> IF YES, please explain: _____ <br> _____ | 24. Have you ever been involved in a serious dispute with your employer? \_\_\_\_ Yes \_\_\_\_ No <br> IF YES, please explain: _____ <br> _____ |
| 25. Have you ever had a serious negative experience with a sales or marketing firm, or individual sales or marketing person? \_\_\_\_ Yes \_\_\_\_ No <br> IF YES, please explain: _____ <br> _____ | 26. Have you or a family member ever sued or been sued by anyone? \_\_\_No <br> \_\_\_ Yes, I/family have sued    \_\_\_ Yes, I/family have been sued <br> IF YES, please explain: _____ <br> _____ |
| 27. Have you ever had to sign a non-disclosure, confidentiality agreement, or non-compete clause? <br> \_\_\_ No        \_\_\_ Yes, non-disclosure <br> \_\_\_Yes, confidentiality agreement    \_\_\_ Yes, non-compete <br> IF YES, please explain: _____ <br> _____ | 28. Have you ever asked an employee to sign a non-disclosure, confidentiality agreement or non-complete clause? <br> \_\_\_ No        \_\_\_ Yes, non-disclosure <br> \_\_\_Yes, confidentiality agreement    \_\_\_ Yes, non-compete <br> IF YES, please explain: _____ <br> _____ |
| 29. How many times have you served on a jury? <br> \_\_\_\_ 0    \_\_\_\_ 1    \_\_\_\_ 2    \_\_\_\_ More than 2 | 30. I do not trust salespeople. <br> \_\_\_\_ Agree strongly     \_\_\_ Agree somewhat <br> \_\_\_\_ Disagree strongly     \_\_\_ Disagree somewhat |
| 31. Certain visas permit people from other countries to work in the U.S. for U.S. companies. What is your overall feeling about this practice? <br> \_\_\_Strongly favor     \_\_\_Somewhat favor     \_\_\_Neutral     \_\_\_Somewhat oppose     \_\_\_Strongly oppose | |
| 32. Describe any problems (vision, hearing, or other medical problems) that might affect your jury service: <br> _____ | |
| 33. Is there anything not covered by this questionnaire that might affect your ability to be a fair and impartial juror? <br> \_\_\_\_ Yes     \_\_\_\_ No <br> If YES, please explain: | |

*I swear that all the foregoing is true and correct.*
SIGNATURE AND DATE:

_____