CHANDLER, WOOD, HARRINGTON & MAFFLY
RICHARD HARRINGTON (Bar #28099)
One Maritime Plaza, 4th Floor
San Francisco, CA 94111
Telephone: (415) 421-5484
Facsimile: (415) 986-4874

SHARTSIS FRIESE LLP
ROBERT CHARLES WARD (Bar #160824)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: rward@sflaw.com

DE LA HOUSAYE & ASSOCIATES
C. ANGELA DE LA HOUSAYE (Bar #144218)
BRENDAN DOOLEY (Bar # 162880)
1655 N. Main Street, Suite 395
Walnut Creek, CA 94596
Facsimile: (925) 944-3343
Phone: (925) 944-3300
Email: angela@delahousayelaw.com

Attorneys for Defendants and Counterclaimants
ANDREW VERITY and CHRISTINA CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>　　　　　Defendants. | Case No. C 07-02748 MHP<br><br>**DEFENDANTS' PROPOSED VOIR DIRE**<br><br>Date:　May 6, 2008<br>Time:　8:30 p.m.<br>Dept:　15, Hon. Marilyn Hall Patel |
| AND RELATED COUNTERCLAIMS. | |

Case No. C 07-02748　　MPA ISP MOTION TO DISSOLVE INJUNCTION OR, IN THE ALTERNATIVE, INCREASE BOND AND FOR P/I AGAINST PLAINTIFF

7475\001\RWARD\1504731.1

1.  Have you ever owned or run your own business?

2.  Have any of your family members ever owned or run their own business?

3.  Have you ever had a business partner? If so, please describe the experience, including whether you had any disputes with your partner and how they were resolved.

4.  Do you have any strong feelings one way or another about businesses or former business partners resolving a dispute in a court of law versus using other methods to resolve it? If so, please describe your feelings on this topic.

5.  Have you ever left a company to go and work for a competitor? What happened?

6.  Have you ever worked in sales or marketing? If so, please describe the experience.

7.  Do you have strong perceptions one way or another of people who work in the sales and marketing industry? Have you had a negative experience with someone in the sales and marketing industry?

8.  Have you had any experiences with corporate agreements such as confidentiality or non-disclosure agreements or a non-compete clause? If so, please describe your experience.

9.  Do you have any strong opinions regarding foreign citizens working in the United States? If so, please describe your opinions.

DATED: April 14, 2008

SHARTSIS FRIESE LLP

By: _____/ S /_____
ROBERT CHARLES WARD

Attorneys for Defendants
ANDREW VERITY and CHRISTINA CHANG

- 1 -

Case No. C 07-02748

MPA ISP MOTION TO DISSOLVE INJUNCTION OR, IN THE ALTERNATIVE, INCREASE BOND AND FOR P/I AGAINST PLAINTIFF

7475\001\RWARD\1504731.1