1  RICHARD HARRINGTON (SBN 28099)
   CHANDLER WOOD HARRINGTON & MAFFLY LLP
2  One Maritime Plaza, Fourth Floor
   San Francisco, California  94111  3404
3  Telephone:      415 421 5484
   Facsimile:       415 986 4874
4  Email:           harr@well.com

5  ROBERT CHARLES WARD (SBN 160824)
   SHARTSIS FRIESE LLP
6  One Maritime Plaza, Eighteenth Floor
   San Francisco, California  94111  3404
7  Telephone:      415 421 6500
   Facsimile:       415 421 2922
8  Email:           rward@sflaw.com

9  C. ANGELA DE LA HOUSAYE (SBN 144218)
   BRENDAN J. DOOLEY (SBN 162880)
10 KARYNE T. GHANTOUS (SBN 191309)
   DE LA HOUSAYE & ASSOCIATES, ALC
11 1655 N. Main Street, Suite 395
   Walnut Creek, California  94596
12 Telephone:      (925) 944-3300
   Facsimile:       (925) 944-3343
13 Email:           angela@delahousayelaw.com
                   brendan@delahousayelaw.com
14                 karyne@delahousayelaw.com

15 Attorneys for Defendants
   ANDREW VERITY AND CHRISTINA CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE D/B/A CREATIVE MARKETING CONCEPTS,<br><br>　　　　　　　Plantiff,<br><br>　　v.<br><br>ANDREW VERITY AND CHRISTINA CHANG,<br><br>　　　　　　　Defendants. | Case No: C-07-02748 MHP<br><br>**[PROPOSED] VOIRE DIRE QUESTIONS**<br><br>Date:   May 6, 2008<br>Time:<br>Dept:   15<br>Judge:  Hon. Marilyn H. Patel<br><br>Complaint Filed: May 25, 2007<br>Trial Date: May 6, 2008 |

I. **INTRODUCE SELF, TEAM, ETC.**

II. **EMPLOYMENT/CHANGING JOBS**

1. Tell me about the type of work you do? Does your job require dealing with a lot of details and focusing on those details?

2. What do you like best about your job? Least?

3. How many of you have ever changed jobs?

   a. How did you go about changing jobs? What were the circumstances surrounding your change?

4. Do any of you feel you have been unfairly terminated from a job? What happened? How did you feel about that?

III. **BUSINESS/SALES EXPERIENCE**

1. Have any of you ever owned or run your own business? How about family members, any of you have family members who owned or run their own business?

2. Has anyone ever had a business partner? Tell me about that experience? Are you still partners? Did you ever have a serious dispute with your partner? How did it get resolved?

3. Has anyone ever worked somewhere where there was a breakup in the ownership of a business? What happened?

4. Has anyone ever felt cheated or taken advantage of in a business situation?

5. Does anyone feel negative about lawsuits and think that using the legal system to solve a dispute between business partners is wrong, that the parties should not be here?

6. How many of you have left a company and gone to work for a competitor? What happened?

7. Has anyone ever left a business and started your own competing business? Tell me about that experience.

   a. What were the circumstances and how did it work out?

   b. When do you believe it is okay to start a business that competes with a former employer? Does anyone here think there should be some sort of waiting period? Tell me about that.

   c. What did you do about getting customers? Did you contact any of your former customers or clients? When did you first contact them – before or after you left to start your new competing business?

   d. How many here think it is wrong for someone who works in a competing business with a former employer to ever contact former clients or customers? Tell me about that.

8. Have any of you ever worked in sales or marketing? Tell me about that experience.

9. Do any of you have any negative perceptions or have any of you had a negative experience with someone in the sales or marketing industry? Please explain.

## IV.   TRADE SECRETS

1. Does anyone know anyone who has taken company property or trade secrets with them when they left a job or started a new business? Tell me about that.

2. Does anyone feel strongly one way or another about taking company property or trade secrets when you leave a job or start a business? Tell me about that.

3. How about if the person leaving is one of the partners in the business. Does anyone here feel strongly one way or another about a partner taking company property or trade secrets when the partner leaves the company? Why is that?

4. How common do you think it is for employees to take trade secrets with them when they leave a company and then use those secrets at their new company? How many of you think it is not at all common? Somewhat common?

## V. CORPORATE AGREEMENTS

1. Have any of you had any experiences with corporate agreements such as confidentiality or non-disclosure agreements or a non-compete clause. Tell me about that experience.

    a. Do any of you have strong feelings one way or another about signing a confidentiality agreement? What about a non-disclosure or a non-compete clause? Please explain your thinking.

## VI. DUTIES OF MANAGING PARTNER

1. Has anyone ever managed a business, or a division, section, department, or office of a business? Tell me about that experience.

    a. What duties did you have as a manager or managing partner?

    b. How many of you feel like managing partners have a higher level of responsibility to the company than other employees do. Please explain your thinking.

2. Has anyone (or a family member) ever been involved in disputes at work that you felt were really about power and control? What happened?

    a. Who was involved in resolving the disputes? Were managers/owners of the business involved?

    b. How were the disputes resolved? Did people ever end up leaving the company? Please explain.

## VII. EMPLOYEE/EMPLOYER LOYALTY

1. Some view a job as a membership in a kind of family and believe employers and employees ought to be loyal to one another. Other people tend to think of a job as just an economic transaction in which neither the employee nor employer really owes anything to one another. What do you think?

2. How many of you think employees should have a strong sense of loyalty to their employer? How many of you think people who leave an employer and branch off onto their own are somehow violating a loyalty? Tell me about that.

### VIII. CONTRACT

1. Who here has entered into a contract such as buying a house or car? Please explain.

2. Is there anyone here who has never signed a contract before?

3. Has anyone had a negative experience because of a contract or formal agreement? Please explain.

4. Who here feels that sometimes it is okay not to honor a contract or formal agreement?

### IX. DISCRIMINATION

1. Is there anyone here who has ever felt that you, or someone close to you, have been discriminated against because of ethnicity, gender or age? What happened?

2. Who here believes too many people claim they are discriminated against and use it as an excuse when something bad happens?

3. There is a lot of controversy today about foreign citizens working in the United States. Do any of you have strong opinions about this practice? Tell me about that.

    a. Do you think the U.S. should continue to allow non-U.S. citizens Visas to work in U.S. companies? Why or why not.

### I. CONCLUDING QUESTIONS

1. Everyone has had experiences in the workplace, and in the world, probably some good and some bad. The law requires that you set your feelings of sympathy aside and decide this case based on the evidence and the law.

    a. Is there anyone here who feels it might be hard for you to do that?

    b. Can I get a commitment from each and every one of you that you will <u>not</u> decide the case based on sympathy for the plaintiff or on any other feelings that you might have about the parties?

2. At this point, has anyone formed any opinions about the case? [If yes, probe how that might affect their ability to be completely impartial.]

    a. Does anyone, as you sit here right now; tend to favor one side over the other?

    b. That is, in your mind, is one side going to have to work extra hard just to get on an even playing field with the other?

    c. Is my side starting out behind?

3. Does anyone want to be a juror here? Why do you feel that way?

4. Every attorney always worries that there is some question that they should have asked. And, ever attorney worries that one of the jurors is thinking that if the attorney just asked the right question, the juror would tell them about something that might be important. But I cannot know what that one question might be. Do any of you have one little thing that you think might be important, but I just have failed to ask the appropriate question to get you to tell me something?

Dated: April 14, 2008                     DE LA HOUSAYE & ASSOCIATES, ALC

                                                / S /
                                  By:_____
                                       BRENDAN J. DOOLEY

                                Attorneys for Defendants
                                ANDREW VERITY AND CHRISTINA CHANG