UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: April 14, 2008

Case No.   C 07-2748  MHP			Judge: MARILYN H. PATEL

Title: MARK LILLGE -v- ANDREW VERITY et al

Attorneys:  Plf:  Ian Boyd
            Dft: Robert Ward, Richard Harrington, Brendan Dooley

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

## PROCEEDINGS

1)  Plaintiff's Motion to Strike Testimony

2)  Defendants' Motion to Dissolve Injunction

3)  _____

## ORDERED AFTER HEARING:

Counsel submit after further discussion; Motions deemed submitted; Plaintiff to submit tradesecret claims by 4/15/2008; Defendant to file responsive pleadings by 4/17/2008;