WILLIAM R. HILL, #114954
rock@donahue.com
ANDREW S. MACKAY, #197074
andrew@donahue.com
SARA J. ROMANO, #227467
sromano@donahue.com
DONAHUE GALLAHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94604-2979
Telephone: (510) 451-0544
Facsimile:   (510) 832-1486

Attorneys for Plaintiff and Counterdefendant
Mark Lillge d/b/a Creative Marketing Concepts

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>Defendants. | Case No.  C 07-02748 MHP<br><br>**DECLARATION OF IAN K. BOYD IN SUPPORT OF PLAINTIFF'S ACCOUNT OF ACTUAL AND ESTIMATED HARM AND ATTORNEYS' FEES AND COSTS SUFFERED AS A CONSEQUENCE OF DEFENDANTS' CONTEMPT**<br><br>**Trial Date:  May 6, 2008**<br>**Time:  8:30 a.m.**<br>**Court:  Hon. Marilyn Hall Patel** |
| ANDREW VERITY and CHRISTINA CHANG,<br><br>Counterclaimants,<br><br>v.<br><br>MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10,<br><br>Counterdefendants. | |

-1-

1    I, Ian K. Boyd, declare:

2      1.     I am a partner at the law firm of Harvey Siskind LLP. I have firsthand personal

3 knowledge of the following facts, and could and would testify competently thereto if called upon to do

4 so.

5      2.     My firm represents Plaintiff Mark Lillge d/b/a Creative Marketing Concepts in this

6 action. On April 1, 2008, the Court issued an Order finding Defendants in civil contempt. The Court

7 found that "[i]n light of defendants' brazen disregard of the court's order with respect to Ms. Lee and

8 Ms. Chan, attorneys fees are warranted in order to make plaintiff whole. Accordingly, CMC is ordered

9 to submit a bill for attorneys' fees and costs incurred in conjunction with the memorandum of points and

10 authorities, the reply brief and the hearing, insofar as they relate to the contempt issue." Order, 22:1-5.

11 **Attorneys' Fees and Costs**

12      3.     I spent 17.4 hours preparing the Application For Order to Show Cause Why Defendants

13 Should Not Be Adjudged in Contempt and Sanctioned ("Application for OSC"). The tasks I performed

14 include conferences with an associate regarding the Application for OSC; researching, drafting, and

15 revising the Application for OSC; conferences with the client regarding the motion; conferences with a

16 third-party witness regarding several instances of Defendants' contempt and attending to a declaration

17 for this witness regarding these issues.

18      4.     My associate Seth I. Appel spent 2.7 hours on the Application for OSC. The tasks he

19 performed include research for the Application for OSC, drafting and reviewing declarations, and

20 reviewing and revising the motion.

21      5.     My legal assistant Cindi Lee spent 3.5 hours on the Application for OSC. The tasks she

22 performed include assembling exhibits for the Application for OSC, redacting the motion and exhibits,

23 and preparing the sealed documents for filings.

24      6.     In response to Defendants' Opposition to the Application for OSC, and the four

25 declarations submitted therewith, I spent 10.9 hours preparing the Reply Brief in Support of Application

26 For Order to Show Cause Why Defendants Should Not Be Adjudged in Contempt and Sanctioned

27 ("Reply Brief"). The tasks I performed include reviewing, revising, and drafting the Reply Brief.

28

DECLARATION OF IAN K. BOYD IN SUPPORT OF PLAINTIFF'S ACCOUNT OF     Case No. 07-02748 MHP
ACTUAL AND ESTIMATED HARM AND ATTORNEYS' FEES AND COSTS SUFFERED AS A CONSEQUENCE
OF DEFENDANTS' CONTEMPT

1    7.    My associate Raffi V. Zerounian spent 10.3 hours on the Reply Brief. The tasks he

2    performed include researching and preparing a draft of the Reply Brief, and finalizing the motion.

3    8.    I spent 6.3 hours preparing for and attending the hearing for the Application for OSC

4    relating to the contempt issue.

5    · 9.    The standard hourly rate I currently charge for such work is $410 an hour, but I billed

6    CMC $390 an hour for such tasks. I received my law degree from the University of San Francisco

7    School of Law in 1997, from which I graduated cum laude and was a member of the McAulliffe Honor

8    Society. I was admitted to the California bar in December 1997 and began my practice at Carr,

9    Mussman and Harvey LLP in 1997. After that firm dissolved in 2000, Harvey Siskind Jacobs LLP was

10   formed, where I practiced as an associate until I became a partner of the firm in 2003. The firm changed

11   its name to Harvey Siskind LLP in 2005. I have been practicing law for over ten years, and have

12   focused my practice on intellectual property litigation since then.

13   10.    The standard hourly rate my firm charges for Raffi V. Zerounian is $310 an hour, but my

14   firm only billed CMC $285 an hour for his services. Mr. Zerounian received his law degree from U.C.

15   Berkeley Law School (Boalt Hall) in 2003. From 2003 to 2004, he served as a law clerk to the

16   Honorable Ernest M. Robles, U.S Bankruptcy Judge for the Central District of California. From 2004 to

17   2006, Mr. Zerounian was in the litigation department of the San Francisco office of Townsend and

18   Townsend and Crew, LLP, where his practice focused on intellectual property and commercial litigation.

19   Mr. Zerounian joined Harvey Siskind LLP in 2006, and has continued to focus his practice on

20   intellectual property and commercial litigation. Mr. Zerounian was admitted to the California bar in

21   2005.

22   11.    The standard hourly rate my firm charges for Seth I. Appel is $310 an hour, but my firm

23   only billed CMC $285 an hour for his services. Mr. Appel received his law degree from Columbia Law

24   School in 2004, where he was named a Harlan Fiske Stone Scholar. Mr. Appel began his practice at

25   Harvey Siskind in 2004. Since then, Mr. Appel has focused his practice on intellectual property

26   litigation. Mr. Appel was admitted to the California bar in 2004.

27

28

DECLARATION OF IAN K. BOYD IN SUPPORT OF PLAINTIFF'S ACCOUNT OF        Case No. 07-02748 MHP
ACTUAL AND ESTIMATED HARM AND ATTORNEYS' FEES AND COSTS SUFFERED AS A CONSEQUENCE
OF DEFENDANTS' CONTEMPT

12.    It is our firm policy to maintain contemporaneous time records. Each timekeeper is instructed to input the amount of time spent and a description of each task performed into the firm's electronic billing management system, called Timeslips. At the end of each month, each timekeeper reviews his or her time records for accuracy. At the end of each month, I also review each invoice to ensure that it accurately reflects the time spent on this matter by my firm, and that such time was reasonable in both time and scope.

13.    I estimate that my client incurred $246.83 in costs associated with electronic legal research, which is not reflected in our request for attorneys' fees and costs.

14.    A true copy of the total amount of hours spent by each individual who worked on the case and their billing rate, and the expenses incurred is attached as Exhibit A and is incorporated herein by reference. Exhibit A is a summary compiled from fully documented time records maintained in the regular course of our legal services. Attached as Exhibit B are copies of my firm's invoices reflecting the time spent on this matter, with unrelated tasks redacted. Certain entries also contain time billed to CMC for matters not directly related to the contempt proceedings, and that time and those fees are not sought for recovery here, nor included in the Exhibit A summary.

15.    Plaintiff Mark Lillge d/b/a Creative Marketing Concepts has been billed for all attorneys' fees and costs requested herein.[1]

16.    The attorneys' fees and costs are correctly stated and were necessarily incurred. Furthermore, all of the fees and costs that my firm billed to Plaintiff in this action were reasonable, and in fact it is my experience over the past ten years that my firm's standard hourly rates are well below the

---

[1] An application for contempt is a serious matter requiring the utmost thoroughness and diligence by the moving party given the nature of the allegations involved. Accordingly I spent more time personally involved with this Application than I have previously for other motions in this case. In the unlikely event that Defendants object to the allocation of my firm's resources here, I note that Brendan Dooley, a partner at one of the three law firms representing Defendants, filed previously a declaration seeking to recover attorneys' fees for Defendants' Motion to Compel (which was filed in contravention of the Court's Standing Order and thus later withdrawn). Mr. Dooley's Declaration avers that he, as a partner, was the only individual who drafted, researched, and wrote the motion to compel, and that he anticipated drafting the reply brief and arguing the motion without any assistance from his associates. Declaration of Brendan J. Dooley in Support of Defendants' Motion to Compel Further Responses to Discovery, Docket Entry #139.

-4-

DECLARATION OF IAN K. BOYD IN SUPPORT OF PLAINTIFF'S ACCOUNT OF        Case No. 07-02748 MHP
ACTUAL AND ESTIMATED HARM AND ATTORNEYS' FEES AND COSTS SUFFERED AS A CONSEQUENCE
OF DEFENDANTS' CONTEMPT

1  market rate for similarly experienced counsel.  Further, as noted above, my firm has actually billed CMC

2  at rates below our already discounted hourly rates.

3         I declare under penalty of perjury that the foregoing is true and correct, and that this declaration

4  is executed in San Francisco, California on April 18, 2008.

                                          _____
                                                   Ian K. Boyd

DECLARATION OF IAN K. BOYD IN SUPPORT OF PLAINTIFF'S ACCOUNT OF          Case No. 07-02748 MHP
ACTUAL AND ESTIMATED HARM AND ATTORNEYS' FEES AND COSTS SUFFERED AS A CONSEQUENCE
OF DEFENDANTS' CONTEMPT

# EXHIBIT A

## Fees and Costs Summary

| Name | Position | Hours | Billable Rate | Cost of Services |
|------|----------|-------|---------------|------------------|
| Ian K. Boyd | Partner | 34.6 | 390 | 13,494 |
| Seth I. Appel | Associate | 2.7 | 285 | 769.50 |
| Raffi V. Zerounian | Associate | 10.3 | 285 | 2935.50 |
| Cindi Lee | Legal Assistant | 3.5 | 140 | 490 |

**Total Hours**

**Total Services**    $17,689.00
**Total Costs**
**Total Due**

# EXHIBIT B

# H A R V E Y   S I S K I N D   L L P
## FOUR EMBARCADERO CENTER
### THIRTY-NINTH FLOOR
#### SAN FRANCISCO  CALIFORNIA  94111
TELEPHONE 415.354.0100          FACSIMILE 415.391.7124

TAX ID#: 94-3252278

Creative Marketing Concepts
Mark Lillge
572 Market Street
San Francisco CA 94104

February 08, 2008

Invoice #   21135
Re:
    CMC v. Verity & Chang
    Client/matter:  934.001

PROFESSIONAL SERVICES ENDING JANUARY 31, 2008

|  | Hours | Amount |
|---|---|---|
| 1/2/2008 IKB | | |
| RVZ | | |
| 1/3/2008 SIA | | |
| IKB | | |
| 1/4/2008 IKB | | |
| 1/7/2008 IKB | | |

Creative Marketing Concepts

|  | | Hours | Amount |
|---|---|---|---|
| 1/8/2008 | IKB | | |
| 1/9/2008 | SIA | | |
| 1/10/2008 | IKB | | |
| | SIA | | |
| 1/11/2008 | IKB | | |
| | SIA | | |
| 1/13/2008 | IKB | | |
| 1/14/2008 | IKB | | |
| | SIA | | |
| 1/15/2008 | IKB | 3.60 | |

Conference with associate re contempt motion.

| | | | |
|---|---|---|---|
| | SIA | | |
| 1/16/2008 | SIA | | |

Creative Marketing Concepts

| | | | Hours | Amount |
|---|---|---|---|---|

| 1/28/2008 | LDM | | | |
| 1/29/2008 | RVZ | | | |
| | SIA | | | |
| | IKB | | | |
| 1/30/2008 | RVZ | | | |
| | SIA | | | |
| | IKB | Attention to initial review of and revisions to contempt motion. | 3.30 | |
| | | Receive telephone call from M. Lillge. Attention to drafting and revising G. Lee declaration. | | |
| | IKB | Further attention to drafting and revising G. Lee declaration. Communications with G. Lee re same. Attention to review of Chevron Federal Credit Union documents. Further attention to drafting and revising contempt motion. Place telephone call to G. Lee. Attention to revising declaration re same. | 6.60 | |

Creative Marketing Concepts                                    Page    6

| | Hours | Amount |
|---|---|---|

1/31/2008

SIA   Review and comment on declaration of G. Lee.                    0.30

**Professional Services This Invoice**

Creative Marketing Concepts                                      Page    7

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Ian K. Boyd | | 390.00 | |
| Seth I. Appel | | 285.00 | |

HARVEY   SISKIND   LLP
FOUR EMBARCADERO CENTER
THIRTY-NINTH FLOOR
SAN FRANCISCO CALIFORNIA 94111
TELEPHONE 415.354.0100                FACSIMILE 415.391.7124

TAX ID#: 94-3252278

Creative Marketing Concepts
Mark Lillge
572 Market Street
San Francisco CA 94104

March 05, 2008

Invoice #   21253
Re:         CMC v. Verity & Chang
            Client/matter:  934.001

PROFESSIONAL SERVICES ENDING FEBRUARY 29, 2008

|  |  | Hours | Amount |
|---|---|---|---|
| 2/1/2008 SIA |  |  |  |
| RVZ |  |  |  |
| IKB |  |  |  |
| 2/2/2008 IKB | Attention to review of contempt motion.  Attention to revisions to same.  Brief legal research re same.  Conference with associate re additional arguments for same. | 3.30 |  |
| RVZ |  |  |  |
| 2/3/2008 RVZ |  |  |  |
| IKB | Further attention to revising contempt motion.  Communications with M. Lillge re same. | 1.10 |  |

Creative Marketing Concepts                                          Page    2

|  |  | Hours | Amount |
|---|---|---|---|
| 2/4/2008 SIA | Further research case law re contempt.  Draft declarations in support of application for order to show cause re contempt.  Work with I. Boyd and C. Lee to revise and finalize application for order to show cause re contempt. | 2.40 | |
| RVZ | | | |
| CRL | Assemble exhibits for declarations in support of motion for contempt and sanctions .  Redact confidential papers and exhibits re same.  Assemble sealed documents re same for filing.  E-file motion and related documents. | 3.50 | |
| IKB | Further attention to revising contempt motion.  Attention to drafting protective order and application to file documents under seal. Further communications with M. Lillge re  same.  Further communications with associate re additional research assignments re same.  Conference with paralegal re exhibits for same.  Attention to finalizing and filing motion for contempt. | 6.90 | |
| 2/5/2008 DAF | | | |
| RVZ | | | |
| IKB | Receive telephone call from M. Lillge re contempt motion and upcoming depositions. | 1.90 | |
| 2/6/2008 IKB | | | |

Creative Marketing Concepts

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/17/2008 | RVZ | Review Defendants' opposition to contempt motion. | 5.20 | |
| | IKB | | | |
| 2/18/2008 | SIA | | | |
| | MAS | | | |
| | RVZ | | | |
| | IKB | | | |
| 2/19/2008 | IKB | | 1.80 | |
| | | Attention to initial outline of reply brief re contempt. | | |
| | MAS | | | |
| | RVZ | | | |
| 2/20/2008 | RVZ | | | |

Creative Marketing Concepts                                         Page    7

|            |     |                                                                                                                                                  | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 2/20/2008  | IKB |                                                                                                                                                  | 0.90  |        |
|            |     | Further attention to outline re reply brief concerning contempt motion.                                                                          |       |        |
|            | DAF |                                                                                                                                                  |       |        |
| 2/21/2008  | IKB |                                                                                                                                                  |       |        |
|            | DAF |                                                                                                                                                  |       |        |
|            | SIA |                                                                                                                                                  |       |        |
|            | RVZ |                                                                                                                                                  |       |        |
| 2/22/2008  | RVZ | Review file for reply to contempt motion reply brief. Begin reviewing cases cited by Defendants.                                                 | 0.90  |        |
|            | SIA |                                                                                                                                                  |       |        |
|            | MAS |                                                                                                                                                  |       |        |
|            | IKB |                                                                                                                                                  |       |        |
| 2/23/2008  | RVZ | Perform research re differences between civil and criminal sanctions. Research availability of civil sanctions. Review cases cited by Defendants. Begin to draft reply brief. | 4.80  |        |
| 2/24/2008  | RVZ | Perform research re availability to obtain attorneys' fees and costs. Continue to draft reply brief. Research availability of issue and termination sanctions. Draft email to I. Boyd re same. | 5.40  |        |
|            | IKB | Attention to drafting and revising reply brief re motion for contempt. Brief legal research re same. Further communications with M. Lillge re same. | 5.60  |        |

Creative Marketing Concepts

Page    8

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 2/25/2008 | RVZ | Finalize draft of brief. | 2.50 | |
| | MAS | | | |
| | IKB | Further attention to revising reply brief.  Further conference with associates re additional research needed for same. | 8.40 | |
| 2/26/2008 | RVZ | | | |
| | IKB | Attention to initial preparation on hearing for motion for partial summary judgment and contempt motion.  Communications with counsel re same. | 0.80 | |
| 2/27/2008 | IKB | | | |
| | RVZ | | | |
| 2/28/2008 | IKB | | | |
| 2/29/2008 | RVZ | | | |

**Professional Services This Invoice**

Creative Marketing Concepts

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Ian K. Boyd | | 390.00 | |
| Raffi V. Zerounian | | 285.00 | |
| Seth I. Appel | | 285.00 | |
| Cindi R. Lee | | 140.00 | |

H A R V E Y    S I S K I N D    L L P

FOUR EMBARCADERO CENTER
THIRTY-NINTH FLOOR
SAN FRANCISCO CALIFORNIA 94111
TELEPHONE 415.354.0100                 FACSIMILE 415.391.7124

TAX ID#: 94-3252278

Creative Marketing Concepts
Mark Lillge
572 Market Street
San Francisco CA 94104

April 08, 2008

Invoice #   21317
Re:         CMC v. Verity & Chang
            Client/matter:  934.001

PROFESSIONAL SERVICES ENDING MARCH 31, 2008

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/2/2008 | IKB | Attention to preparation for argument on motion for summary judgment and contempt.  Further review of cases re same.  Further review of outline re same. | 3.90 | |
| 3/3/2008 | IKB | Further attention to preparing for hearing on motion for summary judgment and contempt.  Conference with associate re same.  Attendance at hearing and argument.  Conference with M. Lillge re same.  Attention to follow-up communications with M. Lillge re same. | 8.10 | |
| 3/4/2008 | IKB | | | |
| 3/5/2008 | IKB | | | |
| 3/6/2008 | IKB | | | |
| 3/7/2008 | RVZ | | | |

Creative Marketing Concepts

| | Hours | Amount |
|---|---|---|
| 3/26/2008  IKB | | |
| 3/27/2008  IKB | | |

**Professional Services This Invoice**

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Ian K. Boyd | | 390.00 | |