WILLIAM R. HILL, #114954
  rock@donahue.com
ANDREW S. MACKAY, #197074
  andrew@donahue.com
SARA J. ROMANO, #227467
  sromano@donahue.com
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
P.O. Box 12979
Oakland, California 94604-2979
Telephone:  (510) 451-0544
Facsimile:   (510) 832-1486

Attorneys for Plaintiff/Counterdefendant
MARK LILLGE d/b/a CREATIVE
MARKETING CONCEPTS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>Defendants.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>Counterclaimants,<br><br>v.<br><br>MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10,<br><br>Counterdefendants. | CASE NO. C 07-02748 MHP<br><br>**DECLARATION OF MARK LILLGE IN SUPPORT OF PLAINTIFF'S ACCOUNT OF ACTUAL AND ESTIMATED HARM AND ATTORNEYS' FEES AND COSTS SUFFERED AS A CONSEQUENCE OF DEFENDANTS' CONTEMPT**<br><br>Trial Date: May 6, 2008<br>Time: 8:30 a.m.<br>Dept.: Courtroom 15, 18th Floor<br>Judge: Hon. Marilyn H. Patel |

I, Mark Lillge, declare:

1. I am over the age of eighteen years. I make this declaration freely and of my own personal knowledge. If I were called as a witness, I could and would competently testify to the matters set forth herein.

2. I am the owner of Creative Marketing Concepts ("CMC"), a California sole proprietorship with its principal place of business in San Francisco, California. CMC is an industry-leading full service advertising specialty firm that sells businesses goods branded with the latter's corporate logo.

3. In 2006 Chevron Federal Credit Union ("CFCU") bought $11,272 in promotional products from CMC. True and correct copies of these 2006 invoices for these orders are attached hereto as Exhibit A. In the first portion of 2007 through May 31, 2007 CFCU bought $16,629.34 worth of promotional products from CMC (the dates for these purchases are as follows: $8,130 on January 15, 2007; $4,120 on March 7, 2007; and $4,379.34 on April 6, 2008). True and correct copies of the invoices for these orders are attached hereto as Exhibit B. Regarding the March 7, 2007 order, CFCU placed this order on March 7, 2007 for 10,000 Custom 2008 Pocket Planners at $0.412 for a total of $4,120. The 2008 calendars did not ship until late 2007. CMC's profit margin on its products is on average at least 40%.

4. After May 31, 2007 CFCU made only one purchase of promotional products from CMC through the end of 2007, which purchase occurred on November 13, 2007 for the sum of $800. A true and correct copy of the invoice associated with this purchase is attached hereto as Exhibit C. Thus, for the calendar year 2007, CFCU purchased $15,829 less in promotional products from CMC after August, 2007 (but before the end of the year) than it purchased between January 1, 2007 and May 31, 2007.

5. In 2008 to date CFCU has made only one purchase of promotional products from CMC, which purchase occurred March 17, 2008 for the sum of $5,000. A true and correct copy of the invoice associated with this purchase is attached hereto as Exhibit D.

///

///

-1-

6. For 2007 prior to November, 2007 CMC had sales to Wells Fargo in March, 2007 of $5,700. CMC has made no sales to Wells Fargo since November 8, 2007. A true and correct copy of the invoice associated with these sales is attached hereto as Exhibit E.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on this 21st day of April, 2008 at San Francisco, California.

_____
Mark Lillge            4/21/08

# EXHIBIT A

# CREATIVE MARKETING CONCEPTS

572 MARKET STREET • SAN FRANCISCO, CA 94104
☎ 415.982.8618 • FAX 415.982.1015 • WWW.CMCPROMOS.COM

**Invoice**

AS 24476

**Ship To:** Chevron Federal Credit Union
Attn: Hieu Tran
475 14th Street, 9th FL.
Oakland, CA 94612

**Bill To:**
Chevron Federal Credit Union-Gina Lee
P.O. Box 2069
Oakland, CA 94604

| SALESPERSON | CLIENT P.O. | SHIPPED VIA | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|
| Christina Chang | | UPS Ground | 1/11/06 | Net 15 | 2/8/06 | 1 |

| QTY. | ITEM - DESCRIPTION | UNIT PRICE | CREDIT/DISC. | AMOUNT |
|---|---|---|---|---|
| 2,610 | Up-Rite Weighted Document Holder | $1.42 | | $3,706.20 |
| 2,500 | Rectangular Mint Card | $0.82 | | $2,050.00 |
| 2 | Set Up Fee | $35.00 | | $70.00 |

**We Do Appreciate Your Business.**

| | |
|---|---|
| SUBTOTAL | $5,826.20 |
| FREIGHT | $415.80 |
| SALES TAX | $0.00 |
| TOTAL | $6,242.00 |
| PAID TO DATE | $6,242.00 |
| **BALANCE DUE** | $0.00 |

TERMS: UNPAID BALANCE SUBJECT TO A 1.5% MONTHLY CHARGE.



**CREATIVE MARKETING CONCEPTS**

572 MARKET STREET · SAN FRANCISCO, CA 94104
☎ 415.982.8618 · FAX 415.982.1015 · WWW.CMCPROMOS.COM

**Invoice** AS 25937

Ship To: Chevron Federal Credit Union
** 17 Splitship Locations

Bill To:
Chevron Federal Credit Union-Gina Lee
P.O. Box 2069
Oakland, CA 94604

| SALESPERSON | CLIENT P.O. | SHIPPED VIA | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|
| Christina Chang | | UPS Ground | 10/26/06 | Net 15 | 12/18/06 | 1 |

| QTY. | ITEM - DESCRIPTION | UNIT PRICE | CREDIT/DISC. | AMOUNT |
|---|---|---|---|---|
| 8,000 | 2007 Double Sided Calendar Card | $0.085 | | $680.00 |
| 1 | Art Fees/Proof - Included | | | |

**We Do Appreciate Your Business.**

| | |
|---|---|
| SUBTOTAL | $680.00 |
| FREIGHT | $142.35 |
| SALES TAX | $0.00 |
| TOTAL | $822.35 |
| PAID TO DATE | $822.35 |
| BALANCE DUE | $0.00 |

TERMS: UNPAID BALANCE SUBJECT TO A 1.5% MONTHLY CHARGE.



572 MARKET STREET • SAN FRANCISCO, CA 94104
415.982.8818 • FAX 415.982.1015 • WWW.CMCPROMOS.COM



**Invoice**

A824469B

**Ship To:** Chevron Federal Credit Union
\*\* San Francisco
\*\* Concord
\*\* San Ramon
\*\* Richmond

**Bill To:**
Chevron Federal Credit Union-Gina Lee
P.O. Box 2069
Oakland, CA 94604

| SALESPERSON | CLIENT P.O. | SHIPPED VIA | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|
| Christina Chang | | UPS Ground | 1/24/06 | Net 15 | 2/8/06 | 1 |

| QTY. | ITEM - DESCRIPTION | UNIT PRICE | CREDIT/DISC. | AMOUNT |
|---|---|---|---|---|
| 2,000 | 5-in-1 Pocket Knife | $0.72 | | $1,440.00 |
| 1 | New Screen Set Up Fee | $40.00 | | $40.00 |

**We Do Appreciate Your Business........**

| | |
|---|---|
| SUBTOTAL | $1,480.00 |
| FREIGHT | $95.70 |
| SALES TAX | $0.00 |
| TOTAL | $1,575.70 |
| PAID TO DATE | $1,575.70 |

TERMS: UNPAID BALANCE SUBJECT TO A 1.5% MONTHLY CHARGE.   BALANCE DUE   $0.00

**CREATIVE MARKETING CONCEPTS**
572 MARKET STREET • SAN FRANCISCO, CA 94104
☎ 415.982.8618 • FAX 415.982.1015 • WWW.CMCPROMOS.COM

**Invoice** AS 26356

**Ship To:** Chevron Federal Credit Union
\*\* 17 Splitship Locations

**Bill To:**
Chevron Federal Credit Union-Suzanne Walden
3396 Mt. Vernon Avenue
Riverside, CA 92507

| SALESPERSON | CLIENT P.O. | SHIPPED VIA | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|
| Christina Chang | | UPS Ground | 10/20/06 | Net 15 | 12/18/06 | 1 |

| QTY. | ITEM - DESCRIPTION | UNIT PRICE | CREDIT/DISC. | AMOUNT |
|---|---|---|---|---|
| 8,320 | 2007 Custom Pocket Planner<br>Set Up Fee - Included<br>\*\*Early Bird Pricing\*\* | $0.395 | | $3,286.40 |

**We Do Appreciate Your Business.**

| | |
|---|---|
| SUBTOTAL | $3,286.40 |
| FREIGHT | $305.15 |
| SALES TAX | $0.00 |
| TOTAL | $3,591.55 |
| PAID TO DATE | $3,591.55 |
| BALANCE DUE | $0.00 |

TERMS: UNPAID BALANCE SUBJECT TO A 1.5% MONTHLY CHARGE.

# EXHIBIT B

# CREATIVE MARKETING CONCEPTS

572 MARKET STREET • SAN FRANCISCO, CA 94104
☎ 415.982.8618 • FAX 415.982.1015 • WWW.CMCPROMOS.COM

**Invoice**
AS 28528

**Bill To:**
Chevron Federal Credit Union-Gina Lee
P.O. Box 2069
Oakland, CA 94604

**Ship To:** Chevron Federal Credit Union
475 14th St., 9th Floor
Oakland, Ca 94612
Attn: Gina Lee

| SALESPERSON | CLIENT P.O. | SHIPPED VIA | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|
| Christina Chang | | UPS Ground/Air | 1/15/07 | Net 15 | 5/22/07 | 1 |

| QTY. | ITEM - DESCRIPTION | UNIT PRICE | CREDIT/DISC. | AMOUNT |
|---|---|---|---|---|
| 10,000 | Round Stick Pen W/ Cap | $0.119 | | $1,190.00 |
| 10,000 | Magnilens w/ Blue Tassel | $0.50 | | $5,000.00 |
| 1,000 | Plastic Piggy Bank | $1.94 | | $1,940.00 |
| 1 | Art Fees - Waived | | | |
| 1 | Set Up Fees - Waived | | | |

**We Do Appreciate Your Business.**

| | |
|---|---|
| SUBTOTAL | $8,130.00 |
| FREIGHT | $603.41 |
| SALES TAX | $0.00 |
| TOTAL | $8,733.41 |
| PAID TO DATE | $8,733.41 |
| **BALANCE DUE** | $0.00 |

TERMS: UNPAID BALANCE SUBJECT TO A 1.5% MONTHLY CHARGE.

**CREATIVE MARKETING CONCEPTS**
572 MARKET STREET · SAN FRANCISCO, CA 94104
☎ 415.982.6618 · FAX 415.982.1015 · WWW.CMCPROMOS.COM

**Invoice**
AS 28035

**Bill To:**
Chevron Federal Credit Union-Gina Lee
P.O. Box 2069
Oakland, CA 94604

**Ship To:** ** Chevron Federal Credit Union
Attn: Gina Lee
475 14th Street, 9th FL.
Oakland, CA 94612
** Chevron FCU-Aramco Branch
Houston, TX 77096

| SALESPERSON | CLIENT P.O. | SHIPPED VIA | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|
| Christina Chang | | Truck | 4/6/07 | Net 15 | 5/22/07 | 1 |

| QTY. | ITEM - DESCRIPTION | UNIT PRICE | CREDIT/DISC. | AMOUNT |
|---|---|---|---|---|
| 10,427 | 3x4 Full Color Process Stick Pad | $0.42 | | $4,379.34 |
| 1 | Art Fees/Proof - Included | | | |
| 1 | Set Up Fee  Included | | | |
| 2,403 | Misprints Used By Client (No Charge) | | | |

**We Do Appreciate Your Business......**

| | |
|---|---|
| SUBTOTAL | $4,379.34 |
| FREIGHT | $270.97 |
| SALES TAX | $0.00 |
| TOTAL | $4,650.31 |
| PAID TO DATE | $4,650.31 |

TERMS: UNPAID BALANCE SUBJECT TO A 1.5% MONTHLY CHARGE.   **BALANCE DUE**   $0.00

**CREATIVE MARKETING CONCEPTS**
572 MARKET STREET • SAN FRANCISCO, CA 94104
☎ 415.982.8618 • FAX 415.982.1015 • WWW.CMCPROMOS.COM

**Invoice**
AS 26477

**Bill To:**
Chevron Federal Credit Union-Gina Lee
P.O. Box 2069
Oakland, CA 94604

**Ship To:** Chevron Federal Credit Union
475-14th St., 9th Fl
Oakland, Ca 94612
Attn: Gina Lee

| SALESPERSON | CLIENT P.O. | SHIPPED VIA | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|
| Mark Lillge | | UPS Ground | 11/14/07 | Net 15 | 12/7/07 | 1 |

| QTY. | ITEM - DESCRIPTION | UNIT PRICE | CREDIT/DISC. | AMOUNT |
|---|---|---|---|---|
| 9,360 | Custom 2008 Pocket Planner | $0.445 | | $4,165.20 |

**We Do Appreciate Your Business.**

| | |
|---|---|
| SUBTOTAL | $4,165.20 |
| FREIGHT | $335.67 |
| SALES TAX | $0.00 |
| TOTAL | $4,500.87 |
| PAID TO DATE | $4,500.87 |

TERMS: UNPAID BALANCE SUBJECT TO A 1.5% MONTHLY CHARGE.

**BALANCE DUE** $0.00

# EXHIBIT C

**CREATIVE MARKETING CONCEPTS**
572 MARKET STREET • SAN FRANCISCO, CA 94104
415.982.8618 • FAX 415.982.1015 • WWW.CMCPROMOS.COM

**Invoice** AS 27229

**Bill To:**
Chevron Federal Credit Union-Gina Lee
P.O. Box 2069
Oakland, CA 94604

**Ship To:** Cheveron Federal Credit Union
Attn: Gina Lee
475-14th St., 9th Floor
Oakland, Ca 94612

| SALESPERSON | CLIENT P.O. | SHIPPED VIA | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|
| Mark Lillge | | UPS Ground | 11/2/07 | Net 15 | 11/13/07 | 1 |

| QTY. | ITEM - DESCRIPTION | UNIT PRICE | CREDIT/DISC. | AMOUNT |
|---|---|---|---|---|
| 10,000 | 2008 Full Color Double Sided Calendar Card | $0.08 | | $800.00 |
| 1 | Art Fees/Proof - Included | | | |
| 1 | Set Up Fee - Included | | | |

**We Do Appreciate Your Business.**

| | |
|---|---|
| SUBTOTAL | $800.00 |
| FREIGHT | $35.70 |
| SALES TAX | $0.00 |
| TOTAL | $835.70 |
| PAID TO DATE | $835.70 |
| BALANCE DUE | $0.00 |

TERMS: UNPAID BALANCE SUBJECT TO A 1.5% MONTHLY CHARGE.

# EXHIBIT D

# CREATIVE MARKETING CONCEPTS

572 MARKET STREET • SAN FRANCISCO, CA 94104
☎ 415.982.8618 • FAX 415.982.1015 • WWW.CMCPROMOS.COM



## Invoice
**AS 27202**

**Ship To:** Chevron Federal Credit Union-Gina Lee
475 14th Street, 9th FL.
Oakland, CA 94612

**Bill To:**
Chevron Federal Credit Union-Gina Lee
P.O. Box 2069
Oakland, CA 94604

| SALESPERSON | CLIENT P.O. | SHIPPED VIA | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|
| Mark Lillge | | UPS Ground | 3/14/08 | Net 15 | 3/17/08 | 1 |

| QTY. | ITEM - DESCRIPTION | UNIT PRICE | CREDIT/DISC. | AMOUNT |
|---|---|---|---|---|
| 10,000 | Magnilens with Blue Tassel | $0.50 | | $5,000.00 |

PAID 13772 3/31/08

**We Do Appreciate Your Business.**

| | |
|---|---|
| SUBTOTAL | $5,000.00 |
| FREIGHT | $128.00 |
| SALES TAX | $0.00 |
| TOTAL | $5,128.00 |
| PAID TO DATE | $0.00 |
| **BALANCE DUE** | **$5,128.00** |

TERMS: UNPAID BALANCE SUBJECT TO A 1.5% MONTHLY CHARGE.

# EXHIBIT E




**572 MARKET STREET • SAN FRANCISCO, CA 94104**
**☎ 415.982.8618 • FAX 415.982.1015 • WWW.CMCPROMOS.COM**

**Invoice**
AB28560

Case 3:07-cv-02748-MHP   Document 179   Filed 04/21/2008   Page 18 of 18

**Ship To:** Drop Ships to CA & AZ

**Bill To:**
Wells Fargo-Michelle Chan
525 Market St
MAC A0103-221
San Francisco, CA 94105

| SALESPERSON | CLIENT P.O. | SHIPPED VIA | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|
| Andrew Verity | | UPS Ground | | Net 15 | 3/16/07 | 1 |

| QTY. | ITEM - DESCRIPTION | UNIT PRICE | CREDIT/DISC. | AMOUNT |
|---|---|---|---|---|
| 70 | #Kitted apothecary jar product with Hershey's almonds & stand-up in client supplied bag. 5 bags per box. Price includes fulfillment | $63.36 | | $4,435.20 |
| 20 | As above- Arizona deliveries (exempt from CA tax) | $63.36 | | $1,267.20 |

**We Do Appreciate Your Business.**

| | |
|---|---|
| SUBTOTAL | $5,702.40 |
| FREIGHT | $337.50 |
| SALES TAX | $376.99 |
| TOTAL | $6,416.89 |
| PAID TO DATE | $6,416.89 |

TERMS: UNPAID BALANCE SUBJECT TO A 1.5% MONTHLY CHARGE.    BALANCE DUE    $0.00