WILLIAM R. HILL, #114954
rock@donahue.com
ANDREW S. MACKAY, #197074
andrew@donahue.com
SARA J. ROMANO, #227467
sromano@donahue.com
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
P.O. Box 12979
Oakland, California 94604-2979
Telephone: (510) 451-0544
Facsimile: (510) 832-1486

Attorneys for Plaintiff/Counterdefendant
MARK LILLGE d/b/a CREATIVE
MARKETING CONCEPTS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>        Plaintiff,<br><br>v.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>        Defendants.<br><hr>ANDREW VERITY and CHRISTINA CHANG,<br><br>        Counterclaimants,<br><br>v.<br><br>MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10,<br><br>        Counterdefendants. | CASE NO. C 07-02748 MHP<br><br>**DECLARATION OF GINA LEE IN SUPPORT OF PLAINTIFF'S ACCOUNT OF ACTUAL AND ESTIMATED HARM AND ATTORNEYS' FEES AND COSTS SUFFERED AS A CONSEQUENCE OF DEFENDANTS' CONTEMPT**<br><br>Trial Date:  May 6, 2008<br>Time:        8:30 a.m.<br>Dept.:        Courtroom 15, 18th Floor<br>Judge:       Hon. Marilyn H. Patel |

I, Gina Lee, declare:

1. I am over the age of eighteen years. I make this declaration freely and of my own personal knowledge. If I were called as a witness, I could and would competently testify to the matters set forth herein.

2. I am a Business Development Officer at Chevron Federal Credit Union ("CFCU"). I have held this position since July 2006. As part of my duties at CFCU, I negotiate for, and order, promotional products on behalf of CFCU.

3. CFCU bought $11,272.60 in promotional products in 2006 from Plaintiff Mark Lillge d/b/a Creative Marketing Concepts ("CMC"). In the first portion of 2007 through May 31, 2007 CFCU bought $16,629.34 worth of promotional products from CMC ($8,130 on January 15, 2007; $4,120 on March 7, 2007; and $4,379.34 on April 6, 2008). Regarding the March 7, 2007 order, I sent Christina Chang an e-mail on March 7, 2007 ordering 10,000 Custom 2008 Pocket Planners at $0.412 for a total of $4,120. The 2008 calendars did not ship until late 2007, but I placed the order on March 7. A true and correct copy of my March 7, 2007 e-mail to Christina Chang is attached hereto as Exhibit A.

4. In the rest of 2007 CFCU made only one purchase from CMC, which purchase occurred on November 13, 2007 in the total amount of $800.

5. As I mentioned in my Declaration dated January 31, 2008 filed in support of Plaintiff's Application for an OSC Re: Contempt ("Prior Lee Declaration"), I had been discussing making a purchase of approximately $20,000 worth of health-related and youth-related promotional items with Christina Chang in May, 2007 while Ms. Chang was still employed at CMC. (See Prior Lee Declaration, ¶ 6.) I ultimately made these purchases (that I had originally intended to purchase from CMC) from a third party, which was neither CMC nor Ms. Chang's new company. (See Prior Lee Declaration, ¶ 10.)

6. The following is a list of items referenced in Paragraph 5 above that I proceeded to purchase from another supplier after May 31, 2007 that I would have purchased from CMC absent Christina Chang's improper use of my confidential information:

-1-

|   |   |   |
|---|---|---|
| 1 | $2,972.34 | June 21, 2007 tape measure |
| 2 | $ 615.90 | July 9, 2007 balloons |
| 3 | $3,665.00 | July 12, 2007 magic sketch keychains |
| 4 | $1,064.40 | July 18, 2007 piggy banks |
| 5 | $3,720.00 | August 3, 2007 beach mats |
| 6 | $2,603.04 | October 8, 2007 house stress reliever |
| 7 | $2,026.00 | October 8, 2007 antibacterial spray |
| 8 | $3,120.00 | October 8, 2007 piggy banks |
| 9 | $1,278.65 | October 9, 2007 antibacterial soap leaves |
| 10 | $1,355.00 | October 16, 2007 beach ball |

**TOTAL**    $22,420.33

7. In 2008 to date CFCU has made only one purchase from CMC, which purchase occurred on March 17, 2008 for the total sum of $5,000.

8. I attribute the decline in CFCU's orders for product from CMC to the improper communications I received from Christina Chang after May 31, 2007. I am unhappy with the fact that Ms. Chang had taken my confidential information with her to her new company Branding Boulevard in order to solicit my business. I have intentionally tempered the amount of business I do with CMC because I do not want this situation to repeat itself.

I declare under penalty of perjury under the laws of the Unites States of America and the State of California that the foregoing is true and correct and that this declaration was executed on this 21st day of April, 2008 at Oakland, California

_____
Gina Lee

# EXHIBIT A

From: "Lee, Gina" <glee@chevronfcu.org>
Subject: **RE: Chevron Fed Cr Union 2008 custom pocket planners**
Date: March 7, 2007 3:12:16 PM PST
To: "Christina" <christina@cmcpromos.com>

Hi Christina,

Per our conversation, lets move forward with 10K @ $0.412. I look forward to receiving the design draft.

Thanks,

Gina Lee
Business Development Officer
Chevron Federal Credit Union
(510) 627-5159 direct line

-----Original Message-----
From: Christina [mailto:christina@cmcpromos.com]
Sent: Wednesday, March 07, 2007 2:52 PM
To: Lee, Gina
Subject: Re: Chevron Fed Cr Union 2008 custom pocket planners

Hey Gina

You paid $0.395 ea. for 8K qty last year. I will take care of the splitship locations for you as usual. Feel free to change design what you want as long as we stay within the black blue scheme. Full color process is a bit pricey.

Brandon's jacket should have been in your office already. I did 2 just in case. I have his height, but in case......
Everyone has different physique. What if he has a pop belly:::::. Didn't want to assume. He should be XL when the garment is true to size, but b/c this is a very fashionable slim cut jacket, my guesstimate is XXXL assuming he will wear this all year around =).

Thanks, Christina

*Christina Chang*
*Creative Marketing Concepts Visit us on the web at http://www.cmcpromos.com*
*572 Market Street, San Francisco, CA 94104*
*415-982-8618 Phone 415-982-1015 Fax*
*Our mission is to provide the most suitable promotions for our clients with the BEST SERVICE at most competitive rates.*

On Mar 7, 2007, at 2:36 PM, Lee, Gina wrote:

> Hi Christina,
>
> This sounds like a great deal. Can you remind me what we paid for the 2007 pocket planners at 8,000 QTY? We will most likely do a re-design, and yes, this will be a splitship again to the 16 branches across the US.
>
> My coworker Brandon would like the XXXL. Hopefully it won't be too big - he's exactly 6 feet tall and 180 pounds. Thanks for asking!
>
> Thanks,
>
> Gina Lee
> Business Development Officer

Chevron Federal Credit Union
(510) 627-5159 direct line

-----Original Message-----
From: Christina [mailto:christina@cmcpromos.com]
Sent: Wednesday, March 07, 2007 2:24 PM
To: Lee, Gina
Subject: Chevron Fed Cr Union 2008 custom pocket planners

Hey Gina

Which jacket size is better for your co worker? I did one men's XL and XXXL. You should be able to do a visual based on his arm & should width. I think XXXL b/c of its extra slim cut.

**This is the early bird pricing.** *Once production is done, we will hold the planners at factory till October 1 or sooner per your instructions.*
10000 pocket planners with black gradient hallmark logo and your blue/black text imprint on cover is @ $0.412 ea. Please let me know what you would like to change for this year's design. I told my art dept to on stand by mold for your project.

I will also make sure you get some finished product sample way before October. I want to do a triple QC check.

*Note: Do let me know if you need me to arrange splitship to different locations as last year.*

Thanks, Christina
*Christina Chang*
*Creative Marketing Concepts*
  *Visit us on the web at http://www.cmcpromos.com*
  *572 Market Street, San Francisco, CA  94104*
   *800-686-6462 Toll-Free*
  *415-651-1327 Direct Phone*
  *415-982-1015 Fax*
  *415-307-2285 Mobile*
*Our mission is to provide the most suitable promotions for our clients with the BEST SERVICE at most competitive rates.*

The information contained in this email is confidential and is intended solely for the use of the person identified and intended as the recipient. If you are not the intended recipient, any disclosure, copying, distribution, or taking of any action in reliance on the contents is prohibited. If you received this message in error, contact the sender immediately and delete it from your computer. Personal e-mails are restricted by Chevron Federal Credit Union policy. As such, Chevron Federal Credit Union specifically disclaims any responsibility or liability for any personal information or opinions of the author expressed in this email.

The information contained in this email is confidential and is intended solely for the use of the person identified and intended as the recipient. If you are not the intended recipient, any disclosure, copying, distribution, or taking of any action in reliance on the contents is prohibited. If you received this message in error, contact the sender immediately and delete it from your computer. Personal e-mails are restricted by Chevron Federal Credit Union policy. As such, Chevron Federal Credit Union specifically disclaims any responsibility or liability for any personal information or opinions of the author expressed in this email.