WILLIAM R. HILL, #114954
  rock@donahue.com
ANDREW S. MACKAY, #197074
  andrew@donahue.com
SARA J. ROMANO, #227467
  sromano@donahue.com
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
P.O. Box 12979
Oakland, California 94604-2979
Telephone:  (510) 451-0544
Facsimile:  (510) 832-1486

Attorneys for Plaintiff/Counterdefendant
MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>  Plaintiff,<br><br>v.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>  Defendants. | CASE NO. C 07-02748 MHP<br><br>**DECLARATION OF ANDREW MACKAY IN SUPPORT PLAINTIFF'S ACCOUNT OF ACTUAL AND ESTIMATED HARM AND ATTORNEYS' FEES AND COSTS SUFFERED AS A CONSEQUENCE OF DEFENDANTS' CONTEMPT**<br><br>Trial Date: May 6, 2008<br>Time: 8:30 a.m.<br>Dept.: Courtroom 15, 18th Floor<br>Judge: Hon. Marilyn H. Patel |
| ANDREW VERITY and CHRISTINA CHANG,<br><br>  Counterclaimants,<br><br>v.<br><br>MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10,<br><br>  Counterdefendants. | |

I, Andrew S. MacKay, declare:

1. I am a partner with the law firm Donahue Gallagher Woods LLP, attorneys for Plaintiff and Counterdefendant Mark Lillge d/b/a/ Creative Marketing Concepts ("CMC") in the above-referenced action.

2. I spent at least four hours preparing Plaintiff's Account of Actual and Estimated Harm and Attorneys' Fees and Costs as a Consequence of Defendants' Contempt. The tasks I performed included conferencing with William R. Hill, the lead trial attorney on this case, communicating with the client regarding factual matters, preparing supporting declarations, and a proposed order and bill of costs. My standard hourly rate is $375/hour, which is the rate CMC was billed for my time. I received my law degree from the University of California at Berkeley (Boalt Hall) in 1998. I have practiced law almost ten years.

3. My partner William R. Hill spent at least one hour preparing Plaintiff's Account of Actual and Estimated Harm and Attorneys' Fees and Costs as a Consequence of Defendants' Contempt. Mr. Hill's standard hourly rate is $425 per hour, which is the rate CMC was billed for his time. Mr. Hill received his law degree from the University of California at Berkeley (Boalt Hall) in 1984. He has practiced law for almost twenty-five years.

4. The total amount of attorneys' fees and costs related to Donahue Gallagher's time is therefore $1,925 ($425 for Mr. Hill's time and $1,500 for my time). The attorneys' fees and costs are correctly stated and were necessarily incurred. Furthermore, all of the fees and costs that my firm billed to Plaintiff in this action were reasonable, and in fact it is my experience over the past ten years that my firm's standard hourly rates are well below the market rate for similarly experienced counsel.

The foregoing is based on my personal knowledge. If called to testify as a witness, I could and would testify competently thereto.

///
///
///
///

1  I declare under penalty of perjury under the laws of the United States of America and the
2  State of California that the foregoing is true and correct and that this declaration was executed on
3  this 21st day of April, 2008 at Oakland, California

5             */s/ Andrew S. MacKay*
6             Andrew S. MacKay

| | |
|---|---|
| 1 | WILLIAM R. HILL, #114954<br>  rock@donahue.com |
| 2 | ANDREW S. MACKAY, #197074<br>  andrew@donahue.com |
| 3 | SARA J. ROMANO, #227467<br>  sromano@donahue.com |
| 4 | DONAHUE GALLAGHER WOODS LLP<br>Attorneys at Law |
| 5 | 300 Lakeside Drive, Suite 1900<br>Oakland, California 94612-3570 |
| 6 | P.O. Box 12979<br>Oakland, California 94604-2979 |
| 7 | Telephone:   (510) 451-0544<br>Facsimile:    (510) 832-1486 |
| 8 | |
| 9 | Attorneys for Plaintiff/Counterdefendant<br>MARK LILLGE d/b/a CREATIVE<br>MARKETING CONCEPTS |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>          Plaintiff,<br><br>   v.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>          Defendants. | CASE NO.  C 07-02748 MHP<br><br>**DECLARATION OF ANDREW MACKAY IN SUPPORT PLAINTIFF'S ACCOUNT OF ACTUAL AND ESTIMATED HARM AND ATTORNEYS' FEES AND COSTS SUFFERED AS A CONSEQUENCE OF DEFENDANTS' CONTEMPT**<br><br>Trial Date:  May 6, 2008<br>Time:         8:30 a.m.<br>Dept.:         Courtroom 15, 18th Floor<br>Judge:        Hon. Marilyn H. Patel |
| ANDREW VERITY and CHRISTINA CHANG,<br><br>          Counterclaimants,<br><br>   v.<br><br>MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10,<br><br>          Counterdefendants. | |

---

MACKAY DECL. IN SUPPORT OF ACCOUNT OF HARM AND ATTORNEYS' FEES AND COSTS    CASE No.  C 07-02748 MHP

I, Andrew S. MacKay, declare:

1.  I am a partner with the law firm Donahue Gallagher Woods LLP, attorneys for Plaintiff and Counterdefendant Mark Lillge d/b/a/ Creative Marketing Concepts ("CMC") in the above-referenced action.

2.  I spent at least four hours preparing Plaintiff's Account of Actual and Estimated Harm and Attorneys' Fees and Costs as a Consequence of Defendants' Contempt.  The tasks I performed included conferencing with William R. Hill, the lead trial attorney on this case, communicating with the client regarding factual matters, preparing supporting declarations, and a proposed order and bill of costs.  My standard hourly rate is $375/hour, which is the rate CMC was billed for my time.  I received my law degree from the University of California at Berkeley (Boalt Hall) in 1998.  I have practiced law almost ten years.

3.  My partner William R. Hill spent at least one hour preparing Plaintiff's Account of Actual and Estimated Harm and Attorneys' Fees and Costs as a Consequence of Defendants' Contempt. Mr. Hill's standard hourly rate is $425 per hour, which is the rate CMC was billed for his time.  Mr. Hill received his law degree from the University of California at Berkeley (Boalt Hall) in 1984.  He has practiced law for almost twenty-five years.

4.  The total amount of attorneys' fees and costs related to Donahue Gallagher's time is therefore $1,925 ($425 for Mr. Hill's time and $1,500 for my time).  The attorneys' fees and costs are correctly stated and were necessarily incurred.  Furthermore, all of the fees and costs that my firm billed to Plaintiff in this action were reasonable, and in fact it is my experience over the past ten years that my firm's standard hourly rates are well below the market rate for similarly experienced counsel.

The foregoing is based on my personal knowledge.  If called to testify as a witness, I could and would testify competently thereto.

///

///

///

///

-1-

1 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on this 21st day of April, 2008 at Oakland, California.

/s/ Andrew S. MacKay
Andrew S. MacKay