1  WILLIAM R. HILL, #114954
     rock@donahue.com
2  ANDREW S. MACKAY, #197074
     andrew@donahue.com
3  SARA J. ROMANO, #227467
     sromano@donahue.com
4  DONAHUE GALLAGHER WOODS LLP
   Attorneys at Law
5  300 Lakeside Drive, Suite 1900
   Oakland, California  94612-3570
6  P.O.  Box 12979
   Oakland, California  94604-2979
7  Telephone:     (510) 451-0544
   Facsimile:     (510) 832-1486
8
   Attorneys for Plaintiff/Counterdefendant
9  MARK LILLGE d/b/a CREATIVE
   MARKETING CONCEPTS

10

11                    UNITED STATES DISTRICT COURT

12                FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, | CASE NO.  C 07-02748 MHP |
| 16                  Plaintiff, | **[PROPOSED] ORDER AND BILL OF COSTS RE ACTUAL AND ESTIMATED HARM AND ATTORNEYS' FEES AND COSTS SUFFERED AS A CONSEQUENCE OF DEFENDANTS' CIVIL CONTEMPT** |
| 17           v. | |
| 18  ANDREW VERITY and CHRISTINA CHANG, | |
| 19 | Trial Date:  May 6, 2008<br>Time:        8:30 a.m.<br>Dept.:       Courtroom 15, 18th Floor<br>Judge:       Hon. Marilyn H. Patel |
| 20                  Defendants. | |
| 21  ANDREW VERITY and CHRISTINA CHANG, | |
| 22 | |
| 23                  Counterclaimants, | |
| 24           v. | |
| 25  MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10, | |
| 26 | |
| 27                  Counterdefendants. | |

28

1 | Pursuant to the Court's Order filed April 1, 2008, the Court found Defendants Andrew Verity and Christina Chang in civil contempt of the Court's temporary restraining order and preliminary injunction. The Court, having considered Plaintiff's Account of Actual and Estimated Harm and Attorneys' Fees and Costs Suffered as a Consequence of Defendants' Civil Contempt and its supporting declarations, as well as Defendants' Opposition,

IT IS HEREBY ORDERED:

Defendants are ordered to pay total sanctions as follows:

| | |
|---|---:|
| For 2007 lost profits from sales to Chevron Federal Credit Union | $ 8,968.13 |
| For 2008 lost profits from sales to Chevron Federal Credit Union: | $ 4,651.73 |
| For 2007/08 lost profits from sales to Wells Fargo: | $ 2,280.00 |
| Attorneys' fees incurred by Harvey Siskind LLP: | $17,689.00 |
| Attorneys' fees incurred by Donahue Gallagher Woods LLP: | $ 1,925.00 |
| **TOTAL:** | **$35,513.86** |

The sanctions awarded shall be paid to Plaintiff within ten days of this order.

Dated: April 21, 2008

_____
The Hon. Marilyn H. Patel
U.S. District Court Judge