**EXHIBIT A**

Products | Support | Services | Partners | Company | Login    [    ] Search



# AccountEdge
**Network Edition** Works well with others

Buy    Upgrade    Try    New features    Overview    Banking    Sales/Purchases    Payroll    Inventory    Time billing

## AccountEdge Network Edition

MYOB AccountEdge Network Edition brings all of the power of small business accounting software AccountEdge for Mac, optimized to work at peak performance over a Mac OS X network.

### About AccountEdge Network Edition

AccountEdge Network Edition is specifically designed to work in a peer-to-peer network. Data is stored in a single company file, which is stored on a host computer. From there, it can be accessed across the network by other workstations. A user on the host computer can also access the company file.

AccountEdge Network Edition takes advantage of some key Mac OS X technologies, such as Bonjour, which makes connecting to company files across a network much easier and more efficient. As such, Network Edition requires Mac OS X 10.3.9 or later.

AccountEdge Network Edition is optimized for networking, but aside from that is identical to AccountEdge. To read an overview of AccountEdge Network Edition's feature set, start here.

### Workstation licenses

Workstation Licenses help increase work efficiency and productivity by allowing multi-user access to your company file from different workstations. Additional Workstation Licenses are available for Premier Accounting, AccountEdge, and AccountEdge Network Edition. Buy now.

### Network Edition resources

- Features
- New in 2008
- Workstation licenses
- System requirements
- AccountEdge Network Edition Implementation Guide (749 KB)

---

| Products | Support | Add-Ons | Partners | Company |
|---|---|---|---|---|
| Product Overview | Support Home | Payroll | Partner Home | Company Home |
| AccountEdge | Accounting Software Support | Business Services | For Accountants | Contact |
| AccountEdge NE | Checkout Support | Add-On Solutions | For ACNs | News |
| BusinessEssentials | Training | Industry Solutions | Certified Consultants | Legal Terms |
| Checkout Point of Sale | Contact Support | Barcode Scanners | Resellers | Privacy Policy |
| FirstEdge | Consulting Services | Receipt Printers | Partner Portal | |
| Premier Accounting | | Cash Drawers | For Educators | **Store** |
| | | | | Login |
| | | | | View Cart |
| | | | | View Account |
| | | | | Order Status |
| | | | | Product Registration |
| | | | | 1-800-322-MYOB |

©2007-8 Acclivity LLC. MYOB and the MYOB logo are registered trademarks of MYOB, Ltd.

**EXHIBIT B**



| Xebra Home | Customer References | Request Sales Assistance | Contents |   1-800-356-2772

## What Can Xebra Software Do?



With Xebra, you can:

- Request quotes from suppliers
- Quote your customers
- Record orders from your customers
- Easily handle customer orders that require multiple suppliers and purchase orders to fulfill
- Acknowledge your customer's orders
- Send purchase orders to suppliers
- Record supplier acknowledgements and purchase order status
- Process supplier invoices
- Invoice your customers
- Receive payments from your customers
- Send customer re-order notices
- Record notes for internal use
- Find jobs (including quotes, orders, invoices) using our Detailed Job Search by searching based on key words that appear within any data field on the job (including line items).
- Record and print long descriptive notes or special instructions for line items on a job
- Store images for each item that can print on your documents
- Store files of any type (including artwork files) with items, jobs, or line items
- Add extra descriptive text or additional pages to a document after you generate it, but before you send it
- Email documents and stored file attachments
- View reports and documents within the Xebra print preview, then print them, email them, fax them, save them as a pdf file, save them as an Excel (.xls) file, or queue them for later printing
- Easily view customer history and repeat jobs
- Run various built in reports that show orders, sales, income, commissions, accounting information, and inventory information
- Access your data for additional flexible reporting through external applications (Access, Crystal Reports, etc.) using Xebra's ODBC capabilities

- Collect accounting data as you do your normal work
- Disburse payments to suppliers
- Manage your bank account(s)
- Review accounting data with built in GL reporting
- Add additional accounting entries or adjustments using Xebra's general journal
- Track inventory
- Generate packing slips/delivery tickets
- Allow your customers to interact with you via your web site using Xebra's integrated E-Commerce features
- Track your contacts with prospects and schedule your next contact
- Send bulk emails to prospects
- Send messages to other Xebra users in your company
- Customize the documents that you send to customers and suppliers
- Generate mail merge data for existing customers or prospects that you can use to create letters or labels in programs such as Microsoft Word
- Integrate with ODBC compliant shipping software such as UPS WorldShip
- Assign passwords and configure security settings for users in your company.
- Work quickly -- even with many users on a network or working remotely over the Internet
- Work remotely over the Internet WITHOUT 3rd party software such as Remote Desktop or Windows Terminal Services
- Host your own server and data or let us host it for you and access it over the Internet
- Automatically backup your data to the Xetex office every night
- Easily upgrade Xebra software over the Internet when we release our regular enhancements



Your session ID is **5JZL5D9**. If you save this session ID, you can close this web site, come back later, and pick up where you left off by entering your session ID. **Click here to restore to a previous session.** You can also use the Favorites or Bookmark features of your web browser to save and restore your position in the presentation.

© 2006 Xetex Business Systems, Inc. • 1103 Rocky Drive, Ste. 103 • West Lawn PA 19609 • 1-800-356-2772 • **sales@xebra.com**