UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case No.:    **C07-02748 MHP**                                    Date: **May 6, 2008**

## MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS V. ANDREW VERITY AND CHRISTINA CHANG
( ) Plaintiff's        (**X**) Defendant's
## EXHIBIT LIST

**Exhibits That Defendants Expect To Offer:**

| EXHIBIT NUMBER | DATE MARKED / | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| A | | | Verity/Lillge Agreement (2002) |
| B | | | Lillge's Counsel, Andrew MacKay's tender letter dated March 31, 2008 |
| C | | | Harrington's confirmation letter dated April 1, 2008 |
| D | | | Summary of Damage document by expert Miles Locker |
| E | | | Lillge's E-mail dated March 14, 2007 |
| F | | | Creative Marketing Concept's Financials, Profit & Loss Statements |
| G | | | Creative Marketing Concept's client file regarding Bingham McCutchner |
| H | | | Creative Marketing Concept's client file regarding Chevron Federal Credit Union |
| I | | | Creative Marketing Concept's client file regarding Delta Dental |
| J | | | Creative Marketing Concept's client file regarding Federal Occupational Health |
| K | | | Creative Marketing Concept's client file regarding IT Convergence |
| L | | | Creative Marketing Concept's client file regarding Kaiser Permanente |
| M | | | Creative Marketing Concept's client file regarding Military Advantage, Inc. |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case No.:     **C07-02748 MHP**                                         Date: **May 6, 2008**

**MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS V.
ANDREW VERITY AND CHRISTINA CHANG**
( ) Plaintiff's     (**X**) Defendant's
**EXHIBIT LIST**
Page 2 of 2

**Exhibits That Defendants Expect To Offer:**

| EXHIBIT NUMBER | DATE MARKED / | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| N | | | Creative Marketing Concept's client file regarding San Francisco Health Plan |
| O | | | Creative Marketing Concept's client file regarding Wells Fargo |
| P | | | Creative Marketing Concept's client file regarding Xoma Corp |
| Q | | | Creative Marketing Concept's client file regarding YELP.com |
| R | | | Creative Marketing Concept's client file regarding Zachary's Pizza |
| S | | | Webpage of: http://www.myob-us.com/products/.com |
| T | | | Webpage of: http://www.xebra.com/cgi-bin/ShowMe?Load |