1  RICHARD HARRINGTON (SBN 28099)
   CHANDLER WOOD HARRINGTON & MAFFLY LLP
2  One Maritime Plaza, Fourth Floor
   San Francisco, California  94111  3404
3  Telephone:    415 421 5484
   Facsimile:    415 986 4874
4  Email:        harr@well.com

5  ROBERT CHARLES WARD (SBN 160824)
   SHARTSIS FRIESE LLP
6  One Maritime Plaza, Eighteenth Floor
   San Francisco, California  94111  3404
7  Telephone:    415 421 6500
   Facsimile:    415 421 2922
8  Email:        rward@sflaw.com

9  C. ANGELA DE LA HOUSAYE (SBN 144218)
   BRENDAN J. DOOLEY (SBN 162880)
10 KARYNE T. GHANTOUS (SBN 191309)
   DE LA HOUSAYE & ASSOCIATES, ALC
11 1655 N. Main Street, Suite 395
   Walnut Creek, California  94596
12 Telephone:    (925) 944-3300
   Facsimile:    (925) 944-3343
13 Email:        angela@delahousayelaw.com
                 brendan@delahousayelaw.com
14               karyne@delahousayelaw.com

15 Attorneys for Defendants and Cross-Complainants
   ANDREW VERITY AND CHRISTINA CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE D/B/A CREATIVE MARKETING CONCEPTS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW VERITY AND CHRISTINA CHANG,<br><br>　　　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No: C-07-02748 MHP<br><br>**DEFENDANTS/CROSS-COMPLAINANTS ANDREW VERITY AND CHRISTINA CHANG'S AMENDED WITNESS LIST**<br><br>Date:　May 6, 2008<br>Time:　8:30 a.m.<br>Dept:　15<br>Judge:　Hon. Marilyn H. Patel<br><br>Complaint Filed:  May 25, 2007<br>Trial Date:  None Set |

Defendants and Cross-Complainants Andrew Verity and Christina Chang hereby list the names of witnesses they intend to have testify at trial:

1. Andrew Verity
2. Christina Chang
3. Jeffry Meyer
4. Maria Teresa Pascual
5. Curshandra Woods
6. Jeffery Abbott
7. Mark Lillge
8. Tim Schmolder

Defendants and Cross-Complainants reserve the right to identify and call as witnesses any persons to be used as rebuttal witnesses, as well as any persons identified by the opposing party to be witnesses at trial.

Dated: April 23, 2008            DE LA HOUSAYE & ASSOCIATES, ALC

                                  By: _____/ S /_____
                                      BRENDAN J. DOOLEY

                                  Attorneys for Defendants and Cross-Complainants
                                  ANDREW VERITY AND CHRISTINA CHANG