**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: April 23, 2008

Case No.   C 07-2748  MHP			Judge: MARILYN H. PATEL

Title: MARK LILLGE d/b/a CREATIVE MARKETING -v- ANDREW VERITY et al

Attorneys:  Plf: William Hill, Andrew MacKay
		Dft: Robert Ward, Richard Harrington, Brendan Dooley

Deputy Clerk:  Anthony Bowser   Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)  Pretrial Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Witness lists discussed; Opening statements limited to 1 hour/side; Closing arguments limited to 2 ½ hours/side; Each side allowed 24 hours of testimony; Voir dire procedure discussed; Jury instructions discussed; Court to impanel 8 jurors;