| | |
|---|---|
| 1 | WILLIAM R. HILL, #114954 |
| | rock@donahue.com |
| 2 | ANDREW S. MACKAY, #197074 |
| | andrew@donahue.com |
| 3 | SARA J. ROMANO, #227467 |
| | sromano@donahue.com |
| 4 | DONAHUE GALLAGHER WOODS LLP |
| | Attorneys at Law |
| 5 | 300 Lakeside Drive, Suite 1900 |
| | Oakland, California 94612-3570 |
| 6 | Mail: P.O. Box 12979 |
| | Oakland, California 94604-2979 |
| 7 | Telephone: (510) 451-0544 |
| | Facsimile: (510) 832-1486 |
| 8 | |
| | Attorneys for Plaintiff and Counterdefendant |
| 9 | MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 15 | MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, | CASE NO. C 07-02748 MHP |
| 16 | | **NOTICE OF SETTLEMENT** |
| 17 | Plaintiff, | |
| 18 | v. | |
| 19 | ANDREW VERITY and CHRISTINA CHANG, | |
| 20 | Defendants. | |
| 21 | | |
| 22 | ANDREW VERITY and CHRISTINA CHANG, | |
| 23 | Counterclaimants, | |
| 24 | v. | |
| 25 | MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10, | |
| 26 | | |
| 27 | Counterdefendant. | |
| 28 | | |

Plaintiff/Counterdefendant Mark Lillge d/b/a Creative Marketing Concepts and Defendants/Counterclaimants Andrew Verity and Christina Chang (the "Parties") hereby notify the Court that the Parties have reached a settlement of the entire above-captioned action. Accordingly, the Parties request that the trial of this matter, scheduled for May 6, 2008, be vacated. The Parties have informed the Court's clerk that, due to the settlement, they do not intend to appear on May 6, 2008 for trial. A Stipulation for Dismissal of the entire action, including the Complaint, the Counterclaim, and the Amended and Supplemental Counterclaim, will be filed on or before May 6, 2008.

Dated: May 2, 2008                    DONAHUE GALLAGHER WOODS LLP


                                      By: _____/s/_____
                                              Andrew S. MacKay

                                      Attorneys for Plaintiff/Counterdefendant Mark
                                      Lillge d/b/a Creative Marketing Concepts

Dated: May 2, 2008                    SHARTSIS FRIESE LLP


                                      By: _____/s/_____
                                              Robert Charles Ward

                                      Attorneys for Defendants/Counterclaimants
                                      Andrew Verity and Christina Chang