WILLIAM R. HILL, #114954
  rock@donahue.com
ANDREW S. MACKAY, #197074
  andrew@donahue.com
SARA J. ROMANO, #227467
  sromano@donahue.com
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
Mail:   P.O. Box 12979
           Oakland, California 94604-2979
Telephone:   (510) 451-0544
Facsimile:    (510) 832-1486

Attorneys for Plaintiff and Counterdefendant
MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS,<br><br>             Plaintiff,<br><br>    v.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>             Defendants.<br><br>ANDREW VERITY and CHRISTINA CHANG,<br><br>             Counterclaimants,<br><br>    v.<br><br>MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10,<br><br>             Counterdefendant. | CASE NO. C 07-02748 MHP<br><br>**STIPULATION FOR DISMISSAL** |

1  IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1) and 41(c).  Plaintiff/Counterdefendant Mark Lillge d/b/a Creative Marketing Concepts hereby dismisses his Complaint with prejudice.  Defendants/Counterclaimants Andrew Verity and Christina Chang hereby dismiss their Counterclaim and Amended and Supplemental Counterclaim with prejudice.  Each party will bear their own attorneys' fees and costs.

Dated:  May 5, 2008              DONAHUE GALLAGHER WOODS LLP


                                 By:  _____/s/_____
                                         Andrew S. MacKay

                                     Attorneys for Plaintiff/Counterdefendant Mark
                                     Lillge d/b/a Creative Marketing Concepts

Dated:  May 5, 2008              SHARTSIS FRIESE LLP


                                 By:  _____/s/_____
                                         Robert Charles Ward

                                     Attorneys for Defendants/Counterclaimants
                                     Andrew Verity and Christina Chang