1  WILLIAM R. HILL, #114954
     rock@donahue.com
2  ANDREW S. MACKAY, #197074
     andrew@donahue.com
3  SARA J. ROMANO, #227467
     sromano@donahue.com
4  DONAHUE GALLAGHER WOODS LLP
   Attorneys at Law
5  300 Lakeside Drive, Suite 1900
   Oakland, California  94612-3570
6  Mail:   P.O. Box 12979
           Oakland, California  94604-2979
7  Telephone:    (510) 451-0544
   Facsimile:    (510) 832-1486
8
   Attorneys for Plaintiff and Counterdefendant
9  MARK LILLGE d/b/a CREATIVE
   MARKETING CONCEPTS
10

11                    UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, | CASE NO.  C 07-02748 MHP |
| 16               Plaintiff, | **STIPULATION FOR DISMISSAL** |
| 17       v. | |
| 18  ANDREW VERITY and CHRISTINA CHANG, | |
| 19               Defendants. | |
| 20  ANDREW VERITY and CHRISTINA CHANG, | |
| 21               Counterclaimants, | |
| 22       v. | |
| 23  MARK LILLGE d/b/a CREATIVE MARKETING CONCEPTS, and DOES 1-10, | |
| 24               Counterdefendant. | |

1  IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1) and 41(c).  Plaintiff/Counterdefendant Mark Lillge d/b/a Creative Marketing Concepts hereby dismisses his Complaint with prejudice.  Defendants/Counterclaimants Andrew Verity and Christina Chang hereby dismiss their Counterclaim and Amended and Supplemental Counterclaim with prejudice.  Each party will bear their own attorneys' fees and costs.

Dated:  May 5, 2008                     DONAHUE GALLAGHER WOODS LLP


                                        By:  _____/s/_____
                                             Andrew S. MacKay

                                        Attorneys for Plaintiff/Counterdefendant Mark
                                        Lillge d/b/a Creative Marketing Concepts


Dated:  May 5, 2008                     SHARTSIS FRIESE LLP



                                        By:  _____/s/_____
                                             Robert Charles Ward

                                        Attorneys for Defendants/Counterclaimants
                                        Andrew Verity and Christina Chang


5/6/2008

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA